Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Corinne F. Johnson (SBN 287385)
Jessica M. Levy (SBN 368289)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
bchishom@altber.com
dleonard@altber.com
cjohnson@altber.com
jlevy@altber.com

*Attorneys for All Union and Non-Profit Plaintiffs*

[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE; BROOKE ROLLINS, in her official capacity as Secretary of Agriculture,<br><br>Defendants. | Case No. 3:26-cv-09976<br><br>**THIRD DECLARATION OF GENNY KOTYK** |

**THIRD DECLARATION OF GENNY KOTYK**

I, Genny Kotyk, declare as follows:

1. I am over 18 years old and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. This declaration supplements the declarations I previously submitted in *AFGE v. Trump*, Case No. 25-cv-03698-SI (N.D. Cal.) in support of the plaintiffs' Motion for Preliminary Injunction regarding the U.S. Department of Agriculture ("USDA")'s Reorganization Plan.

3. I am employed by the U.S. Forest Service, which is a part of USDA, as a Forester at the George Washington and Jefferson National Forest in Virginia.

4. I also serve as the President of the Forest Service Council ("Council" or the "Union") of the National Federation of Federal Employees ("NFFE").

5. NFFE is a national labor organization and unincorporated membership organization headquartered in Washington, D.C. NFFE is America's first civil service federal employee union. NFFE is an affiliate of the International Associations of Machinists and Aerospace Workers.

6. NFFE represents approximately 110,000 federal employees across each of the following federal agencies: Department of Agriculture, Department of Commerce, Department of Defense, Department of Housing and Urban Development, Department of the Interior, Department of State, Department of Transportation, Department of Veterans Affairs, and General Services Administration.

7. NFFE represents approximately 18,000 of the roughly 29,000 total Forest Service employees and has approximately 4350 dues-paying members within the Forest Service. There are NFFE Local Lodges across all sectors of the Forest Service, including the Washington Office and each of the nine Regional Offices. The Forest Service Council is an umbrella body that guides and supports these Locals, and that represents their interests, particularly on issues with national scope.

8. Under USDA's reorganization plan, the Forest Service's Washington Office will be closed down, and Forest Service headquarters will be relocated to Salt Lake City, Utah. NFFE represents approximately 1800 employees who are currently assigned to the Forest Service's

Washington Office headquarters, which includes both employees who are located in the D.C. area and work there in person as well as remote employees.

9. Under the reorganization plan, the Forest Service will also dissolve its regional offices. NFFE represents more than 1450 of Forest Service regional office employees, and has bargaining unit employees and dues paying members in all of the Forest Service's nine regional offices. This includes employees at the Region 5 - Pacific Southwest regional office located in Vallejo, California, who are represented by NFFE Local 1781. Many represented employees across all regional offices received a March 31 letter from USDA informing them that they would be impacted by the reorganization, and also that many of them would be required to relocate or were being considered for mandatory relocation.

10. The plan for the Forest Service's reorganization also affects certain facilities that are part of the Forest Service's Research and Development branch. That branch is organized into five Research Stations that cover various geographic zones. NFFE represents approximately 650 of Research and Development employees, including all non-managerial, non-exempt employees within the Northern Research Station, Rocky Mountain Research Station, Northwest Research Station, and Pacific Southwest Research Station, and professional employees in the Southern Research Station.

11. As stated in my previous declarations, the Forest Service announced on March 31, 2026 that it was going to close many Research and Development facilities, but did not disclose exactly which facilities would be closed. On September 3, 2026, the Forest Service announced on its website the twenty-three specific Research and Development facilities that it will close. **Exhibit A** is a true and correct copy of the Forest Service webpage entitled "Forest Service Reorganization," available at https://www.fs.usda.gov/about-agency/reorganization, as of September 5, 2026.

12. The research facilities scheduled for closure are located in Huntsville, AL; Chico, CA; Fresno, CA; Hat Creek, CA; Anderson, CA; Ansonia, CT; Hamden, CT; Tallahassee, FL; Evanston, IL; Baltimore, MD; East Lansing, MI; Wellston/Harrietta, MI; Albuquerque, NM; Cortland, NY; Lakeville, NY; McArthur, OH; Portland, OR; Long Pond, PA; York, PA;

Nacogdoches, TX; Prairie Du Chien, WI; Wisconsin Rapids, WI; Princeton, WV. Employees stationed at these facilities fall within NFFE's bargaining units.

13. On the same day that the Forest Service leadership publicly announced that it had selected 23 facilities to close, it held a meeting with Research and Development employees regarding the closures. At that meeting, Forest Service leadership largely did not provide details about where employees currently stationed at the facilities slated for closure will be moved to. This information has also not been provided to the Union, nor am I aware of any affected employees receiving any individual communications explaining where their positions will be moved to.

