OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA
TONY LOPRESTI, State Bar #289269
KAVITA NARAYAN, State Bar #264191
MEREDITH A. JOHNSON, State Bar #291018
RAPHAEL N. RAJENDRA, State Bar #255096
HANNAH M. GODBEY, State Bar #334475
70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240
E-Mail: Raphael.Rajendra@cco.sccgov.org
Hannah.Godbey@cco.sccgov.org

*Attorneys for Plaintiff*
*County of Santa Clara, Calif.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>Defendants. | Case No. 3:26-cv-09976<br><br>**DECLARATION OF SANTA CLARA COUNTY EXECUTIVE JAMES R. WILLIAMS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY RELIEF** |

**DECLARATION OF JAMES R. WILLIAMS**

I, JAMES R. WILLIAMS, declare:

1. I make this declaration in support of Plaintiffs' motion for preliminary relief. I am a resident of the State of California. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify to them competently under oath.

2. I am the County Executive of the County of Santa Clara ("Santa Clara" or the "County"), which is a charter county and political subdivision of the State of California and a governmental entity that serves the Santa Clara County geographic region.

3. I have held the position of County Executive since July 2023. I began my career with Santa Clara in 2010 as a Social Justice and Impact Litigation Fellow in the Office of the County Counsel, and subsequently served as a Deputy County Counsel. In June 2012, I moved to the Office of the County Executive. From 2013 to 2016, I served as a Deputy County Executive and oversaw several County departments and programs, including components of the emergency response, criminal justice, and procurement and contracting systems. In 2016, the Board of Supervisors appointed me as the County Counsel, a position I held from August 2016 to July 2023. As the County Counsel, I managed more than 200 staff and was the chief legal advisor to the Board of Supervisors and all County officials, agencies, and departments. My position as the County Executive is also an appointment by the Board of Supervisors.

4. As the County Executive, I am the chief administrative officer of the County and I am responsible for oversight of almost all County employees and the proper administration of the County's operations. Under the County Charter, the County Executive is responsible for supervising and directing the preparation of the annual budget, which is submitted to the Board of Supervisors for final approval. In addition to its fiscal importance, the budget is also the major annual policy document for the County. The budget identifies priorities for the County and allocates projected resources and funding in order to implement those priorities. Once the budget is approved by the Board of Supervisors, it is the responsibility of the County Executive to ensure that those policies are implemented with the allocated resources.

//

**The County of Santa Clara**

5. Santa Clara is home to 1.9 million residents, making it the most populous county in Northern California and more populous than 12 U.S. states.

6. Santa Clara's mission is to plan for the needs of a dynamic community, provide quality services, and promote a healthy, safe, and prosperous community for all. Under law, Santa Clara is responsible for administering the social safety net and providing services to meet the basic needs of vulnerable residents. Santa Clara is also responsible for public services that promote the safety and welfare of the community overall, including public health, disaster response, and public safety functions.

7. In light of these responsibilities, Santa Clara provides many community services that hold together the fabric of society in the region. For example, the County provides hospital and outpatient medical and psychiatric services for both the vulnerable members of our community and all those in need; ongoing mental health services and substance use services; social assistance for individuals in poverty; criminal justice services, including custody, patrol, probation, public defense, prosecution, and community services; regional emergency response services and communication; public health services, including disease control and pandemic response; and general government services such as property assessment, tax collection, official recording, and finance and investment support for regional governmental agencies.

8. Santa Clara employs around 25,000 employees to carry out its essential safety net and other public-service functions. These employees include, among many others, doctors, nurses, epidemiologists, and other staff providing health services within Santa Clara's comprehensive public safety net Health System and Public Health Department; social workers and eligibility workers who provide protective services and administer benefits within Santa Clara's Social Services Agency; community outreach specialists; park rangers; law enforcement officers; accountants; housing and community development specialists; and numerous other workers who provide and support necessary public services for the Santa Clara County community.

9. Santa Clara carries out its mission in service of one of the most diverse communities in the nation, an uncommonly large and varied geographic area, and a complex and multifaceted

economy.

