Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Corinne F. Johnson (SBN 287385)
Jessica M. Levy (SBN 368289)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
bchisholm@altber.com
dleonard@altber.com
cjohnson@altber.com
jlevy@altber.com

*Attorneys for All Union and Non-Profit Plaintiffs*

[Additional counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE; BROOKE ROLLINS, in her official capacity as Secretary of Agriculture,

Defendants.

Case No. 3:26-09976

**INDEX OF PLAINTIFFS' EVIDENCE**

**Index of Plaintiffs' Evidence**

Declarations previously filed in *AFGE v. Trump*, No. 25-cv-03698-SI (N.D. Cal.) are highlighted in bold. Declarations marked "Reply" indicate declarations that were filed at the reply stage in that case.

| **Declarant Name** | **Description** | **Dkt. No.** |
|---|---|---|
| ***Union Plaintiff Declarations*** | | |
| **Bewick, Tom (Reply)** | **AFGE** | 5-3 |
| **Bocian, Benjamin (Reply)** | **AFSCME** | 5-4 |
| **Bradley, Collin** | **AFSCME** | 5-5 |
| **Bradley, Collin (Reply)** | **AFSCME** | 5-6 |
| **Dodson, Laura** | **AFGE** | 5-7 |
| **Dodson, Laura (Reply)** | **AFGE** | 5-8 |
| **Ehrman, Matthew** | **NFFE** | 5-9 |
| **Ehrman, Matthew (Reply)** | **NFFE** | 5-10 |
| **Garrett, Randy** | **NTEU** | 5-11 |
| **Hoekema, Marvin** | **AFSCME** | 5-12 |
| **Hoekema, Marvin (Reply)** | **AFSCME** | 5-13 |
| Hoekema, Marvin (3rd) | AFSCME | 5-14 |
| **Johnson, Keywan** | **AFGE** | 5-15 |
| **Kelley, Everett** | **AFGE** | 5-16 |
| **Kotyk, Genny** | **NFFE** | 5-17 |
| **Kotyk, Genny (Reply)** | **NFFE** | 5-18 |
| Kotyk, Genny (3rd) | NFFE | 5-19 |
| Lenggenhager, Julie | NTEU | 5-20 |
| **Medley, Megan** | **NFFE** | 5-21 |
| **Mei, Ellen** | **NTEU** | 5-22 |
| **Mei, Ellen (Reply)** | **NTEU** | 5-23 |
| **Mitchell, Ashaki** | **AFGE** | 5-24 |
| **Mitchell, Ashaki (Reply)** | **AFGE** | 5-25 |
| **Prendeville, Holly** | **NFFE** | 5-26 |
| **Rosenthal, Amy** | **NTEU** | 5-27 |
| **Rosenthal, Amy (Reply)** | **NTEU** | 5-28 |
| **Salvatore, Maryann** | **AFGE** | 5-29 |
| **Salvatore, Maryann (Reply)** | **AFGE** | 5-30 |
| **Schwarz, Pace (Reply)** | **AFGE** | 5-31 |
| **Soriano, Jesus** | **AFGE** | 5-32 |
| **Wormstead, Sherri** | **NFFE** | 5-33 |
| **Wormstead, Sherri (Reply)** | **NFFE** | 5-34 |
| **Vaughn, Chearice** | **AFSCME** | 5-35 |
| **Vaughn, Chearice (Reply)** | **AFSCME** | 5-36 |

| | | |
|---|---|---|
| ***Non-Profit Plaintiff Declarations*** | | |
| **Cudahy, James** | **Alliance of Crop, Soil and Environmental Science Societies** | 5-37 |
| **Funkhouser, Roy** | **Natural Resources Defense Council** | 5-38 |
| **Iverson, George** | **Western Watersheds Project** | 5-39 |
| **Lovitt, Timothy** | **Natural Resources Defense Council** | 5-40 |
| **Molvar, Erik** | **Western Watersheds Project** | 5-41 |
| **Neubacher, Don** | **Coalition to Protect America's National Parks** | 5-42 |
| **Rath, Daniel** | **Natural Resources Defense Council** | 5-43 |
| **Shultz, Alexandra** | **American Geophysical Union** | 5-44 |
| **Trujillo, Gina** | **Natural Resources Defense Council** | 5-45 |
| **Weatherly, Judy** | **Natural Resources Defense Council** | 5-46 |
| **Woodard, Dawn** | **Natural Resources Defense Council** | 5-47 |
| ***Local Government Plaintiff Declarations*** | | |
| Crispen, Dean | San Francisco | 5-48 |
| **Fair, Angela** | **Prince George's County** | 5-49 |
| **Leach, Faith** | **Baltimore** | 5-50 |
| **Moki, Samuel** | **Prince George's County** | 5-51 |
| **Rubardt, Aaron** | **King County** | 5-52 |
| Williams, James | Santa Clara County | 5-53 |
| ***Current and Former Agency Employee Declarations*** | | |
| **Lamas, Zachary** | **Agricultural Research Service** | 5-54 |
| **Long, Cynthia** | **Food and Nutrition Agency** | 5-55 |
| **Lunney, Joan** | **Agricultural Research Service** | 5-56 |
| **Millner, Patricia** | **Agricultural Research Service** | 5-57 |
| **Millner, Patricia (Reply)** | **Agricultural Research Service** | 5-58 |
| **Smith, Douglas** | **Forest Service** | 5-59 |
| ***Counsel Declarations*** | | |
| **Evers, Elizabeth (Reply)** | | 5-60 |
| **Levy, Jessica** | | 5-61 |
| Johnson, Corinne | | 5-62 |