Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Corinne F. Johnson (SBN 287385)
Jessica M. Levy (SBN 368289)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
bchisholm@altber.com
dleonard@altber.com
cjohnson@altber.com
jlevy@altber.com

*Attorneys for All Union and Non-Profit Plaintiffs*

[Additional counsel and affiliations listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE; BROOKE ROLLINS, in her official capacity as Secretary of Agriculture,<br><br>Defendants. | Case No. 3:26-cv-09976<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO SHORTEN TIME TO HEAR PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Civil Local Rules 6-3 and 7-11 |

Plaintiffs respectfully request that the Court shorten the time for briefing and hearing on Plaintiffs' motion for preliminary injunction and stay, Dkt. 5, because Plaintiffs are facing imminent and irreparable harm commencing on September 21, 2026. *See* Civil Local Rules 6-3, 7-11. Plaintiffs submit that good cause exists to grant this request in light of the facts and circumstances set forth in Plaintiffs' motion for preliminary injunction, which are summarized below and include the fact that Defendants have already briefed these claims and the relief sought, so will not be prejudiced by the shortened schedule.

Plaintiffs' complaint challenges Defendant U.S. Department of Agriculture and Secretary of Agriculture Brooke Rollins' (together, "USDA") ongoing implementation of the USDA Reorganization Plan, which aims to restructure and downsize the department's workforce by closing agency offices and requiring thousands of employees to relocate long distances across the country in order to keep their jobs. *See* Dkt. 1. As USDA knows and intends, many employees are unable to relocate for personal and financial reasons, and therefore will lose their careers, their income, and other employment benefits. Plaintiffs contend that USDA's office closures and forced relocations are unlawful because they violate statutory prohibitions on reorganizing and are arbitrary and capricious in violation of the Administrative Procedure Act. Dkt. 1 ¶¶124-140. Plaintiffs' preliminary injunction motion seeks to enjoin and stay USDA's imminent office closures and forced relocations of employees at specific USDA component agencies and mission areas, which will cause irreparable harm to the Union Plaintiffs' federal employee members, as well as to the Local Government and Non-Profit Plaintiffs who rely on those components. Dkt. 5-1 at 22-24.

Plaintiffs initially filed a preliminary injunction motion to halt USDA's reorganization, along with a motion to file a supplemental complaint challenging the USDA reorganization, on July 1, 2026, in the pending case *AFGE v. Trump*, No. 25-cv-03698-SI (N.D. Cal.); *see id.* Dkt. 437, 440. On September 2, 2026, the court in *AFGE v. Trump* denied leave to supplement and therefore denied the preliminary injunction motion as moot, concluding that "the claims plaintiffs seek to bring regarding the USDA reorganization involve new and distinct causes of action that should be the subject of a separate lawsuit." *Id.* Dkt. 486 at 1. Following the *AFGE v. Trump* court's September 2

order, Plaintiffs diligently proceeded with filing the complaint and renewed preliminary injunction motion in the instant case.

It is critical to adjudicate Plaintiffs' preliminary injunction motion before September 21 because the first set of relocated employees are officially required to report to their new workplaces on Monday, September 21, 2026. *See* Dkt. 5-1 at 10, 12, 14; Soriano Decl. ¶15; Dodson Decl. ¶10; Evers Decl. Ex. F; 3rd Kotyk Decl. ¶14. At least 200 employees in USDA's Research, Education, and Education mission area, Forest Service, and Office of General Counsel have received Management Directed Reassignment ("MDR") letters requiring them to report to new locations—which in almost all cases are hundreds or thousands of miles across the country from where they currently live and work—by September 21. Employees who decline relocation will be separated from employment; their last day of work will be Friday, September 18, 2026. Dodson Decl. ¶¶10-11; Levy Decl. Ex. R at 3, 4. Reporting dates for other sets of employees at the same and other USDA components follow soon thereafter, including about 400 employees who received MDRs requiring them to report to new locations on or before October 5, 2026. Rice Decl. ¶100B; Soriano Decl. ¶9; Dodson Decl. ¶13; Mitchell Decl. ¶17; Millner Decl. ¶12-13.

