UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE; BROOKE ROLLINS, in her official capacity as Secretary of Agriculture,<br><br>Defendants. | Case No. 3:26-cv-09976<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO SHORTEN TIME** |

**[PROPOSED] ORDER**

Good cause having been shown, the Court grants Plaintiffs' administrative motion to shorten time to hear Plaintiffs' motion for preliminary injunction.

Defendants' response to Plaintiffs' motion for preliminary injunction shall be filed by 12 p.m. Pacific time on Monday, September 14, 2026.

Plaintiffs' reply in support of the motion for preliminary injunction shall be filed by midnight Pacific time on Tuesday, September 15, 2026.

The hearing on Plaintiffs' motion for a preliminary injunction is set for

☐ Thursday, September 17, 2026 at ___________

☐ Friday, September 18, 2026 at __________

IT IS SO ORDERED.

Dated: _____________________, 2026

_________________________________
The Honorable ________________
United States District Court Judge