BRETT A. SHUMATE
Assistant Attorney General
BRAD P. ROSENBERG (DC Bar No. 467513)
Chief Litigation Counsel
TAYLOR PITZ (CA Bar No. 332080)
Trial Attorney
Civil Division, Federal Programs Branch

1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-5200
Taylor.N.Pitz@usdoj.gov

Counsel for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>BROOKE ROLLINS, in her official capacity as Secretary of Agriculture, *et al.*,<br><br>Defendants. | Case No. 3:26-cv-09976-VC<br><br>**DEFENDANTS' NOTICE OF FILING IN RESPONSE TO PLAINTIFFS' PROPOSED ADMINISTRATIVE STAY** |

Defendants continue to object to the entry an administrative stay in this matter. Defendants further submit that any stay should be subject to the same time limitations as a temporary restraining order under Federal Rule of Civil Procedure 65, such that the duration of the administrative stay counts against the time limitations contemplated by Rule 65(b)(2).

That said, consistent with this Court's directive, Defendants appreciated the opportunity to confer with Plaintiffs on the substance of a proposed stay. The parties conferred and reached a resolution as to one issue, but could not agree on the substance of the proposed stay. As Plaintiffs'

filing indicates, Defendants believe the proposed order should more clearly specify that it is limited to the September 21, 2026 relocations. Additionally, USDA has concerns that the stay, as drafted, would stop both voluntary reassignments and routine reassignments unrelated to the Management Directed Reassignments at issue in this case. For those reasons, USDA has provided the Court with a redline of Plaintiffs' proposed stay that makes proposed changes to remedy these issues. Plaintiffs intend to file a response to this filing.

Dated: September 11, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

BRAD P. ROSENBERG
Chief Litigation Counsel

*/s/ Taylor Pitz*
TAYLOR PITZ
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005

Telephone: (202) 305-5200
Taylor.N.Pitz@usdoj.gov

*Counsel for Defendants*