UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE; BROOKE ROLLINS, in her official capacity as Secretary of Agriculture,

Defendants.

Case No. 3:26-09976

**[PROPOSED] ADMINISTRATIVE STAY ORDER**

**[PROPOSED] ADMINISTRATIVE STAY ORDER**

For the reasons stated at the September 10, 2026 conference, including to preserve the status quo, provide the Court time to address the merits of Plaintiffs' preliminary injunction motion, and accommodate Defendants' requested additional time for briefing, the Court hereby issues the following administrative stay.

From the time of this order through October 2, 2026, the September 21, 2026 deadline~~s~~ in all "management directed reassignment" ("MDR") letters for reassignments outside of an employee's local commuting area, and any other notice or directive of an involuntary reassignment or relocation outside of a local commuting area, issued to employees in the U.S. Department of Agriculture ("USDA") components listed below, including any deadlines requiring employees to report to new locations or to accept or decline reassignments or relocations, is~~are~~ stayed. Defendants shall not take any action to implement, carry out, effectuate, or enforce that~~ose~~ deadline~~s~~, including proceeding with any termination, separation, or other disciplinary proceeding against an employee, or placing an employee on Absent Without Leave status, based on the employee's decision to decline reassignment, not to respond to a notice of reassignment, or not to relocate.

This administrative stay applies only to the following USDA components: the Food and Nutrition Administration; Research, Education, and Economics mission area; Forest Service; Foreign Agricultural Service; Rural Development mission area; Farm Production and Conservation mission area; Office of the General Counsel; and Office of the Assistant Secretary for Civil Rights.

Notwithstanding the foregoing, this administrative stay does not apply to deadlines pertaining to the relocation or reassignment of USDA employees currently located within the National Capital Region[1] to other local offices or locations also located within the National Capital Region.

[1] *See* 40 U.S.C. §71(b).

**IT IS SO ORDERED.**

Dated: September _____, 2026

_________________________________
The Honorable Vince Chhabria
United States District Court Judge