IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et Al.**,**<br><br>Plaintiffs,<br><br>**v.**<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, et. al, | Case No. 3:26-cv-09976-VC<br><br>**[PROPOSED] ORDER GRANTING STATES' MOTION FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF PLAINTIFFS** |

**[PROPOSED] ORDER**

The Amicus Curiae States' Administrative Motion to file an amicus brief is hereby GRANTED.

IT IS SO ORDERED.

Dated: ____________________, 2026

______________________________
The Honorable Vince Chhabria
United States District Court Judge