**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE; BROOKE ROLLINS, in her official capacity as Secretary of Agriculture,<br><br>Defendants. | Case 3:26-cv-09976-VC<br><br>**DECLARATION OF MARY PLETCHER RICE IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' PRELIMINARY INJUNCTION MOTION** |

I, Mary Pletcher Rice, declare as follows:

**Introduction**

1. I am the Acting Principal Deputy Assistant Secretary for Administration within the Departmental Administration at the United States Department of Agriculture (USDA or Department), headquartered in Washington, D.C. I have served in this position since January 31, 2025, and I have been employed at USDA since 2018.

2. In my role at the USDA, I currently oversee the Department's Office of Human Resources Management; Office of Homeland Security; Office of Leasing, Operations, and Property Management; Office of Safety, Security and Protection; Office of Contracting and Procurement; and Office of Small and Disadvantaged Business Utilization. I have purview over USDA subagencies' Chief Operating Officers and Human Resources Offices. One of my responsibilities is leading the planning and implementation of USDA's reorganization. I possess an in-depth understanding of the contents of Secretary Rollin's Reorganization Memorandum; the Mission Area and Staff Office reorganization plans articulated in Congressional, employee, and union notifications from March 2026 to July 2026; and implementation actions associated with the Mission Area and Staff office reorganization plans.

3. As part of my role, I oversee the development and submission of workforce management requests to the Office of Personnel Management (OPM) including USDA's Annual Staffing Plan (ASP) and quarterly hiring updates to OPM. In addition, I oversee facility utilization reporting across USDA and coordinate closely with the General Services Administration on USDA facility requirements.

4. As part of my role, I also coordinate closely with the Office of Budget and Program Analysis (OBPA) to identify and understand any budgetary issues that affect USDA's workforce and facilities. I meet regularly with Mission Areas and Staff Offices to provide guidance and support on budget-related matters associated with the workforce and facilities. I coordinate with OBPA to ensure appropriate Congressional notifications occur on reorganization, workforce and facility matters.

**Foundational Definitions Related to USDA Reorganization and Relocation**

5. USDA's reorganization encompasses organizational structure changes to support better service delivery, ensuring it can afford its workforce with available funding, aligning its facilities blueprint with available funding, ensuring USDA's facilities meet federal law related to utilization, consolidating support functions, and reducing or collapsing management layers to facilitate decision making and customer service.

6. USDA, like other federal agencies, must adhere to regulations and guidelines promulgated by the Office of Personnel Management (OPM). For example, USDA follows OPM's Guide to Processing Personnel Actions (GPPA) which documents the specific Nature of Action Code (NOAC) and legal authority codes agencies must use for each type of personnel action. Each action is associated with an NOAC and legal authority codes to ensure there is an accurate record of each employee's career. The most commonly used personnel actions as it relates to reorganizations are reassignments, realignments, and changes of duty stations.

7. As it relates to labor management responsibilities associated with reorganization, USDA is guided by the statutory rights enumerated under the Federal Service Labor-Management Relations Statute and the Foreign Service Labor-Management Relations Statute (5 U.S.C. § 7106(a)(1); 22 U.S.C. § 4105(a)(1)). The statutes define management rights as it relates to the organizational structure. This authority includes establishing the agency's administrative and functional structure, defining lines of authority, and allocating responsibilities. It also encompasses decisions on organizational entities, grade-level structure, geographic locations where the agency operates, and the placement of duty stations. USDA also retains the right to assign employees (5 U.S.C. § 7106(a)(2)(A); 22 U.S.C. § 4105(a)(2)), which includes initial hiring, position assignment, and post-hire actions such as reassignment. Pursuant to 5 C.F.R. pt. 335, USDA has broad authority to reassign an employee to another position at the same grade.

8. Under regulation, a reassignment involves changing the position of an employee without promotion or demotion. Reassignments are processed when an employee moves within the same agency, to another position, at the same grade and pay level. A reassignment can result from an employee applying to a vacancy or be the result of a mandatory move directed by a specific organization. A reassignment action is processed whether the employee remains in the same commuting area and/or duty station, or if they move outside the local commuting area.

9. Reassignments are processed using NOAC 721. NOAC 721 includes reassignments associated with competitive selection under agency Merit Promotion or Merit Staffing procedures.

10. OPM defines local commuting area as "The geographic area that usually constitutes one area for employment purposes. It includes any population center (or two or more neighboring ones) and the surrounding localities in which people live and can reasonably be expected to travel back and forth daily to their usual employment.)." (5 CFR § 351.203; 5 CFR § 330.207)

11. A Management Directed Reassignment and a voluntary reassignment leverage the same NOAC 721 code for processing.

12. Employees are eligible to certain entitlements related to career placement for MDRs outside a local commuting area. A MDR outside a local commuting area may also result in eligibility for Discontinued Service Retirement for employees that meet age and length of service requirements. (5 U.S.C. § 8336(d)(1);5 U.S.C. § 8414(b)(1)

13. A change of duty station is processed when an employee's official worksite is moved to a duty station, but there is no change to the employee's position, and they remain in the same locality pay. For example, the movement of an employee in their same position that works at the USDA South Building in Washington, DC to the George Washington Carver Center in Beltsville, Maryland will result in a change of duty station.

14. When a duty station is located in a different locality area, as defined in 5 CFR § 531.603 for pay purposes, the change will result in a pay adjustment.

15. USDA follows the Federal Travel Regulations regarding relocation entitlements as it relates to changes in employees' duty stations. Under 41 CFR § 302-2.1, relocation allowances are authorized when moves occur outside of the commuting area using the distance test. The regulation states, "The distance test is met when the new official station is at least 50 miles further from the employee's current residence than the old official station is from the same residence. The distance between the official duty station and residence is the shortest of the commonly traveled routes between them."

16. Under regulation, a realignment is processed when an employee remains in the same position, but the organizational structure changes around the position—such as office name changes, shift of organizational codes, or movement of the position to a new unit. As with reassignments, a realignment can be made in conjunction with a duty station change.

17. The Administrative Stay issued on September 14, 2026 pauses all MDRs and reorganization related voluntary reassignments through October 2, 2026. During this period, the Department will not process personnel actions using NOAC 721. Per the GPPA, NOAC 721 is used for federal personnel processes to document lateral movements, specifically reassignments at the same grade level. This includes situations where employees apply competitively for positions at their current grade, as well as routine lateral movements used to address staffing needs and support professional development.

18. The Utilizing Space Efficiently and Improving Technologies Act (USE IT Act), enacted in January 2025, requires federal agencies to systematically monitor, measure, and publicly report the occupancy and utilization of federal government-owned and federally leased facilities. The USE IT Act establishes a government-wide design standard of 150 usable square feet per person and sets a minimum utilization benchmark of 60 percent for office space. Agencies must take corrective actions—such as consolidation or space reduction—when facilities fall below mandated utilization thresholds. Most USDA facilities currently do not meet the required benchmarks. Accordingly, the Department's

ongoing lease cancellations, space reductions, office relocations, and organizational realignments are necessary steps to bring USDA into compliance with the USE IT Act and to ensure efficient stewardship of federal real property.

**Framework of USDA's Reorganization**

19. The Department is not simply developing a plan to relocate personnel; rather, it is striving to complete a major organizational realignment that will reshape how the Department is structured and improve how it provides services to the public while ensuring it operates within its available financial resources for its workforce and facilities. All current USDA employees will have a position in the Department. USDA has no current plans to conduct any Reductions in Force across the Department.

20. Secretary Rollins' July 24, 2025 Memorandum establishes a broad structural framework for modernizing the Department, outlining four pillars intended to improve organization, optimize resources, and strengthen service delivery across USDA's nationwide mission. The Secretary's Memorandum also guides USDA's hiring plans.

21. First, the Department seeks to ensure the size of USDA's workforce aligns with financial resources and priorities. Because many positions added in prior years were funded through temporary, nonrecurring sources—primarily the Inflation Reduction Act and the Infrastructure Investment and Jobs Act—USDA could not sustain those staffing levels once that supplemental funding diminished. As a result, the Department deployed voluntary separation mechanisms rather than involuntary separations to ensure staffing levels aligned with budgetary resources. This reduction was achieved through voluntary retirements and resignations, voluntary movement of employees to other federal agencies, and the Deferred Resignation Program, through which over 15,000 employees departed the Department. Any further rightsizing is expected to be completed through the use of Voluntary Early Retirement Authority and Voluntary Separation Incentive Payments.

22. The second pillar will bring USDA closer to its customers by relocating headquarters' resources outside of the National Capital Region (NCR). USDA has proposed five designated regional hubs—Raleigh, North Carolina; Kansas City, Missouri; Indianapolis,

Indiana; Fort Collins, Colorado; and Salt Lake City, Utah—to reduce costs and locate personnel closer to the farmers, ranchers, producers, and rural communities they serve. Three of the hub locations were already de facto USDA hub locations with a substantial existing concentration of USDA agencies and employees - Raleigh, Kansas City, and Fort Collins - as well as vacant USDA space. The hubs do not replace existing USDA field locations across the country and are focused on headquarters, regional programs and functions. In Raleigh, for example, USDA already occupies space on North Carolina State University's Centennial Campus that is only 55 percent filled and additional USDA-managed facilities in Raleigh (Somerset location) include multiple vacant and underutilized office. Similarly, in Fort Collins, Building B on the USDA campus is only 51 percent occupied, offering significant room for consolidation and hiring. These hubs are not intended to replace USDA's existing field locations across the country; rather, they will support headquarters, regional programs, and key functional operations. In addition to the hubs, USDA has also designated agency-specific and support-function service centers to further streamline operations and improve service delivery.

23. By formally establishing these hubs (instead of operating de facto hubs) and service centers, USDA will also be able to capitalize on highly qualified talent it could not previously attract to NCR-based positions due to barriers, such as the higher cost of living. Co-location of multiple USDA organizations in the hubs will also provide opportunities for cross-organizational collaboration, sharing of resources, and facility utilization. USDA will also be able to recruit better from a broader and more diverse talent pool across these hubs, drawing in individuals who offer valuable, hands-on experience in agriculture, ranching, and forestry. By tapping into communities where these skill sets are deeply rooted, the Department can enhance its ability to serve producers, landowners, and rural communities more effectively.

24. Historically, most Senior Executive Service positions within USDA were located within the NCR. USDA employees from other parts of the country have extensive knowledge and experience in delivering USDA's mission. The reorganization will enable USDA

employees across the country to have greater opportunities to serve in Senior Executive Service positions as well as leadership positions within the General Schedule. For example, USDA's Director of the Office of Contracting and Procurement has historically been located in Washington, DC. The position was recently announced in USDA hub locations and filled in Kansas City. For the first time, the position has been filled by an individual who possesses extensive broad procurement experience and specific agriculture commodity procurement experience.

25. Third, the Department will streamline its structure by reducing management layers and unnecessary bureaucracy. This effort is not about reducing the number of employees but instead about implementing more effective structures that better support delivery of mission critical functions and programs. For example, the Forest Service is shifting from a regional based structure to a state-based model supported by technical service centers. The Agricultural Research Service is restructuring its Area Office management layers to better support its research mission. The Food and Nutrition Administration is shifting from seven regional offices to a five-hub model to provide more consistent service for their state-administered programs. Each USDA component agency and office is implementing its own plan tailored to its distinct mission, statutory obligations, and operational and practical requirements. USDA does not expect that any services will be disrupted by the reorganization.

26. Fourth, the Department will strengthen oversight and reduce duplication by consolidating specific Department-wide administrative functions where appropriate to increase efficiency and consistency in mission-delivery and ensure the staff delivering these functions have the appropriate training and support.

27. The Secretary's Memorandum serves as a framework for the Department's reorganization, rather than an implementation plan. Pursuant to Section 7 of the memorandum, the Secretary delegated to the Deputy Secretary all necessary authorities to implement the reorganization. The development of the component agency and staff office reorganization plans has been a deliberate and iterative process, which evolved

significantly from the initial March and April Agency Reduction in Force (RIF) and Reorganization Plans (ARRP) submitted by the Department to OPM and the Office of Management and Budget (OMB). Those plans have been refined over time in response to operational assessments in consideration of feedback from internal and external stakeholders including public comments received. To be clear, at this time, USDA is not implementing the plans set forth in the ARRPs.

**<u>USDA's FY 2026 Annual Staffing Plan and Hiring</u>**

28. In December 2025, USDA submitted its FY 2026 Annual Staffing Plan (ASP) to the Office of Personnel Management (OPM). The ASP reflects USDA's intentions regarding its staffing levels as well as the hiring actions associated with achieving its staffing levels. The ASP was submitted to OPM in December 2025 and updated in February 2026, and it forecasts a modest increase in staffing as opposed to any further decreases in staffing. USDA's ASP reflects the entirety of USDA's workforce including permanent employees, term employees, temporary employees and Farm Service Agency County employees who operate under a different personnel system.

29. USDA's hiring actions are aligned to support USDA's statutory obligations, mission-critical functions, and address emerging priorities. These hiring actions include internal movement of current USDA employees, promotions of USDA employees, hiring of temporary or term employees, and hiring of new USDA permanent employees. OPM has established government-wide targets for early-career hiring, primarily focusing on positions within the General Schedule that are grades 9 and below. USDA's ASP and quarterly updates reflect USDA's intention to hire approximately 31 percent of its permanent positions as early-career. Throughout the fiscal year, USDA has submitted quarterly updates to OPM on projected hiring actions to achieve the ASP.

30. USDA's ASP was submitted in advance of mission area and staff office reorganization plan finalization. As such, the ASP included assumptions on retirements and limited voluntary early departures through the Voluntary Early Retirement Authority (VERA) and Voluntary Separation Incentive Payments (VSIP), with resultant vacancies backfilled

into field locations, service centers, and hub locations. Almost 3,000 hires submitted in the initial ASP were identified as "to be determined" to ensure USDA had the flexibility to acquire the workforce needed to successfully deliver its functions.

31. USDA is actively hiring in alignment with its ASP. While USDA did request and receive VERA and VSIP authority from OPM, USDA requested that authority to provide employees voluntary options during reorganization and restructuring. At no time in its quarterly ASP updates has USDA indicated that it intends to reduce the size of its workforce. USDA's quarterly ASP updates reinforce USDA's intention to achieve moderate increases in overall staffing levels and backfill attrition – whether it is reorganization related or otherwise.

32. As of August 22, 2026, USDA has processed 15,015 internal promotions and reassignments during FY 2026. USDA onboarded 9,923 new employees. These numbers are inclusive of all of USDA's workforce.

33. The Department applied for VERA and VSIP authority through OPM in February 2026. This provides additional options for employees impacted by the reorganization. The OPM VERA form contains prepopulated categories and checkboxes, and USDA selected the checkboxes that most appropriately described the rationale for its request. USDA did not check the box for Reduction in Force. Although USDA requested the use of up to 5,000 instances of VERA, the request was made in advance of the completion of mission area and staff office reorganization plans and also accounts for employee options to pursue early retirement even when they will not be required to relocate. For example, the scope of the VERA request includes the reassignment of employees into different positions which can occur under organizational structuring. VERA is completely voluntary and if employees do not wish to take VERA, they are not required to opt into VERA.

