# EXHIBIT 2

USDA

United States Department of Agriculture

Departmental Administration

Office of the Assistant Secretary for Administration

Office of Human Resources Management

1400 Independence Avenue, SW
Washington, DC
20250-9600

August 29, 2025

Randy L. Erwin, National President
National Federation of Federal Employees (NFFE)
1225 New York Avenue, NW, Suite 450
Washington, DC 20005

SUBJECT: National Consultation Right – USDA Department Reorganization Plan

Mr. Erwin:

The United States Department of Agriculture (USDA) has announced a *USDA Department Reorganization Plan* focused on aligning the workforce with our financial resources and priorities, relocating USDA resources outside of the National Capital Region and closer to customers, eliminating management bureaucracy, and consolidating support functions. Pursuant to 5 U.S.C. §7113(b), a copy of Secretary Memorandum 1078-015 is enclosed for your review and comment.

Additionally, Congressional testimony concerning this reorganization provided by Deputy Secretary of Agriculture Stephen Vaden on July 30, 2025, before the full U.S. Senate Committee on Agriculture, Forestry and Nutrition is available at https://www.agriculture.senate.gov/hearings/review-of-the-usda-reorganization-proposal.

The Department is providing the available information to you for your awareness. Please provide your comments within 30 calendar days from the date of this notice. If you wish to submit comments, please send them by email to Ken Giacolone at Kenneth.Giacolone@usda.gov and Craig Vanderpool at Craig.Vanderpool1@usda.gov.

Your cooperation in this matter is greatly appreciated.

Sincerely,

DEEDRA FOGLE Digitally signed by DEEDRA FOGLE
Date: 2025.08.29 16:39:22 -04'00'

Deedra Fogle
Acting, Chief Human Capital Officer
Office of Human Resources Management

Enclosures

cc: Jefferson Friday, NFFE
Yvette Piacsek, NFFE

CERTIFICATE OF SERVICE

I hereby certify that a copy of this memorandum and Secretary Memorandum 1078-015 *Department of Agriculture Reorganization Plan* were served on this day, August 29, 2025, to the following parties:

Randy L. Erwin, National President, NFFE
rerwin@nffe.org via E-mail

Jefferson Friday, General Counsel, NFFE
jfriday@nffe.org via E-mail

Yvette Piacsek, Deputy General Counsel, NFFE
ypiacsek@nffe.org via E-mail

KENNETH GIACOLONE
Digitally signed by KENNETH GIACOLONE
Date: 2025.08.29 15:56:39 -05'00'

Kenneth Giacolone, Labor Relations Specialist
Labor Relations and Litigation Branch, OHRM
Jamie L. Whitten Building, Room 318
1400 Independence Avenue, SW, Mail Stop 9611
Washington, DC 20250
Phone: (771) 200-0161