# EXHIBIT 3

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO

AFGE

Eric Bunn Sr.
*National Secretary-Treasurer*

Dr. Everett B. Kelley
*National President*

Jeremy A. Lannan
*NVP for Women & Fair Practices*

September 26, 2025

Deedra Fogle
Acting, Chief Human Capital Officer
Office of Human Resources Management
U.S. Department of Agriculture
1400 Independence Avenue, SW
Whitten Building, Rm 318-W, MS-9611
Washington, DC 20250-1400
Email: Deedra.Fogle@usda.gov

**Subject:** AFGE Comments on USDA Department Reorganization Plan

Dear Ms. Fogle,

The American Federation of Government Employees (AFGE) received your notice for the USDA Department Reorganization Plan on August 29, 2025, pursuant to Title 5, § 7113 (b) of the U.S. code. This letter represents AFGE's consolidated comments on USDA's draft reorganization plan. No party waives any collective bargaining or other rights by responding to this pre-decisional NCR notice of the USDA's Procedures for Fair Chance Act Complaints.

As outlined in AFGE's July 28, 2025, letter to the Senate Agriculture, Nutrition, and Forestry Committee, AFGE is strongly opposed to the USDA's reorganization and workforce relocation plan. Thus far, limited details have emerged about a plan that stands to significantly disrupt and weaken the Department's ability to deliver essential services to farmers, ranchers, and consumers across the country. This is a decision of enormous consequence, yet neither Congress nor the labor unions representing employees were given adequate opportunity to engage the Agency in its development, despite statutory requirements and longstanding norms of good governance.

While we support the goal of strengthening USDA's engagement with agricultural communities, it is important to note that over 90% of USDA employees already live and work outside the National Capital Region, embedded in the very communities they serve. We are also skeptical that the current public comment process will meaningfully influence the outcome and will be largely symbolic.

This is not the first time USDA has pursued such a move. In 2019, the relocation of the Economic Research Service and the National Institute of Food and Agriculture led to the departure of more than half of their staff. According to the Government Accountability Office, this resulted in reduced research output, delayed processes, and a drastic loss of institutional knowledge. It hurt the very communities USDA is supposed to serve. There is no reason to expect a different outcome if the current plan proceeds without serious adjustments. To alleviate these concerns, we urge USDA to address the following critical issues by providing to AFGE:

1. A Cost-Benefit analysis of the reorganization plan
2. The underlying documentation and rational for choosing the five specific hubs
3. A plan to ensure service continuity and workforce retention
4. A commitment to transparency regarding public comments
5. A commitment to bargain over the impact and implementation of this reorganization with the affected Bargaining Unit Employee's representatives

Farmers, ranchers, foresters, and consumers depend on a strong USDA to deliver essential services from crop insurance and market development to food safety and nutrition assistance. The employees who carry out USDA's mission deserve respect, transparency, and a voice in where and how they work. So do the communities and stakeholders who will bear the consequences of this sweeping change.

We share USDA's commitment to strengthening American agriculture. But that shared mission cannot succeed if workers are sidelined, if decisions are made in the dark, and if the needs of farmers and consumers in non-hub states are ignored. We strongly urge the Department to slow down, engage with Congress and the labor unions in good faith, and fully assess the true impacts of this reorganization before proceeding further.

Regards,

/s/ Christopher Cayer

**Christopher Cayer**
Labor Relations Specialist
Field Services & Education Department
American Federation of Government Employees
80 F St. NW, Washington, DC 20001
Office: (202) 304-9713
Email: Chris.Cayer@afge.org

Cc via email:
Dr. Everett B. Kelley, National President, AFGE
Rushad Sanghvi, General Counsel, AFGE
Kenneth Giacolone, USDA
Craig Vanderpool, USDA