BRETT A. SHUMATE
Assistant Attorney General
BRAD P. ROSENBERG
Chief Litigation Counsel
TAYLOR PITZ (CA Bar No. 332080)
Trial Attorney
Civil Division, Federal Programs Branch

1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-5200
Taylor.N.Pitz@usdoj.gov

Counsel for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al*.

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE; BROOKE ROLLINS, in her official capacity as Secretary of Agriculture,

Defendants.

Case No. 3:26-cv-09976-SI

**DECLARATION OF TIMISHA D. FITZGERALD WALKER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

## DECLARATION

I, Timisha D. Fitzgerald Walker, declare as follows:

1. I am a paralegal in the U.S. Department of Agriculture's Office of General Counsel. I work in the Civil Rights, Labor & Employment Law Division. This declaration is based on my personal knowledge and information that I have obtained in the course of my official duties, and is made in support of Defendants' Opposition to Plaintiffs' Motion for a Preliminary Injunction regarding the U.S. Department of Agriculture's Reorganization Plan.
2. **Exhibit 1** is a true and correct copy of the notification letter sent by Deputy Secretary of Agriculture Stephen Alexander Vaden to Senator John Hoeven on July 17, 2026, regarding USDA's reorganization process.
3. **Exhibit 2** is a compilation of the true and correct copies of the relevant notification letters sent by Deputy Secretary of Agriculture Stephen Alexander Vaden to members of Congress on USDA's reorganization.
4. **Exhibit 3** is a true and correct copy of the "Memorandum of Understanding on Relocation Negotiations Between: The American Federation of Government Employees (AFGE) Local 3403) and Economic Research Service (ERS) & National Institute of Food and Agriculture (NIFA), United States Department of Agriculture (USDA)," dated June 18, 2026.
5. **Exhibit 4** is a true and correct copy of the "Memorandum of Understanding USDA Forest Service Reorganization" between "the United States Department of Agriculture, Forest Service (Management), and the National Federation of Federal Employees, Forest Service Council (Union)," dated June 12, 2026.
6. **Exhibit 5** is a true and correct copy of the "Memorandum of Understanding Between the U.S. Department of Agriculture, Food and Nutrition Administration and the National Treasury Employees Union Concerning the Office Move from 1320 Braddock Place to the Yates Building and the George Washinton Carver Center (GWCC)," dated June 30, 2026.
7. **Exhibit 6** is a true and correct copy of the "Braddock Place Office Move, Memorandum of Understanding (MOU) Between Food and Nutrition Service, Mid-Atlantic Regional

Office, USDA and American Federation of Government Employees (AFGE) Local #2735," dated April 3, 2026. This document is a true and correct copy, but Defendants have subsequently redacted the individual employees' name to maintain their privacy, as their name is not relevant to any issues in this case.

8. **Exhibit 7** is a true and correct copy of the "Memorandum of Understanding Between the American Federation of Government Employees (AFGE) Local 3147 and the Beltsville Agricultural Research Center (BARC) & U.S. National Arboretum (USNA), Agricultural Research Service (ARS), United States Department of Agriculture (USDA) dated July 2, 2026.

9. **Exhibit 8** is a true and correct copy of the "Article 30 Bargaining Notice – Office of Operations Reorganization," between "Department of Agriculture, Office of Operations and AFSCME, Council 20, Local 2846," dated April 30, 2026.

10. **Exhibit 9** is a true and correct copy of individual letters sent to Secretary Rollins from the Governors of Indiana, Iowa, Missouri, Nebraska, North Dakota, and Utah.

11. **Exhibit 10** is a true and correct copy of the "United States Department of Agriculture FY 2026 Staffing Plan," dated December 21, 2025. This copy was produced by USDA to Plaintiffs with Bates numbers USA-AFGE-Exp.-0428551–USA-AFGE-Exp.-0428580.

12. **Exhibit 11** is a true and correct copy of USDA's "Updated Staffing Plans for FY 2026," dated February 27, 2026. This copy was produced by USDA to Plaintiffs with Bates numbers USA-AFGE-Exp.-0428754–USA-AFGE-Exp.-0428756.

13. **Exhibit 12** is a true and correct copy of the Secretary of Agriculture's, "Secretary's Memorandum 1078-008, Exemption of National Security and Public Safety Positions from the Federal Civil Hiring Freeze," dated April 22, 2025. This copy was produced by USDA to Plaintiffs with Bates numbers USA-AFGE-Exp.-0428581–USA-AFGE-Exp.-0428586.

14. **Exhibit 13** is a true and correct copy of a letter from the Western Governors' Association to Secretary Rollins, dated June 18, 2026.

15. **Exhibit 14** is a true and correct copy of a report entitled "The Case for Investing in America's Forests," dated August 26, 2024.

16. **Exhibit 15** is a true and correct copy of an email sent by then Director of the USDA Office of Budget and Program Analysis to the Office of Management and Budget, dated August 26, 2024.
17. **Exhibit 16** is a true and correct copy of a request for voluntary early retirement authority (VERA) executed by USDA on January 15, 2025 and approved by OPM on January 17, 2025.
18. **Exhibit 17** is a true and correct copy of a letter from the Office of Special Counsel to former Secretary Vilsack regarding a request for investigation of a whistleblower disclosure related to the Beltsville Agricultural Research Center (BARC), dated June 29, 2023; a letter from former Secretary Vilsack to Special Counsel Hampton Dellinger, dated March 29, 2024; a letter from the Special Counsel to the President regarding the result of the BARC investigation; and related documents on the BARC investigation.
19. **Exhibit 18** is a true and correct copy of photographs taken on September 29, 2025 of the Beltsville Agricultural Research Center (BARC) during a tour by Deputy Secretary Stephen Vaden and illustrating its condition.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed September 18, 2026, in Washington, D.C.

TIMISHA WALKER
Digitally signed by TIMISHA WALKER
Date: 2026.09.18 17:49:06 -04'00'

TIMISHA D. FITZGERALD WALKER