# EXHIBIT 1

OFFICE OF THE DEPUTY SECRETARY OF AGRICULTURE
WASHINGTON, D.C. 20250

July 17, 2026

THE HONORABLE JOHN HOEVEN
Chairman
Subcommittee on Agriculture, Rural Development,
Food and Drug Administration, and Related Agencies
Committee on Appropriations
United States Senate
129 Dirksen Senate Office Building
Washington, D.C. 20510

Dear Chairman Hoeven,

The United States Department of Agriculture (USDA) reorganization process began with Secretary's Memorandum 1078-015, which authorized and directed the actions necessary to effectuate the consolidation, unification, and optimization of functions within USDA. I have committed to keep Congress apprised of our reorganization activities. To that end, I am sending this letter as a summary of actions USDA has taken toward achieving improved effectiveness and accountability, enhanced services, reduced bureaucracy, and cost savings for the American people.

As we have noted from the outset, this is an iterative, multi-faceted process; and the Department is implementing its reorganization efforts on a mission area and office-specific basis. USDA has provided Congress with the following reorganization-related written notifications to date:

- Food Safety and Inspection Service (FSIS) – April 23, 2026;
- Research, Education and Economics (REE) and the Office of Partnerships and Public Engagement (OPPE) – April 23, 2026;
- Departmental Administration and Staff Offices – April 30, 2026, and May 5, 2026;
- Food and Nutrition Administration (FNA) – April 30, 2026;
- Foreign Agricultural Service (FAS) – June 17, 2026;
- Farm Production and Conservation (FPAC) – June 17, 2026;
- Rural Development (RD) – June 17, 2026;
- Agricultural Marketing Service (AMS) – June 17, 2026;
- Office of the Chief Information Officers (OCIO) – June 17, 2026; and
- Office of the Assistant Secretary for Civil Rights (OASCR) – June 17, 2026.

On March 31 and April 2, 2026, oral notification of reorganization plans for the Forest Service were provided in an open meeting to all staff members of the House of Representatives Appropriations Subcommittee on Interior, Environment, and Related Agencies; the Senate Subcommittee on Interior, Environment and Related Agencies; the Senate Committee on Agriculture, Nutrition and Forestry; and the House of Representatives Committee on Agriculture. As part of the Department's process to implement its reorganization, USDA is committed to meeting its collective bargaining obligations. The responsible agencies and mission areas within USDA have provided the required union notifications. USDA has completed the following reorganization-related bargaining obligations to date:

- Forest Service and NFFE-FSC – agreement dated June 12, 2026;
- Economic Research Service (ERS)/National Institute for Food and Agriculture (NIFA) and AFGE 3403 – agreement dated June 18, 2026;
- Agricultural Research Service (ARS) and AFGE 3147 (BARC) – agreement dated July 2, 2026;
- Office of Operations (OO) and AFSCME 2846 – obligation met on May 15, 2026;
- FNA and NTEU Chapter 226 for National Capital Region (NCR) relocations – agreement dated June 30, 2026;
- FNA and AFGE 2735 for NCR relocations – agreement dated April 3, 2026; and
- Office of Hearings and Appeals (OHA) and AFSCME 3020 for NCR relocations – obligation completed.

These bargaining activities account for over 755 impacted USDA personnel, excluding the Forest Service. There are approximately 29,000 Forest Service employees. Approximately 500 employees received a letter that they may be subject to relocation. As of July 17, the Forest Service estimates that approximately 250 employees would be relocated; however, that number may change as the reorganization effort moves forward.

In addition to the completed labor negotiations noted above, the following negotiations remain in progress:

- FNA Mid-Atlantic Region and AFGE 2735;
- FNA and NTEU regarding employees in six regional offices and the Retailer Operations and Compliance offices;
- OASCR and AFGE 3147; and
- Rural Development and various AFGE and AFSCME units.

For the remaining reorganization announcements made on June 17, the Department intends to initiate union negotiations on or after July 20.

As part of USDA's implementation of its reorganization plan, the Department is also right-sizing its real estate footprint to increase operational efficiencies. As required by the *Utilizing Space Efficiently and Improving Technologies* (USE IT) *Act*, USDA has notified the General Services Administration (GSA) where the Department did not meet its statutory occupancy requirements and is relinquishing control of these facilities to GSA or terminating leases as appropriate. The

Department has taken actions to reduce leased space in underutilized locations and has worked with GSA to occupy available space in our new hub locations.

Lease Terminations and Disposals:

- The General Services Administration announced the disposal of the South Building, located at 1400 Independence Avenue SW, Washington, D.C., on February 25, 2026.
- FNA submitted a lease termination request for its facility at 1340 Braddock Place, Alexandria, Virginia, on March 6, 2026.
- The Office of General Counsel (OGC) submitted a lease termination request for its facility located at 700 West Capitol Avenue, Little Rock, Arkansas, on April 6, 2026.
- OGC submitted a lease termination request for its facility located at 630 Sansome Street, Suite 1040, San Francisco, California, on May 8, 2026.
- OGC submitted a lease termination request for its facility located at 101 South Main Street, Temple, Texas, on May 14, 2026.
- OGC submitted a lease termination request for its facility located at 1220 SW 3rd Ave., Portland, Oregon, on July 15, 2026.

New Lease Actions and Facilities-related work:

- Expanded lease on the 7th floor of the Bennett Building in Salt Lake City, Utah, to establish USDA's hub location (December 2025).
- Executed a new lease at 2300 Main in Kansas City, Missouri, to establish USDA's hub location (December 15, 2025).
- Submitted a request to GSA for a new lease in the Bannister Building in Kansas City, Missouri, to support USDA's hub location (July 2026).
- Completed renovation of the 5th floor of the Yates Building in Washington, D.C. – including paint, carpet, and new cubicles – in April 2026 and subsequently relocated FNA staff from Braddock Place (May 2026).
- Transferred lease on the 4th floor of the Bennett Building in Salt Lake City, Utah, from NRCS to establish the new headquarters office of the Forest Service (June 2026).
- Submitted a request to GSA for a new lease in New York, New York, for FNA (June 2026).
- Submitted a request to GSA for a new lease in Los Angeles, California, for FNA (June 2026).
- Initiated renovation of floors one through four of the Yates Building in Washington, D.C., to accommodate personnel affected by the closure of the South Building and to support compliance with *USE IT Act* requirements (July 2026).
- Entered final negotiations for new space for the Natural Resources and Conservation Service (NRCS) in Fort Worth, Texas (July 2026).

Throughout this reorganization, USDA has maintained its focus on fulfilling its mission of serving America's farmers, ranchers, producers, and consumers. There will be no disruption to ongoing projects at any Agricultural Research Service facilities. With respect to the Beltsville

Agricultural Research Center, the only projects that have been terminated are those that were specifically defunded by Congress.

If you have any questions related to this notification, please have your staff contact USDA's Office of Congressional Relations at (202) 720-7095 or ocr@usda.gov.

Sincerely,

Stephen Alexander Vaden
Deputy Secretary
U.S. Department of Agriculture

Enclosures

CC: The Honorable Jeanne Shaheen