# EXHIBIT 2

OFFICE OF THE DEPUTY SECRETARY OF AGRICULTURE
WASHINGTON, D.C. 20250

April 23, 2026

THE HONORABLE JOHN HOEVEN
Chairman
Committee on Appropriations
Subcommittee on Agriculture, Rural Development,
Food and Drug Administration, and Related Agencies
United States Senate
129 Dirksen Senate Office Building
Washington, D.C. 20510

Dear Chairman Hoeven,

I am writing to inform the Subcommittee on Agriculture, Rural Development, Food and Drug Administration, and Related Agencies of organizational realignments that are being planned for the United States Department of Agriculture's (USDA) Food Safety and Inspection Service (FSIS). The organizational realignments involve the following FSIS offices:

- Office of Investigation, Enforcement and Audit (OIEA);
- Office of Field Operations (OFO);
- Office of the Chief Financial Officer (OCFO);
- Office of Employee Experience and Development (OEED);
- Office of Public Affairs and Consumer Education (OPACE);
- Office of the Chief Information Officer (OCIO);
- Office of Policy and Program Development (OPPD);
- Office of International Coordination (OIC);
- Office of Management (OM); and
- Internal Affairs (IA).

The proposed changes are essential to enhance organizational performance in support of FSIS' future vision and modernization efforts in food safety. The proposed changes include the following:

<u>Office of Investigation, Enforcement and Audit (OIEA)</u>

FSIS is proposing to abolish OIEA's Compliance and Investigations Division (CID) headquarters office and reorganize the four regional offices by streamlining their management structure. Specifically, investigative resources in the four existing regions will be combined into

two regions and renamed Compliance and Investigations Region – West and Compliance and Investigations Region – East. This will be accomplished by:

- Incorporating the CID – Southwest Region into the CID – West Region and renaming it the Compliance and Investigations Region – West.
- Combining the CID – Northeast Region with the CID – Southeast Region and renaming it the Compliance and Investigations Region – East.

The combining of regions will eliminate two GS-15 Regional Director and two GS-14 Deputy Regional Director positions through attrition. Additionally, the vacant GS-15 CID Director position that oversaw the four Regional Directors will be abolished, and the two remaining Regional Directors will report directly to the Deputy Assistant Administrator for OIEA. The Senior Compliance Specialists that were overseen by the CID Director will be realigned to report to the Regional Directors (East or West). In addition, the six employees in the Resource Management Staff will be realigned to OFO's Resource Management and Financial Planning Staff. The Litigation Enforcement Program Staff (LEPS) will be eliminated. The four attorneys assigned to LEPS will be realigned to the Department and the remaining five employees will be realigned to the Enforcement Operations Staff.

Office of Field Operations (OFO)

OFO accounts for approximately 85 percent of FSIS employees. The proposed changes in OFO are key to Agency efforts to enhance organizational performance and support FSIS' future vision and food safety modernization efforts. As inspection continues to modernize and become more scientific, the number and complexity of food safety tasks has steadily grown.

To enhance food safety efforts in this evolving work environment, FSIS seeks to restructure OFO to allow managers and supervisors to work more closely with their direct reports. In response to these needs, OFO will convert all current GS-14 Deputy District Manager positions to mobile managerial positions and distribute them near their areas of geographic responsibility. Additionally, OFO will reassign nine GS-14 positions from headquarters to the nine district offices.

Employee separations resulting from the Deferred Resignation Program required management to assign Jackson District responsibilities to surrounding districts. FSIS plans to make those work assignments permanent. The Jackson District Office will be closed. No moves or reassignments will be necessitated by this change.

The Resource Management and Financial Planning Staff will gain six employees from OIEA and be renamed the Field Operations Resource Management (FORM) Staff. FORM will service both OFO and OIEA and will report to the Assistant Administrator, OFO.

One training specialist will be realigned to OPACE.

Office of International Coordination (OIC)

OIC will consolidate Region 1 Staff and Region 2 Staff under the new name of Global Operations Staff. Combining the two regions eliminates one GS-15 supervisory position. OIC will also rename the Import/Export Infrastructure and Resource Management Staff to the Global Systems Staff.

Office of the Chief Financial Officer (OCFO)

The reporting lines will be updated so the CFO will report directly to the Chief Operating Officer.

Office of Employee Experience and Development (OEED)

FSIS plans to abolish OEED. All staff members were realigned to OPPD, OCIO, and OFO previously. The Assistant Administrator will be realigned to OFO.

Office of Public Affairs and Consumer Education (OPACE)

OPACE will be renamed the Office of Public Affairs and Training (OPAT) and will consist of three divisions – the Training Division; the FOIA, Privacy, and Records Management Division; and the Communications Division. FSIS will dissolve the Congressional and Public Affairs Staff as all positions are vacant. The remaining OPAT staff will be realigned into one of the three newly defined divisions. The training function and 23 employees will be realigned from OPPD, OCIO, and OFO, and will be placed into the new Training Division.

Office of the Chief Information Officer (OCIO)

One Audio Visual Production Specialist will be realigned to the new Training Division in OPACE (OPAT).

Office of Policy and Program Development (OPPD)

FSIS will realign the training function and 20 employees to OPACE (OPAT).

Office of Management (OM)

The Office of Management will be renamed Administrative Operations (AO). The Significant Incident Preparedness and Response Staff will be realigned to the Resource Management Staff which will be renamed the Resource Management and Liaison Division.

Conclusion

Overall, this restructuring will reduce the total number of positions and will be a cost savings to FSIS. The proposed organizational changes will not require any reprogramming of funds, nor

are they expected to result in increased salary or other costs. The nature of the proposed changes is such that we do not anticipate any adverse civil rights impact.

Should you have questions, please have a member of your staff contact the Office of Congressional Relations at (202) 720-7095 or ocr@usda.gov. A similar letter is being sent to your colleague Ranking Member Jeanne Shaheen.

Sincerely,

Stephen Alexander Vaden

Stephen Alexander Vaden
Deputy Secretary
U.S. Department of Agriculture

Enclosures

P.S. Thank you for the kind note this morning. SAV

| FOOD SAFETY AND INSPECTION SERVICE<br>FUNDING AND STAFFING OVERVIEW | | | | | | |
|---|---|---|---|---|---|---|
| | Funding | | | Staffing | | |
| | **Annual Funding** | | | **Staff Years** | | |
| | **As - Is** | **To - Be** | **Change** | **As - Is** | **To -Be** | **Change** |
| OEED | $ 314,332 | $ - | $ (314,332) | 1 | - | (1) |
| OIEA | $ 24,990,916 | $ 23,888,194 | $ (1,102,722) | 133 | 127 | (6) |
| OCFO | $ 10,452,851 | $ 10,452,851 | $ - | 51 | 51 | - |
| OCIO | $ 20,411,535 | $ 20,197,608 | $ (213,927) | 94 | 93 | (1) |
| OPACE (OPAT) | $ 6,505,661 | $ 11,461,195 | $ 4,955,533 | 32 | 58 | 26 |
| OFO | $ 842,461,216 | $ 843,487,141 | $ 1,025,925 | 7,327 | 7,331 | 4 |
| OM (AO) | $ 31,505,454 | $ 31,505,454 | $ - | 194 | 194 | - |
| OA | $ 2,030,219 | $ 2,030,219 | $ - | 8 | 8 | - |
| OIC | $ 5,809,690 | $ 5,809,690 | $ - | 25 | 25 | - |
| OPARM | $ 5,545,712 | $ 5,545,712 | $ - | 28 | 28 | - |
| IA | $ 1,466,616 | $ 1,466,616 | $ - | 8 | 8 | - |
| CRS | $ 2,452,264 | $ 2,452,264 | $ - | 11 | 11 | - |
| OPPD | $ 21,286,180 | $ 16,935,703 | $ (4,350,477) | 110 | 88 | (22) |
| OPHS | $ 42,237,951 | $ 42,237,951 | $ - | 249 | 249 | - |
| **Grand Tota** | **$ 1,017,470,598** | **$ 1,017,470,597** | **(0)** | **8,271** | **8,271** | **-** |

U.S. DEPARTMENT OF AGRICULTURE
FOOD SAFETY AND INSPECTION SERVICE
(37)

RECOMMENDED: [signature] 9/9/2024
DATE

APPROVED: [signature] 9/24/24
DATE




FSIS ensures that the nation's commercial supply of meat, poultry, egg products is safe, wholesome, and properly labeled as required by the Federal Meat Inspection Act, the Poultry Products Inspection Act, and the Egg Products Inspection Act. Supersedes Chart approved 05/19/2023.

