# EXHIBIT 4

# MEMORANDUM OF UNDERSTANDING
# USDA FOREST SERVICE REORGANIZATION

This MEMORANDUM OF UNDERSTANDING (MOU) between the United States Department of Agriculture, Forest Service (Management), and the National Federation of Federal Employees, Forest Service Council (Union), hereafter referred to collectively as "the Parties," is their agreement on the comprehensive nationwide reorganization of bargaining unit employees (BUEs) of the Forest Service.

## Introduction

On March 31, 2026, Management notified the Union of the decision to reorganize the Forest Service, including the National Capital Region (NCR), and the Union invoked its right to bargain on all the topics. The Parties agree that this MOU covers both of the Article 11 notices.

### Management's Description of Proposed Change

The Forest Service is implementing a comprehensive nationwide reorganization that will fundamentally restructure the top two levels of the agency's organizational framework. The reorganization involves the following actions:

• **Elimination of Regional Offices**. All nine Regional Offices will be closed. Functions currently performed at the regional office level will be consolidated into new national-level organizational structures or redistributed to field units.

• **Consolidation of Research Stations**. Research stations will be consolidated into a single research organization located in Fort Collins, CO, and led by one research director. Where necessary, some current station and related research facilities will be reduced and collocated to create a more integrated and efficient national research footprint. These changes are designed to unify research priorities, accelerate the application of science to Management decisions, and reduce administrative duplication.

• **Realignment of NCR Employees.** Some NCR-based employees, as well as additional Washington Office positions will be affected by the broader restructuring, and may be placed into new positions within the restructured organization. This may involve changes to position title, series, grade, duty station, and/or organizational assignment.

• **New Organizational Structures.** New organizational units and supervisory chains will be established to replace the current regional and station framework. Position descriptions for the new structure are under development.

• **No Reduction in Force (RIF) Anticipated.** Management has determined that there is a position available for every permanent employee who is willing to accept reassignment to a new position and/or duty station. Reduction in Force under Article 35 is not anticipated at this time. However, employees who decline a Management Directed Reassignment during the placement process will need to separate from the agency.

As of the date of the signing, the most current information on the scope of the planned reorganization can be found at https://fsweb.wo.fs.fed.us and the current snapshot of the website is included here as Attachment A.

Management does not anticipate the use of RIF, Workforce Restructuring and Placement System (WRAPS), Furloughs, Transfer of Function, or Contracting Work Out for this reorganization. If any of these subsequently become part of the Forest Service reorganization plan, Management will issue a new Article 11 notice to the Union and provide opportunity to bargain to the extent required by law and the Master Agreement.

Management recognizes its obligations under existing MOUs for office moves, office space design, and other space requirements and will notify the Union at the appropriate level and meet its bargaining obligations in accordance with Article 11 regarding any proposed changes related to the reorganization.

## Scope and Coverage

All Forest Service units are covered under this MOU.

## Goals

The goals of the plan set forth in this MOU are:

1. **Maximizing Retention:** We are committed to minimizing involuntary separations. We will work together to identify placement opportunities and remove barriers that prevent employees from staying with the Agency.
2. **Protecting People:** We recognize that workforce transitions carry real personal and professional costs. Reducing those impacts on employees and their families is a shared obligation. We do that by ensuring that employee rights and legal obligations are honored.
3. **Mission Continuity:** A well-supported workforce delivers better outcomes for the land and communities we serve. Employee wellbeing and mission delivery are not competing interests, they are the same interest.
4. **Fair and Transparent Process:** We are committed to establishing and using a fair and transparent process when filling positions in the Forest Service, using a combination of Non-Competitive Placement through Pre-WRAPS and merit promotion procedures.
5. **Informed Decision Making:** The Parties are working together to provide employees with the best available information to make their decisions. We have committed to open VERA/VSIP windows at points when significant information is released.

## Definitions

The following terms are defined as used in this MOU:

1. **Appropriate Position –** A permanent, unencumbered position at the same grade level, tour of duty, and type of appointment.

