# EXHIBIT 5

# Memorandum of Understanding between the U. S. Department of Agriculture, Food and Nutrition Administration and the National Treasury Employees Union Concerning the Office Move from 1320 Braddock Place to the Yates Building and the George Washington Carver Center (GWCC)

**Introduction:**

The U. S. Department of Agriculture, Food and Nutrition Administration (“FNA” or “Employer”) and the National Treasury Employees Union (NTEU or “Union”) hereby enter this Memorandum of Understanding (MOU) concerning the involuntary relocation of FNA employees and equipment from 1320 Braddock Place in Alexandria, Virginia to the Yates Building, located in Washington, DC, and/or the George Washington Carver Center (“GWCC”) in Beltsville, Maryland

This MOU addresses the physical move and space issues as part of the relocation of bargaining unit employees, including those in Chapter 226, who are being directed to change their official duty stations from 1320 Braddock Place to either the Yates Building or GWCC.

FNA agrees that the provisions of this MOU apply only to FNA employees whose current official duty station is located at 1320 Braddock Place. Any substantive changes to office space and/or the relocation of FNA employees to any other duty stations are not addressed by the parties in these negotiations and will be noticed and bargained in accordance with the parties’ Collective Bargaining Agreement and law. The office space and relocation actions and activities addressed by this MOU must conform with the parties’ 2025 Collective Bargaining Agreement and all legal requirements, including the Rehabilitation Act of 1973. The parties will continue to communicate openly with one another to address issues that may arise concerning the implementation of this MOU. In accordance with the above, the parties agree on the following:

1. **Move Specialist.** Not less than fifty-five (55) calendar days prior to the move date, the Agency will designate a "move specialist" who will serve as the primary contact and liaison for NTEU in addressing physical move logistics. NTEU will, similarly, designate a “move specialist” who will be granted additional official time to coordinate the Union’s duties concerning the move as well as assist employees with the workstation selection process and understanding this MOU. Upon designating these move specialists, the parties will inform the other party of the identity and contact information of the move specialist within five (5) calendar days.

2. **Assignments.**

   A. The Employer will email all impacted employees notifying them of their assigned location (Yates or GWCC). The notice will include the date on which employees will be expected to move, information about the move, and other information pertaining to the change in duty station, such as how to gain access to the buildings and space; floor plans of the spaces; type and availability of public transportation; availability of parking; etc.

   B. The Employer agrees to provide employees with a virtual tour, of both the Yates Building and GWCC in advance of the employee’s report date and with sufficient time that employees may see the space before making workstation selections pursuant to Section 12.

3. **Union Notice.** The Employer will notify NTEU at least five (5) calendar days before formally notifying bargaining unit employees (BUEs) of the move.

4. **Employee Communication.** Prior to the above BUE notification, Management will schedule a formal, in-person meeting with a virtual/hybrid option available and discuss implementation and the process for workstation selections. Agency leadership will be available in-person to answer questions at the meeting. This will be followed by a question-and-answer period. Any unanswered questions will be responded to within 15 calendar days. In addition, the agency shall provide each employee with a copy of this agreement no later than three (3) days following Agency Head Review approval.

5. **Workload.** This office move is not anticipated to increase employee workload. If an employee has concerns that the relocation is increasing their workload, employees may schedule a discussion with their direct supervisor to outline the specific concerns and suggest possible solutions. The supervisor will promptly respond to any suggested solutions (e.g. standing approval for credit hours in accordance with the Collective Bargaining Agreement, workload adjustment, etc.).

6. **Adjustment Period.** The Employer understands that these office moves may result in employees having to commute for significantly longer periods of time than they currently commute. For this reason, the employer agrees as follows:

    a. Grace Period. Employees will receive a 45-day grace period, commencing from the date of the office move, during which management will consider the difficulty of the office move, additional commuting time, additional strain on the employee's daily life, and childcare constraints, when evaluating employees. This grace period does not apply to employees hired after the office move.
    b. Performance. Deficiencies in an employee's performance will be communicated to the employee as soon as reasonably practicable, pursuant to Article 9.01(7), 9.04(1), 9.04(3), and Article 10. FNA will counsel employees in relation to their overall performance on an as-needed basis.
    c. Shuttle. If an employee is late for the employee's workday, due to insufficient USDA shuttle space or shuttles that are not on time, supervisors may grant administrative leave for the period of time in which they were late in reporting for duty. The parties agree to meet every three (3) months to assess the frequency of the shuttles. If either party identifies that there is not sufficient shuttle space or frequency for the new employees, FNA shall request that the shuttle frequency increase by at least 20% between 6:00am and 9:00am and between 4:00pm and 6:00pm within 90 days of becoming aware of the insufficient shuttle space. If both parties agree that a meeting regarding the shuttle is not necessary, the meeting may be cancelled.
    d. Parking. If an employee is late for the employee's workday during the grace period, due to insufficient parking at GWCC, supervisors may grant administrative leave for the period of time in which they were late in reporting for duty.

