# EXHIBIT 6

# Braddock Place Office Move

**Memorandum of Understanding (MOU)**
**Between**
**Food and Nutrition Service, Mid-Atlantic Regional Office, USDA**
**and**
**American Federation of Government Employees (AFGE) Local #2735**

1. At the request of the Union, the Agency shall assign Mrs. [redacted], Program Specialist, to the Sidney R. Yates Federal Building, Washington D.C. It is understood this agreement does not preclude the Agency from additional office moves in the future if needed. The Agency understands any future office moves would require appropriate notice and impact & implementation bargaining prior to effecting any change(s).

2. If requested, the Agency shall afford Mrs. [redacted] a reasonable amount of time during duty hours to move her work/personal effects from Braddock Place, Alexandria, VA to the Sidney R. Yates Federal Building, Washington, D.C.

MARY SALVATORE Digitally signed by MARY SALVATORE Date: 2026.04.03 11:48:53 -04'00'

**Mary Ann Salvatore** **Date**
**President, AFGE Local #2735**

Digitally signed by MATTHEW EPPERSON Date: 2026.04.03 08:35:45 -05'00'

**Matt Epperson** **Date**
**Chief Negotiator, on behalf of FNS**