# EXHIBIT 8

USDA

April 30, 2026

United States
Department of
Agriculture

Departmental
Administration

Office of Operations

1400 Independence
Avenue SW
Washington, DC
20250

Ricardo Raynor
President
American Federation of State, County, and Municipal Employees (AFSCME)
Council 20, Local 2846

**Re: Article 30 Bargaining Notice — Office of Operations Reorganization**

President Raynor -

This letter constitutes a formal bargaining notice under Article 30 of the Collective Bargaining Agreement between Department of Agriculture, Office of Operations and AFSCME, Council 20, Local 2846. This notice is transmitted to you in your capacity as the designated receiving official.

1. **Description of Proposed Change.** As part of a reorganization of the Office of Operations (OO), Management proposes to consolidate the Offices of Property and Environmental Management (OPEM) and OO into the Office of Leasing, Operations, and Property Management (OLOPM).

   As part of the reorganization, current OPEM and OO functions will remain within the National Capital Region (NCR) and not be relocated outside of the Washington, DC area. USDA management will relocate program and policy personnel who hold positions that do not directly support the Whitten/South Buildings Headquarters Complex or the Secretary of Agriculture to the George Washington Carver Center (GWCC), located in Beltsville, MD.

   The affected population includes approximately 124 bargaining unit positions across OO business units.

2. **Scope of Anticipated Negotiations.** USDA management acknowledges the proposed office moves and reorganization may constitute a change in conditions of employment which may result in Impact and Implementation (I&I) bargaining. USDA management anticipates negotiations over:

   - Timeline and phasing of office moves.
   - Communication and notification process of bargaining unit employees.

3. **Background and Rationale.** OO is undertaking a reorganization to address longstanding challenges related to fragmented service delivery, inconsistent

business processes, and inefficiencies caused by distributed administrative structures. Therefore, OO seeks to ensure core support functions – leasing/operations/property management – are aligned to enterprise offices capable of providing consistent, accountable, and scalable service to Mission Areas and Agencies. The reorganization will streamline business processes, reduce administrative burden, and improve accountability by centralizing decision-making authority within the unified office.

4. **Potential Impacts to Bargaining Unit Employees.** USDA management identified the following potential impacts to bargaining unit employees:

   - Changes to team structures.
   - Changes to office space for employees.
   - Changes to onsite parking access.

5. **Proposed Implementation Date.** USDA management's target is to complete I&I negotiations and begin implementation Friday, May 22, 2026, with the office moves completed by Friday, June 26, 2026.

6. **Lead Negotiator and Contacts.** Management's lead negotiator for this matter is:

   Scott Davis
   Director
   Office of Operations
   Scott.Davis4@usda.gov
   (202) 720-4765

I look forward to productive engagement with AFSCME on this matter.

Sincerely,

W. Scott Davis WILLIE DAVIS Digitally signed by WILLIE DAVIS Date: 2026.04.29 16:11:14 -04'00'
Director
USDA
Office of Operations
Office of Property and Environmental Management

Cc:
D'Ann Clayton
Craig Vanderpool
Derrick Robinson, OO Local 2846 Vice-President