# EXHIBIT 9

STATE OF INDIANA
OFFICE OF THE GOVERNOR
State House, Second Floor
Indianapolis, Indiana 46204

**Mike Braun**
Governor

September 16, 2026

The Honorable Brooke Rollins
Secretary of Agriculture
US Department of Agriculture
1400 Independence Ave. SW
Washington, DC 20250

Dear Secretary Rollins:

Thank you once again for selecting Indianapolis as a new regional hub for the United States Department of Agriculture (USDA). In addition to bringing government closer to its constituents, this announcement continues to be an economic driver here in our state. As you well know, Indianapolis sits at the intersection of human health, animal health, and plant science, or regionally known as One Health, making it a pivotal location for USDA's Supplemental Nutrition Assistance Program (SNAP) Implementation and Oversight functions.

I was concerned to learn that, on September 14, 2026, a federal judge in the Northern District of California issued an administrative stay related to your reorganization plan. Every delay in moving SNAP to the Indianapolis hub risks diminishing an important opportunity for Indiana and the nation: putting federal food-security expertise at the center of an ecosystem where agriculture, food, and health are already converging.

The time is right for USDA's reorganization effort in Indianapolis. The city's proximity to Purdue University and Indiana University poses immense opportunity for the Department to capitalize on nation leading research in the agriculture and medical fields. Indiana is also home to a robust bioscience industry, which adds to the State's unique ecosystem. Indiana's bioscience industry brings $125 billion in economic impact to the State, reinforcing the direction of our state's economic development strategy and complementing my recent $1 billion commitment to accelerating investment and job creation across Indiana's agriculture and life-sciences sectors.

For each federal worker moved to Indiana, our analysis shows that an additional 2.5 jobs are supported. Accordingly, moving 150 USDA positions to Indiana would generate approximately $55 million in annual regional economic impact and support 363 jobs. Similarly, at 300 positions, the estimated annual impact rises to $111 million and 725 jobs supported. With SNAP based in Indianapolis, USDA employees would be positioned within an ecosystem where agricultural production, food, supply chains, nutrition and healthcare are closely connected.

As a top agricultural producing state, Indiana cannot emphasize enough the local, state, and federal benefits of having a regional USDA hub near the One Health district. We continue to look forward to partnering with you in this effort to bring the federal seat of American nutritional policy to the sole location where plant, animal, and human health global headquarters coexist.

Sincerely,

Mike Braun

Mike Braun
Governor

**STATE OF IOWA**
KIM REYNOLDS
GOVERNOR

September 14, 2026

The Honorable Brooke Rollins
Secretary of Agriculture United States Department of Agriculture
1400 Independence Avenue, S.W.
Washington, D.C. 20250

Dear Secretary Rollins,

I am writing to express my strong support for the Department of Agriculture's ongoing reorganization efforts and the opportunities they present to save taxpayer dollars, eliminate unnecessary layers of bureaucracy, and bring USDA closer to the farmers and communities it was created to serve.

When USDA announced its plan to relocate a portion of Agency headquarters and National Capital Region staff, I began advocating for Iowa as a commonsense option. In April of this year, I was glad to hear that Iowa was selected to be a part of this plan. Specifically, the state looks forward to welcoming the new National Food Safety Center in Urbandale, which will become the agency's largest office in the country with approximately 200 employees. These 200 jobs represent an estimated $25 million in economic impact, providing a significant boost to local communities and businesses. In Ames, USDA will invest $12 million to design a new National Plant Germplasm System Centralized Distribution Center. Across the state, nearly $9.5 million in research through the Agricultural Research Service is expected to be reassigned to existing facilities.

The relocation of these services and investments will not only better serve the agriculture industry but also support Iowa's local economy. I commend you for pursuing a reorganization that prioritizes efficiency, transparency, and collaboration. Iowa continues to stand ready to welcome new USDA staff to our great state as these efforts move forward.