14. The Forest Service has already begun implementing its reorganization plan, and certain employees will have to make choices imminently about whether to relocate or leave their jobs. The Mandatory Directed Reassignment ("MDRs") letters issued to high-level D.C. employees in July 2026 require them to relocate to Salt Lake City, Utah by September 21, 2026. Further, on August 26, 2026, the agency informed Forest Service employees via email that it intends to issue further assignment letters to GS-14 and GS-15 employees within two to four weeks (i.e., between September 9 and 23). Meanwhile, based on communications from the agency, the Union expects that further MDRs, or notices that are the functional equivalent of MDRs, will be issued this fall to employees who are classified as GS-13 or below.

15. In addition to the negative impacts to the Forest Service's mission and functions and the represented employees who must choose between relocating and relinquishing their jobs that I described in my previous declarations, the proposed reorganization will also harm represented employees who are not forced to relocate. As I previously explained, the closure of offices and relocation of employees is likely to result in substantial attrition. The employees who remain—many of whom are already required to compensate for existing understaffing—will be left to carry the increased workloads and stress following their coworkers' departure. In short, the effects of the reorganization will be felt by represented employees across the Forest Service.

16. The reorganization of the Forest Service will also greatly impact NFFE. The loss of Forest Service employees that would result from this reorganization would shrink NFFE's

Forest Service membership base and reduce NFFE's dues revenue. Because essentially all of the Union's funding for staff and services is drawn from member dues, this would substantially impact our ability to provide the representational services that are core to our mission. Moreover, the attrition of bargaining unit employees also affects the Union's bargaining power. There is strength in numbers, and fewer represented employees equates to less authority at the negotiating table. The result is weaker contracts, smaller raises, and worse conditions for the employees we are fighting for.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed September 8, 2026, in Lexington, Virginia.

Genny Kotyk

# Exhibit A

An official website of the United States government Here's how you know



# Forest Service Reorganization

As part of the USDA reorganization plan, the Forest Service is realigning its organizational structure to strengthen local leadership, streamline operations, and improve mission delivery. The changes include moving headquarters to Salt Lake City, transitioning to a state-based leadership model, building a network of Operations Service Centers, and unifying the agency's research program.

The transition will occur in phases to ensure continuity of operations and to give employees time and clarity as decisions are made. Full details: USDA Prioritizing Common Sense Forest Management, Moves Forest Service Headquarters to Salt Lake City.

## Agency Senior Executive Structure Available

This marks a major milestone and establishes the initial foundation that will guide the next phase of organization build-out, including development of key structures, roles, and guidance needed to fully implement the agency's reorganization model later this fall when fire activity subsides. This milestone brings the experience and urgency this moment demands, and will help deliver a more agile, accountable agency – one capable of meeting the challenges facing our forests and communities for generations to come.




Forest Service Senior Executive Service Organizational Chart (PDF, 110 KB)

---

## Research and Development Facilities Evaluation Decision

**Press Release:** Forest Service completes national facilities review, identifies more than $16M in savings

In addition to the previously announced 20 retained facilities, 41 additional facilities will be retained.

- The facilities decision includes reducing the building footprint at 23 research locations.
- The decision addresses building and maintenance costs but does not affect the science that happens in the field, in the lab, and in collaboration with partners. The agency's place-based research and development activities will continue as planned throughout the nation.

- All of the agency's existing experimental forests and ranges will remain open and operational.
- The Forest Service will also proceed with the previously announced regional office shifts in Atlanta, Milwaukee and Portland. As with research facilities, employees will continue their work at local facilities.
- The Forest Service is currently completing its evaluation of other facilities associated with the National Forest System and other operations of the agency. Once complete, this plan will provide a long-term strategy for facilities management agency wide.

## Retained Facilities:

Retained facilities are locations that will host state office or service centers, that are operational spaces for the National Forest System, operate under zero-cost arrangements, have critical research and infrastructure, and/or are part of the experimental forest network.

**Indicates this facility is part of the original 20 identified for retention.*

| CITY | STATE | CITY | STATE |
|---|---|---|---|
| **Anchorage** | AK | ***Missoula** | MT |
| **Juneau** | AK | **Franklin** | NC |
| **Auburn** | AL | ***Asheville; Durham** | NC |
| **Monticello** | AR | ***Lincoln** | NE |
| ***Flagstaff** | AZ | **Bartlett (housing only)** | NH |
| **Fort Bragg** | CA | ***Durham** | NH |
| **Mt. Shasta** | CA | **Reno** | NV |
| ***Placerville; Riverside** | CA | **New York** | NY |
| **Arcata** | CA | ***Delaware** | OH |
| ***Fort Collins** | CO | ***Corvallis; La Grande** | OR |
| ***Athens** | GA | **New York** | NY |
| **Volcano** | HI | **Williamsport** | PA |
| **Hilo** | HI | **Irvine (Warren)** | PA |

| CITY | STATE | CITY | STATE |
|---|---|---|---|
| **Boise** | ID | **Huger** | SC |
| **Moscow** | ID | ***San Juan** | PR |
| **Lexington** | KY | **Clemson** | SC |
| **Tioga (Pineville)** | LA | ***Knoxville** | TN |
| **Westfield** | MA | **Rapid City** | SD |
| **L'Anse** | MI | **Cedar City** | UT |
| **Houghton** | MI | **Logan** | UT |
| **Ely** | MN | **Ogden** | UT |
| ***St. Paul** | MN | **Blacksburg** | VA |
| **Grand Rapids** | MN | **Logan** | UT |
| **Columbia** | MO | **Ogden** | UT |
| **Leland (Stoneville)** | MS | **Burlington** | VT |
| **Saucier** | MS | ***Olympia** | WA |
| **Columbia** | MO | **Seattle** | WA |
| **Oxford** | MS | **Wenatchee** | WA |
| **Starkville** | MS | ***Madison; Rhinelander** | WI |
| **Hungry Horse** | MT | ***Morgantown** | WV |
| **Bozeman** | MT | | |