10. Santa Clara County covers 1,300 square miles, from Gilroy in the South to Palo Alto and Milpitas in the North, and includes portions of the San Francisco Bay as well as mountains, foothills, flatland, and rivers. Santa Clara County is the home of Silicon Valley, making it an economic engine for California and the United States, and also the site of significant agricultural productivity. The local economy has also produced substantial inequality and disparities, with consequences such as homelessness and unstable housing, food insecurity, gaps in educational access and attainment, and inability of a substantial portion of the workforce to afford to live in Santa Clara.

11. Santa Clara's operations are as broad and diverse as the residents it serves, the economy it supports, and the geographic area in which it sits. Many of its operations are organized around its legal obligations.

12. To carry out these statutory duties, Santa Clara operates the only safety-net health system in Santa Clara County. The County's health system includes four general acute care hospitals, over a dozen ambulatory clinics, mobile clinics, and other operations. Its hospitals are legally obligated to provide emergency services and treatment to any person presenting with an emergency medical condition without regard to citizenship, immigration status, insurance status, or ability to pay. Through its hospital and clinics, Santa Clara provides healthcare to hundreds of thousands of individuals each year.

13. Santa Clara also plays a critical role in protecting the public health of Santa Clara County's community as a whole. I am deeply familiar with these functions due to my role in directing Santa Clara's response to the COVID-19 pandemic.

14. Santa Clara's public health functions are carried out by the Public Health Department (PHD), which is responsible for promoting and protecting the health of Santa Clara County's entire population at a community level. PHD works to prevent disease and injury (for example, through communicable disease prevention and sexual health programs); promote healthy lifestyles (for example, by providing public education about childhood obesity and supporting tobacco and violence prevention initiatives); create healthy environments free from health hazards and pollutants;

and collect, curate, and use data to inform decision-making. None of Santa Clara County's 15 cities has its own public health department, and therefore all Santa Clara County residents rely on PHD to perform essential public health functions.

15. One critical function of the Public Health Department is to support maternal, child, and family health. To that end, the Public Health Department's Maternal Child and Family Health Branch offers services and programs to support children and families in Santa Clara County. This includes administering the Women, Infants and Children nutrition program (WIC), a federal program that provides monthly assistance to buy healthy foods, breastfeeding support, health information, and other services to pregnant and breastfeeding people, infants, and children; California Children's Services, a program for children and youth with certain serious medical conditions; and other programs to improve the health of vulnerable children and families.

16. PHD is also responsible for the prevention and control of infectious disease. As part of this work, the Public Health Department seeks to ensure that children in Santa Clara County receive required vaccinations, which are essential not only to the health of individual children but to the population overall. For example, PHD runs a vaccination clinic for children who need to get vaccinated quickly in order to register for school and have no other means of obtaining required vaccinations in time. In addition, after the COVID-19 pandemic, when many children ceased attending regular doctor's visits and therefore fell behind in vaccinations, the Public Health Department undertook an extensive public awareness campaign to educate families on the importance of vaccinations and reduce barriers to vaccine uptake.

17. Santa Clara protects its residents' health and safety by preparing for and responding to emergencies of all kinds, including natural disasters like earthquakes, floods, fires, and weather events such as extreme heat or cold; mass shootings and other public-safety events; and major public events like the Super Bowl that pose heightened safety risks.

18. Across the country, emergency management is organized into federal, state, regional, and local operational areas. Within that framework, the County is the lead emergency management agency for the Santa Clara County Operational Area, which encompasses all 15 incorporated cities and all special districts within Santa Clara County. Santa Clara houses this function within its Office

of Emergency Management (OEM). The central nervous system for large-scale emergency response within the Santa Clara County Operational Area is the Emergency Operations Center (EOC), which the County activates, staffs, and operates. When not engaged in active emergency response, OEM helps residents prepare for disasters and emergencies by engaging the whole community in assessing needs and developing strategies to achieve stronger preparedness, response, and mitigation capabilities within the Santa Clara County Operational Area.