Plaintiffs will be substantially prejudiced if their administrative motion to shorten time is not granted. Plaintiffs include four Union Plaintiffs that collectively represent employees who are being relocated at all USDA component agencies and mission areas at issue in the case. Dkt. 1 ¶¶16-20. Resolution of the preliminary injunction motion before September 18, 2026 is necessary to protect hundreds of USDA employees from involuntary separation. A ruling on the regular motion schedule would not issue sufficiently in advance of that date to prevent those employees from suffering irreparable harm as a result of the USDA's unlawful implementation of its Reorganization Plan.

Defendants will not be unduly prejudiced by a shortened schedule. Plaintiffs in this case assert the same claims that they attempted to assert in *AFGE v. Trump*, and seek no relief beyond what they previously requested. *See* Dkt. 1 ¶¶124-140; *AFGE v. Trump*, No. 25-cv-03698-SI, Dkt. 437-1 ¶¶629-43. Defendants already fully briefed the issues raised in Plaintiffs' current preliminary injunction motion in *AFGE v. Trump*, including filing a 40-page opposition (which they had more than three weeks to draft) and a 12-page supplemental brief disputing Plaintiffs' claims. *Id.* Dkts.

457, 466, 477. Moreover, a shortened time frame for Plaintiffs' motion for preliminary injunction will not affect any other deadlines in this case.

Accordingly, Plaintiffs request that the Court set an expedited briefing and hearing schedule for Plaintiffs' preliminary injunction motion as follows:

- Defendants' opposition: Due by 12 p.m. Pacific time, Monday, September 14, 2026
- Plaintiffs' reply: Due by midnight Pacific time, Tuesday September 15, 2026
- Hearing: September 17 or 18, 2026

Counsel for Defendants have not yet entered an appearance in this case. Plaintiffs provided notice to counsel who represent USDA and Secretary Rollins in *AFGE v. Trump*, as well as to the U.S. Attorney and Civil Chief for the Northern District of California, and sought their position. Johnson Decl. ¶2. Counsel stated that Defendants oppose Plaintiffs' motion to shorten the time to brief and hear Plaintiffs' motion for preliminary injunction. *Id.* ¶3.

DATED: September 8, 2026

Respectfully submitted,

Barbara J. Chisholm
Danielle E. Leonard
Corinne F. Johnson
Jessica M. Levy
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
bchisholm@altber.com
dleonard@altber.com
cjohnson@altber.com
jlevy@altber.com

By: */s/ Corinne F. Johnson*

*Attorneys for All Union and Non-Profit Plaintiffs*

Elena Goldstein (*pro hac vice app. forthcoming*)
Tsuki Hoshijima (*pro hac vice app. forthcoming*)
Andrea Matthews (*pro hac vice app. forthcoming*)
Gregory M. Cumming (*pro hac vice app. forthcoming*)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043

(202) 448-9090
egoldstein@democracyforward.org
thoshijima@democracyforward.org
amatthews@democracyforward.org
gcumming@democracyforward.org

By: */s/ Tsuki Hoshijima*

*Attorneys for All Union Plaintiffs*

Rushab Sanghvi (SBN 302809)
AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO
80 F Street, NW
Washington, D.C. 20001
Tel: (202) 639-6426
Sanghr@afge.org

By: */s/ Rushab Sanghvi*

*Attorneys for Plaintiff American Federation of Government Employees, AFL-CIO (AFGE)*

Teague Paterson (SBN 226659)
Matthew Blumin (*pro hac vice app. forthcoming*)
AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO
1625 L Street, N.W.
Washington, D.C. 20036
Tel: (202) 775-5900
TPaterson@afscme.org
MBlumin@afscme.org

By: */s/ Teague Paterson*

*Attorneys for Plaintiff American Federation of State County and Municipal Employees, AFL-CIO (AFSCME)*

Yvette M. Piacsek (*pro hac vice app. forthcoming*)
General Counsel
National Federation of Federal Employees, IAM, AFL-CIO
1225 New York Ave. N.W., Suite 450
Washington, D.C. 20005
202-216-4428
ypiacsek@nffe.org