34. Throughout the fiscal year, the number of hiring actions USDA has projected has increased due to the number of opportunities offered to existing USDA employees for promotions and to move into other positions.

## Bargaining Status

35. As part of the Department's process to implement the reorganizations, USDA is committed to meeting its bargaining obligations in accordance with laws and regulations.

36. All told, concluded obligations have the potential to impact approximately 3,600 bargaining unit employees. The responsible agencies and mission areas within USDA have and will continue to provide the appropriate notifications to the impacted exclusive representatives. Completed negotiations detailed below in the Reorganization Plans section for each mission area and staff office represent agreement between management and the labor organizations regarding the impact and implementation of the applicable reorganization plans. With respect to organizations with bargaining units without agreements, USDA is continuing negotiations.

37. On August 29, 2025, USDA issued National Consultation Right memos to Dr. Everett Kelly, National President of the American Federation of Government Employees (AFGE) and Randy Erwin, National President of the National Federation of Federal Employees (NFFE), requesting their review and comment on the Secretary's July 24, 2025, Reorganization Memorandum. *See* Exs. 1, 2. AFGE provided a response on September 26, 2025. *See* Ex. 3.

## Personnel Decisions Hinging on Reorganization

38. Delaying implementation of the reorganization would materially impair the Department's ability to carry out its mission. The reorganization is not limited to relocating employees; it involves structural changes that are already being implemented and that directly affect how the Department organizes, supervises, and deploys its workforce. All positions and hiring actions are associated with a formal organizational structure. USDA's human resources systems reflect this organizational relationship between a position and the organization. When an organization is planning for reorganization and resulting structural changes, the agency must define or update the organizational structure and associated positions.

39. Mission Areas and Staff Offices have begun hiring under the new structures outlined in their respective reorganization plans, and a pause would disrupt these mission-critical hiring actions and undermine organizational continuity. To date, onboard levels at hub locations have increased by as much as 14 percent in those duty locations and hiring is actively underway.

40. USDA has already appointed, reassigned or announced Senior Executive Service (SES) positions impacted by Mission Area and Staff Office reorganization plans. USDA made the difficult, but strategic, decision to leave a large number of SES positions vacant over the past year pending the development and finalization of reorganization plans. The decision to delay permanently filling these critical leadership vacancies last year was enacted to reduce the number of executives who would be hired into existing positions that might later be abolished and minimize those who would later be required to relocate and/or move into new positions associated with updated or new USDA organizational structures. Since January 2026, USDA identified over 185 SES vacancies to be filled, either through reassignment of existing executives to new positions and locations, or formal recruitment action, with duty locations associated with reorganization-based location models. As individual reorganization plans were announced, USDA began a concerted effort to reassign existing executives to their new positions— a number of those approved with geographic relocation have either relocated or are pending the move to their locations—and announce other vacancies in their new duty location. USDA has permanently hired approximately 22 new executives, with over 20 more selections pending approval by OPM. Many other vacancies are well into the announcement and candidate vetting process.

41. As a result of the Administrative Stay, 41 of the Department's pending SES reassignments to fill critical leadership vacancies and create continuity and stability for the organization are on hold.

**USDA's Workforce and Attrition**

42. As of August 8, 2026, USDA's workforce totals 93,674 employees. This reflects a 3,281 employee increase from January 2026 when USDA had 90,373 total employees.

43. For context, from Fiscal Year (FY) 2022 to FY 2024, an average of 7,295 permanent employees departed USDA annually, equating to a permanent employee average attrition rate of 9.5 percent. So far in FY 2026, 4,678 permanent employees have departed USDA equating to an attrition rate of 6.8 percent.

44. USDA is currently in the process of developing its FY 2027 Annual Staffing Plan for submission to OPM. Agencies and staff offices are forecasting their hiring needs which includes estimates for hiring associated with all types of attrition including reorganization.

45. 26,931 of USDA's employees are bargaining unit employees, representing approximately 29 percent of the Department's total personnel. Within this bargaining unit population, several labor organizations maintain representation, including the National Federation of Federal Employees (NFFE), which represents 20,715 employees, or roughly 77 percent of all bargaining unit employees; American Federation of Government Employees (AFGE), which represents 4,553 employees, or roughly 17 percent; the American Federation of State, County and Municipal Employees (AFSCME), which represents 825 employees, or about 3 percent; National Treasury Employees Union (NTEU), which represent 560 employees, or about 2 percent; the American Foreign Service Association (AFSA), which represents 189 employees, or about 0.7 percent; and the National Association of Government Employees (NAGE), which represents 67 employees, accounting for approximately 0.3 percent of the bargaining unit workforce.

**Decisions Made to Decrease Attrition**

46. As reorganization planning has progressed, several adjustments have been made to ensure the reorganization aligns with mission needs and operational realities, accords with the Department's National Capital Region (NCR) space strategy and considers potential

attrition and its impact on agency functions. These changes reflect a thoughtful and evolving approach rather than a static directive.

47. For example, USDA has determined that the George Washington Carver Center (GWCC) should be retained as opposed to sold (as originally contemplated) to better support long-term operational requirements in the NCR. Located in Prince George's County Maryland, GWCC has capacity for 1,900 employees. The decision to retain the GWCC was made to provide additional flexibility to maximize mission continuity, reduce the amount of upfront costs required to relocate employees, and mitigate the degree of attrition. GWCC will be leveraged for employees across mission areas and staff offices including the Food and Nutrition Administration (FNA) which completed their move to GWCC on August 31, 2026. GWCC will also serve as an NCR hub for business operations across mission areas and the Department. Departmental Administration is working with Mission Areas and Staff Offices on their move plans to GWCC. Over 1,100 USDA employees have or will be moved into GWCC by the end of calendar year 2026 resulting in full utilization of GWCC capacity.

48. With this decision, USDA has ultimately determined that 1,900 additional employees will remain in the NCR, rather than be relocated outside of the NCR, in order to mitigate attrition and any of its effects. Available space in the National Agricultural Library (NAL), also located in Prince George's County Maryland, is being leveraged for 100 additional employee workstations within the NCR and USDA is beginning the process of moving available furniture to this building. The NAL will be used to house Agricultural Research Service employees who were previously located at GWCC to provide additional space for other mission areas and staff offices at GWCC.

49. In another example, the Forest Service has developed alternative facility plans that will enable it to retain most employees in their local commuting area while still enabling the Forest Service to reduce its leasing costs in alignment with its budget. The Forest Service initially announced that Regional Offices in Portland, Oregon; Atlanta, Georgia; and Milwaukee, Wisconsin would close. However, after several months of coordination to

find more cost-effective space, the agency will not relocate the individuals out of their local commuting areas. While the Regional Offices will no longer be a part of the new organizational structure, the employees will remain within the local commuting area, unless they indicate voluntary interest in relocation.

50. In Portland, the Forest Service will proceed with closure of the building and has identified multiple alternative workspaces within the local commuting area for employees to use. In Atlanta, the Forest Service will retain its office in the current building located at 1718 Peachtree Street Northwest. The Forest Service is working with the U.S. General Services Administration to extend the current lease, which expires in August 2027 for an additional five years. FNA will co-locate with the Forest Service so that the space can be fully utilized. In Milwaukee, the Forest Service is working with the Department to procure new office space within the local commuting area upon expiration of the current lease in August 2027. Forest Service employees in the Portland, Atlanta and Milwaukee offices have been notified of this decision.

51. On September 3, 2026, the Forest Service notified employees that it had completed its national review of its regional office and research and development facilities. As part of this review, the Forest Service determined that 61 facilities would be retained, and 23 sites with little to no staffing were identified for closure. Employees at these locations identified for closure will transition to other facilities within the local commuting areas, allowing the agency to consolidate its physical footprint and its facility cost while retaining employees in their local commuting area.

52. In their labor management negotiations, the FNA agreed that it would not relocate employees that would be housed in the Sidney R. Yates Building or GWCC for 30 months.

53. Finally, the Department determined it was in the best interest of the organization not to consolidate all the support functions outlined in the Secretary's Memo. For example, within human resources, the Department is consolidating only the Labor Relations, Employee Relations, and Reasonable Accommodations functions as opposed to the

entirety of human resources. Retaining the remaining functions, such as hiring, enables agencies to individually manage needs. The Department also decided not to consolidate Communications, Legislative Affairs, and Grants and Financial Assistance under the Department at this time.

**NCR Space Strategy and Impact on Prince George's County**

54. The USE IT Act is the primary driver behind the Department's National Capital Region (NCR) space strategy, which includes decisions affecting the Braddock Place Building (Braddock), the South Building, the Jamie L. Whitten (Whitten) Building, the Sidney R. Yates (Yates) Building, the George Washington Carver Center (GWCC), and the National Agricultural Library (NAL).

55. Over time, USDA's presence in the NCR has declined substantially. USDA office buildings in the region have the capacity to house approximately 10,300 employees. In January 2019, USDA employed 6,055 individuals in Washington, D.C. (the South Building, the Whitten Building, the Yates Building and other local leased space); by January 2021, staffing in the area declined to 5,510, and fell further to 3,254 in January 2025. By June 2026, only 2,832 employees remained in Washington, D.C., less than half the number of NCR employees in 2019.

56. Surrounding locations reflect similar trends. The Food and Nutrition Agency's (FNA) Virginia office (Braddock) housed 569 employees in 2019, 576 in 2021, 350 in 2025, and 391 in 2026. GWCC housed 765 employees in 2019, 789 in 2021, then dropped sharply to 331 in 2025, before rising to 742 in 2026 with the consolidation of the Animal and Plant Health Inspection Service Riverdale, Maryland facility.

57. Overall, NCR staffing fell approximately 50 percent, from 7,389 to 3,965, between January 2019 and June 2026. The majority of the decline was between 2020 and 2024, primarily due to voluntary relocations or hiring headquarters staff outside of the NCR. Additional drivers include retirements and voluntary resignations. This sustained decline, combined with the USE IT Act's mandate to optimize and right-size federal space, requires the Department to make prudent decisions regarding its real property portfolio,

including the planned disposition of the South Building, to ensure efficient and responsible use of federal facilities.

58. The Department's NCR space strategy has also been informed by other factors. For instance, USDA's two historic headquarters buildings in Washington, D.C.—the South Building and the Whitten Building—present the Department with significant challenges due to extensive deferred maintenance and modernization costs required to bring the building to code and up to modern workplace standards totaling $1.923 billion. These deficiencies present material risks to life, safety, operational continuity, and compliance with federal standards. The South Building accounts for approximately $1.322 billion of this need, while the Whitten Building represents an additional $601 million.

59. Both facilities currently operate at only 18–23 percent occupancy, far below the optimal utilization required under the USE IT Act. At present, there are not enough federal employees in the National Capital Region to meet the utilization level required for the South Building.

60. Annual Congressional appropriations for operations and maintenance of the Whitten and South Buildings and GWCC do not cover the full costs of operations. For example, in FY 2026, Congress appropriated only $15 million for operations and maintenance but the annual need exceeds $40 million for core operations and maintenance. As such, GSA and USDA jointly announced in February 2026 the disposal of the South Building.

61. To accommodate this disposal, the Department has made plans to relocate employees currently stationed in the South Building to other buildings in the NCR (the Whitten Building, the Yates Building, or GWCC), or to other USDA hub locations, service centers or field locations. USDA intends for GWCC to house approximately 1,900 employees, the Yates Building will house approximately 750 employees, and the Whitten Building will house approximately 900 employees. The decision to retain GWCC was critical in the Department's space strategy for the NCR and resulted in an additional 1,900 employees who can remain instead of relocating. The NAL will additionally house 100 Agricultural Research Service NCR-based employees.

62. The Department's current space strategy will increase—not to decrease the total number of USDA employees located in Prince George's County. In June 2026, 348 employees were assigned to the Beltsville Agricultural Research Center (BARC) and 742 employees to the GWCC. Between July and August 2026, the Department reassigned and moved 330 employees from Departmental Administration, the Office of the Chief Financial Officer, and FNA to GWCC. The Department further plans to relocate approximately 300 employees to GWCC over the next 30 days and plans to fill the remaining space in the building by the end of the calendar year. Even with the decommissioning of BARC, the overall number of USDA employees assigned to Prince George's County will increase.

**Management Directed Reassignment Letters Issued to Date and Intentions**

63. Based on current mission area and staff office reorganization implementation plans and outcomes of labor management negotiations to date, USDA anticipates no more than 2,000 employees will receive a Management Directed Reassignment (MDR) letter requiring a move outside the employee's local commuting area. This number is across all mission areas and staff offices and considers USDA's offices and locations across the country. 2,000 employees represent 2.1 percent of USDA's current workforce.

64. Because labor management negotiations are underway for multiple USDA agencies and attrition-related provisions may be an aspect of these negotiations, USDA does not know how much lower the number will decrease at this time.

65. In addition, multiple USDA agencies are launching voluntary reassignment processes to match employees to positions defined in their reorganizations. The outcomes of these processes are expected to further decrease the number of MDR letters.

66. As of September 14, 2026, USDA has issued MDR letters to 750 employees. A breakdown by Mission Area or Agency follows.

67. The Food Safety and Inspection Service has issued MDR letters to 107 of its 7,324 employees. 45 employees have accepted. The report dates are September 30, 2026, and October 31, 2026.

68. The Research, Education and Economics (REE) has issued MDR letters to 609 of REE's 5,748 employees. 135 Agricultural Research Service employees, 59 Economic Research Service employees, 84 National Agricultural Statistics Service employees, and 114 National Institute of Food and Agriculture employees have accepted. The report date for non-bargaining unit employees was intended to be September 21, 2026, and the report date for bargaining unit employees was intended to be October 5, 2026. These report dates have been suspended due to the administrative stay.

69. Office of General Counsel issued MDR Letters to 18 of its approximately 207 employees. 9 employees have accepted. The report date was intended to be September 21, 2026, for 6 of these employees. The report date has been suspended in accordance with the administrative stay. The other report dates have not yet been determined.

70. The Forest Service has issued MDR letters for a reassignment outside of the commuting area to 1 of its 33,500 employees. 0 employees have accepted.

71. The Foreign Agricultural Service has issued MDR letters to 15 of its 534 employees. 6 employees have accepted. At the time the administrative stay was issued, the employee response period was open. The response period has been suspended in accordance with the administrative stay. The report date is December 31, 2026.

72. USDA has provided notices of duty station changes to 366 employees in the Food and Nutrition Administration for local office reassignments from the Braddock Place office facility in Alexandria, Virginia, to either the GWCC in Beltsville, Maryland, or the Yates Federal Building in Washington, D.C. Both locations are in the commuting area of the employees' original duty location. FNA has agreed with NTEU that these employees will not be relocated from the NCR for a minimum of 30 months.