FSIS (1)

U.S. DEPARTMENT OF AGRICULTURE
FOOD SAFETY AND INSPECTION SERVICE
(37)

RECOMMENDED: ______________________ DATE

APPROVED: ______________________ DATE




FSIS ensures that the nation's commercial supply of meat, poultry, egg products is safe, wholesome, and correctly labeled and packaged as required by the Federal Meat Inspection Act, the Poultry Products Inspection Act, and the Egg Products Inspection Act. Supersedes Chart approved 09/04/2024.

OFFICE OF THE DEPUTY SECRETARY OF AGRICULTURE
WASHINGTON, D.C. 20250

April 23, 2026

THE HONORABLE JOHN HOEVEN
Chairman
Subcommittee on Agriculture, Rural Development,
Food and Drug Administration, and Related Agencies
Committee on Appropriations
United States Senate
338 Russell Senate Office Building
Washington, D.C. 20510

Dear Chairman Hoeven,

This letter is to notify the Committee that the United States Department of Agriculture's (USDA) Research, Education, and Economics (REE) Mission Area intends to reorganize the Agricultural Research Service (ARS), Economic Research Service (ERS), National Agricultural Statistics Service (NASS), and National Institute of Food and Agriculture (NIFA). In addition, ARS intends to decommission the Beltsville Agricultural Research Center (BARC).

This letter also provides notification of planned changes affecting the Office of Partnerships and Public Engagement (OPPE).

As described below, the reorganizations will establish offices of five or more personnel, result in office closures, relocate employees, and require reprogramming and transferring certain appropriations to do so. Accordingly, this notice is provided pursuant to Sections 716 and 771 of the *Agriculture, Rural Development, Food and Drug Administration, and Related Agencies Appropriations Act, 2026*, Pub. L. 119-37, Div. B (Nov. 12, 2025).

This restructuring removes bureaucracy, reduces organizational complexity and strengthens leadership accountability. Certain employees may be affected by changes in their direct management or title designations.

ARS is updating its organizational structure by consolidating two separate matrix aligned organizations, the Office of National Programs, and the Area Offices, into four new mission aligned Research Offices. The new Research Offices will combine research program management and operational line management. ARS research support will be coordinated out of the new Research Services Office and the Business Services Office. ARS Administrative and Financial Management will reside in the new Business Services Office. The Business Services Office will assume Grants Management Services positions from NIFA, as well as USDA Student Engagement positions from USDA's OPPE. Further, ARS intends to close the Beltsville

Agricultural Research Center. USDA ARS has thoughtfully considered many ARS sites to determine the best locations to assume BARC research projects, selecting sites based on access to enhanced research infrastructure and alignment with complementary research projects. While no decisions are final, ARS has slated the following locations to receive BARC research projects and their associated positions:

Fayetteville, AR; Albany, CA; Ft. Collins, CO; Ft. Pierce, FL; Miami, FL; Athens, GA; Tifton, GA; Ames, IA; Aberdeen, ID; West Lafayette, IN; St. Paul, MN; Columbia, MO; Starkville, MS; Stoneville, MS; Raleigh, NC; Fargo, ND; Grand Forks, ND; Clay Center, NE; Chatsworth, NJ; University Park, PA; Wyndmoor, PA; Charleston, SC; Kerrville, TX; Logan, UT; Wenatchee, WA; Madison, WI; and Kearneysville, WV.

ERS is restructuring from four divisions to three branches. The Food Economics Division, Markets and Trade Economics Division, and Resource and Rural Economics Division will transition to the Office of Food Markets, the Office of Commodities and Trade, and the Office of Productions and Rural Communities.

NASS is restructuring from eight divisions to three branches. The three NASS branches will be Survey Design and Methodology, Data Acquisition and Processing, and Analysis and Estimation.

NIFA is retaining its Operations and Programs Branches and restructuring from five to three scientific programs offices within the Programs Branch. Grants Management Services positions currently within NIFA are moving to the centralized Business Services Office.

As part of the organizational changes, the liaison responsibilities with the 1890s and Hispanic Serving Institutions (HSIs) currently housed in OPPE will be realigned into ARS. This realignment will enhance the Department's partnerships with the higher education institutions by combining similar functions in ARS. In addition, the Center for Faith will be realigned into OPPE from the Office of External and Inter-governmental Affairs. This realignment will support improvements in the Department's engagement with the faith community which is a priority of this Administration.

If you have any questions related to this notification, please have your staff contact the Office of Congressional Relations at 202–720–7095 or ocr@usda.gov. Ranking Member Jeanne Shaheen has received a similar letter.

Sincerely,

Stephen Alexander Vaden

Stephen Alexander Vaden
Deputy Secretary
U.S. Department of Agriculture

Enclosures

## Previous ARS Structure




## New ARS Structure



## Previous ERS Structure




## New ERS Structure



## Previous NASS Structure




## New NASS Structure



## Previous NIFA Structure




## New NIFA Structure



**Office of Partnerships and Public Engagement**

As-is Organizational Chart




April 2026

**Office of Partnerships and Public Engagement**

To-be Organizational Chart




April 2026

OFFICE OF THE DEPUTY SECRETARY OF AGRICULTURE
WASHINGTON, D.C. 20250

April 30, 2026

THE HONORABLE JOHN HOEVEN
Chairman
Subcommittee on Agriculture, Rural Development,
Food and Drug Administration, and Related Agencies
Committee on Appropriations
United States Senate
338 Russell Senate Office Building
Washington, D.C. 20510

Dear Chairman Hoeven,

Consistent with the Department's efforts to keep Congress informed of actions that streamline and improve operations, this letter is intended to notify you of planned organizational changes at the United States Department of Agriculture (USDA). As highlighted in the Department's prior notifications regarding the planned reorganization, USDA is focused on improving and consolidating support functions to enhance the efficiency of Departmental operations. This notification provides further details of planned changes in USDA's back-office functions that will streamline operations and increase the consistency of service delivery across the Department. As described below, USDA expects these reorganizations will establish offices of five or more personnel, result in office closures, relocate employees, and require reprogramming and/or transferring certain appropriations to do so.

One area of change that is part of this plan is the shifting of functional responsibilities within and between the Office of the Chief Financial Officer (OCFO) and the Office of Budget and Program Analysis (OBPA). Those changes are intended to improve the Department's financial management capabilities and to enhance the coordination of budget functions at the enterprise level. Other areas of change include the consolidation of functions into and within Departmental Administration and the Office of the General Counsel (OGC).

**Budget**

Ensuring USDA leadership's visibility into budgetary resources is critically important for the successful operation of USDA. This visibility promotes better-informed decision making on all aspects of Departmental programs and supporting functions. One planned organizational change will continue that commitment to visibility through the realignment of the budget responsibilities for some Departmental offices from OCFO to OBPA. As a result of this change, OBPA will realign its own organizational structure to ensure that its enterprise responsibilities in budget formulation, budget execution, and performance management are maintained and enhanced with the additional responsibilities of budget for the staff offices.