2. **Available Positions –** All unencumbered (vacant or newly created), permanent positions identified by Management as available to be filled and submitted to the Pre-WRAPS Clearinghouse (PWC).
3. **Commuting Area(s) –** The area within 50 miles of the duty station (not the employee's residence) using the shortest of commonly traveled routes. The National Parties, by mutual agreement, may develop a different definition of a particular Commuting Area to resolve problems arising from local geography or other unique conditions.
4. **Competitive Placement –** Procedures for Competitive Placement are described in the Agency Merit Promotion Plan.
5. **Direct Match –** Realignment or reassignment of an employee from their current position to another identical or substantially similar Appropriate Position in the existing or new USDA Forest Service organization, in the same Commuting Area.
6. **Employee –** See Master Agreement, Article 3.
7. **Management Directed Reassignment –** An involuntary placement of an employee into an Appropriate Position outside the Commuting Area.
8. **Non-Competitive Placement –** Actions are those outlined in Article 32.2, and Forest Service Handbook (FSH) 6109.12.20.21.43 that include: lateral reassignment, repromotion, voluntary changes to a lower grade (with grade and pay retention, as appropriate under agency policy and federal regulations), and voluntary tour reduction.
9. **Organization –** For the purposes of this agreement, "organization" means only Forest Service organization.
10. **Other Impacted Employees –** The approximately 6500 employees who received a preliminary notice letter pertaining to the reorganization on or about March 31, 2026 but will not have to relocate outside of their Commuting Area. These employees may have other impacts, such as change of organizational structure, change of supervisor, and Non-Competitive Placement in an Appropriate Position.
11. **Potentially Affected Employees –** All employees who may be required to move outside of their Commuting Area because of the Forest Service reorganization. At present, this primarily includes employees with a duty station in the National Capital Region; Region 6, 8, and 9 Regional Offices; and Research and Development facilities that are closing.

## Roles and Responsibilities

### Management

- Notifies and/or works with Union, as appropriate.
- Ensures that the "to be" organization has been approved.
- Identifies Potentially Affected Employees, Available Positions, and suitable locations before implementation.
- Finalizes, signs, and delivers letters.
- Meets with employees and keeps them informed.

- Ensures that selecting officials on units give first consideration to potentially affected employees.
- Approves placements and personnel actions.
- Serves on the Pre-Wraps Clearinghouse (PWC).
- Serves as a point of contact regarding this plan.
- Validates employee/position data, including but not limited to classification of position descriptions, service computation date for leave, and bargaining unit status.
- Determines the qualifications of employees. If qualifications are modified, a training plan will be established.
- Reviews matches/placements for consistency with controlling regulations.
- Processes personnel actions.
- Maintains the records for each selection

**Union**

- Has representation on the PWC to provide oversight of the process to ensure compliance with the plan but will not participate in any selections or other decision-making on any personnel actions.
- Promptly brings concerns regarding data issues to Management.
- Serves as a point of contact regarding this MOU.

**Employees**

- Review their own personnel data including service computation date for leave, bargaining unit status, tour of duty, duty station, and pay plan, series, and grade.
- Initiate a request for correction when errors are found in personnel records.
- Be aware of critical deadlines and response requirements outlined in the MOU and in employee notices.
- Provide alternate contact information if their availability will be limited.

  Ensure their resume (not subject to the 2-page limit) includes their most current work experience, education, certifications, etc.

**Pre-WRAPS Clearinghouse (PWC)**

Management will determine the members of the PWC and the Union will designate its representative.

- Consider the preferences of employees in making Non-Competitive Placements.
- Match employees into Available Positions.
- Generate documentation of its decisions.

- Verify there are no further Non-Competitive Placements possible under this MOU.
- Resolve disputed data issues during any phase of the process.

**VERA/VSIP**

Management will provide opportunities for employees to participate in voluntary retirement or separation under the Voluntary Early Retirement Authority (VERA) or the Voluntary Separation Incentive Payment (VSIP). There will be multiple rounds of Voluntary Early Retirement Authority (VERA)/Voluntary Separation Incentive Payment (VSIP) offered as part of the reorganization in accordance with the VERA/VSIP Memorandum of Understanding. The intent is to open VERA/VSIP windows at points when significant information is released to inform an employee's decision. Potentially Affected Employees will be offered VERA/VSIP when they are identified as entering the Pre-WRAPS process and again if they are issued a Management Directed Reassignment. Management may determine eligibility criteria for Other Impacted Employees to be offered VERA/VSIP.