7. **Moving.** The Employer will support the moving process of all bargaining unit employees. The Employer will notify all impacted employees in writing of their change in duty station at least fifty (50) calendar days in advance of the day they are required to report to either Yates or GWCC indicating their new duty station and provide:

    a. Storage Boxes. Employees who will be moving offices will be provided boxes sufficient enough in quantity and size to move all items to their new duty station. Employees may request additional boxes as needed.
    b. Assistance. Employees needing physical assistance with packing/unpacking boxes should request assistance as soon as possible. This request may be made with their supervisor or Office Manager. Employees will not be responsible for carrying or moving boxes to the new office location or their individual workstations.
    c. Administrative Time for Packing. Subject to workload and staffing needs, employees will be granted not less than two (2) hours of administrative time to pack and take other actions for the relocation, e.g., prepare their offices to move and pack and/or purge files as necessary; and three (3) hours to unpack and prepare their storage after the move, as necessary.

8. **Floor Plans and Move Schedule Changes.** If changes occur after the official BUE move notification, the Agency will provide BUEs with updates to the move schedule as needed until the move from 1320 Braddock Place to Yates and to GWCC are all completed. The move specialists of both FNA and the Union will meet as needed and agree to discuss any concerns or issues related to the relocation. The Agency agrees to keep BUEs informed about the move, including the move schedule. The Agency also agrees to make up-to-date floorplans for Yates and GWCC available to BUEs on an as needed basis.

9. **Parking and Transit.** The Employer recognizes that the change in office could potentially result in increased commuting times and costs. As such, the Employer agrees to:

    a. Provide free parking for all employees at GWCC.
    b. To fully maximize the available Department of Transportation transit subsidy benefit for all bargaining unit employees whose public transit or commuting costs increase as a result of transferring to the Yates Building or GWCC, up to the maximum statutory limit allowed by federal law. FNA will provide NTEU the name of the person(s) responsible for processing transit subsidy applications.

10. **Equipment.** Employer will request that newly provided workspaces will be equipped with the same or better office equipment (i.e. standing/sitting desk, ergonomic chair, docking stations or compatible connection cord, computer or laptop, keyboard, mouse, access to data and communications, furniture, lockable file cabinets that are adequate in size for employees to store work papers, etc.) than were provided at 1320 Braddock Place, including two monitors for each cubicle and/or office.

a. Filing Cabinet Keys. The Employer will request filing cabinet keys from Facilities Management for all new cabinets that require keys, in sufficient time for the keys to be available before employees move into the new workspaces.
b. Storage Space. Each employee will be provided with sufficient file cabinet storage to hold their files.

11. **Room Reservations.** The Employer will utilize a room reservation system for employees to view and reserve certain workspaces. The following workspaces will be available for advance reservation:

a. Large Conference Rooms;
b. Small Conference Rooms; and
c. Huddle Rooms.

In the event a workspace is no longer needed, employees should cancel the reservation as soon as practicable after becoming aware that the space is not needed.

12. **Workstation Selection.** The Agency will schedule meetings for employees and NTEU for individual workstation selections at Yates and GWCC. If an employee cannot attend the meeting, they may designate someone to select a workspace on their behalf. If an employee cannot attend the meeting and is not able to arrange someone to attend on their behalf, the Agency will assign them a workspace after all other selections have been made. A final list of workspace selections will be sent to NTEU in an excel document or equivalent no later than ten (10) calendar days after selections are made.

All workspaces available to FNA will be included in the selection process, aside from private offices. Selection of workspaces shall be made in order of FNCS seniority, defined by the employee's earliest entry-on-duty date for Federal service. Tiebreakers shall be first Federal government seniority and second based on a coin flip.

13. **Privacy.** The Employer understands the need for employees to have a degree of privacy and the agency will make every good faith effort to maintain the privacy and/or confidentiality of employee records or conversations with supervisors.

a. Personal Storage. Each employee, in addition to storage for their work files, will be provided a lockable personal locker, located at or near the employee's workstation.
b. Conference Rooms. Each conference room with glass walls will be equipped with a frosted glass covering or similar that affords occupants some level of privacy.
c. Focus Rooms. Employees will have access to focus rooms to have individual meetings with other staff or supervisors as needed.