Sincerely,

Kim Reynolds
Governor of Iowa

STATE CAPITOL
201 W. CAPITOL AVENUE, ROOM 216
JEFFERSON CITY, MISSOURI 65101

(573) 751-3222
WWW.GOVERNOR.MO.GOV

Mike Kehoe
GOVERNOR
STATE OF MISSOURI

September 17, 2026

The Honorable Brooke Rollins
Secretary of Agriculture
United States Department of Agriculture
1400 Independence Ave., SW
Washington, D.C. 20250

Dear Secretary Rollins,

By way of this letter I am expressing my full support for continued relocation of USDA functions to Missouri. Missouri has been very pleased to welcome and embrace USDA personnel in both Kansas City and St. Louis, and ongoing relocations of USDA functions is harmonious with Missouri's status as a national leader in agriculture research and production.

Changes currently being contemplated include: the National Operations Center and in St. Louis, the National Institute of Food and Agriculture in Kansas City, the USDA Technology Center in Kansas City, Foreign Agriculture Service program support to Kansas City, and additional Rural Housing Service employees to St. Louis.

Each of these moves has already created positive economic inertia in these cities, and changing course at this point, as a result of interference from West Coast interests who neither know, nor seek to know, Missouri has the effect of stifling economic growth, upending real-estate transactions such as leases, and taking jobs from Missourians eager to fill them. None of these effects are in Missouri's or the department's best interest.

I am very grateful of your and President Trump's leadership and vision in moving these important agriculture jobs into states and communities most directly affected and with the inherent expertise stemming from day-to-day experience in the ag world.

Missouri wants to further partner with the department in continuing to advance the nation's agricultural output. These moves are critical to doing so, and I ask that you stand up to the self-serving interests of those who seek to undermine Missouri's role in the department's future.

Sincerely,

Mike Kehoe
Governor

STATE OF NEBRASKA

**Jim Pillen**
*Governor*

OFFICE OF THE GOVERNOR
P.O. Box 94848 • Lincoln, Nebraska 68509-4848
Phone: (402) 471-2244 • jim.pillen@nebraska.gov

September 17, 2026

The Honorable Stephen Vaden
Deputy Secretary
United States Department of Agriculture
1400 Independence Avenue SW
Washington, D.C. 20250

Dear Deputy Secretary Vaden,

I am writing to express my strong support for the U.S. Department of Agriculture's ongoing reorganization efforts and the strategic initiative to move key offices and research operations out of the Washington, D.C., metro area. Relocating these decision-making bodies and scientific assets closer to the heart of American agriculture ensures that our federal programs are administered by individuals who live and work alongside the producers they serve.

Nebraska is proud to partner with the USDA in this mission, and we are already seeing the transformative benefits of bringing these vital investments and personnel directly to our state.

First, the USDA's Meat Animal Research Center in Clay Center is receiving significant new funding for research projects totaling over three million dollars. Second, Nebraska is receiving a major infrastructure investment for the National Center for Resilient and Regenerative Precision Agriculture. This facility will anchor cutting-edge advancements in agricultural resilience and technology, ensuring American agriculture remains a global leader through state-of-the-art innovation. Third, the Natural Resources Conservation Service is actively relocating headquarters staff into key regional hubs, including Lincoln, Nebraska. Having these experts embedded in our community strengthens local collaboration and improves the delivery of conservation technical assistance to our farmers and ranchers.

Nebraska remains fully committed to supporting the USDA's vision of a more accessible, responsive, and efficient department. We stand ready to welcome incoming federal staff and look forward to continuing our partnership to advance American agriculture.

Thank you for your leadership and your continued investment in our agricultural communities.

Sincerely,

Jim Pillen
Governor

NORTH Dakota | Office of the Governor

Be Legendary.™

September 16, 2026

The Honorable Brooke Rollins
Secretary
U.S. Department of Agriculture
1400 Independence Avenue, SW
Washington, DC 20250

Dear Secretary Rollins,

I write to offer my support for the U.S. Department of Agriculture's reorganization plan and its efforts to better serve our farmers, ranchers and rural communities.

I firmly believe government works best when it is closest to the citizens it serves. Bringing decision-making and resources closer to producers will help ensure the Department remains responsive to the needs of producers and rural America. That closer connection will improve service and accountability at the local level.

Beyond enhanced services for ag producers, the benefits of this reorganization will be felt directly in North Dakota with the addition of $28 million in new annual agriculture research dollars and 45 new Agricultural Research Service (ARS) positions. Our state has long been a leader in agriculture research, and the infusion of additional funding and staff will only bolster our long track record of delivering solutions for producers.