Twenty-three facilities will close. Staff will continue their research work at alternate local facilities. Decisions were based on occupancy, use, cost, and availability of alternate local commuting options for impacted staff.

| CITY | STATE |
|---|---|
| **Huntsville** | AL |
| **Chico** | CA |
| **Fresno** | CA |
| **Hat Creek** | CA |

| CITY | STATE |
|---|---|
| **Anderson (specific outbuildings only)** | CA |
| **Ansonia** | CT |
| **Hamden** | CT |
| **Tallahassee** | FL |
| **Evanston** | IL |
| **Baltimore** | MD |
| **East Lansing** | MI |
| **Wellston/Harrietta** | MI |
| **Albuquerque** | NM |
| **Cortland** | NY |
| **Lakeville** | NY |
| **McArthur** | OH |
| **Portland** | OR |
| **Long Pond** | PA |
| **York** | PA |
| **Nacogdoches** | TX |
| **Prairie Du Chien** | WI |
| **Wisconsin Rapids** | WI |
| **Princeton** | WV |

## Setting the Record Straight on the Forest Service Reorganization

Some recent claims about this work are inaccurate. Here are the facts.

**Myth: The Forest Service is closing experimental forests and ranges.** +

**Myth: The reorganization will require thousands of employees to relocate.** +

**Myth: The reorganization is a step toward transferring federal lands to the states.** +

**Myth: Research activities will stop if some facilities close.** +

**Myth: The restructuring is intended to force employees to quit or leave.** +

**Myth: Facility closures are unnecessary and signal reduced services.** +

---

## FOREST SERVICE FACILITIES OVERVIEW

An asterisk (*) indicates a location that will serve more than one facility function (for example, a State Office combined with an Operations Service Center or technical center).

### STATE OFFICES




(*Forest Service image*)

- **Auburn, AL*** – Ozarks/Gulf Coast State Office (Oklahoma, Arkansas, Louisiana, Texas, Mississippi, Alabama, Florida)
- **Juneau, AK** – Alaska State Office (Alaska)
- **Phoenix, AZ** – Arizona State Office (Arizona)
- **Placerville, CA*** – California–Hawaii State Office (California, Hawaii)
- **Fort Collins, CO*** – Colorado–Kansas State Office (Colorado, Kansas)
- **Athens, GA*** – Southern Appalachian State Office (Virginia, North Carolina, Tennessee, Georgia, South Carolina, Kentucky, Puerto Rico)
- **Boise, ID*** – Idaho State Office (Idaho)
- **Salem, OR** – Oregon State Office (Oregon)
- **Warren, PA** – Mid-Atlantic/New England State Office (Ohio, West Virginia, Pennsylvania, Maryland, Delaware, New Jersey, New York, Connecticut, Rhode Island, Massachusetts, Vermont, New Hampshire, Maine)
- **Salt Lake City, UT*** – Utah–Nevada State Office (Utah, Nevada)
- **Olympia, WA** – Washington State Office (Washington)
- **Madison, WI*** – Great Lakes/Midwest State Office (Minnesota, Iowa, Wisconsin, Illinois, Michigan, Indiana, Missouri)
- **Cheyenne, WY** – Northern Plains State Office (Wyoming, North Dakota, South

- **Helena, MT** – Montana State Office (Montana)
- **Albuquerque, NM*** – New Mexico State Office (New Mexico)

Dakota, Nebraska)

---

## OPERATIONS SERVICE CENTERS




(*Forest Service image*)

- **Placerville, CA***
- **Fort Collins, CO***
- **Athens, GA***
- **Missoula, MT***
- **Albuquerque, NM***
- **Madison, WI***

---

## NATIONAL TRAINING CENTER

- **Vallejo, CA**

---

## BUSINESS SUPPORT SERVICE CENTER

- **Albuquerque, NM***

**Visit Us** **Managing the Land** **Learn** **Science and Technology** **Working with Us** **About the Agency** **Inside the FS** **Reorganizat**

Contact Us
Sitemap
Policies & Links
Our Performance
Careers
Fraud, Waste, and Abuse Hotline
Inspector General

Plain Writing
Open
FOIA
Accessibility Statement
Privacy Policy
Non-Discrimination Statement
USDA Anti-Harassment Policy
Forest Service Anti-Harassment

Policy
Information Quality
USA.gov
Whitehouse.gov
eGov
No FEAR Act Data
Whistleblower Protection Coordinator

**Forest Service**
U.S. DEPARTMENT OF AGRICULTURE