19. Santa Clara's Consumer and Environmental Protection Agency (CEPA) is responsible for administering local agricultural programs to protect the environment and the public's health and safety, and the sealer of weights and measures' duties to test and certify all commercial weighing and measuring devices within the county to ensure consumers are charged the correct prices.

**<u>Santa Clara's Interactions with and Reliance on USDA</u>**

20. To prepare for, respond to, and recover from natural disasters and other emergencies across its vast geographical area, Santa Clara's Office of Emergency Management coordinates with, interacts with, and relies on the work of the U.S. Department of Agriculture (USDA). For instance, in the aftermath of a major wildfire in Summer 2020 called the SCU Lightning Fire Complex, Santa Clara coordinated with USDA to facilitate USDA employees coming to the area that had been affected, set up and staffed a nearby field station to help guide ranchers who had lost their livestock grazing lands through the process of applying for low-interest loans, obtaining machinery and tools, and even repairing damaged equipment. If USDA follows through on the Reorganization Plan it has announced, including by cutting or attritting staff, closing offices at the local level, and relocating offices, functions, and staff, Santa Clara will be substantially less able to support its residents, including those who live in remote areas that are more difficult to serve, in the aftermath of wildfires and other natural disasters, particularly those that affect the substantial amount of agricultural production in the area. The results could include a weakened economy, potential loss or relocation of agricultural businesses, diminished community resilience after disasters, and additional costs to Santa Clara itself (in the form of staff time and funds) to support recovery.

21. Santa Clara is also at risk if the U.S. Forest Service, another component of USDA, is

curtailed or reorganized. The U.S. Forest Service performs essential work to manage federal wildland, to mitigate the risks of wildfire, and to fight wildfires when they occur. It is a critical component of the system of mutual aid used by firefighters across the United States, including in the Santa Clara County geographic region. This mutual aid system is critical for preventing, preparing for, fighting, and recovering from wildfires because fires do not follow or respect political boundaries. For example, the 2020 SCU Lightning Complex began in Santa Clara County but spread to and impacted neighboring counties, including Alameda, Contra Costa, Merced, Stanislaus, and San Joaquin. This is a common and regular feature of wildfires.

22. Diminishment of the U.S. Forest Service's ability to prevent and respond to wildfires—such as through the loss of experienced personnel who are responsible for coordination, communication, and command and control functions—would impose considerable harm on Santa Clara, including by forcing local emergency response agencies to carry more of the burden of responding to wildfires and to go without the assistance on which they often rely. Eliminating resources and personnel that keep the mutual aid firefighting system informed and coordinated could hamper the overall regional response to a wildfire, allowing a fire to grow exponentially, weakening recovery efforts, and imposing additional safety risks on the responding agencies and the community.

23. Other tasks Santa Clara would likely need to undertake during and following a wildfire include the Animal Services Department temporarily housing displaced livestock and pets in order to reduce barriers to human evacuation by owners who would otherwise be reluctant to evacuate; dispatching Animal Control officers to assist with the process of evacuating animals and to provide care such as food and water to animals that are able to remain in a location that is deemed unsafe for humans; and sending veterinarians into the field to treat injured animals and to provide wellness checks, including vaccinations, that are necessary before families with pets can be admitted into shelters. Additionally, the Public Health Department would likely have to distribute personal protective equipment such as masks; provide evidence-based information to community members regarding how to minimize harm to their health; organize and staff community resilience hubs where residents can seek resources such as first-aid kits and referrals to social safety net services and food

banks; and work with property owners to dispose of waste and debris and assess damage to properties.

24. If a wildfire reaches or causes greater damage to land located in Santa Clara County due to a loss in the U.S. Forest Service's capacity to prevent or respond to wildfires, the County would need to expend substantial resources, including funding and staff time, to provide the above referenced services to residents. Even if such a wildfire did not reach land located in Santa Clara County, the region could nevertheless experience smoke drift, which would substantially impact air quality and the overall health and wellbeing of residents, imposing widespread harms that disproportionately affect vulnerable community members.