By: */s/ Yvette M. Piacsek*

*Attorneys for National Federation of Federal Employees, IAM, AFL-CIO (NFFE)*

PARAS N. SHAH (*pro hac vice app. forthcoming*)
General Counsel
KATHRYN W. BAILEY (*pro hac vice app. forthcoming*)
Assistant Counsel
NATIONAL TREASURY EMPLOYEES UNION
800 K Street, NW
Suite 1000
Washington, DC 20001
(202) 572-5500
paras.shah@nteu.org
kathryn.bailey@nteu.org

By: */s/ Paras N. Shah*

*Attorneys for National Treasury Employees Union (NTEU)*

David Chiu (SBN 189542)
City Attorney
Yvonne R. Meré (SBN 175394)
Chief Deputy City Attorney
Mollie M. Lee (SBN 251404)
Chief of Strategic Advocacy
Sara J. Eisenberg (SBN 269303)
Chief of Complex and Affirmative Litigation
Molly J. Alarcon (SBN 315244)
Alexander J. Holtzman (SBN 311813)
Deputy City Attorneys
OFFICE OF THE CITY ATTORNEY FOR THE CITY AND COUNTY OF SAN FRANCISCO
1390 Market Street, 7th Floor
San Francisco, CA 94102
molly.alarcon@sfcityatty.org
alexander.holtzman@sfcityatty.org

By: */s/ David Chiu*

*Attorneys for Plaintiff City and County of San Francisco*

Tony LoPresti (SBN 289269)
COUNTY COUNSEL
Kavita Narayan (SBN 264191)
Meredith A. Johnson (SBN 291018)

Raphael N. Rajendra (SBN 255096)
Hannah M. Godbey (SBN 334475)
OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA
70 West Hedding Street, East Wing, 9th Floor
San José, CA 95110
Tel: (408) 299-5900
Kavita.Narayan@cco.sccgov.org
Meredith.Johnson@cco.sccgov.org
Raphael.Rajendra@cco.sccgov.org
Hannah.Godbey@cco.sccgov.org

By: */s/ Tony LoPresti*

*Attorneys for Plaintiff County of Santa Clara, Calif.*

Sharanya Mohan (SBN 350675)
Kayla Svihovec (*pro hac vice app. forthcoming*)
Toby Merrill (*pro hac vice app. forthcoming*)
PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, CA 94609
Tel: (510) 738-6788
sai@publicrightsproject.org
kayla.svihovec@publicrightsproject.org
toby@publicrightsproject.org

By: /s/ Kayla Svihovec

*Attorneys for Plaintiffs Baltimore, MD, Chicago, IL, Martin Luther King, Jr. County, WA, Prince George's County, MD*

Christopher Sanders (WA SBN: 47518 (*pro hac vice app. forthcoming*))
General Counsel & Chief Legal Advisor to King County Executive Girmay Zahilay
Mika Rothman (WA SBN: 55870 (*pro hac vice app forthcoming*))
Deputy General Counsel to King County Executive Girmay Zahilay
Erin King-Clancy (CA SBN: 249197, WA SBN: 57259)
Senior Deputy Prosecuting Attorney
Office of King County Prosecuting Attorney Leesa Manion
401 5th Avenue, Ste. 800
Seattle, WA 98104
(206) 477-9483

ChrSanders@kingcounty.gov
mrothman@kingcounty.gov
EClancy@kingcounty.gov

By: /s/ Erin King-Clancy

*Attorneys for King County*

Ebony M. Thompson (*pro hac vice app. forthcoming*)
Baltimore City Solicitor
Christopher Sousa (SBN 264874)
Baltimore City Department of Law
100 N. Holliday Street
Baltimore, Maryland 21202
Tel: (443) 610-8859
christopher.sousa@baltimorecity.gov

By: /s/ Christopher Sousa

*Attorneys for Plaintiff City of Baltimore*

Anthony D. Jones (*pro hac vice app. forthcoming*)
Prince George's County Attorney
Prince George's County Office of Law
1301 McCormick Drive, Suite 4100
Largo, Maryland 20774
Tel: (301) 925-5225
adjones@princegeorgescountymd.gov

By: /s/ Anthony D. Jones

*Attorneys for Plaintiff Prince George's County*