73. USDA has implemented a hardship delay process that can, in appropriate cases, delay relocation to ensure fair and equitable treatment of employees. In executing this process, USDA is bound by laws and regulations regarding prohibited personnel practices. USDA is also following all laws and regulations regarding reasonable accommodation. All employees who are given and accept a directed reassignment will have a position in the

Department. For the planned reorganizations, USDA expects a higher acceptance rate of Management Directed Reassignments than those experienced by the Economic Research Service and National Institute of Food and Agriculture with their 2018 and 2019 reorganizations. This expectation is largely driven by the fact the National Capital Region job market—particularly in the Federal sector—is not as strong as it was during that previous reorganization. The best information currently available to the agency indicates attrition will be less than prior reorganizations.

**Reorganization Plans by Mission Area and Staff Office for Organizations Cited by Plaintiffs**

74. Secretary Rollins' July 24, 2025, Memorandum provided the general framework for the reorganization. Consistent with the applicable statutory requirements, the Department has provided the relevant Congressional committees with formal notifications setting forth reorganization plans on an agency-by-agency basis. Notifications have also been provided for each Staff Office with reorganization activities. Below is a summary of the reorganization plans referenced by the Plaintiffs.

**Food and Nutrition Administration**

75. On April 30, 2026, Deputy Secretary Vaden issued a letter to the Honorable John Hoeven, Chairman, Committee on Appropriations, notifying them that USDA plans to reorganize offices and functions affecting the Food, Nutrition, and Consumer Services (FNCS) Mission area into the Food and Nutrition Administration (FNA).

76. The Food and Nutrition Service, now the FNA, oversees 16 nutrition assistance programs, at a cost of $340 million per day, to ensure children, income eligible individuals, and families have access to healthy, safe, and affordable foods that promote optimal health and well-being. The FNA partners with over 175 States, U.S. territories, and Tribal organizations that administer federal nutrition programs. These entities are the customers the FNA serves, in calm and in disaster, every day.

77. To improve service delivery and program integrity, and to ensure consistency with Federal law, regulation, and policy, the FNA is launching the largest restructuring of the organization in its history.

78. The FNA will restructure into four programmatic branches: Nutrition Research and Regulations, Benefits and Integrity, State Support and Evaluation, and Retailer Operations and Compliance.

79. The FNA currently operates under a regional office structure, supporting regions of disparate sizes and number of states supported. These offices are located in Boston, Massachusetts; Robbinsville, New Jersey; Chicago, Illinois; Atlanta, Georgia; Dallas, Texas; Denver, Colorado; and San Francisco, California. These offices do not host stakeholders nor provide face-to-face services to program recipients. This fragmented, siloed operation has resulted in billions in benefit waste. For example, the payment error rate of States over the last six years has worsened annually. In FY 2025, more than $10 billion in erroneous benefit payments were made. This is not only because of state system issues, technology challenges, and inconsistent or inadequate staff training, but also because of siloed regional offices providing varying interpretations of federal law and regulation.

80. Under its reorganization, FNA will implement a hub-based model with each hub housing state support staff and implementation teams for specific programs. Moving from a regional office structure to a hub model will allow for improved service delivery, consistent technical assistance, and more comprehensive program integrity measures across all nutrition programs administered by FNA. Under this structure, states will receive clear, consistent guidance and direction needed to deliver benefits in full compliance with federal requirements. Grant funding and core support to states will continue uninterrupted under this reorganization. These changes will simplify the chain of command, strengthen partnerships, and enhance customer service, all while administering more effective evaluation of nutrition programs.

81. The FNA will hire at least 200 additional staff across hub locations, which provides better ratios of staff to program, and more individualized and comprehensive customer service experience for all partners.

82. As part of the reorganization, FNA will enhance Retailer Operations and Compliance (ROC), nationwide. While formerly stationed remotely, data analysts and investigators will now report to four new locations: New York, New York; Los Angeles, California; Atlanta, Georgia; and Dallas, Texas. To date, 60 individuals have been hired to staff these new locations; FNA plans to recruit for 40 additional positions across these four locations in the next 30 days.

83. New spaces in New York, New York and Los Angeles, California have been leased for the ROC unit. The Atlanta ROC unit will be co-located with the Forest Service. The Dallas ROC unit will be co-located within the Dallas hub.

84. FNA's Research staff will report to Raleigh, North Carolina, Supplemental Nutrition Assistance Program (SNAP) staff will report to Indianapolis, Indiana, and Supplemental Nutrition and Safety Program staff will be in Kansas City, Missouri. Dallas, Texas, will hold Child Nutrition staff, along with ROC staff. Bringing implementation and oversight staff into the hubs allows for improved collaboration and training opportunities, more regimented program evaluation, and ultimately, more efficient use of taxpayer funds.

85. Indiana Governor Mike Braun wrote a letter to Secretary Rollins on September 16, 2026, supporting FNA's selection of Indianapolis as the new hub for SNAP where it will join the growing "One Health" district in the state. According to the letter, moving USDA positions to Indiana will generate millions in annual regional economic impact and will be a force multiplier to support hundreds of jobs.

86. The reorganization has not and will not impact program implementation, including the administration of the Women, Infants and Children (WIC) program. To be clear, previous delays in 2025 for WIC were not the result of staffing, but of funding availability and standard fiscal processes. Last year, the apportionment for WIC was signed in mid-April 2025, the first month of the third quarter. Prior to the apportionment, FNA provided

States with 30 days of second quarter funding. Following the continuing resolution, FNA continued issuing funding in 30-day increments throughout the third quarter to ensure fiduciary responsibility and to verify that State agencies received appropriate levels of funding based on demonstrated need. FNA then provided fourth-quarter funding in a single distribution in July.

87. FNA and the National Treasury Employees Union (NTEU) Chapter 226 executed the National Capital Region local office relocations agreement on June 30, 2026, with the agency head approval, in accordance with 5 U.S.C. § 7114(c), dated July 2, 2026. The signed memorandum of understanding (MOU) included the implementation of the agency's relocation of bargaining unit employees from 1320 Braddock Place in Alexandria, Virginia.

88. FNA and the American Federation of Government Employees (AFGE) Local 2735 executed the NCR local office relocations agreement on April 3, 2026, with the agency head approval, in accordance with 5 U.S.C. § 7114(c), dated April 6, 2026. The signed MOU included the implementation of the agency's relocation of bargaining unit employees from Braddock Place in Alexandria, Virginia.

89. As of August 31, 2026, all NCR bargaining unit (BU) and non-bargaining unit (NBU) employees have relocated from Braddock Place in Alexandria, Viriginia to the George Washington Carver Center (GWCC), Sidney R. Yates (Yates) building, and the Jamie L. Whitten Building. Per the terms of the MOU agreement with NTEU under the provision "Attrition", BU employees in the NCR will not be relocated to an FNA hub or ROC office outside the NCR for 30 months following the employee's move to Yates or GWCC.

90. FNA and NTEU, as well as FNA and AFGE Local 2735, are currently in on-going negotiations regarding the larger reorganization implementation.

91. FNA employees who are affiliated with the National Office, but live and work outside the Washington, D.C. commuting area will be expected to relocate to a FNA hub or ROC

office associated with their program area. Timing is subject to ongoing labor negotiations.

92. Staff in current regional offices and remote staff will transition to one of the five FNA hubs or ROC offices with a goal of fully operational offices by June 2027, subject to labor negotiations. This is a methodical, phased approach based on the current lease expiration dates detailed below:

A. Mid-Atlantic Regional Office (MARO) in Robbinsville, New Jersey – 4/30/2029

B. Midwest Regional Office (MWRO) in Chicago, Illinois – 2/28/2027

C. Northeast Regional Office (NERO) in Boston, Massachusetts – 10/31/2026

D. Southeast Regional Office (SERO) in Atlanta, Georgia – month-to-month lease

E. Western Regional Office (WRO) in San Francisco, California – 2/28/2027

93. The FNA anticipates it will officially be supporting a new organizational structure by October 1, 2026, and staff are expected to receive information about aligning their positions to the new reporting structure and chain of command in the next 45 days.

**Research, Education and Economics Mission Area**

94. On April 23, 2026, Deputy Secretary Vaden issued a letter to the Honorable John Hoeven, Chairman, Committee on Appropriations, notifying them that USDA's Research, Education, and Economics (REE) Mission Area intends to reorganize the Agricultural Research Service (ARS), the Economic Research Service (ERS), National Agricultural Statistics Service (NASS), and National Institute of Food and Agriculture (NIFA). In addition, ARS intends to decommission the Beltsville Agricultural Research Center (BARC). This letter also provides notification of planned changes affecting the Office of Partnerships and Public Engagement (OPPE). The restructuring removes bureaucracy, reduces organizational complexity, and strengthens leadership accountability.

**ARS**

95. ARS is consolidating two separate matrix aligned organizations, the Office of National Programs, and the Area Offices, into four new mission aligned Research Offices. This move from a matrix aligned organization to a mission aligned organization will make

operations more efficient and increase authority and accountability of mission delivery and success.

96. ARS is establishing four new Research Offices. The new Research Offices will combine research program management and operational line management.

97. The new mission aligned ARS Research Offices are: Animal Science Research Office – Fort Collins, Colorado; Plant Science Research Office – Stoneville, Mississippi; Land Utilization Research Office – Peoria, Illinois; and Post-Production Research Office – Albany, California.

98. ARS Administrative and Financial Management will reside in the new Business Services Office. The Business Services Office will assume Grants Management Services positions from NIFA, as well as USDA Student Engagement positions from USDA's OPPE.

99. ARS and the American Federation of Government Employees Local 3147 executed the reorganization agreement on July 2, 2026, with the agency head approval, in accordance with 5 U.S.C. § 7114(c), dated July 2, 2026. The signed memorandum of understanding (MOU) included the implementation of the agency's relocation of bargaining unit employees from BARC and the U.S. National Arboretum.

100. ARS has established the new 2027 Account Code structure in the USDA Accounting System to align with the updated organizational framework. These codes will go live on October 1, 2026, marking the start of fiscal year 2027. This work was completed ahead of the human resources (HR) organizational structure updates to meet Government-wide feeder system deadlines. The new account codes reflect all anticipated personnel and organizational changes for ARS agencies. ARS is in the process of implementing these changes into multiple departmental systems and REE management systems to ensure full alignment with the planned organizational design. If ARS is not able to realign the HR organizational structure to the new accounting code structure it will create misalignment between HR, Payroll, and the USDA financial data; will cause incorrect labor cost distribution and budget execution; create delays and/or errors in administrative processes (e.g., onboarding, personnel actions, security workflows); cause misalignment with cross

system synchronization; increased manual work and error correction for HR, budget, and other administrative teams.

**ARS - The Beltsville Agricultural Research Center (BARC)**

101. In the April 23, 2026, Congressional Notification, USDA indicated it intended to close BARC and relocate the related research based on BARC's building and infrastructure conditions, BARC's funding history, and in consideration of the needs at the 91 other ARS research locations.

102. Situated on more than 6,400 acres, the BARC campus contains roughly 400 buildings—247 of which are inactive or excess. The BARC campus includes two wastewater treatment plants, a water treatment facility, water and sewage distribution networks, electrical grids, 35 miles of public roads, and numerous essential systems necessary for building occupancy.

103. Nearly half of all structures are in advanced states of disrepair and are already slated for demolition, including facilities damaged by flooding, long abandoned research buildings, and structures overtaken by vegetation.

104. The conditions of BARC have already been the subject of an Office of Special Counsel investigation, which found pervasive safety deficiencies in many of the facilities and structures including a general lack of housekeeping; excessive dirt and grime; flaking and peeling paint; damaged flooring; active and post flooding and other water intrusions; mold; and a lack of potable water. Modernized buildings on the campus share the same underlying supporting infrastructure and do not have stand-alone capabilities.

105. BARC requires a one-time investment of approximately $661.5 million for ongoing modernization to safeguard employee well-being, ensure animal welfare, and support fulfillment of its research mission. This includes $287.8 million for deferred maintenance and $373.7 million for modernization of facilities. The $373.7 million includes $128.5 million to fully fund phases one, two and three of the master plan, and $225.2 million for infrastructure. Infrastructure estimates include $23.9 million for the water treatment plant; $28.7 million for two wastewater treatment plants; $108.8 million for two

electrical substations, and hundreds of power poles; $10 million for public roads; and $53.8 million for underground wastewater and water pipes; and $20 million in infrastructure demolition.

106. Facilities and infrastructure operations and upkeep at BARC is primarily funded via research project funding. Current annual funding needs, independent of modernization investments outlined above, are approximately $38.9 million. Research project funding addresses approximately $24 million of the annual need. ARS appropriations fund a limited portion of the gap. However, in addition to funding BARC, ARS must fund its other 91 research locations. As a result, there is at least a 25 percent annual funding gap between the need and available funding.

107. In FY 2026, Congress defunded 9 BARC research projects and partially defunded 8 ARS research projects. These project eliminations not only affect research but also further reduce BARC's facility and infrastructure, as 17 percent of research project funding was used to cover facility costs.

108. Research positions partially or fully defunded by Congress are in the process of being reassigned to vacant positions at other research projects across ARS. The reassignments consider the researchers' skills and expertise. Completion of the reassignments is on hold due to the administrative stay.

109. At the Animal Biosciences & Biotechnology Laboratory, the Nutritional Strategies to Improve Production Efficiencies in Broiler Chickens project ($2,805,944) was eliminated by Congress resulting in the reassignment of four employees to Athens, Georgia.

110. At the Animal Parasitic Diseases Laboratory, the Developing Improved Control Strategies for Avian Coccidiosis project ($1,040,499) was eliminated by Congress resulting in the reassignment of two employees to Mississippi State University and Athens, Georgia.

111. At the Animal Parasitic Diseases Laboratory, the Immune and Genomic Determinants of Host Responses Associated with Porcine Reproductive and Respiratory Syndrome Virus

Infections project ($900,857) was eliminated by Congress resulting in the reassignment of one employee to El Reno, Oklahoma.

112. At the Adaptive Cropping Systems Laboratory, the Developing Practices for Nutrient and Byproducts Improve Nutrient Utilization and Reduce Effects on Environment project ($23,047,050) was eliminated by Congress resulting in the reassignment of three employees to Pulman, Washington and Lincoln, Nebraska.

113. At the Molecular Plant Pathology Laboratory, the Emerging Stress Challenges and Composition of Alfalfa Pathobiome project ($446,861), was eliminated by Congress resulting in the reassignment of one employee to Saint Paul, Minnesota.

114. At the Animal Parasitic Diseases Laboratory, the Foodborne Parasites and Their Impact on Food Safety project ($1,908,599) was eliminated resulting in six employees being reassigned to Albany, California; Wyndmoor, Pennsylvania; and Washington, DC.

115. At the Molecular Plant Pathology Laboratory, the Development of Novel Disease Control Strategies Based on Virus and Viroid Biology project ($817,134) was eliminated by Congress resulting in the reassignment of two employees to Salinas, California and Aberdeen, Idaho.