**Financial Management**

The other planned change associated with the Department's financial management capabilities is the realignment of the Department's Working Capital Fund (WCF) and Financial Management Division from within the OCFO's Financial Policy and Planning (FPP) division to the OCFO Chief Operating Officer. This shift will improve the operational capabilities of OCFO in its WCF authority, which maintains the Department's shared service capabilities and provides for a significant portion of USDA's information technology, financial management, and other administrative support functions. This realignment will also enable FPP to focus on critical, enterprise level fiscal policies, consolidated financial reporting requirements, and internal controls. Together, these changes will enhance OCFO's ability to set and oversee consistent Departmental policies while also ensuring management and oversight of WCF resources.

**Real Property**

The Department is also planning actions to improve the overall management and oversight of its real property portfolio. One such action is the merger of the current Office of Property and Environmental Management (OPEM) and the Office of Operations (OO). As OPEM oversees enterprise real property policy and strategy and OO manages the Department's real property footprint in the National Capital Region, the merger of the two organizations will support the Department's strategic utilization of real property assets. This consolidation of functions into the new Office of Leasing, Operations, and Property Management (OLOPM) simplifies Departmental Administration's current organization structure and consolidates real property management activities into a single office.

The other action planned to increase strategic management of USDA's real property portfolio is the consolidation of leasing functions and staff from across the Department into OLOPM. Currently, each mission area manages their leasing activities separately, which prevents the Department from effectively managing leased assets as enterprise assets. Many mission areas are struggling with managing their leased portfolio. USDA's *Utilizing Space Efficiently and Improving Technologies* (USE IT) *Act* reporting and low facility utilization percentages demonstrate the challenges with the Department's current approach. Through a phased consolidation of leasing functions, the Department will be better equipped to ensure the leases of front-line locations, such as county offices, match the operational needs and are used efficiently.

The first phase of consolidation will incorporate into OLOPM the leasing activities for the Farm Production and Conservation; Food, Nutrition, and Consumer Services; Food Safety; Rural Development; and Trade and Foreign Agricultural Affairs mission areas and the staff offices. The second phase of consolidation will incorporate the Marketing and Regulatory Programs; Research, Education, and Economics; and Natural Resources and Environment mission areas and will commence upon the completion of the first phase. The phases for leasing consolidation have been developed in conjunction with the mission areas and staff offices and ensure that real property management (such as maintenance of labs or other facilities) is not disrupted. Following consolidation, the Department will be better equipped to manage the leases for thousands of locations across the Nation in an enterprise approach that enables the Department to not only reduce costs but also better serve the farmers, ranchers, rural communities, and other customers supported from those locations.

**Procurement**

USDA is also planning to consolidate the procurement and contracting functions for the Department, which collectively spend over $10 billion annually in support of mission delivery. Through a phased consolidation, the Department will not only realign functions and staff but will also ensure consistency and alignment to Federal procurement rules and procedures. At present, there are ten distinct organizations that provide procurement support across the Department. Such a disaggregated structure results in inconsistencies in the services provided to agencies and offices of the Department and an inability to share contracting resources across USDA.

To address these challenges and to create a procurement framework and organization that better meets mission needs, all procurement activities for the Department will be consolidated into the Office of Contracting and Procurement (OCP) within Departmental Administration. The first phase of consolidation will focus on common procurement activities shared by mission areas. The second phase will focus on the unique, mission critical procurement related to (1) the Forest Service's fire incidents and (2) the food commodity purchases predominantly managed by the Agricultural Marketing Service. USDA will not undertake the second phase until phase one is fully completed and operational. As a result of these consolidation actions, the Department's procurement activities will be streamlined and better equipped to support USDA's mission delivery across the world.

**Human Resources**

Another planned reorganization action is the consolidation of a subset of human resources (HR) functions within the Departmental Office of Human Resources Management (OHRM). The HR functions that will be consolidated and support the entire Department are: HR policy, employee relations, labor relations, litigation, reasonable accommodation, misconduct investigation, and drug testing. Mission areas and staff offices have been extensively engaged in identifying the HR functions that would benefit from being consolidated into OHRM from current organizational locations across the Department. This is in alignment with the government-wide HR consolidation effort, led by the Office of Personnel Management's Core Human Capital Management initiative.

Through the consolidation of these functions, the Department will ensure these services are delivered consistently, which will improve the support provided to USDA employees and supervisors. As part of the consolidated organization, the employees that deliver these functions will receive consistent training and support. The majority of other HR services (e.g., classification, staffing/hiring, benefits, personnel action processing) will remain with the mission areas and agencies to ensure those critical workforce management capabilities are closely aligned with mission delivery. OHRM will service mission areas and offices that request consolidation of their other HR services into OHRM.

**General Counsel**

The final organizational change included in this notification is the planned restructuring of the OGC field structure and the consolidation of the Department's *Freedom of Information Act* (FOIA) activities under OGC. Currently, OGC's field-based staff are organized into four regions with 12 offices across the country. The Department is planning to consolidate OGC's field operations into two regions – Western and Eastern – and close five offices in Temple, Texas; Little Rock, Arkansas; Albuquerque, New Mexico; Portland, Oregon; and San Francisco, California. Affected staff will be relocated to remaining OGC locations, as well as a new office in Davis, California. There are no current staff in the Little Rock, Arkansas office.

This restructuring of OGC's field operations will create efficiencies for the office through the reduction in lease costs while enhancing the services provided to OGC's client agencies. One example of these enhancements will be found in Kansas City where all field matters related to the service center agencies (i.e., RD, FSA, NRCS) will be handled under the direction of the Associate General Counsel for Commercial Operations, a newly created office consisting of five or more employees. These improvements will enable OGC to continue to be a trusted advisor that supports the Department's through legal analyses, guidance, and counsel.

The Office of Information Affairs (OIA) in OGC provides Departmental direction on USDA's FOIA activities and provides operational FOIA capabilities for staff offices and some agencies. Currently, several agencies also maintain their own FOIA processing capabilities; this decentralized approach results in inconsistencies in the processing of FOIA requests. The planned consolidation of the FOIA activities will increase the effectiveness, consistency, and responsiveness of USDA's FOIA activities. This consolidation will also increase the efficiency of the Department's FOIA operations because the current decentralized model includes several staff that perform related duties on a collateral basis. The planned future state for FOIA operations will be an enterprise FOIA capability that leverages a staff structure built upon full-time FOIA staff. Such a FOIA function will meet statutory requirements and be more responsive to Departmental stakeholders.

These organizational changes together will greatly improve the efficiency of Departmental operations and will enhance the mission support capabilities of back-office functions across the enterprise. Such improvements are critical to ensuring USDA can most effectively serve the communities, organizations, and individuals that rely on the Department for critical services and support.

If you have any questions related to this notification, please have your staff contact the Office of Congressional Relations at 202–720–7095 or ocr@usda.gov. Ranking Member Jeanne Shaheen has received a similar letter.

Sincerely,

Stephen Alexander Vaden
Deputy Secretary
U.S. Department of Agriculture

Enclosures

USDA
Departmental Administration (DA)

**CURRENT ORGANIZATION CHART**



USDA
Departmental Administration (DA)
**PROPOSED ORGANIZATION CHART**



USDA
Departmental Administration (DA)
Office of Contracting and Procurement (OCP)

**CURRENT ORGANIZATION CHART**

89 FTE



USDA
Departmental Administration (DA)
Office of Contracting and Procurement (OCP)

**PROPOSED ORGANIZATION CHART**

OCP FTEs After Phase 1: 575*
OCP FTEs After Phase 2: 703*




*The number of acquisition professionals necessary to execute the procurement function will vary based on acquisition workload.