**Use of Pre-WRAPS Procedures**

Management will use the Pre-Workforce Restructuring and Placement System (Pre-WRAPS) procedures in this MOU, as jointly developed by the Parties in accordance with Article 32.1 of the current Master Agreement, for the Non-Competitive Placement of BUEs as part of the Forest Service reorganization.

**General Provisions for Union Engagement**

- Management will provide the Union with notice and description of purpose and charter for each team Management creates in the implementation of this reorganization. The Union will have a member on the Places Team in accordance with the Space MOU.
- Management will invite Union participation, normally one seat/one person, on all committees, sprint teams, working groups, or similar endeavors related to this reorganization that include one or more bargaining unit employees.
- Management will give the Union opportunity to view and test the PWC tool prior to implementation. Management will fix issues or address concerns found or raised by the Union during the testing process to the extent practicable prior to implementing use of the tool.
- Management will invite the Union on all walkthroughs of current or prospective workspace for bargaining unit employees in accordance with the Master Agreement, Article 5.

**Prerequisites for Pre-WRAPS Procedures**

Management will not implement Pre-WRAPS procedures before the following four requirements are met. Management will notify the Union upon completion of each requirement and then notify Potentially Affected Employees of their Pre-WRAPS status.

1) Management will provide the Union with the organizational structures showing positions and locations available for placement and it will be made available at https://fsweb.wo.fs.fed.us/.

2) Management will provide the Union with a listing of available workspaces including alternate location sharing arrangements with other agencies or organizations (if applicable).
3) Management will provide the Union with an employee/organizational listing to include: name of organization (division, branch, section), name of employees, position of record title, series, and grade, bargaining unit status, and position description (PD) numbers.
4) The Parties will negotiate the language of all letters or emails that will be sent to employees regarding this reorganization prior to distribution.

If any of the following documents are generated, Management will provide them to the Union:

a) justification and reason for the change,
b) cost/benefit analysis and impact statement on the organization, employees, the public and other Federal and State agencies,
c) current and proposed organizational charts,
d) current and proposed mission/functional statements.

## General Provisions for Placement of Employees

The Parties agree to follow all applicable laws, rules and regulations in implementing the reorganization.

There will be no blanket cancellation of Alternative Works Schedules (AWS) as a result of this reorganization. Employee work schedules will be administered in accordance with the Master Agreement, Article 18.

All Available Positions will be reviewed by the PWC. When the PWC finds no eligible potentially affected employees for placement in Available Positions, then those Available Positions may be filled outside of the Pre-WRAPS process.

Involuntary reassignments through Direct Matches or Non-Competitive Placement inside the Commuting Area will be made. Management Directed Reassignments outside of the Commuting Area will be made.

If a Potentially Affected Employee voluntarily accepts a change to a lower graded position, grade and pay retention will be granted in accordance with agency policy and federal regulations, and automatic repromotion priority consideration under the Forest Service Repromotion Plan.

If a Potentially Affected Employee moves from a special rate to a non-special rate, and is otherwise eligible, they will be entitled to mandatory pay retention.

Potentially Affected Employees are automatically eligible for placement under this MOU regardless of whether the employee chooses to submit an interest in any Available Position.

Employees in career ladder positions (example, GS-0801-07/09/11) participate within Pre-WRAPS at their current grade level and not the target grade of the position. However, after Non-Competitive Placement, they will retain their full career ladder progression.

An employee's type of appointment will not change as a result of Non-Competitive Placement under Pre-WRAPS. For example, a permanent employee will not be placed into a temporary or term appointment. Similarly, an employee on a career/career-conditional appointment will not be converted to an excepted service appointment.

Management cannot direct an employee to a lower grade or a reduced tour in Pre-WRAPS. However, these may be extended to employees as voluntary offers of placement.

A Potentially Affected Employee in a special retirement covered position can be involuntarily placed into another special retirement covered position. However, a Non-Competitive Placement of an employee in a special retirement covered position to a non-covered position will only be extended as a voluntary offer.

BUEs in duty stations that are not closing will not be involuntarily relocated outside of their Commuting Area as part of the non-competitive Pre-WRAPS placement process.

During the non-competitive Pre-WRAPS placement process, Management may consider retraining the employee or modifying qualification standards, excluding positive education requirements, to allow the employee to meet the qualifications of a vacant position within a specified period up to 365 days of occupying the position.