14. **Space.** The Employer understands that the safety and comfort of employees is important to their productivity. With that in mind, the Employer agrees that:

    a. Cleaning Services. The Agency shall maintain regular cleaning services of the Yates Building and GWCC, to include emptying of trash cans, cleaning and resupplying of bathrooms, and cleaning and resupplying of kitchens or common areas. Vacuuming of the common areas will be done daily. Additional vacuuming may be requested by the employee.

    b. Building Maintenance Issues. Any employee may report, by phone or by email, issues regarding building components that are not functioning properly through Agency facilities management Customer Support helpdesk or archibus. Whenever such a report is made, Agency facilities management will ensure the repair of the building component as soon as practicable. If the repair is of a minor nature that is only relevant to the reporting employee (e.g., repairing an employee's chair), then Agency facilities management will notify only that affected employee when the repair is complete. If the repair is of a significant nature that could affect many Agency employees (e.g., repairing an elevator), then Agency facilities management will notify all Agency employees when the repair is complete. Such notification will inform affected employees of the status of the repair and, if the issue cannot be fixed within 24 hours (e.g., a new part must be ordered), then the notification will provide an update and timetable for the repair. Issues to be reported through Agency facilities management Customer Support helpdesk or archibus include, but are not limited to, uncomfortable temperatures ( e.g., workspace temperatures under 68 degrees or over 76 degrees F, per OSHA guidance), broken appliances, insufficient ventilation, air quality concerns, and any issue adversely affecting the safety or comfort of the workplace environment.

    c. Bike Storage. Secure bike racks will be available for employee usage. If covered bike storage is not available at a facility, the Agency agrees to find a space in which employees may store their bikes in the event of anticipated inclement weather.

    d. Feminine Hygiene Products. Feminine hygiene products will be available in all women's and unisex restrooms on the FNA floors, at all times, and at no cost to employees.

    e. Water Fountains. Each floor of the FNA office space at Yates and GWCC will be equipped with at least one (1) water filtration system which includes a water bottle filler station.

    f. Fitness Center. Access to any fitness area located within GWCC or Yates will be free to all employees. These fitness centers shall include bathroom facilities, showers with hot and cold water, lockers that may be reserved during fitness center usage, and changing areas. In the case of the Yates Building, if no fitness center is located in the building, employees are permitted to use a USDA fitness area within walking distance of the building, free of charge.

g. Sunlight Access. Employees may request full spectrum daylight lamps (so-called "happy lamps") from their supervisors. These lamps will be provided within 60 calendar days of the request.

h. Wi-Fi Access. Wi-Fi internet access will always be available in all areas of the building. The Agency will ensure sufficient access. Any instances of insufficient Wi-Fi connectivity may be reported to the CEC help desk. In the event that sufficient internet is not available for an employee to complete their job duties, employees with an executed telework agreement will be permitted to telework until the issue is resolved If the issue in question is likely to be resolved in less than one (1) hour, then the employee's manager may elect whether the employee leaves to telework or remains in the office.

i. USB Charging Station. Every workstation will include a USB charging station.

j. Restroom Access. Restrooms will not require LincPass for access and will allow for unrestricted access.

k. Lunch or Break Area. The Employer will provide a common area that may be used by employees for the purpose of eating and taking breaks. The common area will be equipped with at least one "K-cup" style coffee machine, at least two large refrigerators that produce ice, and at least two microwave ovens for employees to use within the common area. The Agency is responsible for the maintenance, repair, and replacement of any broken or unusable lunch or break area equipment or appliances. Maintenance also includes providing paper towels, hand soap, and hot and cold water.

l. Lactation Rooms. A sufficient amount of lactation rooms will be provided for use by employees. This includes a refrigerator to accommodate employee needs. FNA employees are free to use any one of the four lactation rooms on the GWCC campus. FNA will endeavor to use the existing Braddock equipment if possible. The Agency agrees to maximize use of each lactation room by endeavoring to ensure an employee can pump in private while another employee enters the room to access the refrigerator and by maximizing the number of pumping stations in each lactation room.

m. Copiers. At all times, the FNA will maintain no fewer than three (3) working copiers/scanners on each floor for the use of employees. Each of these copiers will have the ability to print and scan. The Agency is responsible for the maintenance, repair, and replacement of any damaged or broken copiers and must maintain the supply of toner, ink, and paper.

n. Auditory Dampener. The Employer will install a sufficient number of auditory dampener (white noise) devices, to increase privacy and foster a quieter work environment.

o. Cleaning Supplies. Management will provide cleaning supplies including, but not limited to paper towels, disinfectant, hand wipes, hand sanitizer to disinfect shared workstations and work tables and keep work stations clean. The supplies will be located at a place of management's choosing.