Thank you for your leadership and service on behalf of those who feed and fuel our nation. I look forward to working with you as these changes are implemented.

Sincerely,

Kelly Armstrong
Governor

600 East Boulevard Avenue | Bismarck, ND 58505-0001 | 701.328.2200 | governor.ND.gov

UTAH 1896

**SPENCER J. COX**
GOVERNOR

Sept. 16, 2026

The Honorable Brooke L. Rollins
Secretary, U.S. Department of Agriculture
1400 Independence Avenue S.W.
Washington, D.C. 20250

Subject: Support for the U.S. Forest Service Headquarters Relocation to Salt Lake City, Utah

Dear Secretary Rollins:

I am writing to express my strong support for the U.S. Department of Agriculture's (USDA) recent decision to relocate the U.S. Forest Service (USFS) headquarters from Washington, D.C., to Salt Lake City, Utah, and to transition the agency to a state-based leadership model. This structural reset is an approach to federal land management that will greatly benefit our country's public lands, local economies, and the various federal and state agencies tasked with the stewardship of federal lands.

There are numerous benefits of relocating the Forest Service headquarters to Salt Lake City that will make a substantial impact. The USFS is responsible for 193 million acres of public lands across the nation. However, nearly 90% of these lands are located west of the Mississippi River. Placing the agency's top leadership closer to the landscapes they manage — and the communities that depend on them — will inherently improve mission delivery and ensure employees have a better understanding of on-the-ground conditions and needs.

The proposed state-focused management approach simplifies the chain of command, strengthens federalism, and empowers field leaders to make more calculated decisions regarding forest health, wildfire suppression, livestock grazing, and growing recreation demands specific to the management areas. Additionally, states are likely to see a significant reduction in bureaucratic delays.

Salt Lake City offers modernized work facilities with less costly building and maintenance expenses, proximity to an international airport that is one of the most convenient and efficient in the world, a family-focused way of life, and a reasonable cost of living. Relocating to Utah gives nearly 250 federal employees the chance to benefit from the Utah way of life and enjoy the vast landscapes they manage. Most Utahns are within a 20-30 minute drive from a National Forest experience. For states like Utah — which boasts a $9.7 billion outdoor recreation economy supporting roughly 75,000 jobs — bringing agency leadership westward provides faster engagement for businesses dependent on access to national forests for recreation, grazing, and timber.

Conversely, should this relocation and reorganization fail to occur, the potential losses and negative impacts to various agencies and the country would be profound.

The agency would lose a critical opportunity to modernize and streamline its own operations and the ability to locally explore essential hands-on opportunities with Utah's land grant institution, Utah State University. The USFS would remain in a distant Washington, D.C.-centric bureaucracy, disconnected from the western communities facing the most severe wildfire and forest health challenges. The agency would also forfeit anticipated taxpayer cost savings on facility maintenance and miss out on the potential recruitment benefits and talent offered by a more affordable western headquarters.

State agencies stand to lose unprecedented opportunities for synergy and localized collaboration. For example, in January 2026, the state of Utah finalized a 20-year cooperative agreement with the USFS to increase state involvement in managing logging, livestock grazing, recreation, and forest restoration. Western-centralized headquarters allows for these state and federal level partners to effectively engage and execute such agreements at a landscape scale level with on-the-ground assessments.

Maintaining the current organizational structure continues to marginalize western stakeholders, leaving local and county governments to navigate a distant federal apparatus. But more importantly, the country as a whole is harmed when a federal agency is disconnected from the issues and people most impacted by its work and decisions. This disconnect stalls proactive forest management and suppresses rural economic opportunities tied to timber producers, agricultural needs, and proactive land management, including wildfire suppression and forest health.

In conclusion, relocating the Forest Service headquarters to Salt Lake City is a well thought out approach to modern land management. Moving the agency's top decision-makers into the vast acres of the landscapes they manage creates a better understanding and a sense of pride and ownership for the work they do. This also leads to greater efficiencies and collaboration for all.

Sincerely,

Spencer J. Cox
Governor
State of Utah