25. Beyond the land and structures they destroy, wildfires produce enormous amounts of smoke that contains fine particulate matter which is associated with significant adverse health effects ($PM_{2.5}$). Thus, regardless of whether fires occur within Santa Clara County or nearby, they often reduce or eliminate access to outdoor green spaces and impact residents' physical health, mental health, and overall wellbeing—particularly for community members living in higher-density housing or with preexisting conditions that make them especially vulnerable to the effects of $PM_{2.5}$. Wildfire smoke also imposes harm on the wellbeing of outdoor workers, including people in the construction, landscaping, and agricultural trades, whose livelihoods may expose them to smoke. Community members living in housing that lacks sufficient ventilation, including older housing, can experience harm from wildfire smoke even if they stay indoors, including harm from $PM_{2.5}$ particulate, which can travel hundreds or thousands of miles from the site of a wildfire based on prevailing winds. Exposure to $PM_{2.5}$ particulate can lead to serious health consequences for all people but has especially acute impacts on people with respiratory or cardiovascular conditions, infants, children, pregnant people, and older adults. In addition to damaging the health and wellbeing of residents and outdoor workers, exposure to wildfire smoke would also increase population-level morbidity and mortality rates, imposing greater costs on Santa Clara's health system, including in light of the County's obligation to provide emergency medical care to all people regardless of insurance coverage or ability to pay.

26. Santa Clara faces yet additional risks from diminished capacity at the U.S. Forest

Service. Even apart from wildfires and smoke that impact Santa Clara directly, reduced Forest Service capacity means that fires elsewhere will divert federal, state, and local firefighting personnel who could otherwise be engaged in proactive fuel management and fire risk mitigation efforts that protect Santa Clara County and the entire Bay Area, including activities like prescribed burns. Indeed, Santa Clara's Parks Department regularly performs prescribed burns to safely consume fuel materials such as dry brush, leaves, and dead wood, thereby reducing the severity and scope of any subsequent wildfire and lowering net smoke production. On multiple occasions in recent years, wildfires occurring in other regions have caused staffing shortages that have forced the Parks Department to cancel prescribed burns. Because local, state, and federal firefighters and coordination personnel work together in a single interconnected system, diminished resources and personnel in the U.S. Forest Service necessarily mean fewer resources are available to perform or support Santa Clara's preventative efforts related to wildfires.

27. Moreover, if a wildfire occurs on land managed by the U.S. Forest Service, Santa Clara may be called upon to provide mutual aid assistance, thereby leaving the County at risk with diminished resources. Should a concurrent local fire start while resources are deployed, the response to such an incident would be costly, and both local and federal resources would be spread thin. Additionally, if Santa Clara deploys resources to assist with incidents that are led by inexperienced management teams from the U.S. Forest Service, it would put those Santa Clara assets at increased risk.

28. In addition to farmers and residents in the Santa Clara County region, Santa Clara's Division of Agriculture relies on the research performed by personnel working in the USDA's Research, Education, and Economics Mission Area, which focuses on fostering a safe, sustainable, and competitive U.S. food system, including by developing responses to new and emerging threats to agriculture and food security.

29. I am aware that there is currently an outbreak of confirmed New World screwworm infections in the United States for the first time in several decades; that as of September 7, 2026, the USDA had confirmed 48 cases of screwworm infections in domestic animals, including cattle, sheep, and goats; and that the USDA has announced that personnel in the Research, Education, and

Economics Mission Area, including Agricultural Research Service teams, are actively exploring potential responses to curb the present outbreak. Particularly because Santa Clara County is the site of significant agricultural activity, including the cattle industry which is vulnerable to a screwworm outbreak, Santa Clara and its residents are directly reliant on the efforts of these Research, Education, and Economics Mission Area and other USDA personnel to track the outbreak and develop responses to protect agricultural activities. If such research is impaired by a loss of or disruption to Research, Education, and Economics Mission Area personnel or resources, Santa Clara's farmers and residents would face considerable risk.