116. At the National Germplasm Resources Laboratory, the Characterization and Detection of Viruses That Impact the Exchange and Curation of Plant Germplasm project ($1,586,999) was eliminated by Congress resulting in three employees being reassigned to Peoria, Illinois and Fort Collins, Colorado.

117. At the Soybean Genomics & Improvement Laboratory, the Host Resistance for Managing Pathogens of Common Bean Disease project ($474,408) was eliminated, and one employee was reassigned to Davis, California.

118. At the Animal Biosciences & Biotechnology Laboratory, the Development of New Technologies and Methods to Enhance the Fertility, Utilization, and Long-Term Storage of Poultry and Swine Germplasm project ($655,788) was partially reduced by Congress resulting in the reassignment of three employees to Athens, Georgia and Fort Collins, Colorado.

119. At the Animal Biosciences & Biotechnology Laboratory, the Alternatives to Antibiotics: Developing Novel Strategies to Improve Production Efficiency in Swine project ($2,438,129) was partially reduced by Congress resulting in no impact to employees.

120. At the Animal Biosciences & Biotechnology Laboratory, the Alternatives to Antibiotics Strategies to Control Enteric Diseases of Poultry project ($859, 242) was partially reduced by Congress resulting in no impact to employees.

121. At the Animal Parasitic Diseases Laboratory, the Molecular, Immune and Microbiome Approaches for Mitigating Gi Nematode Infections of Livestock project ($3,155,688) was partially reduced by Congress resulting in two employees being reassigned to Pulman, Washington and Leetown, West Virginia.

122. At the Molecular Plant Pathology Laboratory, the Omics-Based Approach to Detection, Identification, and Systematics of Plant Pathogenic Phytoplasmas and Spiroplasmas project ($548,646) was partially reduced by Congress resulting in no impact to employees.

123. At the National Germplasm Resources Laboratory, the Genetic Resources Acquisition, Conservation, International Exchange, and Taxonomic Expertise in Support of The U.S. National Plant Germplasm System project ($345,692) was partially reduced resulting in no impact to employees.

124. At the Soybean Genomics & Improvement Laboratory, the Characterization and Utilization of Genetic Diversity in Soybean and Common Bean and Management and Utilization of The National Rhizobium Genetic Resource Collection project ($663,700) was partially reduced resulting in the reassignment of four employees to Raleigh, North Carolina; Frederick, Maryland; and, Fargo, North Dakota.

125. At the Soybean Genomics & Improvement Laboratory, the Proteomic and Metabolomic Characterization of Quality Traits in Soybeans, Beans, and Agricultural Products project ($655,154) was partially reduced resulting in no impact to employees.

126. ARS has been funding the salaries of these researchers through agency-level resources for the current fiscal year and has sufficient funding to do so through September 30,

2026. Any continued pause or delay in ARS's ability to reassign these researchers to funded projects may render the Agency unable to continue supporting their salaries.

127. Given the conditions at BARC, disposal of BARC will take an underdetermined length of time after relocation of the research. ARS will dispose of BARC in coordination with the U.S. General Services Administration (GSA) and in accordance with applicable laws. For example, Maryland law constrains future use, as noted in the Annotated Code of Maryland § 8 126, and requires Prince George's County to immediately rezone any sold BARC land for permanent agricultural use, preventing commercial or residential development.

128. On August 12, 2026, Deputy Secretary Vaden issued a letter to the Honorable John Hoeven, Chairman of the Committee on Appropriations, notifying him that, as a result of the closure of BARC, a total of $75,700,000 in funds previously designated for the modernization of BARC will be reprogrammed. Specifically, $26,700,000 to fully fund the construction of a new laboratory at the ARS Forage Animal Production Research Unit in Lexington, Kentucky; $37,000,000 to fully fund the construction of the new National Center for Resilient and Regenerative Precision Agriculture in Lincoln, Nebraska; and $12,000,000 to design a new National Plant Germplasm System Centralized Distribution Center in Ames, Iowa.

129. ARS senior leadership began evaluating options for relocating BARC research projects before the REE and ARS reorganization announcement in April 2026. This assessment involved leaders from the Office of the Administrator, Area Offices, and the Office of National Programs, who identified potential ARS locations with complementary research and sufficient capacity to support the moves. ARS considered many sites to determine the best locations to assume BARC research projects, selecting sites based on access to enhanced research infrastructure and alignment with complementary research projects. The discussions helped further validate and confirm the following locations to ensure strong alignment in research focus and capability:

A. Arkansas: Characterization, Prevention, and Mitigation of Histomoniasis in Turkey ($904,703)

B. California: Improving Pre-harvest Produce Safety through Reduction of Pathogen Levels in Agricultural Environments and Development and Validation of Farm-Scale Microbial Quality Model for Irrigation Water Sources ($4,040,735)

C. California: System Approaches Using Genomics and Biology to Manage Postharvest Fruit Decay, Antimicrobial Resistance, and Mycotoxins to Reduce Food Loss and Waste ($737,189)

D. Colorado: Operate and Improve the GRIN-Global Information Management System and Other GRIN Websites to Support USDA/ARS Genetic Resource Collections ($1,466,428)

E. Florida: Developing and Optimizing Pre- and Post-Harvest Technologies to Enhance the Quality of Fruits and Vegetables ($916,850)

F. Florida: Genotypic Characterization of Genetic Resources for Cacao, Coffee, and Other Tropical Perennial Crops Economically Important to the United States ($2,278,774)

G. Georgia: Alternatives to Antibiotics Strategies to Control Enteric Diseases of Poultry ($773,319)

H. Georgia: Plant-associated Nematode Management and Systematics and USDA Nematode Collection Curation ($2,480,109)

I. Idaho: Solanaceous Crop Improvement and Disease Management ($2,951,146)

J. Indiana: Developing, Evaluating, and Optimizing Agricultural Systems ($2,700,673)

K. Iowa: Sustainable and Resilient Crop Production Systems Based on the Quantification and Modeling of Genetic, Environment, and Management Factors ($3,349,596)

L. Iowa: Alternatives to Antibiotics: Developing Novel Strategies to Improve Production Efficiency in Swine ($1,462,877)

M. Maryland: Discovery, Characterization, and Diagnostics of Endemic and Exotic Citrus Pathogens Using High Throughput Sequencing (HTS) ($685,796)

N. Maryland: Fungal Systematics and Diagnostic Resource Development for Safeguarding Plant Health ($1,770,084)

O. Maryland: Expansion and Improvement of Plant-Associated Fungal Resources and Associated Descriptive Data in the U.S. National Fungus Collections and Databases ($548,959)

P. Maryland: Genetic Resources Acquisition, Conservation, International Exchange, and Taxonomic Expertise in Support of the U.S. National Plant Germplasm System ($653,357)

Q. Maryland: Detection, Biology, and Genomics of New and Emerging Viral and Bacterial Diseases of Ornamental Plants ($1,761,228)

R. Minnesota: From Field to Watershed: Enhancing Water Quality and Management in Agroecosystems through Remote Sensing, Ground Measurements, and Integrative Modeling ($3,247,707)

S. Mississippi: Development of New Technologies and Methods to Enhance the Fertility, Utilization, and Long-Term Storage of Poultry and Swine Germplasm ($590,209)

T. Missouri: Characterization and Utilization of Genetic Diversity in Soybean and Common Bean and Management and Utilization of the National Rhizobium Genetic Resource Collection ($597,330)

U. Missouri: Proteomic and Metabolomic Characterization of Quality Traits in Soybeans, Beans, and Agricultural Products ($1,179,279)

V. Nebraska: Development of New Technologies and Methods to Enhance the Fertility, Utilization, and Long-Term Storage of Poultry and Swine Germplasm ($590,208)

W. Nebraska: Accelerating Genetic Improvement of Ruminants Through Enhanced Genome Assembly, Annotation, and Selection ($2,630,841)

X. New Jersey: Accelerating Blueberry and Cranberry Improvement by Exploiting Germplasm Resources and Multi-omics Technologies ($2,656,714)

Y. North Carolina: Precise and Sustainable Integrated Weed Management ($809,112)

Z. North Dakota: Impact of Genetics, Growing Condition or Processing on Bioactive Components in Coffee and Microgreens: Influences on Health ($1,500,219)

AA. North Dakota: Mitigating Disease and Stress in Honey Bee Colonies ($3,321,008)

BB. North Dakota: Food Characteristics that Affect Ingestive Behavior and Risk of Diet-Related Chronic Diseases in Humans ($2,218,578)

CC. North Dakota: Predicting Individual Response to Dietary Intake ($ 2,053,681)

DD. North Dakota: FoodData Central ($4,669,663)

EE. North Dakota: Improved National Dietary Assessment and the Relationship of Dietary Intake to the Environmental Impact of Foods and Beverages ($6,856,105)

FF. North Dakota: Foodomics: New Tools for Food Composition ($3,082,865)

GG. North Dakota: Farm to Table Factors: Impact of Production, Processing, and Preparation on Food Composition ($1,552,657)

HH. North Dakota: Developing Biotechnologies to Improve Pest and Pathogen Resistance, Yield, and Quality in Sugarbeet ($500,632)

HH. North Dakota: Defining the Impact of Different Foods or Their Components, in the Context of a Western-Style Diet, on Gut Health ($2,767,767)

II. Pennsylvania: Evaluation of Genetic and Management Factors to Reduce Foodborne Pathogens and Antimicrobial Resistance in Dairy Cattle ($2,482,797)

JJ. Pennsylvania: Intervention Strategies to Mitigate the Food Safety Risks Associated with the Fresh Produce Supply Chain ($2,305,045)

KK. Pennsylvania: Advancement of Sensing Technologies for Food Safety and Security Applications ($4,363,637)

LL. Pennsylvania: Soil, Crop, and Manure Biochemistry and Molecular Ecology: Bridging Knowledge Gaps in Microbiome Response to Management ($1,666,082)

MM. South Carolina: Omics-Based Approach to Detection, Identification, and Systematics of Plant Pathogenic Phytoplasmas and Spiroplasmas ($1,481,344)

NN. Texas: Managing Human-biting Ticks for One-Health ($1,615,237)

OO. Utah: Molecular, Immune and Microbiome Approaches for Mitigating Gastrointestinal (GI) Nematode Infections of Livestock ($1,893,412)

PP. West Virginia: Strawberry Crop Improvement through Breeding, Genetics, Genomics, and Molecular Biology ($1,310,686)

QQ. West Virginia: Bio-based Solutions for Sustainable Insect Pest Management in Urban Agriculture and Landscapes ($5,319,983)

RR. Washington: Reducing Postharvest Loss and Improving Fresh Produce Marketability and Nutritive Values through Technological Innovations and Process Optimization ($2,078,387)

SS. Wisconsin: Increasing Accuracy of Genomic Prediction, Developing Algorithms, Selecting Markers, and Evaluating New Traits to Improve Dairy Cattle ($2,825,431)

TT. Wisconsin: Improving Dairy Cow Feed Efficiency and Environmental Sustainability Using Genomics and Novel Technologies to Identify Physiological Contributions and Adaptations ($2,599,918)

130. On September 14, 2026, Iowa Governor Kim Reynolds wrote a letter to Secretary Rollins supporting ARS's decision to invest $12 million to design a new National Plant Germplasm System Centralized Distribution Center, and an additional $9.5 million in research.

131. On September 17, 2026, Nebraska Governor Jim Pillen wrote a letter to Deputy Secretary Vaden supporting the ARS decision to move forward with major investments in research and infrastructure in the state.

132. On September 16, 2026, North Dakota Governor Kelly Armstrong wrote a letter to Secretary Rollins in support of the additional $28 million in new agriculture research dollars and 45 ARS positions going to the state.

**Economic Research Service (ERS)**

133. ERS is restructuring its organization to enhance the delivery of timely, policy-relevant economic research, analysis, and data that inform agricultural policy. This effort strengthens ERS's technical expertise in data science and engineering, improves coordination across operations and research programs, and positions the agency for long-term sustainability. ERS will be positioned to adapt to evolving priorities, technologies, and data environments.

134. ERS will reorganize its research activities from four divisions into three offices. The Food Economics Division, Markets and Trade Economics Division, and Resource and Rural Economics Division will transition to the Office of Food Markets, the Office of Commodities and Trade, and the Office of Productions and Rural Communities. This reorganization will strengthen program coordination and improve the agency's ability to respond to emerging issues.

135. ERS is simplifying its organizational design to better support core economic research functions by reducing complexity and eliminating silos. The restructuring aligns similar research functions to support priorities and quickly respond to emerging issues and consolidates related functions and responsibilities to streamline operations to result in a more efficient organization focused on mission delivery.

136. As of August 8, ERS has 190 employees with 73 of the employees in Missouri, 47 in the District of Columbia and 12 in Maryland. The other 58 employees are spread across 30 states and are scattered in locations across the country. After its reorganization, ERS will operate in two locations – Washington, DC and Kansas City, Missouri.

137. ERS will retain 38 positions in the National Capital Region for supporting executive oversight, departmental coordination, statistical policy leadership, and activities associated with the World Agricultural Outlook Board. Kansas City will serve as the central hub for ERS' core cadre of agricultural economists and mission-enabling staff.

138. ERS research and analysis are greatly enhanced by bringing together highly trained subject matter experts in one location. The Kansas City location creates a thriving

environment for producing high-quality research and analysis, where ERS economists and other research staff freely collaborate to develop its different data products, and are able to fully utilize the agency's varied expertise. This exchange of scientific ideas cannot be replicated when staff are separated by hundreds of miles and isolated in remote locations.

139. ERS has an existing community of economists in the Kansas City area. With over 50 agricultural economists already in Kansas City, it is a draw to work next to fellow economists. Additionally, large-scale row crop and livestock agribusiness, supply chain logistics, commodity organizations, and macro-agricultural policy experts are represented in the Midwest. Also close by is the South and Plains area where there are opportunities for collaboration in production economics, livestock and grain marketing, and risk management. Kansas City is also the home to the Kansas City Federal Reserve Bank, where ERS staff are able to access data through the Kansas City Federal Research Data Center and regularly engage with their researchers. Kansas City is also located near multiple land grant institutions with premier agricultural economics programs from which ERS hires, including Iowa State University and Kansas State University.

140. Based on FY 2027 budget estimates, ERS is anticipating being able to afford 225 employees. ERS has made 9 selections and announced 15 positions. The other vacancies are in various stages of the hiring process including revisions of positions descriptions in alignment with the reorganization plans. ERS intends to hire for any attrition experienced as a result of the co-location of employees in Kansas City.

141. ERS, the National Institute of Food and Agriculture and the Americal Federation of Government Employees Local 3403 executed the reorganization agreement on June 18, 2026, with the agency head approval, in accordance with 5 U.S.C. § 7114(c), dated June 22, 2026. The signed memorandum of understanding included the implementation of the agency's relocation of bargaining unit employees to Kansas City, Missouri.