USDA
Departmental Administration (DA)
Office of Property and Environmental Management (OPEM)

**CURRENT ORGANIZATION CHART**

25 FTE



USDA
Departmental Administration (DA)
Office of Operations (OO)

109 FTE

**CURRENT ORGANIZATION CHART**



USDA
Departmental Administration (DA)
Office of Leasing, Operations, and Property Management (OLOPM)
**PROPOSED ORGANIZATION CHART**

OLOPM FTEs After Phase 1: 182
OLOPM FTEs After Phase 2: 225



USDA
Departmental Administration (DA)
Office of Human Resources Management

76 FTE

**CURRENT ORGANIZATION CHART**



USDA
Departmental Administration (DA)
Office of Human Resources Management

**PROPOSED ORGANIZATION CHART**

OHRM FTEs After Phase 1: 277
OHRM FTEs After Phase 2: 364
OHRM FTEs After Phase 3: TBD




*Consolidation based on requests from Mission Areas

**United States Department of Agriculture**
**Office of Budget and Program Analysis**
**"As-Is"**



**United States Department of Agriculture**
**Office of Budget and Program Analysis**
**"To-Be"**



# Office of the Chief Financial Officer (OCFO) As-Is Organizational Structure



# Office of the Chief Financial Officer (OCFO) To-Be Organizational Structure




Represents Change

**United States Department of Agriculture**
**Office of the General Counsel**
**"As-Is"**



**United States Department of Agriculture**
**Office of the General Counsel**
**"To-Be"**



OFFICE OF THE DEPUTY SECRETARY OF AGRICULTURE
WASHINGTON, D.C. 20250

April 30, 2026

THE HONORABLE JOHN HOEVEN
Chairman
Committee on Appropriations
Subcommittee on Agriculture, Rural Development,
Food and Drug Administration, and Related Agencies
United States Senate
190 Dirksen Senate Office Building
Washington, D.C. 20510

Dear Chairman Hoeven,

This communication is to notify the Committee that the United States Department of Agriculture's (USDA) Food, Nutrition, and Consumer Services (FNCS) Mission Area intends to restructure as the Food and Nutrition Administration (FNA). While the current national office and regional structure addressed the Department's needs, we now recognize and embrace the need to shift resources and authority closer to where our work happens: on the ground, alongside States, Tribes, partners, and neighboring communities. The challenges we face today call for a model that is more responsive, accountable, and locally connected. These changes are designed to simplify the chain of command, strengthen local partnerships, and enhance customer service, all while administering more effective evaluation of nutrition programs.

As described below, the restructuring and reorganization will establish offices of five or more personnel, result in office closures, relocate employees, and require reprogramming and transferring certain appropriations to do so. Under the restructuring, USDA intends to transfer funds appropriated to the Office of the Under Secretary for Food, Nutrition, and Consumer Services to the Nutrition Program Administration.

The Food and Nutrition Service, now the Food and Nutrition Administration, is restructuring the organization by opening five new office hubs to hold department support staff, requiring Retailer Operations and Compliance staff to report to an office, and placing senior staff in the Washington D.C. headquarters. The new organizational charts are enclosed.

FNA's Research staff will report to Raleigh, North Carolina, Supplemental Nutrition Assistance Program (SNAP) staff will report to Indianapolis, Indiana, and Supplemental Nutrition and

Safety Program (SNAS) staff will be in Kansas City, Missouri. Dallas, Texas will hold Child Nutrition staff, along with Retailer Operations and Compliance (ROC) staff.

The Retailer Operations and Compliance Unit, formerly stationed remotely nationwide, now will report to four new locations, New York, New York; Los Angeles, California; Atlanta, Georgia; and Dallas, Texas. These four locations were selected based on the number of SNAP-authorized retailers and participant rates.

The Food and Nutrition Administration will restructure into four programmatic branches: Nutrition Research and Regulations, Benefits and Integrity, State Support and Evaluation, and Retailer Operations and Compliance.

The Nutrition Research and Regulations division includes six departments: Child Nutrition Policy and Regulations; SNAP Policy and Regulations; Special Supplemental Nutrition Program for Women, Infants, and Children (WIC) Policy and Regulations; Dietary Guidelines for Americans Research and Policy; Retailer Policy and Regulations; and the Research Center. These departments will be in the National Capital Region, except for the Research Center, which will be in Raleigh, North Carolina. These branches will report to the Nutrition Research and Regulations team in Washington, D.C.

The Benefits and Integrity division includes Child Nutrition Implementation and Oversight in Dallas, Texas, Supplemental Nutrition and Safety Implementation and Oversight in Kansas City, Missouri, Supplemental Nutrition Assistance Program Implementation and Oversight in Indianapolis, Indiana, and Integrity Program Data Analytics in Washington, D.C.

The Office of State Support and Evaluations will be a program-based leadership structure with five support and evaluation administrators for Grants Management and Administrative Services, Supplemental Nutrition Assistance Program, Supplemental Nutrition and Safety Programs, Child Nutrition, and Technology and Modernization Integrity, with staff located in the five Hubs dedicated to providing customer service to States by enabling any program specialist, assigned to any Hub, to assist any State nationwide. This model supports fair distribution of workload, increases collaboration among program specialists within their program areas, and expands nationwide program consistency – ultimately improving support provided to States. The structure will reinforce consistency in methods, and support knowledge transfer.

The Regional Operations and Compliance division will include Retailer Operations, Fraud Analytics, Retailer Compliance, and Retailer Investigations, which will located in Hubs in New York, New York; Los Angeles, California; Dallas, Texas; and Washington, D.C.

In February, the Food and Nutrition Service announced its closure of the National Office located in Alexandria, Virginia. Those remaining Food and Nutrition Service employees are relocating to the Yates Building in Washington, D.C., and the George Washington Carver Center (GWCC) in Beltsville, Maryland.

If you have any questions related to this notification, please have your staff contact the Office of Congressional Relations at 202–720–7095 or ocr@usda.gov. Ranking Member Jeanne Shaheen has received a similar letter.

Sincerely,

Stephen Alexander Vaden
Deputy Secretary
U.S. Department of Agriculture

Enclosures

# FOOD AND NUTRITION ADMINISTRATION




PRELIMINARY

## STATE SUPPORT AND EVALUATION STRUCTURE

Indianapolis, IN
Dallas, TX
Raleigh, NC
Kansas City, MO
Denver, CO

## RETAILER OPERATIONS AND COMPLIANCE STRUCTURE

New York, NY
Atlanta, GA
Dallas, TX
Los Angeles, CA






OFFICE OF THE DEPUTY SECRETARY OF AGRICULTURE
WASHINGTON, D.C. 20250

June 17, 2026

THE HONORABLE JOHN HOEVEN
Chairman
Subcommittee on Agriculture, Rural Development,
Food and Drug Administration, and Related Agencies
Committee on Appropriations
United States Senate
129 Dirksen Senate Office Building
Washington, D.C. 20510

Dear Chairman Hoeven,

I am writing to inform you of organizational updates planned for the United States Department of Agriculture's (USDA) Foreign Agricultural Service (FAS). These updates are part of USDA's broader modernization effort, first announced in July 2025, to align agency structures with available resources, eliminate unnecessary duplication, and strengthen mission support across the Department.

**Overview of Planned Action**

FAS will be updating its organizational structure to ensure the agency is best positioned to efficiently and effectively deliver on its global trade, export market development and international food assistance missions. As part of this effort, FAS will establish an operational support hub in Kansas City, Missouri, to bring select Washington, D.C.-based support roles and programs closer to the people and communities we serve in America's agricultural heartland. This modernization effort only applies to U.S.-based headquarters functions; all overseas posts and staff are completely unaffected. No positions will be eliminated as part of this realignment.

**Establishing a FAS Hub in the Heartland**

Kansas City is in America's agricultural heartland, and shifting the FAS program support workforce to the region brings it closer to the farmers, ranchers, producers who are at the heart of our mission. This hub will centralize specific program operations, including commodity procurement, export credit guarantee programs, and logistics coordination for international food assistance. Consolidating these functions in one location will streamline operations and better align related program activities.

**Realigning Selected Headquarters-based Functions**

Certain mission support and program functions currently located in the National Capital Region (NCR) will transition to Kansas City. Additionally, approximately 115 positions will relocate to the George Washington Carver Center (GWCC) in Beltsville, Maryland, to streamline operations and better align staff with Department-wide service platforms.