Employees who have declined a directed reassignment outside the Commuting Area may participate in the processes under this MOU up to the effective date of their separation notice. Employees who have accepted a directed reassignment outside the Commuting Area may participate in the processes under this MOU up to 30 days prior to the reporting date.

Employees with local knowledge are encouraged to share information through the Reorganization Employee Engagement Portal to identify low or no cost alternative office space arrangements for consideration in impacted cities or offices. This information will be provided to the Places Team for further evaluation. Management will acknowledge receipt of the employee's suggestion, consider the suggestion, and provide a written response to the employee regarding the outcome.

Personally Identifiable Information and employee privacy generally will be protected throughout the reorganization and implementation of this MOU.

Disputes over position descriptions and classification that arise in connection with this reorganization will be resolved in accordance with Article 14 of the Master Agreement.

Management recognizes this reorganization may result in situations where employees are assigned duties that are higher-graded due to vacancies, following procedures in Article 15. Management will engage early with the Union to take action on specific instances of where a temporary promotion is warranted. Management will not impose any caps on temporary promotions.

## Telework

This reorganization will not be the cause of a blanket cancellation of existing telework agreements. Telework may be granted to employees in connection with this reorganization when it serves a compelling Agency need. Multiple scenarios could occur in this reorganization where a compelling Agency need arises, such as when office space is unavailable, an office is going through physical modifications, or when other factors threaten mission continuity. Telework will be granted when other options are not available. A written agreement between Management and an Employee that outlines the specific telework arrangement, mutually agreed to, is required. Nothing in this MOU modifies or limits the application of the Master Agreement, Article 31.

## Transfer of Station (TOS)/Relocation Payments

Employees relocating outside of their Commuting Area will be entitled to receive their selection of:

1. TOS with the discretionary allowances of a house-hunting trip and shipment of a POV; or
2. Pilot lump sum TOS program (if available); or
3. One-time relocation incentive up to 25% with a 1-year service agreement.
4. For GS-11 and below:
    a. Pilot lump sum TOS program (if available); and one-time relocation incentive up to 25% with a 1-year service agreement; or
    b. One-time relocation incentive up to 25% each year with up to 4-year service agreement up to a maximum of $50,000 in aggregate; or
    c. TOS with the discretionary allowances of a house-hunting trip and shipment of a POV.

Relocation incentives will be completed efficiently using the procedures under 5 CFR 575.208.

## Reasonable Accommodation (RA)

Management will follow law, rules, regulations, and USDA Departmental Regulation (DR) 4300-008 issued October 27, 2020 (Attachment B). This version of the DR will be applied to the Forest Service reorganization MOU for its duration, regardless whether it is otherwise superseded or rescinded.

Any reevaluation of an existing reasonable accommodation will be in accordance with Attachment 1. There will not be a blanket cancellation of existing reasonable accommodations as a result of the planned reorganization and all existing reasonable accommodations will remain in effect unless reviewed and modified through the interactive process and in accordance with Attachment 1. An employee's existing reasonable accommodation, including the disability determination, will not be subject to reevaluation:

- Solely on the basis that they are identified as a Potentially Affected Employee or Other Impacted Employee.
- When there are no changes in the employee's essential job functions, medical condition, or RA's effectiveness.

The placement letters will provide information on the procedures for requesting new or modified reasonable accommodations.

## Bargaining Unit Eligibility

Employees will not be reassigned into positions unless there is a classified position description and the bargaining unit eligibility has been determined and stated in the position description. All bargaining unit determinations will be completed prior to making Direct Match or Non-Competitive Placements. Current bargaining unit eligible positions that are realigning to a new organizational unit will retain their bargaining unit eligibility. The PWC tool will include the position's bargaining unit status code for employees to view when expressing interest.

The Parties will seek to resolve disputes regarding non-bargaining unit designations for new positions prior to implementing the Direct Match phase of this reorganization.

## Personal Hardships

There will not be a blanket cancellation of existing hardships as a result of the planned reorganization. Management will engage in a fair process with affected employees to identify feasible solutions to mitigate hardships, see Master Agreement, Article 42. For hardship requests where an employee does not receive a determination within the time period specified in Article 42, then the time periods of the employee's required action will be extended for the same number of days as the delay.

In connection with this reorganization, additional examples of hardships (not already listed in Article 42) may include but are not limited to; childcare access, dual career considerations, child custody, time-bound circumstances (e.g., school, spouse/kids in school, retirement pending, other job pending), and religious reasons.