p. Onsite Food Vending. At minimum, the Agency shall provide onsite vending of food and drinks for employees to purchase. The Agency will ensure that these vending machines are regularly stocked and maintained.

q. IT Assistance. The Agency shall ensure adequate information technology (IT) service desk support so that employees' IT needs will be met. If an employee cannot reasonably perform their duties due to an IT issue, employees with executed telework agreements will be permitted to telework while the IT issue can be resolved. If the issue in question is likely to be resolved in less than one (1) hours, then the employee's manager may elect whether the employee leaves to telework or remains in the office. If the IT issue prevents the employee from also teleworking, the Employer will be provided administrative leave until the issue is resolved.

r. Building Access. The Yates building and GWCC and all employee areas within (such as restrooms and fitness centers) shall be accessible to employees 24 hours a day, seven days a week. The Agency may require employees to use specific entrances depending on the time of day.

15. **Shuttle.** USDA provides a shuttle for employees that will travel between the Greenbelt Metro Station and the GWCC building. The shuttle will operate regularly and during all work hours. The Agency agrees that it will not store or use data collected by an employee's use of the shuttle service to track employee attendance, location, or work hours.

16. **Pests.** The Agency must maintain a safe, clean, and professional work environment free from vermin, insects, and other pests. This proposal covers all Agency-controlled facilities, including office spaces, break rooms, storage areas, and parking structures.

    A. Management Responsibilities. The Agency agrees to take immediate, proactive measures to eliminate and prevent pest infestations:

    B. Employee Accommodations and Workplace Flexibilities. When pest remediation impacts active workspaces, the Agency must protect employee health.

    C. Alternative Workspaces: Relocate affected employees to a pest-free area or alternative facility during and immediately following chemical treatments or known infestations.

D. Weather and Safety Leave Telework: Grant immediate ad-hoc telework, situational telework, or safety leave to any employee assigned to an infested location or any employee with documented respiratory issues, chemical sensitivities, or allergies during chemical applications.

E. Mitigation and Resolution Timeline. The Agency will adhere to strict timelines upon a reported pest sighting.

F. Urgent Hazards: Respond within 4 hours for hazards like bedbugs, stinging insects, or aggressive rodents in immediate work zones.

G. Standard Infestations: Schedule professional extermination services within 48 hours for standard insect or minor rodent sightings.

H. Verification. In the event of an infestation, the Agency will verify the building's fitness for occupancy through a bona fide third-party before requiring employees to return to their office. The Agency agrees to provide Chapter 226's President, and their designated Field Rep, with any report made by the third party, if available, which reflects the fitness of a building for occupancy. If no report is generated, the Agency will provide a written update, via e-mail, reflecting that the building is fit for occupancy. The report, or written update, will reflect any testing done, and be provided at least one day prior to any employees returning to the worksite.

17. **Reasonable Accommodations.** Any employee with a Reasonable Accommodation ("RA") who changes duty stations shall have the same or similar equipment in the new location and will have their workspace equipped and/or altered in accordance with Article 35, Section 8 of the parties' Collective Bargaining Agreement.

18. **Attrition.** In the interest of maintaining workforce stability during periods of attrition, Management has determined that any employee covered by this MOU shall not be subject to involuntary reassignment to a duty station located outside of the National Capital Region (NCR). This protection remains in effect for thirty (30) months following the employee's move to the Yates Building or GWCC.

19. **Significant and Unanticipated Problems.** If either FNA or NTEU becomes aware of significant unanticipated problems that arise following implementation of this initiative, the FNA or NTEU will inform the other party, and the parties will meet to discuss and attempt to resolve the problem as soon as possible.

**Memorandum of Understanding between the U. S. Department of Agriculture, Food and Nutrition Administration and the National Treasury Employees Union Concerning the Office Move from 1320 Braddock Place to the Yates Building and the George Washington Carver Center (GWCC)**

**Waiver.** Nothing in this MOU is intended, nor should it be interpreted, as a waiver or withdrawal of any grievances filed by the Union or of its rights in said grievances or bargaining. Nothing in this MOU is intended to limit an employee's rights provided for in the parties' CBA.

**Effective Date, Effect and Termination.** This MOU will take effect upon Agency head approval or on the thirty-first (31st) day following execution, whichever is earlier. This MOU will run concurrently with the parties' 2025 CBA.

Digitally signed by MATTHEW EPPERSON
Date: 2026.06.30 08:57:49 -05'00'

Matt Epperson
Chief Negotiator on behalf of FNA

Digitally signed by John (Jake) DiMarzio
Date: 2026.06.30 23:28:02 -04'00'

Jake DiMarzio
Chief Negotiator & Assistant Counsel
NTEU