30. The New World screwworm is just one of the most recent examples of the new and emerging threats that the nation's agricultural industry and food supply constantly face, including in Santa Clara County. Santa Clara personnel monitor the food supply, including agricultural imports, exports, and other activities, to identify agricultural and invasive pests and species, predators, and other carriers of infectious diseases or other risks—and then work directly with USDA personnel to manage or prevent outbreaks. As the New World screwworm outbreak reflects, reduced staffing and capacity in the Research, Education, and Economics Mission Area poses direct and significant risks to jurisdictions with substantial agricultural activity, such as Santa Clara, that rely on the Research, Education, and Economics Mission Area's staff to promptly identify such threats and conduct research into neutralizing them.

31. Santa Clara's hospitals and public health department will also be affected if implementation of USDA's reorganization plan diminishes the capacity of USDA's already understaffed Food Safety Inspection Service, which is responsible for ensuring that the nation's meat supply is free from disease and contamination. If USDA's reorganization plan weakens that inspection service, it would increase the likelihood of foodborne diseases in the meat consumed by Santa Clara residents. The resulting illness will tax Santa Clara's health and hospital system as residents seek care, including at hospital emergency rooms, and will also burden Santa Clara's public health department, which monitors, investigates, and responds to reports of illness in the community. The risks to community health are imminent, not theoretical: the Santa Clara Public Health Department is already dedicating resources to proactively collecting data, issuing critical

public health updates to the community, and sharing surveillance data with other local and state agencies regarding H5N1 (bird flu). In these and other ways, the Santa Clara PHD, like other public health departments and the public at large, relies on three USDA components—the Food Safety Inspection Service, the Animal and Plant Health Inspection Service, and the Agricultural Research Service—to continue their labor-intensive work of collecting and testing cows across the country for the disease, conducting beef safety studies, and disseminating information promptly.

32. In addition, USDA's Animal and Plant Health Inspection Service is an essential partner in Santa Clara's efforts to monitor and respond to agricultural pests. Santa Clara's Division of Agriculture is responsible for identifying the presence of these pests, and often works in coordination with USDA's Animal and Plant Health Inspection Service (APHIS). For instance, after the Mediterranean fruit fly was detected near Santa Clara in August 2024, Santa Clara worked with USDA officials to establish a quarantine area to prevent the spread of that fly, and then continually assessed and ultimately expanded that quarantine. If USDA's reorganization plan diminishes or destroys USDA's ability to coordinate, establish, assess, and modify quarantine areas for invasive species and pests on a time-sensitive basis, it would heighten the risks of harm to the health of Santa Clara residents and to agricultural businesses, and impose on Santa Clara the burden of dedicating additional time and resources to try to back-fill for the work that the reorganization plan could make USDA itself unable to do.

33. Santa Clara also relies on APHIS when it certifies agricultural products for export. A variety of requirements must be met before an agricultural product can be exported to a foreign nation. Product- and destination-specific rules apply when, for example, a local farmer wishes to export cherries to China, garlic to Mexico, or heirloom seeds to Canada—all of which are regular occurrences in Santa Clara County. Local government officials called Authorized Certification Officials (ACOs) are trained and accredited by APHIS to perform the function of inspecting agricultural products and certifying that they comply with U.S. export laws as well as the phytosanitary regulations of the importing nation. If an ACO's inspection reveals that a product is pest and disease free and complies with all applicable laws and regulations, the ACO issues a phytosanitary certificate for the product before export.