**National Agricultural Statistics Service (NASS)**

142. NASS entered this reorganization under sustained budget pressure. Salaries and benefits accounted for more than seventy percent of appropriated funds in the two prior fiscal years. The strain was already visible when NASS canceled the July Cattle report, discontinued the Cotton Objective Yield Survey, and ended all county estimates for crops and livestock beginning with the 2024 production year. Prior to the Deferred Resignation Program (DRP), NASS was in a hiring freeze and facing the potential for a Reduction-in-Force. Due to DRP, NASS was able to rely on voluntary measures to be able to afford its workforce. To further reduce budgetary challenges, NASS evaluated consolidation of facilities and offices as well as other opportunities to reduce overhead costs in order to protect its core statistical mission.

143. NASS is realigning its organizational structure to strengthen mission delivery, improve operational efficiency, and position the agency for long-term sustainability. The changes include centralizing core operations; establishing a hub-based workforce model that will reduce its regional field offices from twelve to three; retaining a core Washington, DC presence for executive leadership and the Agricultural Statistics Board; and aligning organizational functions more closely to the integrated cycle of designing, collecting, processing, and disseminating statistical data.

144. NASS is restructuring from eight divisions to three branches. The three NASS branches will be Survey Design and Methodology, Data Acquisition and Processing, and Analysis and Estimation.

145. The National Operations Center in St. Louis, Missouri, will serve as the primary operational hub for the NASS workforce model. Co-location of staff will enable national workload distribution and more efficient coverage of vacancies and seasonal demands.

146. NASS will establish an eastern operational unit in Athens, Georgia co-located with the Agricultural Research Service. NASS already maintains a regional field office in Athens and staff will be realigned to the eastern operation unit. This will enhance geographic

balance and maintain strong alignment with major agricultural sectors and stakeholder communities in the eastern United States.

147. NASS will establish a western operational unit in Lakewood or Fort Collins, Colorado, providing operational support across western production regions and helping to ensure NASS maintains sufficient capability and responsiveness across the diversity of U.S. agriculture. NASS already maintains a regional field office in Lakewood, Colorado and staff will be realigned into the western operational unit.

148. NASS reorganization will be implemented in phases to ensure continuity of operations.

149. As of August 8, NASS has 476 employees. Based on its budget, NASS can sustainably fund 550 permanent employees. NASS has 50 vacancies in process at the 7/9/11/12 levels. These positions will support building long-term capacity for NASS. NASS intends to fill any attrition realized through the reorganization.

150. NASS' organizational structure changes are in full implementation. NASS has established the new FY 2027 Account Code structure in the USDA Accounting System to align with the updated organizational framework. These codes will go live on October 1, 2026. This work was completed ahead of the human resources (HR) organizational structure updates to meet Government wide feeder system deadlines. The new account codes reflect all anticipated personnel and organizational changes for NASS. NASS is in the process of implementing these changes into multiple departmental systems and REE management systems to ensure full alignment with the planned organizational design. If NASS is not able to realign the HR organizational structure to the new accounting code structure it will create misalignment between HR, Payroll, and the USDA financial data; will cause incorrect labor cost distribution and budget execution; create delays and/or errors in administrative processes (e.g., onboarding, personnel actions, security workflows); cause misalignment with cross system synchronization; increased manual work and error correction for HR, budget, and other administrative teams.

151. On September 17, 2026, Missouri Governor Mike Kehoe wrote a letter to Secretary Rollins supporting the location of the NASS National Operations Center in St. Louis and the positive economic inertia the moves have created.

**National Institute of Food and Agriculture (NIFA)**

152. NIFA entered this reorganization facing sustained budget pressure. Before the Deferred Resignation Program (DRP), NIFA was facing the potential of needing to take measures to reduce the number of employees. Due to DRP, NIFA was able to rely on voluntary measures to be able to afford its workforce. As of August 8, NIFA has 281 employees. Based on NIFA's FY 2027 budget estimates, it does not anticipate increasing its workforce but will fill funded vacancies associated with attrition.

153. Separately, NIFA entered the reorganization facing mission delivery issues due to the virtual panel process which has created inefficiencies in the decision-making for grant approvals.

154. NIFA is realigning its organizational structure to strengthen mission delivery, improve operational efficiency, and position the agency for long-term sustainability to best serve NIFA's stakeholders. The changes include centralizing core operations in Kansas City, Missouri, retaining high-level leadership presence in Washington, D.C., consolidating grants and awards management into an Agricultural Research Service (ARS)-managed REE Mission Area Business Center, and aligning organizational functions.

155. Having centrally located staff in a modern office space in Kansas City affords NIFA the ability to conduct more seamless in-person engagement, leading to a more robust, fair, and secure review process. Additionally, having an operations center in Kansas City, Missouri optimizes access for most NIFA stakeholders and supports external partners by providing a space for agency/stakeholder meetings and on-site project director meetings. These meetings enhance post-award management for greater accountability for the use of Federal funds.

156. NIFA is retaining its Operations and Programs Branches and restructuring from five to three scientific programs offices within the Programs Branch. The three new program

offices will strengthen alignment to the research, education, and extension mission, improve organizational efficiency in programmatic functions, and enhance leadership accountability and decision making.

157. Grants Management Services positions currently within NIFA are moving to the centralized REE Business Services Office in ARS. The Business Services Office will support grants management at the Mission level and will have a separate team primarily focused on executing NIFA grants. 45 employees will be realigned to ARS and remain in their current duty location.

158. On 3 August 2026, NIFA launched the NIFA Continuity and Knowledge Portal, a unified digital resource designed to help employees and supervisors document key information, responsibilities, and insights that sustain programs and operations. The Continuity and Knowledge Portal is built to reduce burden, eliminate guesswork, and ensure that essential information is passed forward thoughtfully and consistently. The agency previously used written offboarding checklist is built directly into the portal. The portal improves upon current practice and supplements standard operating procedures, training curricula and resources, and related onboarding materials that are used with offboarding and for new hires.

159. Economic Research Service, NIFA and the American Federation of Government Employees Local 3403 executed the reorganization agreement on June 18, 2026, with the agency head approval, in accordance with 5 U.S.C. § 7114(c), dated June 22, 2026. The signed memorandum of understanding included the implementation of the agency's relocation of bargaining unit employees to Kansas City, Missouri.

160. On September 17, 2026, Missouri Governor Mike Kehoe wrote a letter to Secretary Rollins supporting the relocation of NIFA employees to Kansas City and the positive impact the moves have on the economy. These 200 jobs represent an estimated $25 million in economic impact and will provide a significant boost for local businesses and local communities.

**Office of Partnerships and Public Engagement (OPPE)**

161. As part of the organizational changes, the liaison responsibilities with the 1890s and Hispanic Serving Institutions currently housed in OPPE were realigned into the Agricultural Research Service (ARS). The realignment will enhance the Department's partnerships with the higher education institutions by combining similar functions in ARS.

162. The Center for Faith was realigned into OPPE from the Office of External and Inter-governmental Affairs. The realignment will improve the Department's engagement with the faith community, which is a priority of this Administration.

**Forest Service**

163. The drivers of the Forest Service reorganization were three-fold. First, the Forest Service could no longer afford its workforce. Second, the Forest Service could not afford its facilities within the funding levels it receives. Third, the Forest Service structure did not meet its current needs. Recognition of the need to change the Forest Service organizational structure spans nearly two decades.

164. It is against this backdrop that on March 31, 2026, Forest Service Associate Chief Chris French notified Congressional staff on the House and Senate Committees on Appropriations – Interior, Environment, and Related Agencies, House Committee on Natural Resources, and the Senate Committee on Energy and Natural Resources of plans to reorganize offices and functions affecting the Natural Resources and Environment Mission Area.

165. As of August 8, 2026, the Forest Service workforce totals 33,500. USDA estimates that no more than 250 employees, or 0.75 percent, of the Forest Service will receive a Management Directed Reassignment (MDR) requiring relocation outside of the local commuting area. Forest Service's voluntary reassignment matching process is currently on hold due to the administrative stay. The outcomes of this process will impact the number of MDRs required.

**Forest Service Workforce Affordability**

166. In 2024, the Forest Service faced a $100 million FY 2025 deficit and a projected $200–$300 million FY 2026 shortfall, making significant workforce reductions unavoidable. Previous Secretary Thomas Vilsack instructed the Forest Service to analyze its salary shortfalls, take necessary short terms actions, and identify approaches to right size the agency. This analysis identified the need to reduce by nearly 7,500 employees and three implementation alternatives that would minimize reductions to on-the-ground field staff. These implementation alternatives became the foundation of the current reorganization efforts.

167. The Forest Service had hired permanent staff relying on Inflation Reduction Act and Infrastructure Investment and Jobs Act funds, not expecting that Cost of Living Adjustments (COLA) for the workforce would rise more than 15.5 percent without commensurate Congressional appropriations to pay for the pay increases. As a result, these temporary resources could no longer sustain a non-fire workforce that had grown from 20,223 in 2022 to 25,073 in 2024. Further, nationwide attrition had fallen well below historic norms, worsening the agency's budget pressures. Beginning in early 2024, the Forest Service undertook substantial, data-driven workforce and budget actions in response to the realities of expiring funding sources, and escalating salary and operational costs.

168. Beginning in April 2024, Forest Service leadership—in coordination with the Secretary and Deputy Secretary—approved initial measures to address the projected deficit including a hiring freeze (except for essential health and safety positions), reduced travel and training, and eliminated hiring of roughly 3,000 non-fire seasonal employees to align the workforce with available funding. The Forest Service rescinded 350 tentative job offers.

169. On August 26, 2024, USDA submitted to the Office of Management and Budget a report entitled "The Case for Investing in America's Forests" that identified that Forest Service

was at financial breaking point to carry out its Congressional mandates unless significant investment was made.

170. In the fall of 2024, the Forest Service took action to avoid disruptive reduction-in-force actions by requesting stand-alone Voluntary Early Retirement Authority (VERA) and Voluntary Separation Incentive Payment (VSIP) authority from the Office of Personnel Management. The authority was approved on January 17, 2025. The VERA and VSIP authorities, paired with the Deferred Resignation Program, resulted in enough voluntary separations to alleviate the imminent budget shortfalls, but did not mitigate the need for the long-term reform the recently announced reorganization will bring.

171. The Forest Service was able to begin limited external hiring in 2026 commensurate with its current enacted budget after two years of a hiring freeze for permanent non-wildland fire positions. The first 144 positions were announced in July 2026 and the next 250 are expected to be announced in September 2026. Hiring levels are directly tied to the Forest Service's subcategories of appropriated budget: Fire (WFSE), National Forest System (NFSE), Research (FRSE), State and Private (SPSE), and Operations (FSSE) with each subcategory hiring based on availability of funds and anticipated FY 2027 appropriations. In total, during fiscal year 2026, the Forest Service onboarded 5,746 employees, including 3,796 fire-related positions, reflecting continued hiring in mission-critical areas and temporary non-fire positions even while permanent non-fire hiring was constrained due to funding.

**Forest Service Facilities**

172. Deferred maintenance across the Forest Service buildings has grown to $3 billion, making it fiscally unsustainable to retain facilities that the agency cannot adequately maintain. The agency's facilities footprint is significantly larger than can be supported under current Congressional appropriations, which have declined by approximately $37 million from fiscal year 2025 to fiscal year 2026. Forest Service facility maintenance and office lease expenditures are restricted to a single appropriation from congress. Since 2024, the Forest Service identified that its total lease costs would exceed its

Congressional funding by the end of 2026, leaving no funds for facility maintenance and creating a critical need to reduce lease costs across the agency.

173. Forest Service administrative offices and firefighter housing conditions are often in poor condition due to significant maintenance shortfalls. Reducing the overall facilities footprint is necessary to ensure that resources are directed to locations and buildings that best support mission delivery, field-level capacity, and long-term sustainability. Staffing and facilities budgets are separate, and the closure of a facility does not eliminate or discontinue mission work. In many cases, employees can continue delivering programs and services from other local offices, service centers, or forest units as the reorganization is implemented.

174. As part of the facility plan, the Forest Service is not shutting down any of its experimental forests and ranges. They are important assets to the Forest Service and the broader science community, and research on them will continue.

**Forest Service Structure and Headquarters Location**

175. The assessment of alternatives to the Forest Service organizational structure began almost 20 years ago. Recognizing growing challenges, in 2007, the Forest Service engaged in an intensive study and transformation proposal to fundamentally restructure the organization. Key components of that design were to better align the agency to address current and emerging issues; reduce management and overhead; reduce duplication of functions; better align authority with responsibility; improve delivery of leadership, direction, and oversight. The reorganization proposal was never implemented and the pervasive challenges continued and compounded while the demand and expectations for mission delivery increased.

176. The impacts of the reorganization are at the Washington Office, Regional Office and Research and Development Station level. The reorganization includes relocating the agency's headquarters from Washington, DC to Salt Lake City, Utah, transitioning from a regional model to a state-based leadership model, realigning fire authorities to the Chief

Fire and Safety Officer, establishing a network of Operations Service Centers, and unifying the agency's research program under a single national program.

177. The Forest Service is a large field-based organization, and the approximately 25,000 field employees who work on the 174 National Forests and Grasslands covering 193 million acres are not impacted by reorganization. Wildland fire response, forest access, trail work, and other on-the-ground functions are not impacted by this reorganization. The lands, partners, and operational challenges are overwhelmingly concentrated in the West. Shifting its headquarters from Washington, DC to Salt Lake City, Utah represents a structural reset and a common-sense approach to improve mission delivery.

178. The Forest Service is moving from its current nine Regional Offices to 15 streamlined State Offices. The current Regional Offices have disparate structures with siloed technical capability. The State Office model will focus on enabling Forests and Districts to accomplish work at the local level and with a community approach versus the Regional Office model focused on overseeing program delivery across many States and Forests.

179. The State Offices will be supported by operational service centers that will provide technical support and expertise to Forests and Districts. Previously, the Forest and Districts relied on disparate technical centers or strike teams housed in regional offices or the Washington Office. With the formalization of the Operational Service Centers, all Forests and Districts will have consistent access to technical services and expertise.

180. On June 18, 2026, the Western Governors' Association wrote Secretary Rollins in support of the Forest Service's state-based organizational model, noting that the model will strengthen communication between states and the Forest Service.

181. On September 16, 2026, Utah Governor Spencer Cox wrote a letter to Secretary Rollins supporting the Forest Service's decision to move to a state-based model and to relocate its headquarters to Salt Lake City, Utah, noting that the move places Forest Service leadership closer to the land it manages.

182. The Forest Service will consolidate its multiple research stations into one unified Research and Development organization, headquartered in Fort Collins, Colorado, and led by a single research director. This structure is intended to improve coordination of scientific priorities, increase resources for research rather than management, accelerate the application of science to management decisions, reduce administrative duplication, and allow for the consolidation and, where appropriate, co-location of research facilities to create a more integrated and efficient national research footprint. Research and the researchers that conduct the research will continue to be geographically dispersed. The consolidation of the Research and Development administrative structure will enable the Forest Service to preserve its appropriations for researchers and their research and statutory research requirements including the Forest Inventory and Analysis program.