**Retaining a Core Washington, D.C.-based Headquarters Staff**

FAS will maintain a smaller Washington, D.C.-based headquarters staff – totaling fewer than 200 positions – stationed within the USDA headquarters complex for leadership, policy, congressional engagement, interagency coordination, and other functions requiring close proximity to Federal partners.

In total, the future FAS workforce footprint within the broader NCR will see a substantial reduction as core administrative and program support functions shift to Kansas City and GWCC.
All programs and activities will continue without interruption throughout the transition.

The updates support USDA's modernization initiative by:

- eliminating duplicative structures across headquarters operations;
- consolidating mission-support functions for international food assistance and resiliency activities;
- strengthening support for FAS' global workforce;
- aligning staffing and facilities with available resources; and
- consolidating related functions to improve efficiency and service delivery.

These changes reflect the Department's long-term efforts to modernize agency structures, support employees, and enhance the delivery of programs that benefit U.S. agriculture and feed vulnerable populations overseas.

**Employee Impact**

All FAS employees will retain positions within the agency. Employees affected by relocation will receive individual notification, and the Department will fulfill its collective bargaining obligations.

**Budgetary Impact**

The planned updates are not expected to result in increased salary or operating costs, and facility and administrative services consolidations are expected to support future cost savings and mission delivery efficiencies.

If you have any questions regarding this notification, please have a member of your staff contact the Office of Congressional Relations at (202) 720-7095 or ocr@usda.gov. A similar letter has been sent to Ranking Member Jeanne Shaheen.

Sincerely,

Stephen Alexander Vaden
Deputy Secretary
U.S. Department of Agriculture

OFFICE OF THE DEPUTY SECRETARY OF AGRICULTURE
WASHINGTON, D.C. 20250

June 17, 2026

THE HONORABLE JOHN HOEVEN
Chairman
Subcommittee on Agriculture, Rural Development,
Food and Drug Administration, and Related Agencies
Committee on Appropriations
United States Senate
129 Dirksen Senate Office Building
Washington, D.C. 20510

Dear Chairman Hoeven,

I am writing to inform the Subcommittee on Agriculture, Rural Development, Food and Drug Administration, and Related Agencies of organizational realignments that are being planned for the United States Department of Agriculture's (USDA) Farm Production and Conservation (FPAC) mission area. The organizational realignments involve the following FPAC agencies:

- FPAC Business Center (FBC)
- Farm Service Agency (FSA)
- Natural Resources Conservation Service (NRCS)
- Risk Management Agency (RMA)

These changes are essential to enhance organizational performance in support of FPAC's future vision and modernization efforts in serving American producers and include the following:

**FPAC Business Center (FBC)**

The primary objective of the FBC realignment is to ensure mission area administrative and operations functions are provided in an efficient and effective way, maximizing financial resources, personnel, and technology to respond to challenges and deliver exceptional customer service and support to the FPAC Mission Area.

This organizational and functional realignment effort will result in a more efficient distribution of staff and administrative functions within the Business Center, the Mission Area, and the Department by reducing the FBC lines of business from fifteen to nine and realigning services to a combination of USDA staff offices, and other FPAC agencies, to more efficiently serve customers and partners.

Remaining staff, following realignment, will continue to provide services from one of the established five regional hubs (Raleigh, North Carolina; Kansas City, Missouri; Indianapolis, Indiana; Fort Collins, Colorado; and Salt Lake City, Utah) and other FPAC office locations. A small staff will remain in the National Capital Region (NCR) to provide direct support in the Whitten Building and George Washington Carver Center (GWCC).

**Farm Service Agency (FSA)**

FSA will be realigned to gain greater efficiencies in the development, implementation, and delivery of program benefits and services to the customers and communities they serve. The organizational changes support workforce maximization that will allow FSA leadership to align and leverage current IT modernization initiatives to increase efficiency and productivity by scaling, or "right-sizing", in organizational areas such as farm loans to provide consistency in policy implementation and streamlined processes.

Additional changes include integrating and expanding executive level oversight and leadership at the appropriate levels within the organizational structure to support rapid decision-making and implementation of statutorily mandated programs.

The county office staff, which represent most of FSA's employees across the country, is not affected by these changes.

**Natural Resources Conservation Service (NRCS)**

NRCS intends to move forward with a new organizational structure designed to strengthen the agency's mission, advance conservation priorities, and better serve farmers, ranchers, foresters, and all conservationists across the country. Most of the proposed restructuring will take place at the National Headquarters (NHQ) level, where organizational adjustments are being implemented to align NRCS with the broader FPAC reorganization plan and to strengthen the agency's ability to deliver conservation programs effectively at the field level. NRCS plans to maintain core staff within the NCR to support leadership and to assist with interagency coordination and Congressional activities.

Specific proposed changes include:

- Consolidating the four Deputy Areas into three: Conservation Implementation, Resource Information, and Management;
- Relocating National Headquarters career staff into regional hubs in Fort Collins, CO; Indianapolis, IN; Raleigh, NC; Lincoln, NE and Fort Worth, TX;
- Relocating technical centers and the National Water Management Center staff and functions to Fort Worth, TX;
- Eliminating the Equity Team, Climate Team, Center for Sustainable Commodities, and the Office of the Regional Conservationists; and
- Refocusing and strengthening core technical soil services and national cooperative soil survey functions.

NRCS has 2,412 Service Centers that provide direct technical and financial assistance. States will optimize staffing levels to focus on farmer first direct services. No NRCS field offices will be closed, and no field-based employees will be relocated during the proposed reorganization.

**Risk Management Agency (RMA)**

RMA administers the Federal Crop Insurance Program, the second largest USDA program by financial outlays. Although the program is substantial, RMA remains a relatively small agency with 346 permanent full-time employees.

As part of ongoing workforce adjustments and reorganization, RMA will eliminate the Risk Management Education Division, formerly under the Deputy Administrator for Insurance Services. The functions of that division will be integrated into existing program operations, and remaining employees will be reassigned to non-supervisory roles that support core agency responsibilities.

RMA has also implemented a workforce realignment strategy to place personnel where they provide the greatest value – closer to agricultural producers, Approved Insurance Providers (AIPs), and regional partners. This strengthens program delivery, improves responsiveness, and aligns staffing with field based operational needs.

Today, RMA staff are located across 37 states, with only about four percent remaining in the NCR. This wider distribution improves the agency's ability to respond quickly, build stronger partner relationships, and support the integrity of the Federal Crop Insurance Program. The model reduces reliance on costly, underutilized metropolitan office space and places staff in agricultural communities where they are most effective.

Nationwide placement of personnel enhances RMA's capacity for timely site visits, stakeholder engagement, program reviews, and investigations – activities essential to program integrity and to the public private partnership that supports federal crop insurance. This approach also aligns RMA with the national footprint of AIPs and crop insurance agents, who operate across 48 states and nearly 4,000 ZIP codes, enabling field engagement in hours rather than days.

**Conclusion**

Overall, this restructuring will result in cost savings to FPAC. The proposed organizational changes will not require any reprogramming or transfers of funds, nor are they expected to result in increased salary or other costs.

Should you have questions, please have a member of your staff contact the Office of Congressional Relations at (202) 720-7095 or ocr@usda.gov. A similar letter is being sent to Ranking Member Jeanne Shaheen.

Sincerely,

Stephen Alexander Vaden

Stephen Alexander Vaden
Deputy Secretary
U.S. Department of Agriculture

OFFICE OF THE DEPUTY SECRETARY OF AGRICULTURE
WASHINGTON, D.C. 20250

June 17, 2026

THE HONORABLE JOHN HOEVEN
Chairman
Subcommittee on Agriculture, Rural Development,
Food and Drug Administration, and Related Agencies
Committee on Appropriations
United States Senate
338 Russell Senate Office Building
Washington, D.C. 20510

Dear Chairman Hoeven,

Consistent with efforts to inform Congress of planned actions to improve Departmental operations, I am writing to formally notify the Subcommittee of an organizational restructuring planned for the United States Department of Agriculture's (USDA) Rural Development (RD) mission area. This strategic reorganization is designed to increase operational efficiency, eliminate bureaucratic redundancies, and maximize fiscal stewardship, thereby ensuring taxpayer resources are deployed with maximum impact across rural America.