Employees may request hardship assistance such as, but not limited to:

- Exploring alternate official duty locations

- Telework arrangements

- Hoteling, alternate work sites, or other flexible workplace solutions

- Temporary duty assignments (TDY)

- Allowing delays to complete required relocation

## Data Validation of Employee Records

All Potentially Affected Employees, Other Impacted Employees, and their Union representatives will have the right to review the data Management will rely upon to make a Non-Competitive Placement determination. These data include organizational unit codes, position description number, position series and grade, duty station, locality pay area, bargaining unit status code, position target grade, service computation date for leave, work schedule, and any other data fields used to generate placement matches or reassignment offers. Any employee or the Union on the employee's behalf may request review and correction of any apparent errors in the data. Management will not implement the employee's Non-Competitive Placement until the correction has been made or the data has been validated.

Upon receiving notice, the employee will have 10 business days to review the data and request correction using a data validation tool. For good cause shown (e.g., fire assignment, extended leave) employees may request a data correction after the window has closed. Required elements for the data correction request:

- Identify the specific data element(s) believed to be inaccurate.
- State the correct information and provide supporting documentation (e.g., current position description, Official Personnel Folder records, telework agreement, SF-50).

Management will provide a written response within 10 business days of receipt of the Data Correction Request. Management will validate the data or make the necessary correction in the data validation tool, and explain the basis for the determination.

If Management's response to a Data Correction Request does not resolve the dispute, or if no response is received within the required timeframe, the employee and/or the Union PWC designee may escalate the matter to the Management PWC designee and the designated Subject Matter Expert (SME) with access and authority to make corrections. An expedited review will be completed and a decision will be communicated in writing within 5 business days. Denials will include the reasons for the decision and receipt of the decision will start the timeline for filing a grievance under Article 9 of the Master Agreement.

## Filling Forest Level Vacancies Prior to Pre-WRAPS Implementation

When Management fills vacancies on the National Forests consistent with the Merit Promotion Plan prior to Pre-WRAPS implementation, Potentially Affected Employees and Other Impacted Employees may compete for those vacancies, and if selected for a lower graded position, will be granted grade and pay retention, and repromotion rights in accordance with law, rule, and regulation. National Forest vacancies not filled through Competitive Placement will become Available Positions to be used for Pre-WRAPS Non-Competitive Placement.

## Impact of Voluntary Changes of Duty Station Before Pre-WRAPS

Upon receipt of an employee's request for a voluntary change of duty station, Management will consider the limitations on workspace at the relevant facility and its potential impact on subsequent Non-Competitive Placements under this MOU.

## Direct Match Procedures

The PWC will make Direct Matches of employees (both Potentially Affected Employees and Other Impacted Employees) to Available Positions in the new or existing organization, in the same Commuting Area. This may include existing positions in the current organization that are simply carried forward into the new organization with the incumbent.

The following order of placement will be used in the Direct Match phase:

a. Matching pay plan, series, grade and competitive level.
b. Matching pay plan, series and grade.
c. Matching grade when qualified.

When there is more than one employee for Direct Match to a particular Available Position, preference will be given to employee(s) according to leave service computation date (SCD) (most service prevails). If multiple employees have the same SCD for leave, ties will be broken using the sum of the last four digits of the Employee ID number (highest sum prevails).

When an employee would be a Direct Match at more than one location in their Commuting Area, the PWC will consider the employee's preference.

## Pre-WRAPS Non-Competitive Placement Procedures

When the PWC determines that the Direct Match phase is completed, the following procedures will be followed for Potentially Affected Employees.

### Identifying Available Positions for Non-Competitive Placement

Remaining vacant positions in the new or existing organization will be available for Non-Competitive Placement opportunities. As other vacancies occur (e.g., retirement, resignation, transfer, etc.), they will be added to the Available Positions. The following positions will <u>not</u> be made available for Non-Competitive Placement under Pre-WRAPS:

- GS-14 and above non-bargaining unit positions; and
- Any primary firefighter retirement or primary law enforcement retirement covered positions; and
- Temporary or term positions.

In the following situations, where a position needs to be utilized to meet statutory requirements, filling that position will <u>not</u> be part of the Pre-WRAPS process.