34. APHIS is responsible not only for training and accrediting ACOs, but also for maintaining the Phytosanitary Export Database (PExD) and the Phytosanitary Certificate Issuance & Tracking System (PCIT). The PExD is used by ACOs to review the full landscape of laws and regulations applicable to a given product when that product is being exported to a specific foreign nation. APHIS hosts the database and regularly updates it to reflect any changes in law. The PCIT is used by ACOs to create phytosanitary certificates once the inspection process is complete for a given product, and to process payment from the exporter. If USDA's reorganization plan diminishes the ability of APHIS to train and accredit new ACOs, process renewals of existing ACO accreditations, maintain and update the PExD, or maintain the PCIT, agricultural exports from Santa Clara County and throughout the nation could grind to a halt, inflicting significant harm on both the local and national economies. Santa Clara would also lose a revenue stream in the form of lost PCIT payments from exporters. Finally, the farming industry often operates with razor-thin profit margins. Even a temporary delay in the processing of phytosanitary certificates could lead to product spoilage, devastating small agricultural businesses in Santa Clara County and potentially leading to irreparable loss of local industry.

35. Santa Clara's CEPA also interacts regularly with, and relies on the work of, the USDA to protect both Santa Clara and the nation at large from invasive pests arriving from overseas. Division of Agriculture staff are the front-line investigators who go to UPS, FedEx, and other locations to inspect incoming packages for illicit fruit that may harbor invasive pests. When they are discovered, Santa Clara staff alert federal staff in USDA's Smuggling Interdiction and Trade Compliance Program to promptly coordinate a federal quarantine to prevent the pest from spreading. Diminishment or elimination of this Program could have profound effects on residents in Santa Clara and across the nation because it would dramatically reduce the likelihood, speed, and effectiveness of federal quarantines. This is a concrete and imminent risk, not theoretical. In one recent example, Santa Clara staff biologists found several invasive pests living in camellias illicitly imported from China, and then coordinated immediately with USDA staff to establish a federal quarantine. Agriculture Departments across California coordinate with USDA in the same way.

36. USDA's Wildlife Services program is also active in Santa Clara and across

California. That program depredates predators and other animals, including, for example, mountain lions, bears, and pigs, and then tests them to see if they have any infectious diseases or pose any other risks. In one recent example, USDA's Wildlife Services staff depredated several feral swine in Santa Clara, and upon testing them learned—and alerted Santa Clara staff—that those specific swine carried diseases that would pose risks to residents (and their pets) and property in areas near the pigs as well as agricultural producers that raise or use pigs, which in turn could pose risk to the human food supply and residents who live near the farms. If USDA terminates or hobbles the Wildlife Services program or thins or removes staff from its on-site locations in Santa Clara, the resulting information gap would heighten the risks to Santa Clara, its agriculture industry, and its residents, and there is simply no way for Santa Clara to fully make up for the resulting gap.

37. Santa Clara's Social Services Agency, which includes the Department of Employment and Benefit Services, oversees and administers numerous programs that provide access to health care, food and nutrition assistance, and cash assistance to support basic living costs for low- and modest-income clients. Among these programs is CalFresh, which is California's implementation of the federal Supplemental Nutrition Assistance Program (SNAP) that is funded and administered through the USDA's Food and Nutrition Service (FNS).[2] CalFresh helps approximately 130,000 Santa Clara County residents feed their families.

38. Loss of personnel or resources at FNS could directly harm Santa Clara and its residents. If FNS failed to provide or delayed funding to the State of California for the CalFresh program, Santa Clara County residents enrolled in the program could likewise experience delayed or lost benefits, resulting in increased malnutrition and food insecurity for residents and increased administrative and financial burdens for Santa Clara itself. For example, during the federal government shutdown in Fall 2025, the County spent significant additional funds to cover the increased costs of local food bank partners to which CalFresh enrollees turned for emergency food

---

[2] I am aware that the USDA has announced that it renamed the Food and Nutrition Service the "Food and Nutrition Administration" as part of a "reorganization and relocation" of the USDA's Food, Nutrition, and Consumer Services mission area. I nonetheless use the name "Food and Nutrition Service" because I understand that to be the name used in regulations and statutes.

assistance when their benefits were disrupted. Because the County's primary responsibility is its residents' health and welfare, it would need to consider taking similar urgent actions again if the USDA diminished the resources, personnel, or capacity of FNS, since that could result in similar or recurring disruptions to CalFresh benefits.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 8, 2026 at Santa Clara County, California.

JAMES R. WILLIAMS