183. The Forest Service will align fire authorities to the Chief Fire and Safety Officer, who reports directly to the Chief. Specifically, the realignment shifts Fire Management authorities from the Regional Foresters to the Chief Fire and Safety Officer. Fire resources at the Forest and District levels will remain in place and in their existing structure under this realignment. Local units, incident commanders and agency administrators will continue operations as normal. Geographic Area Directors will now take their guidance directly from the Chief Fire and Safety Officer, ensuring consistent leadership and direction across all geographic areas.

184. The Forest Service is realigning its organizational structure to strengthen local leadership, streamline operations, and improve mission delivery. This realignment is designed to modernize the agency and enhance its ability to serve communities and manage national forest resources effectively.

**Forest Service Reorganization Implementation to Date**

185. This reorganization was informed by extensive employee engagement and reflects a careful, iterative process rather than an arbitrary or unilateral decision. The Forest Service held two national summits involving hundreds of employees, which resulted in

the formation of 15 sub-teams, a national reorganization team, and a recommending team that provided final proposals to the Chief and the Secretary.

186. To support the relocation of the headquarters to Salt Lake City, the Forest Service has expanded its presence by acquiring additional space on the 7th and 4th floors of the Bennett Federal Building. As a result, a portion of staff currently located at the National Headquarters in Washington, D.C., is expected to relocate, reducing the agency's footprint in the National Capital Region (NCR). Employees tasked with select business functions and those that need to interface with the Department, inter-agency partners, and Congress on a regular basis will remain in the NCR.

187. The Forest Service is working with the U.S. General Services Administration to identify new space in Atlanta, Georgia for their Southern Area Coordination Center (SACC) to ensure there no interruptions to wildfire and disaster response resources. The SACC must be relocated because the current lessor was unwilling to extend the lease.

188. Following the announcement of the reorganization, the agency continued its employee engagement through multiple all-employee town halls, an employee feedback and suggestion tool, and more than 40 employee-based design teams and focus groups. These efforts contributed directly to shaping the final organizational design and demonstrate that the reorganization was developed through a comprehensive and participatory process.

189. The Forest Service is offering multiple opportunities for VERA and VSIP to defined groups of impacted employees as reorganization decisions are made in order to allow for making informed decisions. On August 26, 2026, the Forest Service extended the current VERA and VSIP window through September 25, 2026, while employees are awaiting additional information on the reorganization and potential impacts. The deadline has been paused due to the administrative stay order.

190. The Forest Service and the National Federation of Federal Employees (NFFE)-Forest Service Council executed the reorganization agreement on June 12, 2026, with the agency head approval, in accordance with 5 U.S.C. § 7114(c), dated June 15, 2026. The

signed memorandum of understanding included the implementation of the agency's relocation of bargaining unit employees.

191. On August 24, 2026, the Forest Service announced the selection of five Senior Executive Service (SES) leaders who will serve in the new organizational structure: the Chief Strategy and Performance Officer, Chief Fire and Safety Officer, Chief Field Operations Officer, Chief Finance and Administration Officer, and Deputy Chief Finance and Administration Officer.

192. On August 31, 2026, The Forest Service announced the selection of twenty additional SES leaders who will serve in the new organizational structure: the Chief of Staff; Deputy Chief of Staff; Deputy Chief of Strategy Management Deputy Chief of Strategic Planning, Budget and, Accountability; Deputy Chief of Finance and Administration; Associate Chief of Finance and Audit, Director of Human Resources management; Director of Business Services Center; Acting Director of Research and Development; two Deputy Directors for Research and Development; Director of Job Corps; Director of Cooperative Forestry; Deputy Chief of Field Operations East; State Director of Oregon; State Director of Colorado; State Director of New Mexico; State Director of Lake States; and State Director of Ozark/Gulf Coast.

193. On September 3, 2026, the Forest Service identified 23 research and development facilities for closure. Employees at these locations will transition to other facilities within local commuting areas. The research activities at the closing facilities will not stop but rather will continue at the new location identified. Information on the specific closures is included below.

A. Huntsville, Alabama: Close - no staff on site.

B. Chico, California: Close – staff will remain within the local commuting area.

C. Fresno, California: Close – no staff on site.

D. Anderson, California: Close (partial) - only specific outbuildings will be closed.

E. Asonia, Connecticut: Close – no staff on site.

F. Hamden, Connecticut: Close – the building will be transferred to a partner, but desks will be retained for staff and employees will remain in the commuting area.

G. Tallahassee, Florida: Close – no staff on site.

H. Evanston, Illinois: Close – staff will remain within the local commuting area.

I. Baltimore, Maryland: Close – staff will remain within local commuting area.

J. East Lansing, Michigan: Close – staff will remain within local commuting area.

K. Wellston/Harrietta, Michigan: Close – no staff on site.

L. Albuquerque, New Mexico: Close – staff will remain within local commuting area.

M. Cortland, New York: Close – staff will remain within local commuting area.

N. Lakeville, New York: Close – staff will remain within local commuting area.

O. McArthur, Ohio: Close – staff will remain within local commuting area.

P. Portland, Oregon: Close – staff will remain within local commuting area.

Q. Long Pond, Pennsylvania: Close – staff will remain within local commuting area.

R. York, Pennsylvania: Close – staff will remain within local commuting area.

S. Nacogdoches, Texas: Close – staff will remain within local commuting area.

T. Prairie Du Chien, Wisconsin: Close – staff will remain within local commuting area.

U. Wisconsin Rapids, Wisconsin: Close – staff will remain within local commuting area.

V. Princeton, West Virginia: Close – one Agency employee, who is already approved for Transfer of Station.

**<u>Foreign Agricultural Service</u>**

194. On June 17, 2026, Deputy Secretary Vaden issued letters to the Senate's Chairman and Ranking Member and the House of Representatives' Chairman and Ranking Member of the Sub Committee on Agriculture, Rural Development, Food and Drug Administration, and Related Agencies notifying them of organizational updates regarding the USDA, Foreign Agricultural Service (FAS). The letter noted that to ensure that FAS was best

positioned to deliver on its global trade, export market development, and international food assistance missions, that FAS was updating its organizational structure.

195. The letter noted that FAS would be shifting mission support and program workforce to a hub located in Kansas City, Missouri. The letter further noted that the planned updates are not expected to result in increased salary or operating costs, and facility and administrative services consolidations are expected to support future cost savings and mission delivery efficiencies.

196. Consolidating these functions in one location will streamline operations and better align related program activities. The hub will centralize specific program operations, including commodity procurement, export credit guarantee programs, and logistics coordination for international food assistance. The hub further eliminates duplicative structures across headquarters operations and consolidates mission-support functions for international food assistance and resiliency activities to better support employees and enhance the delivery of programs that benefit U.S. agriculture and feed vulnerable populations overseas.

197. FAS will vacate their space in the South Building and employees will be moved to one of the following locations: the George Washington Carver Center (GWCC) in Beltsville, Maryland; the Sidney R. Yates Building in Washington, D.C.; the Jamie L. Whitten Building in Washington, D.C.; or Kansas City, Missouri.

198. Trade policy functions will remain in the National Capital Region (NCR) due to the need to interface with the Department of State, Department of Commerce, United States Trade Representative, and foreign embassy officials. FAS market analysis function will be located at GWCC.

199. FAS programs, including food assistance, fellowship, and credit programs will generally be housed in Kansas City, while the cooperator programs will remain in NCR. Trade missions and shows will also largely be housed in Kansas City.

200. FAS has and will continue to fill vacancies for functions that will remain in the NCR with existing FAS staff first that are qualified for the position before hiring outside the

agency or relocating employees outside of the NCR. Due to the administrative stay, lateral voluntary reassignments have been placed on hold.

201. FAS recently advertised for over 25 funded vacancies, which include International Trade Specialists, in Kansas City. FAS received 598 total applications.

202. FAS is in active negotiations with the American Federation of State, County and Municipal Employees Local 3976. FAS plans are subject to change based on final negotiated agreements.

**<u>Rural Development</u>**

203. On June 17, 2026, Deputy Secretary Vaden issued letters to the Senate's Chairman and Ranking Member and the House of Representatives' Chairman and Ranking Member of the Sub Committee on Agriculture, Rural Development, Food and Drug Administration, and Related Agencies notifying them of organizational updates regarding the USDA, Rural Development (RD) Mission Area.

**Rural Business-Cooperative Service (RBCS)**

204. Streamlining RBCS's management structure, with an operational framework consolidating three divisions to two, will permit a more effective focus on core activities. This restructuring will improve consistency in loan origination by localizing loan prequalification and management, while centralizing loan processing, underwriting, funding and servicing.

205. All RBCS processing, underwriting, funding, and servicing functions currently performed at the State-level will be centralized within the RBCS national office.

206. This restructuring will relocate some RBCS national office employees to Fort Worth, Texas. National office employees that are relocated will retain a position within the agency.

207. This transition will not require any State employees to relocate to retain their positions; instead, some RBCS employees located in the States will be reporting to RBCS' national office.

**Rural Housing Service (RHS)**

208. RHS will centralize processing, underwriting, funding, and servicing functions currently performed at the state-level to the national office for Single Family Housing Direct and Community Facilities loans.

209. Additionally, RHS will realign its Program Support Staff to Community Facilities. The agency will continue to perform Single Family Housing Guaranteed and Multi-Family Housing programs centrally.

210. This restructuring will relocate some RHS national office employees to St. Louis, Missouri. The largest concentration of RD employees is already based in St. Louis. National office employees that are relocated will retain a position within the agency.

211. On September 17, 2026, Missouri Governor Mike Kehoe wrote a letter to Secretary Rollins supporting the additional Rural Housing Service employees in St. Louis, noting the moves have already created a positive economic effect in the city.

**Rural Utilities Service (RUS)**

212. RUS will centralize the Water and Environmental Program's processing, underwriting, funding, and servicing functions from the State-level to the national office, consistent with Telecommunication and Electric programs.

213. This will streamline RUS's management structure with a focus on core activities. Alongside this change, any engineering and environmental work currently overseen by the States will move to the national office.

214. This restructuring will relocate some RUS national office employees to Fort Worth. National office employees that are relocated will retain a position within the agency.

**State Offices and Program Support**

215. To streamline operations and maximize public awareness of Agency resources, the functions of the Community Development Program Office will be absorbed into the State Operations Office and individual State offices.

216. The Business Center's Enterprise, Human Resources, and Procurement Management Offices, along with the Civil Rights Office and Risk Office headquarters units, will be

formally eliminated as those functions are incorporated into Department-level consolidation. All employees will retain positions. The functions and personnel will transfer to centralized Departmental offices or to other RD offices to achieve economies of scale and integration with USDA's enterprise-wide shared services. This structural realignment ensures a unified, consistent approach to programmatic outreach and marketing of RD programs.

217. RD is closing select field office locations to improve efficiency, reduce taxpayer costs, and ensure responsible management of USDA resources. Many of these locations have been vacant for years, face health or safety concerns, or were previously slated for closure. All program work from these offices has already been absorbed by nearby staffed locations, and no relocation outside of the local commuting area will be required. This effort will eliminate up to 77,000 square feet of unused space and save taxpayers $1.9 million annually.

218. RD has provided notice to the lessor or the Farm Production and Conservation mission area (lessor for some RD facilities). All RD property has been removed for the following leases:

A. Fairbanks, Alaska – no RD staff on site.

B. Anchorage, Alaska – no RD staff on site.

C. Batesville, Arkansas – no RD staff on site.

D. Flagstaff, Arizona – no RD Staff on site.

E. Show Low, Arizona – no RD staff on site.

F. Eureka, California – no staff on site.

G. Moreno Valley, California – no RD staff on site.

H. Oroville, California – one staff relocated voluntarily.

I. Waynesboro, Georgia – no RD staff on site.

J. Kaunakakai, Hawaii – one employee will be reassigned to another facility.

K. Quincy, Illinois – no RD staff on site.

L. Garden City, Kansas – no RD staff on site.

M. Owensboro, Kentucky – no RD staff on site.

N. Nicholasville, Kentucky – four employees were reassigned to another office within the local commuting area.

O. Winnsboro, Louisiana – no RD staff on site.

P. Opelousas, Louisiana – no RD staff on site.

Q. Jonesville, Louisiana – no RD staff on site.

R. Marksville, Louisiana – no RD staff on site.

S. Shreveport, Louisiana – no RD staff on site.

T. Thief River Falls, Minnesota – no RD staff on site.

U. Houston, Missouri – no RD staff on site.

V. Richmond, Missouri – one employee will be reassigned to another facility.

W. Booneville, Mississippi – one employee will be reassigned to another facility.

X. Corinth, Mississippi – no RD staff on site.

Y. Decatur, Mississippi – one employee was reassigned to another office within the local commuting area.

Z. Indianola, Mississippi - one employee will be reassigned to another facility.

AA. Jackson, Mississippi – The facility is being closed due to health and safety concerns. RD is securing alternative space in the local commuting area for the 20 employees currently assigned to this location.

BB. Kosciusko, Mississippi – no RD staff on site.

CC. Bozeman, Montana – no RD staff on site.

DD. Fallon, Nevada – no RD staff on site.

EE. Dobson, North Carolina – no RD staff on site.

FF. Franklin, North Carolina – no RD staff on site.

GG. Murphy, North Carolina – no RD staff on site.

HH. Statesville, North Carolina – no RD staff on site.

II. Bismarck, North Dakota – no RD staff on site.

JJ. Rolla, North Dakota – no RD staff on site. Facility was only used for meeting space.

KK. Duncan, Oklahoma – no RD staff on site.

LL. Muskogee – Oklahoma – no RD staff on site.

MM. Watertown, South Dakota – one employee reassigned to another office within the local commuting area.

NN. Rio Grande City, Texas – no RD staff on site.

OO. Canton, Texas – no RD staff on site.

PP. Christiansburg, Virginia – one employee will be reassigned to another facility.

QQ. Farmville, Virginia – no RD staff on site.

RR. Port Angeles, Washington – no RD staff on site.

SS. Elkins, West Virginia – one employee was reassigned to another office within the local commuting area.

TT. Lewisburg, West Virginia – no RD staff on site.

UU. Romney, West Virginia – no RD staff on site

VV. Torrington, Wyoming – no RD staff on site.

219. To sharpen internal governance, four critical operational components will be repositioned to report directly to the Office of the Under Secretary: Business Center Operations Office, Finance Office, Technology Office, and Servicing Office.

220. The Business Center Operations Office will be renamed the Department Liaison Office, and report to the Office of the Under Secretary to provide high-level strategic alignment focusing on interagency policy coordination and special projects to help advance mission area goals.