By centralizing our loan and grant apparatus, RD will strengthen oversight, enhance program integrity, and advance efforts to eliminate waste, fraud, and abuse. As described below, the reorganization will streamline communication and management layers and elevate key executive reporting lines to strengthen leadership accountability. To better support its core mission, RD is also implementing targeted structural changes across its program agencies.

**Rural Development Agencies**

RD is reorganizing the Rural Business-Cooperative Service (RBCS), Rural Housing Service (RHS), and Rural Utilities Service (RUS) to improve operational efficiency. This restructuring will improve consistency in loan origination by localizing loan prequalification and management, while centralizing loan processing, underwriting, funding, and servicing.

- *Rural Business-Cooperative Service (RBCS)*

Streamlining RBCS' management structure, with an operational framework consolidating three divisions to two, will permit a more effective focus on core activities. Additionally, all RBCS processing, underwriting, funding, and servicing functions currently performed at the State-level

will be centralized within the RBCS national office. This transition will not result in any State employees losing their positions or require relocation; instead, some RBCS employees located in the States will be reporting to RBCS' national office. This restructuring will relocate some RBCS national office employees. National office employees that are relocated will retain a position within the agency.

- *Rural Housing Service (RHS)*

In furtherance of streamlining RHS' management structure to effectively focus on core activities, RHS will centralize processing, underwriting, funding, and servicing functions currently performed at the State-level to the national office for Single Family Housing Direct and Community Facilities loans. Additionally, RHS will realign its Program Support Staff to Community Facilities. This transition will not result in any State employees losing their positions or require relocation; instead, some RHS employees located in the States will be reporting to RHS national office. This restructuring will relocate some RHS national office employees. National office employees that are relocated will retain a position within the agency. The agency will continue to perform Single Family Housing Guaranteed and Multi-Family Housing (MFH) programs centrally.

- *Rural Utilities Service (RUS)*

RUS will centralize the Water and Environmental Program's (WEP) processing, underwriting, funding, and servicing functions from the State-level to the national office, consistent with Telecommunication and Electric programs. This also will streamline RUS' management structure with a focus on core activities. Alongside this change, any engineering and environmental work currently overseen by the States will move to the national office. This transition will not result in any State employees losing their positions or require relocation; instead, some RUS employees located in the States will be reporting to RUS national office. This restructuring will relocate some RUS national office employees. National office employees that are relocated will retain a position within the agency.

**State Offices**

The State Operations Office (SOO) will continue to report directly to the RD Office of the Under Secretary. To maintain a robust and responsive field presence, the RD SOO will retain dedicated State-level personnel across all 47 State offices and area offices. The SOO will retain full operational responsibility for executing facility disaster recovery and emergency response duties across these locations. Under the direct leadership of the 47 State Directors, State employees will optimize Agency impact by focusing core efforts on constituent engagement, relationship management, stakeholder outreach, technical assistance, and marketing of RD programs. To streamline operations and maximize public awareness of Agency resources, the functions of the Community Development Program Office will be absorbed into the SOO immediate office and individual State offices. This structural realignment ensures a unified, consistent approach to programmatic outreach and marketing of RD programs.

- *Area Offices*

RD is closing select field office locations to improve efficiency, reduce taxpayer costs, and ensure responsible management of USDA resources. Many of these locations have been vacant for years, face health or safety concerns, or were previously slated for closure. All program work from these offices has already been absorbed by nearby staffed locations, and no employee movement is required. This effort will eliminate up to 77,000 square feet of unused space and save taxpayers $1.9 million annually.

**Program Support**

The Business Center's Enterprise, Human Resources, and Procurement Management Offices, along with the Civil Rights Office and Risk Office headquarters units, will be formally eliminated as those functions are incorporated into Department-level consolidation. Their functions and personnel will transfer to centralized Departmental offices or to other RD offices to achieve economies of scale and integration with USDA's enterprise-wide shared services. To sharpen internal governance, four critical operational components noted below will be repositioned to report directly to the Office of the Under Secretary.

- *Business Center Operations Office*

The Operations Office will be renamed the Department Liaison Office. The office will serve as a bridge between the Under Secretary's office and USDA leadership and staff offices. While the Operations Office was heavily focused on internal logistics, business processes, and back-office management, as USDA moves to a more centralized operational structure, the Department Liaison Office will make a shift to support the Under Secretary in providing high-level strategic alignment by focusing on interagency policy coordination and special projects to help advance mission area goals.

- *Finance Office (FO)*

The Finance Office is being renamed the RD Office of the Chief Financial Officer (RD-OCFO). Along with this name change, the RD-OCFO will structurally transition to report directly to the Office of the Under Secretary. By streamlining functions through staff realignment, the office will continue to perform all current functions and stand up a centralized guaranteed lending reviews program. Additionally, RD-OCFO will absorb the following functions and personnel: all travel duties and staff from the Enterprise Office's Travel and Transportation Branch; conference reporting functions performed by the Procurement Management Office; and audit, inspection, hotline, and investigation functions from the Risk Office's Enterprise Risk Management Unit.

- *Technology Office (TO)*

The Technology Office is being renamed the RD Office of the Chief Information Officer. Concurrently, organizational reporting authority for this office will transfer directly to the Office of the Under Secretary. This office will continue all current functions and optimize the workforce through division level realignment. This realignment will help accelerate digital

modernization by allowing for more agile leadership, streamlined decision-making, and more seamless cross-department collaboration.

- *Servicing Office (SO)*

The Servicing Office (SO) will directly report to the Office of the Under Secretary providing greater oversight and allowing the Under Secretary to work more directly with SO's leadership to improve default management and property liquidation. Loss claim payments; lender oversight; and management of reporting activities related to the development, maintenance, and operations for Single Family Housing Guaranteed Loans will now be administered by the RHS.

Transitioning these responsibilities to RHS eliminates operational silos. The Risk Office Special Assets Unit's functions will transfer to the SO to strengthen and consolidate loan servicing activities related to RD's commercial portfolio. SO will continue to perform life-cycle loan servicing actions for RHS, RBCS, RUS, and the Farm Service Agency's Farm Loan Programs. This streamlined approach enhances program integrity, improves risk management, and ensures a more efficient, seamless experience for lenders and rural homeowners.

The following operational support offices will continue to report to the Office of the Under Secretary while implementing the respective structural changes.

- *Office of External Affairs (OEA)*

The Office of External Affairs (OEA) will eliminate its distinct Public Affairs and Legislative Affairs divisions. These changes will remove unnecessary management layers and allow this small, highly-focused office to make decisions more quickly and exchange ideas freely with leadership and across teams, creating a more responsive communications structure.

- *Innovation Center (IC)*

The Innovation Center (IC) will continue to provide all current functions and gain efficiencies through staff realignment. The IC will assume the responsibilities carried out by the Enterprise Office's (EO) Solutions Management and Initiatives Division with the focus on business process improvements. Disaster assistance funds functions performed by the EO will be transferred to IC. To help us centralize enterprise-wide data and data-driven tasks under a unified office, responsibilities of the Chief Risk Officer role will transition to the IC to lead the newly established Credit Risk Management Division.

**Rural Development National Office Centers**

RD will establish two primary National Office Centers located in St. Louis, Missouri, and Dallas-Fort Worth, Texas. This strategic geographic realignment will optimize Agency operations, improve fiscal management, and tap into deep grant and loan regional talent pools to better serve rural America.