- Forest Service employees with statutory return rights from military furlough, workers compensation, or international assignment.
- Individuals awarded a position as a result of a complaint or other dispute or granted a position as a settlement depending upon the authority of the deciding official override OPM regulations, USDA guidance, or Forest Service policy AKA: "non-discretionary action directed by a qualified legal or administrative body."
- A reassignment or placement granted through the reasonable accommodation process.

Available Positions will be listed in the PWC tool, and will remain in the tool until they are filled through this Pre-WRAPS process or until the PWC has determined there is no Potentially Affected Employee to fill the position.

Potentially Affected Employees will use the PWC tool to identify positions, locations, or voluntary actions for which they want to be considered. Employees may submit a resume (not subject to the 2-page limit) showing their qualifications for the positions in which they are interested. Using the PWC tool, employees will be able to express their interest in priority order for up to five (5) specific positions with associated locations for which they qualify for lateral reassignment, re-promotion, or voluntary change to a lower grade or tour.

**Matching to Available Positions**

Management will review an employee's qualifications in accordance with the Office of Personnel Management Qualification Standards and identify tentative matches in accordance with the order of placement outlined below.

Employees will be qualified using official personnel records (e.g., SF-50, resume, etc.) and any other additional information submitted by the employee in the PWC tool.

Decisions regarding a match and a subsequent non-competitive offer of placement will be made on an individual basis and after consideration of the following: the order placement, qualifications of the employee, the work of the position, organizational needs, employee preferences, and the placement is in the overall best interest of the government and mission. Management retains the right to make the final decision on placements, assignments and locations.

After Direct Matches have been made, the following order of placement and subgroups will be used when non-competitively placing employees into Available Positions first within the Commuting Area and then outside the Commuting Area:

1. A Potentially Affected Employee in the same Commuting Area as the Available Position.
2. A Potentially Affected Employee in the same Commuting Area as the Available Position who does not meet the qualifications for the position, but management has agreed to modify qualifications for this position. Modification of qualifications may only be considered when there is no qualified employee for the position.
3. A Potentially Affected Employee outside the Commuting Area of the Available Position.

Within subgroup 1., 2., or 3. above, offers will be made in the following sequence:

a. An involuntary offer of placement will be made to a PAE who is currently in the same grade (may include competitive level) and same tour as the Available Position (i.e., lateral reassignment);

b. A voluntary offer of placement will be made to a PAE who is currently in the same grade and same tour as the Available Position with modification of qualifications;

c. A voluntary offer of placement will be made to a PAE who is repromotion eligible;

d. A voluntary offer of placement will be made to a PAE who is in the same grade, but is willing to take a reduced tour;

e. A voluntary offer of placement will be made to a PAE who is willing to take a voluntary change to lower grade (with grade and pay retention).

When there is more than one employee for placement to a particular Available Position, preference will be given to employee(s) according to leave service computation date (SCD) (most service prevails). If multiple employees have the same SCD for leave, ties will be broken using the sum of the last four digits of the Employee ID number (highest sum prevails).

Employees will receive only one involuntary offer of placement, represented by a., above. Employees who receive a voluntary offer of placement in b., c., d., or e., above may decline the offer of placement and will continue to receive other offers. Employees may receive multiple offers of voluntary placement. An employee who declines a repromotion offer of placement will forfeit their right to grade and pay retention. An employee who declines a Management Directed Reassignment and does not otherwise resign or retire will be involuntarily separated from Federal service.

**Non-Competitive Offers of Placement**

Non-competitive offers of placement will be made formally and in writing.

- Specific details regarding an offered position will include proposed effective date, rate of pay, new supervisor, position description, etc.
- It is the employee's responsibility to provide alternate contact information to receive offers of placement if the employee anticipates not having access to their government email during this process.
- If the employee with the most service refuses the offer of placement, then the offer will be made to the next employee in the order of placement outlined above.
- Employees have 3 business days to respond to their offer of placement inside the Commuting Area. For good cause shown (e.g., fire assignment, extended leave), employees may request an extension. A failure to respond will be treated as a declination.
  - If the new position is in the same Commuting Area, the reporting date may be less than 60 calendar days.
- Employees have 10 business days to respond to their offer of placement outside the Commuting Area. For good cause shown (e.g., fire assignment, extended leave),

employees may request an extension. A failure to respond will be treated as a declination.