221. The Technology Office will be renamed the RD Office of the Chief Information Officer and will report directly to the Office of the Under Secretary to accelerate digital modernization by allowing for more agile leadership, streamlined decision-making, and more seamless cross-departmental collaboration.

222. The Finance Office will be renamed the RD Office of the Chief Financial Officer and report directly to the Office of the Under Secretary and absorb the functions and personnel of travel, conference reporting, audit, inspection, hotline, and investigation functions from the Risk Office's Enterprise Risk Management Unit.

223. The Servicing Office will report directly to the Office of the Under Secretary to improve default management and property liquidation.

224. The Office of External Affairs will eliminate its distinct Public Affairs and Legislative Affairs divisions. These changes will remove unnecessary management layers and allow this small, highly focused office to make decisions more quickly and exchange ideas freely with leadership and across teams, creating a more responsive communications structure.

225. The Innovation Center will assume the responsibilities carried out by the Enterprise Office's Solutions Management and Initiatives Division with the focus on business process improvements.

226. Disaster assistance funds functions performed by the Enterprise Office will be transferred to Innovation Center.

227. To help centralize enterprise-wide data and data-driven tasks under a unified office, responsibilities of the Chief Risk Officer role will transition to the Innovation Center to lead the newly established Credit Risk Management Division.

228. RD will establish two primary National Office Centers located in St. Louis and Dallas-Fort Worth, Texas. This strategic geographic realignment will optimize Agency operations, improve fiscal management, and tap into deep grant and loan regional talent pools to better serve rural America.

229. RD and AFSCME Council 20 are currently in ongoing negotiations regarding the reorganization implementation.

**Farm Production and Conservation**

230. On June 17, 2026, Deputy Secretary Vaden issued letters to the Senate's Chairman and Ranking Member and the House of Representatives' Chairman and Ranking Member of

the Sub Committee on Agriculture, Rural Development, Food and Drug Administration, and Related Agencies notifying them of organizational updates regarding the USDA, Farm Production and Conservation (FPAC) Mission Area.

**FPAC Business Center (FBC)**

231. The organizational and functional realignment effort will result in a more efficient distribution of staff and administrative functions within the Business Center, the Mission Area, and the Department by reducing the FBC lines of business from fifteen to nine and realigning services to USDA staff offices and other FPAC agencies, to more efficiently serve customers and partners. The realignment ensures mission area administrative and operations functions are provided in an efficient and effective way, maximizing financial resources, personnel, and technology to respond to challenges and deliver exceptional customer service and support to the FPAC Mission Area.

232. A small number of staff will remain in Washington, DC to provide direct support in the Whitten and Yates Building. Most employees in the NCR will work from the GWCC.

233. In addition to the NCR, FBC already operates in Raleigh, Kansas City, Fort Collins, and Salt Lake City. FPC also has a significant concentration of employees in the Dallas Fort Worth metropolitan area. FBC also has other employees located in FPAC offices across the country.

234. No FBC staff realigned to USDA staff offices and other FPAC agencies will be relocated from the NCR unless they specifically request to be reassigned to a new position with a duty location outside the NCR.

235. FBC Civil Rights staff that will otherwise be impacted by the consolidation of civil rights functions within the Office of the Assistant Secretary for Civil Rights (OASCR) will remain in their local commuting area unless they wish to be reassigned to an OASCR office in Raleigh, Kansas City or Fort Collins.

236. FBC has offered VERA and VSIP to a limited number of employees within the organization to support its reorganization plans. Upon completion of its reorganization, FBC intends to fill critical vacancies in Raleigh, Kansas City, Fort Collins, Salt Lake

City, and Dallas Fort Worth, enabling the agency to match the workforce to the services provided.

237. On August 23, 2026, 31 staff were realigned from FPAC BC to FSA.

238. On August 23, 2026, 13 staff were realigned from FPAC to NRCS.

**Farm Service Agency (FSA)**

239. FSA will be realigned to gain greater efficiencies in the development, implementation and delivery of program benefits and services to the customers and communities they serve. The organizational changes support workforce maximization that will allow FSA leadership to align and leverage current IT modernization initiatives to increase efficiency and productivity by scaling, or "right-sizing", in organizational areas such as farm loans to provide consistency in policy implementation and streamlined processes.

240. Additional changes include integrating and expanding executive level oversight and leadership at the appropriate levels within the organizational structure to support rapid decision-making and implementation of statutorily mandated programs.

241. The county office staff, which represent most of FSA's employees across the country, are not affected by these changes.

242. No FSA employees will be relocated.

**Natural Resources Conservation Service (NRCS)**

243. NRCS's new organizational structure design will strengthen the agency's mission, advance conservation priorities, and better serve farmers, ranchers, foresters, and all conservationists across the country.

244. Most of the proposed restructuring will take place at the National Headquarters level, where organizational adjustments are being implemented to align NRCS with the broader FPAC reorganization plan and to strengthen the agency's ability to deliver conservation programs effectively at the field level. This includes consolidating the four Deputy Areas into three: Conservation Implementation, Resource Information, and Management and by refocusing and strengthening core technical soil services and national cooperative soil survey functions.

245. NRCS plans to maintain core staff within the NCR to support leadership and to assist with interagency coordination and Congressional activities. NRCS will relocate National Headquarters staff into hubs in Fort Collins, Indianapolis and Raleigh, as well as in Lincoln, Nebraska, and Fort Worth, Texas. Although not identified as USDA hub locations, Lincoln and Fort Worth were selected due to existing concentrations of NRCS employees to ensure continued mission continuity. Technical centers and the National Water Management Center staff and functions will be relocated to Fort Worth.

246. No NRCS field offices will be closed, and no field-based employees are expected to be relocated out of their commuting area during the proposed reorganization.

247. NRCS has entered final negotiations for new space in Fort Worth. The Fort Worth office will also house the FPAC Business Center Dallas-Fort Worth based staff.

248. NRCS reorganization plan and associated hiring considers the expiration of temporary funding in the coming years. NRCS is undertaking a systematic process to match employees with its critical funded vacancies. The critical vacancy process is a strategic, voluntary mechanism that is designed to ensure NRCS staff are placed in positions where their skills and expertise can directly address the needs of farmers and ranchers that apply for Farm Bill programs. The critical vacancy process is designed to ensure that staff have the opportunity to apply for positions that best consider their individual circumstances, without the need for management directed reassignments. As NRCS prepares to obligate record Farm Bill funding and expand its workforce, this process will help the agency align staff with areas of the greatest demand; ensuring timely delivery and effective service to producers.

249. Once the critical vacancy process is completed, NRCS will have the tangible data needed to focus resources on the agency's FY27 hiring plan. External hiring will be focused on critical needs to ensure that it can fund its workforce with its available funding.

250. The Administrative Stay issued on September 14, 2026, pauses all reassignment personnel actions using NOAC 721, including the NRCS critical vacancy process. The

longer this process is delayed, the more difficult it will be to fulfill the needs of farmers, ranchers and private landowners who rely on NRCS' financial and technical assistance.

251. On September 17, 2026, Nebraska Governor Jim Pillen wrote a letter to Deputy Secretary Vaden supporting the USDA's Lincoln, Nebraska hub decision for NRCS, which will strengthen local collaboration and improve the delivery of conservation technical assistance to farmers and rangers.

**Risk Management Agency (RMA)**

252. RMA will eliminate the Risk Management Education Division, formerly under the Deputy Administrator for Insurance Services. The functions of that division will be integrated into existing program operations, and remaining employees will be reassigned to non-supervisory roles that support core agency responsibilities.

253. RMA has also implemented a workforce realignment strategy. RMA staff are currently located across 37 states, with only about four percent located in the NCR. This wider distribution improves the agency's ability to respond quickly, build stronger partner relationships, and support the integrity of the Federal Crop Insurance Program. The model reduces reliance on costly, underutilized metropolitan office space, and places staff in agricultural communities where they are most effective. This strengthens program delivery, improves responsiveness, and aligns staffing with field-based operational needs. This approach also aligns RMA with the national footprint of Approved Insurance Providers and crop insurance agents, who operate across 48 states and nearly 4,000 ZIP codes, enabling field engagement in hours rather than days.

254. Nationwide placement of personnel enhances RMA's capacity for timely site visits, stakeholder engagement, program reviews, and investigations - activities essential to program integrity and to the public private partnership that supports federal crop insurance.

255. No staff will be relocated.

**Office of the General Counsel**

256. On April 30, 2026, Deputy Secretary Vaden issued a letter to the Honorable John Hoeven, Chairman, Committee on Appropriations, notifying them that USDA's plans to reorganize offices and functions affecting Office of Chief Financial Officer (OCFO), Office of Budget and Program Analysis (OBPA), and the Office of the General Counsel (OGC), and Departmental Administration (DA).

257. The Department will consolidate OGC's field operations into two regions - Western and Eastern - and close five offices in Temple, Texas; Little Rock, Arkansas; Albuquerque, New Mexico; Portland, Oregon; and San Francisco, California.

258. The eighteen affected staff will be relocated to remaining OGC locations, as well as a new office in Davis, California. There are no current staff in the Little Rock, Arkansas office.

259. No OGC staff currently in the NCR will be required to relocate.

260. This restructuring of OGC's field operations will create efficiencies for the office through the reduction in lease costs while enhancing the services provided to OGC's client agencies.

261. One example of these enhancements will be found in Kansas City where all field matters related to the service center agencies (i.e., Rural Development, Farm Service Agency, Natural Resources Conservation Service) will be handled under the direction of the Associate General Counsel for Commercial Operations, a newly created office consisting of five or more employees.

262. These improvements will enable OGC to continue to be a trusted advisor that support the Department's through legal analyses, guidance, and counsel.

263. The Office of Information Affairs in OGC provides Departmental direction on USDA's Freedom of Information Act (FOIA) activities and provides operational FOIA capabilities for staff offices and some agencies. Currently, several agencies also maintain their own FOIA processing capabilities; this decentralized approach results in inconsistencies in the processing of FOIA requests. The planned consolidation of the

FOIA activities will increase the effectiveness, consistency, and responsiveness of USDA's FOIA activities.

264. This consolidation will also increase the efficiency of the Department's FOIA operations because the current decentralized model includes several staff that perform related duties on a collateral basis.

265. The planned future state for FOIA operations will be an enterprise FOIA capability that leverages a staff structure built upon full-time FOIA staff. Such a FOIA function will meet statutory requirements and be more responsive to Departmental stakeholders.

**Office of the Assistant Secretary for Civil Rights**

266. On June 17, 2026, Deputy Secretary Vaden issued letters to the Senate's Chairman and Ranking Member and the House of Representatives' Chairman and Ranking Member of the Sub Committee on Agriculture, Rural Development, Food and Drug Administration, and Related Agencies notifying them of organizational updates regarding the USDA, Office of the Assistant Secretary for Civil Rights (OASCR) staff office.

267. The Department will consolidate civil rights functions into a single, unified organization under OASCR.

268. This consolidated structure will provide one entry point, one standard, and one accountable authority for civil rights across the Department.

269. The unified model will strengthen compliance oversight, improve complaint processing performance, and ensure consistent application of civil rights policy throughout USDA.

270. To preserve critical subject-matter expertise, OASCR will establish a Mission Area Support function within the consolidated organization.

271. This function will maintain field-based experience and established relationships while conducting compliance reviews and other mission-aligned activities under the direction of the Assistant Secretary.

272. Outside the NCR, OASCR will establish two hubs: one focused on end-to-end processing of employment complaints and the other on program complaints. The hubs will be

located in Raleigh, North Carolina, and Fort Collins, Colorado. OASCR will build consolidated informal complaint processing teams within USDA hub locations.

273. OASCR will relocate some OASCR employees from the NCR to the two primary hubs and will work to consolidate mission area civil rights personnel into OASCR. In consideration of attrition, no mission area personnel realigned into OASCR will be relocated from the NCR unless they specifically request to be reassigned to a new position with a duty location outside the NCR.

274. OASCR formal labor management negotiations have commenced, and plans are subject to change based on the final negotiated agreements.

**<u>Other Mission Area and Staff Office Reorganization Plans</u>**

275. More reorganization plans were submitted to Congress than those listed by the Plaintiffs. A summary of those plans is included below.

**Agricultural Marketing Service**

276. On June 17, 2026, Deputy Secretary Vaden issued letters to the Senate's Chairman and Ranking Member and the House of Representatives' Chairman and Ranking Member of the Sub Committee on Agriculture, Rural Development, Food and Drug Administration, and Related Agencies notifying them of organizational updates regarding the USDA, Agricultural Marketing Service (AMS) Mission Area.

277. AMS will reorganize Fair Trade Practice Program through the following actions: (1) repositioning the Perishable Agricultural Commodities Act  Division within the Specialty Crops Program; (2) shifting the Packers and Stockyards Division into the Livestock and Poultry Program; (3) moving the Warehouse and Commodity Management Division to the renamed Cotton and Warehouse Program; and (4) consolidating the Food Disclosure and Labeling Division (Bioengineered Foods and Country of Origin Labeling) functions into the Science and Technology Program, as part of an existing but renamed Labeling and Compliance Division, which includes similar functions.

278. With this reorganization, when the produce, livestock, or cotton industries reach out on issues, they will have a single, streamlined communication channel, which supports

USDA's goals to reduce bureaucracy and improve efficiency, program execution, and accountability. This effort will align AMS services to improve effectiveness and meet customer needs by consolidating, unifying, and optimizing functions that will reduce AMS Program areas from ten to nine, reducing organizational complexity and streamlining reporting structures. Realignments further improve service delivery and enhance operational efficiencies for AMS user-fee customers.

279. AMS NCR-based employees are currently located in the South Building. In addition to the Whitten and Yates buildings, AMS will leverage its existing Fredericksburg, Virginia, facility and the GWCC for NCR employees. No NCR employees will receive management directed assignments outside of the NCR unless the reassignment is voluntary.

280. AMS and AFGE Local 1126 are currently in on-going negotiations regarding the reorganization implementation.

**Office of the Chief Information Officer**

281. On June 17, 2026, Deputy Secretary Vaden issued letters to the Senate's Chairman and Ranking Member and the House of Representatives' Chairman and Ranking Member of the Sub Committee on Agriculture, Rural Development, Food and Drug Administration, and Related Agencies notifying them of organizational updates regarding the USDA, Office of the Chief Information Officer (OCIO) staff office.

282. The plan streamlines and strengthens the Office of the Chief Information Officer by consolidating previously fragmented IT budget, contracting, and administrative operations into a unified structure to reduce redundancy and improve decision-making. Benefits to this approach include more efficient budgeting, streamlined financial reporting, reduced duplication, and enhanced oversight of compliance activities, resulting in improved stewardship of Federal resources. The new structure consolidates budget, contracting, and administrative operations into a single unit, streamlining processes, enhancing integration, and enabling faster, more informed decision-making while delivering more cost-effective and accountable operations in support of USDA's mission.