- *St. Louis, Missouri, National Office Center*

St. Louis has served as one of the largest and most reliable RD infrastructure footprints for several decades. Under this realignment, St. Louis will serve as the Agency's primary office for core national office functions such as rural housing, loan servicing, financial operations, information technology, and administrative services.

- *Dallas-Fort Worth, Texas, National Office Center*

The Dallas–Fort Worth metroplex will serve as the primary national hub for RD's Business Programs and Utilities Programs loan and grant functions. As a premier, national-scale finance corridor, the region offers a vast concentration of highly skilled financial service workers. This hub is strategically positioned in a centrally located time zone, offers broad geographic accessibility as a major national transportation center, and benefits from a comparatively lower cost of living and tax structure. This location will directly increase the Agency's pool of qualified candidates possessing strong finance and banking experience.

- *Personnel and Workforce Transition*

To support this operational shift, select positions currently assigned to the National Capital Region duty stations will be strategically relocated to either St. Louis or Dallas-Fort Worth centers.

**Conclusion**

This comprehensive reorganization helps RD to realize its commitment to structural modernization without introducing increased salary or operational costs. It will ensure RD remains a lean, performance-driven mission area focused entirely on driving economic opportunity in rural America. RD is committed to supporting our workforce throughout this transition while ensuring uninterrupted service delivery.

If you have any questions regarding this notification, please have a member of your staff contact the Office of Congressional Relations at (202) 720-7095 or ocr@usda.gov. A similar letter has been sent to Ranking Member Jeanne Shaheen.

Sincerely,

Stephen Alexander Vaden

Stephen Alexander Vaden
Deputy Secretary
U.S. Department of Agriculture

OFFICE OF THE DEPUTY SECRETARY OF AGRICULTURE
WASHINGTON, D.C. 20250

June 17, 2026

THE HONORABLE JOHN HOEVEN
Chairman
Subcommittee on Agriculture, Rural Development,
Food and Drug Administration, and Related Agencies
Committee on Appropriations
United States Senate
338 Russell Senate Office Building
Washington, D.C. 20510

Dear Chairman Hoeven,

I am writing to inform you of an organizational realignment that is being planned for the United States Department of Agriculture's (USDA) Agricultural Marketing Service (AMS). The organizational realignment involves the AMS Fair Trade Practices Program (FTPP) and its underlying Divisions.

Specifically, AMS will reorganize FTPP through the following actions: (1) repositioning the Perishable Agricultural Commodities Act (PACA) Division within the Specialty Crops Program (SCP); (2) shifting the Packers and Stockyards Division into the Livestock and Poultry Program (LP); (3) moving the Warehouse and Commodity Management Division to the renamed Cotton and Warehouse Program; and (4) consolidating the Food Disclosure and Labeling Division (Bioengineered Foods and Country of Origin Labeling) functions into the Science and Technology Program, as part of an existing but renamed Labeling and Compliance Division, which includes similar functions.

The changes are essential to realign each function and reassign staff to the appropriate AMS commodity program or service provider. With this reorganization, when the produce, livestock, or cotton industries reach out on issues, industry will have a single, streamlined communication channel, which supports USDA's goals to reduce bureaucracy and improve efficiency, program execution, and accountability.

This reorganization meets the Secretary's direction of consolidating, unifying, and optimizing functions and will reduce AMS Program areas from ten to nine. The structural realignment also meets USDA's reorganizational goal of strengthening leadership accountability and reducing organizational complexity by streamlining reporting structures. In addition, AMS plans to continue to realign certain administrative functions and streamline internal operations and

structures to further improve service delivery and enhance operational efficiencies for our user-fee customers.

Overall, this effort will align AMS services to improve effectiveness and meet customer needs. The proposed organizational changes will not require any reprogramming or transfer of funds, nor are they expected to result in increased salary or other costs.

Should you have any questions, please have a member of your staff contact the Office of Congressional Relations at (202) 720-7095 or ocr@usda.gov. A similar letter is being sent to Ranking Member Jeanne Shaheen.

Sincerely,

Stephen Alexander Vaden
Deputy Secretary
U.S. Department of Agriculture

Enclosures

*NEW*

**U.S. DEPARTMENT OF AGRICULTURE**
**AGRICULTURAL MARKETING SERVICE**




AMS administers programs that create domestic and international marketing opportunities for U.S. producers of food, fiber, and specialty crops. AMS also provides the agriculture industry with valuable services to ensure the quality and availability of wholesome food for consumers across the country.

*PREVIOUS*

**U.S. DEPARTMENT OF AGRICULTURE**
**AGRICULTURAL MARKETING SERVICE**




AMS administers programs that create domestic and international marketing opportunities for U.S. producers of food, fiber, and specialty crops. AMS also provides the agriculture industry with valuable services to ensure the quality and availability of wholesome food for consumers across the country.

| AGRICULTURAL MARKETING SERVICE<br>FUNDING AND STAFFING OVERVIEW* | | | | | | |
|---|---|---|---|---|---|---|
| | Funding | | | Staffing | | |
| | Annual Funding | | | Staff Years | | |
| | As - Is | To - Be | Change | As - Is | To -Be | Change |
| FAIR TRADE PRACTICES PROGRAM | $ 48,782,000 | $ - | $ (48,782,000) | 121 | - | (121) |
| LIVESTOCK & POULTRY PROGRAM | $ 21,463,605 | $ 54,094,605 | $ 32,631,000 | 81 | 156 | 75 |
| SCIENCE & TECHNOLOGY | $ 16,701,495 | $ 22,988,495 | $ 6,287,000 | 12 | 24 | 12 |
| COTTON PROGRAM | $ 4,610,296 | $ 14,474,296 | $ 9,864,000 | 18 | 52 | 34 |
| **Grand Total** | **$ 91,557,396** | **$ 91,557,396** | - | **232** | **232** | - |

*FTPP's annual funding consists of the following PPAs from the FY26 budget: Packers and Stockyards ($32,631,000; 75 FTE), Country of Origin Labeling ($4,431,000; 8 FTE), National Bioengineered Food Disclosure ($1,856,000; 4 FTE; and U.S. Warehouse Activities ($9,864,000; 34 FTE). For each Program area, this overview aggregates their share of funding and staff years (FTE) "To-Be"(i.e., from FTPP) from these PPAs. For example, the Packers and Stockyards annual funding is added to Livestock and Poultry's existing share of FY26 annual funding.

OFFICE OF THE DEPUTY SECRETARY OF AGRICULTURE
WASHINGTON, D.C. 20250

June 17, 2026

THE HONORABLE JOHN HOEVEN
Chairman
Subcommittee on Agriculture, Rural Development,
Food and Drug Administration, and Related Agencies
Committee on Appropriations
United States Senate
338 Russell Senate Office Building
Washington, D.C. 20510

Dear Chairman Hoeven,

In the interest of ongoing transparency and communication with the Committee, this letter provides formal notice to the Committee of the United States Department of Agriculture's (USDA) planned realignment of specific functions within and into the Office of the Chief Information Officer (OCIO). The proposed changes are intended to improve operational efficiency, strengthen service delivery, and better align resources with the Department's strategic priorities, supporting the services on which Americans rely. Expected benefits include more efficient budgeting, streamlined financial reporting, reduced duplication, and enhanced oversight of compliance activities, resulting in improved stewardship of Federal resources.

**Consolidating Information Technology (IT) Administrative Operations**

Historically, OCIO's budget, contracting, and administrative operations have been fragmented across multiple Centers, creating inefficiencies and delays. The new structure consolidates these functions into a single unit, streamlining processes, enhancing integration, and enabling faster, more informed decision-making. This alignment reduces redundancy, increases organizational agility, and delivers more cost-effective, accountable operations in support of USDA's mission.