  - The reporting date for directed reassignments will not be less than 60 calendar days from the notification date unless agreed to by the employee.

- Employees who have been given a Management Directed Reassignment outside the Commuting Area to another position within the Forest Service will be given priority placement consideration for a 2-year period following the effective date of their directed reassignment according to the following conditions:

  1) Their former or like position has been reestablished and is announced.
  2) The employee applies to the vacancy announcement of their former or like position.
  3) In accordance with the Order of Consideration as identified in the Merit Promotion Plan, there is no one with greater placement rights to the vacancy.
  4) Priority consideration applicants will inform HRM in writing of their entitlement to their priority consideration.

- If an employee declines a Management Directed Reassignment outside the Commuting Area, Management will offer the employee enrollment in and an explanation of placement assistance programs operated by other agencies for which they are qualified, including:

  1) The USDA Reemployment Priority List (RPL) and Career Transition Assistance Plan (CTAP);
  2) The Interagency Career Transition Plan (ICTAP); and
  3) Workforce Innovation and Opportunity Act (WIOA).

## Performance, Training, and Awards

Performance management and training will be exercised in accordance with existing Departmental Regulation (DR) 4040-430, Employee Performance and Awards, and Articles 21 and 30 of the NFFE Master Agreement.

Within the first 30 days of placement in a new position or assignment of a significant change of duties, Management and employee(s) will discuss training needs as part of performance planning. Identified training will be incorporated in the Individual Development Plans (IDP).

Rating Officials must formally communicate expectations before holding employees accountable for them. When evaluating performance against established standards and measures, Management will consider as mitigating factors the adjustment to newly assigned duties and any IDP training that was not provided or available.

Non-Competitive Placement made pursuant to this MOU, in and of itself, will not affect an employee's eligibility for awards, bonuses, promotions, and/or any other such employment related recognition.

## Communication

Updated information about the reorganization plan and implementation will be available to all employees at the Forest Service Reorganization website on an ongoing basis. This MOU will be posted on the Forest Service Labor Relations website. Direct communications with individual employees about their Non-Competitive Placement will utilize the letters agreed to by the Parties.

## Effective Date, Termination, and Severability

This MOU shall become effective upon Agency head review or the 31st day after execution, whichever occurs first, and shall terminate 365 days after the effective date of the last Non-Competitive Placement of Potentially Affected Employees under this MOU have been completed unless terminated earlier or extended by mutual agreement of the Parties in writing.

In the event that an arbitrator, the Federal Labor Relations Authority, or a court of competent jurisdiction determines that any provision or portion of a provision of this MOU is, in whole or in part, unenforceable for any reason, the remainder of that provision and of the entire MOU shall be severable and remain in effect.

The respective Parties will designate a representative with authority to act on their behalf under the provisions of this MOU. These Representatives will jointly monitor implementation of this MOU, examine any system problems, including those attributable to MOU provisions, and will determine appropriate corrective action and initiate needed changes through early engagement discussions. Corrective action may take the form of system enhancements, refinement of functionality, or changes to process or procedure not inconsistent with provisions of this MOU. Once early engagement discussions have been exhausted, either Party may reopen this MOU utilizing Article 11 procedures to address unanticipated issues, significant problems, and/or management determined modifications the reorganization that are not clearly covered by this MOU. If either Party elects to reopen this MOU under these circumstances, management agrees to maintain the status quo of the MOU and complete bargaining obligations prior to implementation.

The MOU shall terminate when the parties agree all provisions of this MOU, and any successor or modified MOU, have been completed and the Parties have reached full and final resolution to any disputes that may arise from this MOU. For example, the parties anticipate that termination may be appropriate when all non-competitive placements made and all relocation benefits paid to employees and disputes have been resolved.

**APPROVED BY**:

| | |
|---|---|
| CHRISTOPHER FEUTRIER Digitally signed by CHRISTOPHER FEUTRIER Date: 2026.06.12 12:13:36 -07'00' | CARL HOUTMAN Digitally signed by CARL HOUTMAN Date: 2026.06.12 14:07:13 -05'00' |
| CHRIS FEUTRIER | CARL HOUTMAN |
| Management Chief Negotiator | NFFE Chief Negotiator |

Attachment A – Snapshot of reorganization as of 6/12/2026

Attachment B - USDA Departmental Regulation (DR) 4300-008