283. It centralizes cyber, network, and telecommunications services—bringing together functions from the Client Experience Center, Cybersecurity and Privacy Operations Center, the Digital Infrastructure Services Center, and Mission Areas—to enhance performance, reduce costs, and improve cybersecurity while placing all domestic and international network oversight under OCIO.

284. The plan also elevates the Department's enterprise capabilities by creating the Office of the Chief Artificial Intelligence (AI) Officer to lead AI strategy and the Office of the Chief Data Officer to oversee data governance and full-lifecycle data management.

285. Additionally, IT functions currently dispersed across Mission Areas, including end-user support, network services, laboratory technical support, and key cybersecurity activities, will be realigned under OCIO.

286. Approximately 175 Mission Area positions will shift to OCIO with no job losses and no budget increase, enabling more efficient resource deployment and improved customer experience.

287. OCIO will establish a Technology Center in Kansas City with Fort Collins as a secondary location. Vacancies will be filled in Kansas City and Fort Collins. Client Experience Center positions will remain field based as is the case today.

288. OCIO will leverage the GWCC for NCR-based employees.

289. No employees will be relocated.

290. On September 17, 2026, Missouri Governor Mike Kehoe wrote a letter to Secretary Rollins supporting OCIO's Technology Center in Kansas City.

**Food Safety and Inspection Service**

291. On April 23, 2026, Deputy Secretary Vaden issued a letter to the Honorable John Hoeven, Chairman, Committee on Appropriations, notifying them of realignment and organizational updates regarding the USDA, Food Safety and Inspection Service (FSIS).

292. FSIS is repurposing existing FSIS office space to establish a new National Food Safety Center (NFSC) in Urbandale, Iowa, which will serve as the primary hub for FSIS administrative, technical, and support operations. This will become FSIS' largest office

in the country with approximately 200 employees. The NFSC will serve as FSIS' primary location for headquarters support functions, including resource management, training, food safety education, financial operations, information technology, and administrative services. By consolidating these functions in a centrally located hub, FSIS will reduce duplication, improve coordination, and expand access to career opportunities for employees across the country. This strengthens support to FSIS front-line employees, who are stationed in approximately 6,800 regulated establishments located across the country, by bringing key training, policy, and technical expertise into closer alignment with their work. The National Food Safety Center will help FSIS better prepare and support the workforce while also creating new opportunities to attract and develop the next generation of food safety professionals.

293. FSIS is establishing a Science Center in Athens, Georgia, building on its existing Eastern Field Services Laboratory and expanding its capabilities in microbiology, chemistry and epidemiology. The Science Center will strengthen FSIS' scientific leadership and ensure continued access to top-tier academic institutions, a robust public health workforce and key industry partners.

294. FSIS will eliminate the Office of Investigation, Enforcement, and Audit's Compliance and Investigations Division headquarters office and reorganize the four regional offices by streamlining their management structure. Specifically, investigative resources in the four existing regions will be combined into two regions and renamed Compliance and Investigations Region - West and Compliance and Investigations Region – East.

295. To enhance food safety efforts in this evolving work environment, FSIS will restructure the Office of Field Operations to allow managers and supervisors to work more closely with their direct reports. In response to these needs, Office of Field Operations will convert all current GS-14 Deputy District Manager positions to mobile managerial positions and distribute them near their areas of geographic responsibility.

296. The Office of International Coordination will consolidate Region 1 Staff and Region 2 Staff under the new name of Global Operations Staff. Office of International

Coordination will also rename the Import/Export Infrastructure and Resource Management Staff to the Global Systems Staff.

297. FSIS will eliminate the Office of Employee Experience and Development which has no staff. All staff members were realigned to the Office of Policy and Program Development, the FSIS Office of the Chief Information Officer), and Office of Field Operations previously. The Assistant Administrator will be realigned to Office of Field Operations.

298. The Office of Public Affairs and Consumer Education will be renamed the Office of Public Affairs and Training and will consist of three divisions - the Training Division; the Freedom of Information Act, Privacy, and Records Management Division; and the Communications Division. FSIS will dissolve the Congressional and Public Affairs Staff as all positions are vacant. The remaining Office of Public Affairs and Training staff will be realigned into one of the three newly defined divisions. The training function and 23 employees will be realigned from the Office of Policy and Program Development, Office of the Chief Information Officer, and Office of Field Operations, and will be placed into the new Training Division.

299. The Office of Management will be renamed Administrative Operations. The Significant Incident Preparedness and Response Staff will be realigned to the Resource Management Staff which will be renamed the Resource Management and Liaison Division.

300. On September 14, 2026, Iowa Governor Kim Reynolds wrote a letter to Secretary Rollins supporting FSIS's decision to select Urbandale, Iowa as the location of the new National Food Safety Center.

**Office of Chief Financial Officer, Office of Budget and Program Analysis, and Departmental Administration**

301. On April 30, 2026, Deputy Secretary Vaden issued a letter to the Honorable John Hoeven, Chairman, Committee on Appropriations, notifying them that USDA’s plans to reorganize offices and functions affecting Office of Chief Financial Officer (OCFO),

Office of Budget and Program Analysis (OBPA), and the Office of the General Counsel (OGC), and Departmental Administration (DA).

**OCFO**

302. The Department will realign the Working Capital Fund and Financial Management Division from within the OCFO's Financial Policy and Planning division to the OCFO Chief Operating Officer.

303. This shift will improve the operational capabilities of OCFO in its Working Capital Fund authority, which maintains the Department's shared service capabilities and provides for a significant portion of USDA's information technology, financial management, and other administrative support functions.

304. This realignment will also enable OCFO's Financial Policy and Planning division to focus on critical, enterprise level fiscal policies, consolidated financial reporting requirements, and internal controls.

**OBPA**

305. OBPA will realign its own organizational structure to ensure that its enterprise responsibilities in budget formulation, budget execution, and performance management are maintained and enhanced with the additional responsibilities of budget for the staff offices.

**DA**

306. The Office of Property and Environmental Management and the Office of Operations will consolidate into the new Office of Leasing, Operations, and Property Management (OLOPM). On May 15, 2026, the Office of Operations met the bargaining obligation for the National Capital Region (NCR) office reassignment with the American Federation of State, County and Municipal Employees (AFSCME) Local 2846.

307. In addition, leasing functions and staff from across the Department will consolidate into OLOPM. Currently, each mission area manages its leasing activities separately, which prevents the Department from effectively managing leased assets as enterprise assets. Multiple mission areas are struggling with managing their leased portfolio. This

consolidation and realignment will improve the overall management and oversight of the real property portfolio.

308. USDA's USE IT Act reporting and low facility utilization percentages demonstrate the challenges with the Department's current approach. Through a phased consolidation of leasing functions, the Department will be better equipped to ensure the leases of front-line locations, such as county offices, match the operational needs and are used efficiently.

309. All procurement activities for the Department will be consolidated into the Office of Contracting and Procurement (OCP) within DA. This consolidation will ensure consistency and alignment with Federal procurement rules and procedures, fix inconsistencies in services provided to agencies and offices of the Department, and the current inability to share contracting resources across USDA. The first phase of consolidation will focus on common procurement activities shared by mission areas. The second phase will focus on the unique, mission critical procurement related to (1) the Forest Service's fire incidents and (2) the food commodity purchases predominantly managed by the Agricultural Marketing Service. USDA will not undertake the second phase until phase one is fully completed and operational. As a result of these consolidation actions, the Department's procurement activities will be streamlined and better equipped to support USDA's mission delivery across the world.

310. Mission areas and staff offices have been extensively engaged in identifying the HR functions that would benefit from being consolidated into OHRM from current organizational locations across the Department. The Human Resources (HR) functions that will be consolidated into the Office of Human Resources Management (OHRM) and support the entire Department are HR policy, employee relations, labor relations, litigation, reasonable accommodation, misconduct investigation, and drug testing. This is in alignment with the government-wide HR consolidation effort, led by the Office of Personnel Management's Core Human Capital Management initiative.

311. There are no planned relocations outside the commuting area for DA employees.

**Real Property Costs Already Incurred from USDA Reorganization**

312. As part of USDA's reorganization efforts, USDA is also right sizing its real property footprint to increase operational efficiencies. As required by USE IT Act, USDA notified GSA where it did not meet the occupancy requirements of that Act and is relinquishing control of these facilities to GSA or terminating leases as appropriate. The Department has taken actions to reduce unnecessary leased space in underutilized locations, maximize utilization of existing buildings in areas we intend to retain USDA employees, and has acquired space in locations that are part of USDA's future plans.

313. Lease terminations and disposal of property are as follows:

A. GSA and USDA announced the disposal of the South Building, located at 1400 Independence Avenue SW, Washington, DC, on February 25, 2026.

B. FNA submitted a lease termination request for its facility at 1340 Braddock Place, Alexandria, Virginia, on March 6, 2026.

C. OGC submitted a lease termination request for its facility located at 700 West Capitol Avenue, Little Rock, Arkansas, on April 6, 2026.

D. OGC submitted a lease termination request for its facility located at 630 Sansome Street, Suite 1040, San Francisco, California, on May 8, 2026.

E. OGC submitted a lease termination request for its facility located at 101 South Main Street, Temple, Texas, on May 14, 2026.

F. OGC submitted a lease termination request for its facility located at 1220 SW 3rd Ave., Portland, Oregon, on July 15, 2026.

314. USDA will incur certain tenant-related costs associated with exiting some of its leases early, and while the exit process requires settlement of specific tenant improvement and closeout obligations, these costs are limited and are significantly less than remaining under the lease term.

315. USDA incurred new lease/occupancy agreement actions and facilities-related work has been completed as follows:

A. Amended an occupancy agreement to expand occupancy on the 7th floor of the Bennett Building in Salt Lake City, Utah, to establish USDA's hub location.

B. Executed a new occupancy agreement in December 2025 at 2300 Main in Kansas City, Missouri, estimated annual rent $1,032,000, to expand USDA's Kansas City office presence. USDA is liable to pay the first 16 months of rent before it could terminate this lease, at a cost of approximately $1,275,413 if the lease were canceled today.

C. Signed a Client Project Agreement with GSA and submitted work requests to fund the move and the renovations/expansions of space at the Bannister Federal Complex in Kansas City, Missouri, to support USDA's establishment of a USDA Technology Center in alignment with the OCIO reorganization plans.

D. Expended $295,199 on the renovation of the 5th floor of the Yates Building in Washington, DC—including paint, carpet, and new cubicles—in April 2026 and subsequently relocated FNA staff from Braddock.

E. Transferred occupancy agreement on the 4th floor of the Bennett Building in Salt Lake City, Utah, from NRCS to the Forest Service to establish the new Forest Service headquarters office. Estimated renovation cost is $1,005,100.56.

F. Signed a Client Project Agreement with GSA and submitted a work request to fund the necessary renovations for a new office in New York, New York, for FNA.

G. The Client Project Agreement with GSA is in the process of being finalized, and a work request has been submitted to obligate funding the necessary renovations for a new office in Los Angeles, California, for FNA.

H. The Client Project Agreement with GSA is in the process of being finalized for the project to acquire new space in St. Louis, Missouri, for RD.

I. Initiated renovation of floors 1 through 4 of the Yates Building in Washington, DC to accommodate personnel affected by the closure of the South Building and

to support compliance with USE IT Act requirements. Estimated renovation cost is $3,624,738.

J. Submitted a work request to GSA to renovate existing FSIS office space in Urbandale, Iowa, and to add additional space to the FSIS footprint. GSA is adding additional space to the FSIS occupancy agreement. FSIS has already obligated $1,320,000 for furniture for the space, and GSA is currently validating the renovation estimate.

K. Planning for approximately $500,000 in work to prepare additional space in the ARS Athens, Georgia, location for NASS employees.

L. Signed MOU with effective date of October 1, 2026, with the Small Business Administration through GSA Space Match Agreement to house RD while space in the Motorola Building in Fort Worth, Texas is renovated. The rent cost is $281,760 annually.

M. Entered final negotiations for new space for the NRCS in Fort Worth, Texas. Initial government estimate is $4,400,000, with $1,773,787.52 in annual rent for an 18 year/15 firm lease. (July 2026).

N. Signed new, six-year lease for the Office of General Counsel in Davis, California. Project is at 75 percent design, and award of $384,275.54 estimated is anticipated next month for the buildout of the office space. Projecting occupancy in early January 2027.

O. Signed a Client Project Agreement with GSA and obligated $461,555.98 for build-out of offices for the Office of General Counsel in Kansas City, Missouri.

**Appropriations Notification Process**

316. Attached to this declaration are five (5) representative letters that USDA sent to Congress regarding appropriations and funding. USDA was subject to Congressional approval provisions relevant to each of the fiscal plans outlined in each letter, but consistent with Executive Branch practice, USDA appropriately provided Congress with notice of these plans and then moved forward without waiting for Congressional approval. These letters

include funding decisions made in the prior Administration, decisions affecting up to a billion dollars, and ones affecting programs at the heart of USDA's work for the American people. The attached Ex. 4 contains the following letters:

A. A letter dated May 10, 2024, from former Secretary of Agriculture Thomas Vilsack to the Chairman of the Subcommittee on Agriculture, Rural Development, Food and Drug Administration and Related Agencies notifying the Committee of the intent to transfer $824,028 million in funds from the Commodity Credit Corporation (CCC) to the Animal and Plant Health Inspection Service (APHIS) for response activities necessary to address outbreaks of highly pathogenic avian influenza (HPAI);

B. A letter dated July 27, 2023, from former Secretary of Agriculture Thomas Vilsack to the Chairman of the Subcommittee on Agriculture, Rural Development, Food and Drug Administration and Related Agencies notifying the Committee of the Secretary's intent to transfer $503 million from the Supplemental Nutrition Assistance Program (SNAP) to the Special Supplemental Nutrition Program for Women, Infants, and Children (WIC).

C. A letter dated May 22, 2024, from former Secretary of Agriculture Thomas Vilsack to the Chairman of the Subcommittee on Agriculture, Rural Development, Food and Drug Administration and Related Agencies notifying the Committee of USDA's intent to reprogram $100 million within the Child Nutrition Programs Account of the Food and Nutrition Service from Meal Reimbursements to the Training and Technical Assistance line;

D. A letter dated December 18, 2024, from former Secretary of Agriculture Thomas Vilsack to the Chairman of the Subcommittee on Agriculture, Rural Development, Food and Drug Administration and Related Agencies notifying the Committee of USDA's intent to reprogram about $114 million in prior year unobligated balances available in the Broadband Telecommunication Pilot ReConnect Program; and

E. A letter dated February 6, 2026, from Secretary of Agriculture Brooke Rollins the Chairman of the Subcommittee on Agriculture, Rural Development, Food and Drug Administration and Related Agencies notifying the Committee of USDA's intent to reallocate $1 billion in balances remaining from prior CCC transfers and execute an additional transfer from CCC.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 18, 2026

Mary Pletcher Rice Digitally signed by Mary Pletcher Rice Date: 2026.09.18 21:18:00 -04'00'

Mary Pletcher Rice