**Unifying Cyber, Network, and Telecommunications Services**

To strengthen USDA's customer experience, the Department proposes centralizing end user support and network operations within OCIO. This includes consolidating cyber and network functions currently housed in the Client Experience Center (CEC), the Cybersecurity and Privacy Operations Center (CPOC), the Digital Infrastructure Services Center (DISC) and the USDA Mission Areas. Unifying these capabilities will strengthen operational performance, reduce costs, and enhance the Department's cybersecurity posture. This integration addresses longstanding inefficiencies, eliminates duplicative processes, and enables more agile, coordinated responses to both customer needs and security risks. This step completes the Department's efforts to integrate IT personnel under OCIO and will support a center-based structure that improves strategic decision-making and financial planning for network services.

The reorganization will bring all USDA network oversight—domestic and international—under OCIO, including telecommunications planning, firewall management, and voice and unified communications services.

**Elevating Artificial Intelligence (AI) and Data Management**

The reorganization establishes two new Offices within OCIO, the Office of the Chief AI Officer (CAIO), and the Office of the Chief Data Officer (CDO).

The CAIO will lead USDA's AI strategy, set priorities, coordinate adoption across the Department, guide workforce development, and ensure alignment with Federal requirements.

Under the CDO, OCIO will also strengthen the Department's enterprise data ecosystem. This includes strategic planning, development, and governance of data platforms and infrastructure, ensuring compliance with the *Foundations for Evidence-Based Policymaking Act of 2018* and other data policies. The realignment enables USDA to manage the full data lifecycle and enhance enterprise data governance.

**Realignment of Mission Area Functions**

Mission Area resources, including those in the Forest Service, that currently support several duplicated or decentralized functions will be realigned to OCIO. These functions include End User Services; Network and Telecommunications; Laboratory Technical Support Services; and Cybersecurity functions related to Application Code Scanning, Privacy Program Support, and Assessment and Authorization (A&A) services.

These changes reflect the Department's continued efforts to optimize IT operations. Approximately 175 Mission Areas positions will be realigned to the OCIO. No positions will be eliminated as part of this reorganization, which will remain budget neutral. Instead, the adjustments enable more efficient use of resources and improve OCIO's ability to meet mission needs and deliver better customer experience.

I remain committed to working with Congress, stakeholders, and employees to identify opportunities to further improve USDA operations. Our goal is to ensure USDA remains a well-managed, customer-focused Federal agency. If you have any questions related to this notification, please have your staff contact the Office of Congressional Relations at 202-720-7095 or ocr@usda.gov. A similar letter has been provided to Ranking Member Jeanne Shaheen.

Sincerely,

Stephen Alexander Vaden
Deputy Secretary
U.S. Department of Agriculture

Enclosure


USDA
Office of the Chief Information Officer
U.S. DEPARTMENT OF AGRICULTURE
Current OCIO Organizational Chart
CIO/
DCIO
Client Experience Center
Information Resource Management Center
Digital Infrastructure Services Center
Cybersecurity and Privacy Operations Center
Departmental Administration Technology Center


USDA
Office of the Chief Information Officer
U.S. DEPARTMENT OF AGRICULTURE
Future OCIO Organizational Chart
CIO/
DCIO
Office of the Chief Data Officer
Office of the Chief AI Officer
Business Operations Center
Client Experience Center
Cybersecurity and Privacy Operations Center
Technology Center

OFFICE OF THE DEPUTY SECRETARY OF AGRICULTURE
WASHINGTON, D.C. 20250

June 17, 2026

THE HONORABLE JOHN HOEVEN
Chairman
Subcommittee on Agriculture, Rural Development,
Food and Drug Administration, and Related Agencies
Committee on Appropriations
United States Senate
129 Dirksen Senate Office Building
Washington, D.C. 20510

Dear Chairman Hoeven,

Consistent with efforts to keep Congress informed of improvements at the United States Department of Agriculture (USDA), this letter notifies you of planned organizational changes consistent with the Departmental plan announced in July 2025. USDA will be consolidating all civil rights functions into one organization at the Department level to make service delivery more consistent and efficient. The consolidation will include reorganizing the Office of the Assistant Secretary for Civil Rights (OASCR) and realigning existing staff from across the Mission Areas and agencies, including the Forest Service.

***Office of the Assistant Secretary for Civil Rights***

Civil rights enforcement at USDA has long been carried out through separate Mission Area and staff offices, each with its own processing timelines and procedural practices. This decentralized structure caused substantial variance in civil rights enforcement across mission areas, agencies, and field locations and led to an inconsistent customer experience. The planned organizational changes achieve the uniformity that Federal civil rights laws require.

***Consolidation of Civil Rights Functions***

The Department will consolidate civil rights functions into a single, unified organization under OASCR. This consolidated structure will provide one entry point, one standard, and one accountable authority for civil rights across the Department. The unified model will strengthen compliance oversight, improve complaint processing performance, and ensure consistent application of civil rights policy throughout USDA. To preserve critical subject-matter expertise, OASCR will establish a Mission Area Support function within the consolidated organization. This function will maintain field-based experience and established relationships while conducting compliance reviews and other mission-aligned activities under the direction of the Assistant Secretary.

***Operational Footprint***

OASCR will reduce its footprint in the National Capital Region (NCR) and move operations closer to the producers, program participants, and communities USDA serves. OASCR's reduced headquarters function in the NCR will focus on congressional engagement, policy, regulatory, and interagency coordination. Outside the NCR, OASCR will establish two hubs: one focused on end-to-end processing of employment complaints and the other on program complaints. The hubs will be located in Raleigh, North Carolina, and Fort Collins, Colorado. OASCR will build consolidated informal complaint processing teams within USDA hub locations.

***Workforce and Resource Implications***

As part of the transition, USDA will relocate certain OASCR employees from the NCR to the two primary hubs and will work to consolidate mission area civil rights personnel into OASCR. Consolidated informal complaint processing teams will support USDA hubs. USDA will offer relocation benefits and make Employee Assistance Program services available throughout the transition.

These organizational changes will significantly improve the consistency, timeliness, and quality of civil rights services delivered across USDA, all without disrupting service. They will also strengthen enterprise alignment, modernize service delivery, and ensure that civil rights functions meet the standard required by Federal law. These improvements are essential to supporting every American who interacts with USDA programs.

If you have any questions related to this notification, please have your staff contact the Office of Congressional Relations at 202-720-7095 or ocr@usda.gov. A similar letter is being sent to Ranking Member Jeanne Shaheen.

Sincerely,

Stephen Alexander Vaden
Deputy Secretary
U.S. Department of Agriculture

OFFICE OF THE DEPUTY SECRETARY OF AGRICULTURE
WASHINGTON, D.C.

August 12, 2026

The Honorable John Hoeven
Chair
Subcommittee on Agriculture, Rural Development,
Food and Drug Administration, and Related Agencies
Senate Committee on Appropriations
United States Senate
338 Russell Senate Office Building
Washington, DC 20510

Dear Chairman Hoeven:

Consistent with our policy to keep Congress informed regarding the redirection of appropriated funds, I am writing to notify you of plans to reprogram unobligated Agricultural Research Service (ARS) Buildings and Facilities resources previously designated for the modernization of the Beltsville Agricultural Research Center (BARC) in Beltsville, MD. The Department is closing BARC and moving funded research programs to other ARS facilities as part of efforts to improve agricultural research and its benefits to U.S. producers, stakeholders, and customers. Accordingly, these resources are no longer needed for modernization efforts at BARC. A total of $75,700,000 will be reprogrammed in the following manner:

- $26,700,000 to fully fund the construction of the new laboratory at the ARS Forage-Animal Production Research Unit in Lexington, KY.
- $37,000,000 to fully fund the construction of the new National Center for Resilient and Regenerative Precision Agriculture in Lincoln, NE.
- $12,000,000 to design a new National Plant Germplasm System Centralized Distribution Center in Ames, IA.

If you have any further questions regarding this change, please have a member of your staff contact the Office of Congressional Relations at (202) 720-7095. A similar letter is being sent to Ranking Member Jeanne Shaheen.

Sincerely,

Stephen Alexander Vaden
Deputy Secretary