# EXHIBIT 10

# United States Department of Agriculture

# FY 2026 Staffing Plan

**As of December 21, 2025**

DRAFT

## SECTION 1: STRATEGIC HIRING COMMITTEE

In accordance with Executive Order 14356, the United States Department of Agriculture (USDA) is committed to implementing strategic hiring practices that enhance accountability, reduce inefficiencies, and ensure that staffing decisions directly support mission-critical functions that directly align with the priorities of the Administration. Through our Strategic Hiring Committee, USDA will prioritize roles that advance national security, public safety, and agricultural resilience, while maintaining compliance with the Merit Hiring Plan

**Table A: Strategic Hiring Committee**

| Name | Title | Political? (Yes/No) | Email |
|---|---|---|---|
| Stephen Vaden (Chair) | Deputy Secretary | Y | Stephen.Vaden@usda.gov |
| Kailee Buller | Chief of Staff | Y | Kailee.Buller@usda.gov |
| Jennifer Tiller | Chief of Staff to the Deputy Secretary | Y | Jennifer.Tiller@usda.gov |
| Brian Mizoguchi | Deputy General Counsel | Y | Brian.Mizoguchi@usda.gov |
| Devon Westhill | Assistant Secretary for Civil Rights | Y | Devon.Westhill@usda.gov |
| Scott Hutchins | Undersecretary, REE | Y | Scott.Hutchins@usda.gov |
| Mary Pletcher Rice | Acting Principal Deputy Assistant Secretary for Administration | N | Mary.PletcherRice@usda.gov |
| (Designated NRE Political) | Deputy Undersecretary, NRE | Y | (TBD) |
| Michael Watson | Administrator, APHIS | N | Michael.T.Watson@usda.gov |
| Christopher Nelson | Acting Director, OBPA | N | Christopher.Nelson@usda.gov |
| *Executive Secretariat* Deedra Fogle | Acting CHCO | N | Deedra.Fogle@usda.gov |

## SECTION 2: EXECUTIVE SUMMARY

USDA is a large agency comprised of eight mission areas and fourteen staff offices. With employees located throughout the United States and territories, and countries across the globe, USDA plays a vital role in safeguarding the nation's food supply, supporting rural economies, promoting sustainable agriculture, and ensuring nutrition and food security for all Americans. USDA's workforce mirrors the breadth of USDA's mission and is comprised of highly skilled occupations such as veterinarians and animal and plant researchers to lower-graded technician positions.

At the start of FY 2026, USDA had over 93,000 employees onboard, following the significant loss of over 15,000 employees to the Deferred Resignation Program and other workforce optimization initiatives. The workforce is comprised of 76.9% permanent employees, 6.4% non-permanent/temporary employees, 9.2% FSA County employees and 7.5% FSA State and County Committee members. USDA historically onboards a heavy seasonal workforce associated with activities performed primarily from the Spring to Fall, including wildland firefighters, commodity grading, forest trails and campground maintenance, timber harvesting and wildlife monitoring. The average number of temporary hires to meet the seasonal workload demands is approximately 11,000 employees. The seasonal workforce is a critical component of USDA's successful mission delivery and encompasses roles foundational to achieving Presidential priorities and statutory obligations for public safety and economic security. Significant offboarding of the temporary workforce begins in mid-July, varying across the US; therefore, September 30 onboard counts do not provide the full picture of USDA workforce requirements.

Throughout FY 2026, USDA will continue to focus large-scale hiring around positions that directly support our public safety and national security requirements-similar to hiring in FY 2025. Additional hiring will occur at a much smaller scale to support current and emerging Presidential priorities and statutory requirements, such as the $12 billion Farmer's Bridge Payment Program and the $700 million Regenerative Pilot Program aligned to the Make America Healthy Again (MAHA) priority. Other existing gaps in the workforce will be addressed through small-scare hiring to fill critical skills and through reorganization and consolidation to achieve the goals of workforce optimization. As we implement the reorganization, we may need to backfill positions currently occupied by employees who choose not to relocate. We anticipate gaining efficiencies through consolidation of some common and business functions, such as civil rights, Freedom of Information Act (FOIA), information technology, human resources, contracting, and leasing. USDA anticipates a significant level of hiring targeted toward current USDA employees to support efforts to effectively realign our workforce to the most critical needs. Vacancy announcements will clearly note the area of consideration as open to USDA employees.



CONFIDENTIAL – ATTORNEY'S EYES ONLY 

**PRE-DECISIONAL/DELIBERATIVE**
**USDA Staffing Plan**






CONFIDENTIAL – ATTORNEY'S EYES ONLY 

## Staffing and Services Contract Projections Summary

### Table B: Staffing Plan by Office

| | 9/30/25 | | | 9/30/26 | | | | % Change vs. 9/30/25 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Office | Pro Forma FTE[1] | CTR[2] | CTR Spend[3] ($) | FTE | CTR | CTR Spend[4] ($) | FY26 Enacted Budget Headcount*** | FTE | CTR | CTR Spend |
| **Departmental Administration** | **381** | **662** | **108.7M** | **381** | **662** | **108.7M** | **381** | **0%** | **NC** | **NC** |
| **Staff Offices** | **3,033** | **2,453** | **748.6M*** | **3,061**** | **2,451** | **748.6M*** | **3,061** | **0.9%** | **0%** | **0%** |
| OASCR | 101 | 14 | 4.7M | 101 | 14 | 4.8M | 101 | 0% | NC | NC |
| OBPA | 37 | 0 | 3.2M | 37 | 0 | 3.3M | 37 | 0% | NC | NC |
| OC | 30 | 0 | 4.7M | 30 | 0 | 4.7M | 30 | 0% | NC | NC |
| OCE | 50 | 0 | 6.5M | 50 | 0 | 6.5M | 50 | 0% | NC | NC |
| OCFO | 760 | 233 | 40M | 760 | 231 | 40.0M | 760 | 0% | NC | NC |
| OCIO | 1,268 | 2,005 | 660.6M | 1,268 | 2,005 | 660.6M | 1,268 | 0% | NC | NC |
| OGC | 218 | 89 | 15.2M | 246 | 89 | 15.2M | 246 | 13% | NC | NC |
| OHA | 53 | - | - | 53 | - | - | 53 | 0% | NC | NC |
| OIG | 373 | 110 | 9.2M | 373 | 110 | 9.2M | 373 | 0% | NC | NC |
| OPPE | 28 | - | - | 28 | - | - | 28 | 0% | NC | NC |
| OSEC | 115 | 2 | 3.1M | 115 | 2 | 3.2M | 115 | 0% | NC | NC |
| **FNCS** | **1,250** | **773** | **90.2M** | **1,250** | **773** | **90.2M** | **1,250** | **0%** | **NC** | **NC** |

**PRE-DECISIONAL/DELIBERATIVE**
**USDA Staffing Plan**

| Office | 9/30/25 | | | 9/30/26 | | | | % Change vs. 9/30/25 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Pro Forma FTE[1] | CTR[2] | CTR Spend[3] ($) | FTE | CTR | CTR Spend[4] ($) | FY26 Enacted Budget Headcount*** | FTE | CTR | CTR Spend |
| **Food Safety** | **7,621** | **123** | **15.9M** | **7,971** | **89** | **13.1M** | **7,971** | **4.6%** | **-27.6%** | **-17.7%** |
| **FPAC** | **29,045** | **1,785** | **276.6M** | **30,087** | **1,785** | **276.6M** | **30,087** | **3.6%** | **NC** | **NC** |
| FBC | 1,083 | 1,364 | 208.4M | 1,083 | 1,364 | 208.4M | 1,083 | 0% | NC | NC |
| FSA | 2,651 | 36 | 11.8M | 3,033 | 36 | 11.8M | 3,033 | 14% | NC | NC |
| FSA County | 15,518 | - | - | 16,163 | - | - | 16,163 | 4% | NC | NC |
| NRCS | 9,431 | 357 | 55.3M | 9,431 | 357 | 55.3M | 9,431 | 0% | NC | NC |
| RMA | 362 | 28 | 1.1M | 377 | 28 | 1.1M | 377 | 4% | NC | NC |
| **MRP** | **10,448** | **2,333** | **189.4M** | **11,448** | **2,333** | **189.4M** | **11,448** | **9.6%** | **NC** | **NC** |
| AMS | 3,690 | 891 | 15.4M | 3,690 | 891 | 15.4M | 3,690 | 0% | NC | NC |
| APHIS | 6,758 | 1,442 | 174M | 7,758 | 1,442 | 1734M | 7,758 | 14.8% | NC | NC |
| **NRE – Forest Service** | **31,853** | **1,183** | **3,168.6M** | **29,853** | **1,183** | **3,168.6M** | **29,583** | **-6%** | **NC** | **NC** |
| **RD** | **3,180** | **1,067** | **203.3M** | **3,500** | **1,262** | **231.2M** | **3,500** | **10%** | **18.3%** | **13.7%** |
| **REE** | **6,201** | **3,125** | **311.5M** | **6,501** | **3,142** | **280.9M** | **6,501** | **4.8%** | **0%** | **-9.8%** |
| ARS | 5,175 | 2,752 | 301M | 5,475 | 2,752 | 270M | 5,475 | 5.8% | NC | NC |
| ERS | 209 | 10 | 679K | 209 | 10 | 700K | 209 | 0% | NC | NC |
| NASS | 517 | 310 | 9.2M | 517 | 310 | 9.5M | 517 | 0% | NC | NC |
| NIFA | 300 | 53 | 656K | 300 | 70 | 11.5M | 300 | 0% | NC | NC |

**PRE-DECISIONAL/DELIBERATIVE**
**USDA Staffing Plan**

| | 9/30/25 | | | 9/30/26 | | | | % Change vs. 9/30/25 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Office | Pro Forma FTE[1] | CTR[2] | CTR Spend[3] ($) | FTE | CTR | CTR Spend[4] ($) | FY26 Enacted Budget Headcount*** | FTE | CTR | CTR Spend |
| TFAA-FAS | 561 | 70 | 11.5M | 561 | 70 | 8.9M | 561 | 0% | 0% | -22.9% |
| **Agency Total** | **93,573** | **13,574** | **5,124.3M** | **94,613** | **13,739** | **5,116.1M** | **94,613** | **1.1%** | **1.2%** | **-0.2%** |

*Includes $1.4M and $1.5M, respectively, of small contracts covering sub-units from multiple staff offices
**Includes funding through reimbursable agreements.
***Includes projection for NRE/Forest Service. Also includes reimbursable/fee-based employees.
[1] Number of employees after accounting for pending departures such as DRP participants who are still on payroll today. This is the number of filled positions today – budgeted, vacant positions would be excluded. Pro Forma FTE is PP19-2025 ending 10/4/25
[2] Reflects the number of contractors with building or computer system access. USDA does not have a mechanism to track all active contractors on every USDA contract and is not required to do so by the Federal Acquisition Regulation. Reflects the number of contracts, as partial versus full-time contractor employees are not tracked in any USDA systems.
[3] Total annual spend on service contracts at USDA, based on product service codes (PSCs). USDA systems do not separately track contractor employee costs from other service contract costs, such as materials, travel, etc.
[4] USDA completed an extensive exercise in FY 2025 to right-size its contracting portfolio. Therefore, few additional decreases are anticipated in FY 2026 as the remaining contracts have been deemed mission essential.

## Employee Hiring and Attrition Summary

In FY 2026, Quarter 1, USDA onboarded 432 new hires. The primary focus of these hiring actions has been on job series related to national security and public safety to ensure sufficient personnel are available to carry out those functions critical to the safety and security of the American people, our National Forests, the inspection and safety of the Nation's agriculture, and the food supply system. The annual hiring projections are captured immediately below. USDA projects a nominal net gain to the workforce associated with increased capacity required to carry out Presidential priorities targeted at protecting Americans and our food supply and delivering support to rural communities. Hiring in most agencies is expected to result in no net gains to the workforce by the end of FY 2026, focusing on maintaining capacity by hiring at the rate of expected attrition and realigning the workforce to address the most critical priorities.



CONFIDENTIAL – ATTORNEY'S EYES ONLY 

**PRE-DECISIONAL/DELIBERATIVE**
**USDA Staffing Plan**

**Table C: Employee Plan**

| Employee Plan | Number | % Change vs. 9/30/25 PF |
|---|---|---|
| **9/30/25 FTE** | **108,082** | |
| (-) Pending departures (DRP or RIF) | 14,509 | |
| **9/30/25 Pro Forma (PF) FTE*** | **93,573** | |
| (+) New Hires related to Presidential priorities and focus areas (as indicated by EOs)** | 9,590 | |
| (+) New Hires to fulfill statutory obligations | 1,491 | |
| (+) New Hires in technology/STEM areas | 84 | |
| (+) New Hires in other mission-critical areas | 3,312 | |
| (+) New Hires in non-Presidential/non-statutory/non-technology/STEM/non-mission critical areas | 1,241 | |
| (+) Hires to replace contractors | 5 | |
| ***Subtotal: Planned FTE Additions*** | **15,723** | |
| (-) Regular attrition (i.e., left the agency, retired) *** | (11,353) | |
| (-) Performance Management (involuntary attrition for reasons including performance, misconduct, and mini-DRPs and other negotiated departures) | (930) | |
| (-) Attrition from RIF | - | |
| (-) Attrition from DRP | - | |
| (-) Other reductions** | (2,400) | |
| ***Subtotal: Planned FTE Reductions*** | **(14,683)** | |
| **9/30/26 FTE** | 94,613 | 1.1% |

*Includes 6,941 FSA State and County committee members
**Includes an estimate of 2,000 positions related to implementation of USDA's reorganization.
***Regular attrition = 5,935 permanent losses and 5,418 non-permanent losses which are typically rehired and attritted annually

DRAFT



CONFIDENTIAL – ATTORNEY'S EYES ONLY

## Services Contracts Forecast

Working with the Department of Government Efficiency (DOGE), USDA reviewed all existing contracts and cancelled or reduced spending on a significant number. Those remaining were determined as essential to program and service delivery as an efficient and effective use of government resources. USDA plans only a nominal reduction in current services contracts throughout FY 2026 but continues to explore options for further reduction through automation and/or process re-engineering.

**Table D: Contractor Plan (Number and Spend)**

| Contractors (Services) Plan | Number[1] | % Change vs. 9/30/25 | Spend[2] | % Change vs. 9/30/25 |
|---|---|---|---|---|
| **9/30/25 full-time equivalent contractors** | **13,574** | | **$5,124.3M** | |
| (+) New contractors | Not Available / Submission of this data is not contractually required | | | |
| (-) Contractors eliminated | Not Available / Submission of this data is not contractually required | | | |
| (-) Contractors where function moved in-house | Not Available / Submission of this data is not contractually required | | | |
| **9/30/26E CTR** | **13,739** | **+1.2%** | **$5,116.1M** | **-0.2%** |

[1] Reflects the number of contractors with building or computer system access. USDA does not have a mechanism to track all active contractors on every USDA contract and is not required to do so by the Federal Acquisition Regulation. Reflects the number of contracts, as partial versus full-time contractor employees are not tracked in any USDA systems.

[2] Total annual spend on service contracts at USDA, based on product service codes (PSCs). USDA systems do not separately track contractor employee costs from other service contract costs, such as materials, travel, etc.

**Table E: Contractor Spend Detail**

| Contract (Services) Plan | PSC | FY 25 Spend | FY 26 Forecast |
|---|---|---|---|
| Support (Professional/Management/Administrative) | R | $588.7M | $612.0M |
| IT and Telecommunication Services | D | $1,086.0M | $1,077.5M |
| Social | G | $1.1M | $1.1M |

DRAFT

| Contract (Services) Plan | PSC | FY 25 Spend | FY 26 Forecast |
|---|---|---|---|
| Special Studies/Analysis Not R&D | B | $38.2M | $37.9M |
| Natural Resources Management | F | $2,114.6M | $2,100.1M |
| Technical Representative | L | $0.3M | $0.3M |
| Education/Training | U | $19.9M | $18.9M |
| All Other Services Contracts | | $1,275.5M | $1,268.1M |
| **Total Services Contracts** | | **$5,124.3M** | **$5,116.0M** |

## NATIONAL SECURITY AND PUBLIC SAFETY HIRING

USDA has thousands of positions supporting national security and public safety. These responsibilities are predominantly carried out by the Department's front-line workforce to include over 11,000 firefighters and incident support personnel. In addition, there are thousands of food and consumer safety inspectors, employees performing response operations to combat Highly Pathogenic Avian Influenza (HPAI), New World Screwworm, and other pest and disease research and eradication efforts that protect Americans and our food supply on a daily basis. USDA's national security and public safety positions were articulated in the Secretary's Memorandum 1078-008, dated April 22, 2025. The memorandum is included as an attachment (Attachment 1). USDA will continue hiring in FY 2026 at the same or slightly elevated levels to those seen in FY 2025 with the exception of APHIS where hiring is expected to increase at a greater level. During FY 2026, the Forest Service will complete transition to the new Wildland Fire Management occupational series, which will result in a shift from hiring almost exclusively in the GS-0462 series to hiring positions in the GS-0456 series. Although not specifically highlighted in the Secretary Memorandum, USDA also considers positions supporting the National Bio and Agro-defense Facility (NBAF) critical to national security and public safety.

**Table F: National Security, Immigration Enforcement, and Public Safety Positions**

| Office | Position | Occupational Series |
|---|---|---|
| APHIS, ARS, FS, FSIS | Safety and Occupational Health Specialist | 0018 |
| APHIS | Environmental Protection Specialist | 0028 |
| APHIS, ARS, DA | Security Specialist | 0080 |
| APHIS, DA, FS | Emergency Management (All Titles) | 0089 |

| Office | Position | Occupational Series |
|---|---|---|
| DA | Intelligence Analyst | 0132 |
| APHIS | Geographic Information Specialist | 0150 |
| APHIS | Document/Permit Examiner, Import and Export | 0301 |
| FS | Fire Chemicals Program Manager | 0301 |
| FS | Fire Training Specialist | 0301 |
| FS | All Firefighter Retirement Covered Positions | 0301 |
| FS | Incident Business Management Specialist | 0301 |
| APHIS | Natural Resources Mgmt & Biological Sciences (Public Safety/Inspection Function Positions) | 0401 |
| FS | All Firefighter Retirement Covered Positions | 0401 |
| APHIS | Biological Science Technician (Public Safety/Inspection Positions) | 0404 |
| APHIS | Zoologist | 0410 |
| APHIS | Entomologist | 0414 |
| APHIS | Plant Protection & Health (All Titles) | 0421 |
| APHIS | Botanist | 0430 |
| APHIS | Plant Pathologist | 0434 |
| FS | Wildland Firefighter | 0456 |
| FS | Wildland Firefighter, Forestry Technician (All Firefighter Retirement Covered Positions) | 0462 |
| APHIS | Wildlife Biologist | 0486 |
| APHIS, FSIS | Industrial Hygiene and Safety | 0690 |
| APHIS, FSIS | Veterinarian (All Titles) | 0701 |
| APHIS | Animal Health Technician (All Titles) | 0704 |
| FS | Electronics Technicians | 0856 |
| APHIS, FS, FSIS | Contract Specialists (Food and Emergency Response) | 1102 |
| AMS | Agriculture Commodity Series | 1147 |
| ARS, APHIS, FS | Physical Scientist | 1301 |
| APHIS, FS | Equipment Specialist, Aircraft and Fire | 1670 |
| APHIS | Training Specialist (Agriculture Inspections and Canine Trainers) | 1712 |
| AMS, APHIS, FSIS, DA | Inspection, Investigation, Enforcement and Compliance (All Titles) | 1801 |
| APHIS, FSIS | Investigator/Inspector | 1810 |

| Office | Position | Occupational Series |
|---|---|---|
| FS, OIG | Criminal Investigator, Supervisory Criminal Investigator | 1811 |
| APHIS, FS | Aviation Safety Inspector -Airworthiness and Avionics | 1825 |
| AMS | Warehouse Examiners | 1850 |
| FSIS | Consumer Safety Inspector | 1862 |
| FSIS | Food Safety Inspector | 1863 |
| AMS, ARS, APHIS, FS | Supply Management Specialist | 2003 |
| APHIS, FS | Aviation Officer (All Titles) | 2101 |
| FS | Dispatcher | 2151 |
| APHIS, FS | Aircraft Operations (All Titles) | 2181 |
| APHIS, OCIO, FSIS | IT Specialist (Cybersecurity) | 2210 |
| AMS, ARS, APHIS, FS | Laborer | 3502 |
| APHIS | Laboratory Worker | 3511 |
| APHIS | Tree Climber | 5001 |
| FS | Animal Packer | 5001 |
| APHIS | Insects Production Worker | 5031 |
| APHIS | Animal Caretaker | 5048 |
| FS | Fire Engineering Equipment Operator | 5716 |
| FS | Packer | 7002 |
| APHIS, FS | Aircraft Mechanic | 8852 |
| APHIS, ARS, FS, FSIS | Safety and Occupational Health Specialist | 0018 |
| APHIS | Environmental Protection Specialist | 0028 |
| APHIS, ARS, DA | Security Specialist | 0080 |

DRAFT

## SECTION 3: WORKFORCE PLANNING FACTORS

### HIRING PROJECTIONS AND ALIGNMENT

USDA agencies exist and support the American public in alignment with a host of statutory enactments and Presidential priorities. In addition to ongoing hiring of positions that deliver on national security and public safety commitments, USDA plans some level of external hiring for the agencies identified below. The majority of hiring across USDA is expected to result in no net gain, and is targeted to offset expected attrition and necessary to maintain and bolster existing capacity and capability. USDA expects significant internal hiring to effectively realign and reallocate the existing workforce to the most critical priorities, however, the exact roles and volume will be determined as USDA finalizes its reorganization plans. Where hiring is targeted toward the current internal workforce, USDA will strive to ensure vacancy announcement language is clear regarding the area of consideration. As additional priorities and requirements emerge, USDA will update our hiring plan.

USDA uses a robust suite of human capital analytics tools and dashboards to assess workforce demographics, retirement eligibility, turnover rates, and vacancy trends. These tools enable predictive modeling of future staffing gaps based on attrition, retirements, and evolving skill requirements. Each Mission Area incorporates environmental factors — such as program demand, geographic service needs, and statutory changes — into its staffing plans. In coordination with the Secretary's Office, USDA Staff Offices and the eight Mission Areas reviewed historical staffing data and funding allocations to develop and approve FY 2026 organizational structures and staffing plans.

| USDA Departmental Administration and Staff Offices |
|---|
| Hiring in these areas will result in nominal to no net gains. In fact, through workforce optimization initiatives, these organizations may end FY 2026 with reduced employee counts where attrition outpaces gains. USDA must advance several executive leadership positions lost to separations, as well as restaff critical attorney positions in the **Office of General Counsel** to support increased policy making, strategy development and litigation requirements. Some positions will be hired to bolster significant gaps in the contracting and leasing workforce; however, most will be addressed through internal USDA movement. Nominal hiring for IT specialists and IT-focused program and project management will occur in the **Office of the Chief Information Officer** (OCIO) to advance the President's Management Agency and the Executive Order (EO): Accelerating Federal Use of AI through Innovation, Governance, and Public Trust. Nominal hiring will also occur within the **National Finance Center** (NFC) to ensure ongoing payroll, personnel, benefits and insurance processing for 150+ federal agencies, including DOJ and DHS, serving over 600,000 employees. |



CONFIDENTIAL – ATTORNEY'S EYES ONLY

| Food, Nutrition and Consumer Services (FNCS) – Food and Nutrition Service (FNS) |
|---|
| **FNS** does not anticipate hiring in FY2026 unless mission critical vacancies occur. |
| Food Safety – Food Safety Inspection Service (FSIS) |
| The **FSIS** mission aligns with the Presidential priorities for public health and food safety, and the following statutes: Federal Meat Inspection Act, Poultry Products Inspection Act, and the Egg Products Inspection Act, which mandate inspection and regulation to ensure meat, poultry, and egg products are safe, wholesome, and accurately labeled. The Humane Methods of Slaughter Act requires humane handling and slaughter of livestock. These laws give FSIS authority for plant sanitation, record-keeping, and enforcement against adulterated/misbranded products, preventing unsafe food from reaching consumers. FSIS must inspect every carcass and facility shift in over 7,000 establishments, with increasing demand. FSIS will continue large-scale hiring to maintain essential staffing levels for food inspection. Staffing ensures compliance, consumer safety, and uninterrupted food supply chains.<br><br>FSIS staffing is directly tied to industry activity. When facilities open or expand, FSIS must respond with appropriate inspection personnel. Conversely, staffing is reduced when facilities close or modernize. Inspectors and in-plant public health veterinarians are essential to maintaining inspection coverage across over 7,000 federally regulated establishments. FSIS uses multiple factors to determine staffing needs, including type of establishment, species and volume of animals, slaughter line speed and number, geographic location, and export certification requirements. A slaughter establishment may require 1–15 inspectors per line, per shift, while processing-only establishments may be covered by one inspector. A veterinarian must be assigned to every slaughter plant.<br><br>FSIS has been able to reduce its need for food inspectors for slaughter establishments that are able to opt into modernized inspection systems developed by the agency, including the New Poultry Inspection System, New Swine Slaughter Inspection System and Beef Modernization. Modernized systems require less food inspectors to provide coverage on a slaughter line. An establishment determines whether it can opt into a modernized system based on its facility's configuration, business need and capital available for upgrades. Not all slaughter establishments are able to modernize, especially small and very small establishments, which make up 90 percent of the establishments FSIS inspects. |
| Farm Production and Conservation (FPAC) – FPAC Business Center (FBC), Farm Service Agency (FSA)/FSA County (FSACO), Natural Resource Conservation Service (NRCS), Risk Management Agency (RMA) |
| **FPAC** provides farmers, ranchers, and landowners with risk management, conservation, and farm safety net programs, including crop insurance, conservation, lending, and disaster assistance, working to support all producers. The Business Center (FBC) established in President Trump's first term enhances the efficiency and effectiveness of FPAC programs and services by providing |

DRAFT

| |
|---|
| centralized administrative and financial management support. Hiring for the **FBC** will be nominal, primarily internal to USDA and focused on filling service delivery gaps. |
| **FSA** is anticipated to grow by 1,027 employees overall with FSA federal employees growing by 382 and **FSA County** employees growing by 645. FSA is critical to implementation of farmer support and disaster relief. Managing $20 billion in loans and $15 billion in disaster relief annually, skilled personnel, including field agents and loan officers, are crucial. An additional 3,000 temporary employees are needed for the $12 billion Farmer's Bridge Payment Program, starting in February 2026. The One Big Beautiful Bill Act (OBBBA) will increase reference prices for major commodities by 10-21% effective October 1, 2026. FSACO operates in alignment with the Farm Bill (H.R.2 - Agriculture Improvement Act of 2018), annual appropriations (H.R.5371 - Continuing Appropriations, Agriculture, Legislative Branch, Military Construction and Veterans Affairs, and Extensions Act, 2026) and various ad hoc disaster legislation (American Relief Act and the OBBBA - H.R.1 - An act to provide for reconciliation pursuant to title II of H. Con. Res. 14.)<br><br>FSA staffing levels must grow to address the increased workload forecast, especially the projected increases in direct and guarantee loans disbursements, supplemental disaster and economic assistance programs and a new Farm Bill. FSA subject matter experts provided average processing/cycle times to implement new legislation based on current ceiling levels as well as what areas and organizations may need the most assistance based on what is being projected in terms of the types of programs that are expected to continue and any new programs that may be needed to support farmers, ranchers and producers. |
| **NRCS** initially anticipates nominal hiring, but newly released initiatives will likely require a reassessment. NRCS supports farmers and landowners via field offices. With $15 billion in conservation funding annually, NRCS focuses on conservation planning and technical assistance. The NRCS Regenerative Pilot Program, launched in December 2025 with a $700 million investment, supports regenerative agriculture and aligns with the MAHA initiative. |
| **RMA** anticipates hiring to support the OBBBA Program Integrity provisions and other nominal hiring to cover mission critical positions. RMA was established under 7 U.S.C., overseeing the Federal Crop Insurance Corporation.<br><br>RMA hiring is focused on compliance. On average, an investigator spends approximately 500 hours performing statutorily required improper payment rate reviews, 800 hours of regulatory program integrity reviews, and 200 hours in support of mission critical investigations prompted by official hotline inquiries and other leadership directed lines of inquiry. The aggregate case load for national execution of all mission essential compliance operational functions represents a staff load of 68 compliance investigators at the journeyman level. RMA currently has 56 journeyman level compliance investigators (82%) on board and will begin to accrue a backlog if no additional personnel are added back to the current workforce. For Insurance Services (Regional Office work), one FTE completes 1,860 hours of work (10 paid holidays and 2 weeks' vacation average are subtracted from the yearly total). |

Insurance Services Regional offices have multiple functions required by statute (The Crop Insurance Act). The staff of each office have more responsibilities than those required by the Act but, for this purpose, only most statutory functions are captured:

- Underwriting—Crop insurance policy exception requests (Written Agreements, Determined Yields, etc.) For this function we estimate need for at least 38.5 FTEs
- WA 2025 (including MY's)—5,600 requests=50,000 hours = 27 FTE
- DY 1,500 -1,700 requests=7,500 hours=4 FTE
- Underwriting Reviews—45 policy reviews—10,000 hours=5.5 FTE
- Hybrid Seed reviews—4,000 hours; 2 FTE
- Good Farming Practices 508(a)(3)(B)—20 requests average= 4,000 hours = 2 FTE
- Crop Program Maintenance (Program Performance Review) 508(a),(i)–RMA reviews each crop program at least once every 6 years; in 2025, 27 crops reviewed; includes data analysis and producer engagement for recommendations for improvement and expansion; implementation of nearly 100 recommended improvements and 10 expansions into 11 states and 44 counties—all backed by data analysis =42,000 hours = 23 FTE
- Actuarial Mapping (T-Yield, rates, etc.)( 508(d)(1); 508(i)(2)—nearly all 2,000 actuarial rate maps are reviewed for accuracy, updated and refiled once every six years. In 2025, 300 maps were reviewed and updated. 291x45hrs/each=11,640hrs = 6.5 FTE
- Stakeholder engagement/outreach (including Beginning Farmer Rancher and Veteran Farmer Rancher) 524(a)(3); 33,000 hours = 18 FTE

**Marketing and Regulatory Programs (MRP) – Agricultural Management Service (AMS), Animal and Plant Health Inspection Service (APHIS)**

**AMS** hiring will focus on ongoing commodity and market related mission delivery. AMS identified the need to recruit 4 to 5 data analysts based on growing business demands across multiple program areas. For example, the Agency's use of AI technology in evaluating live cattle generates numerous data points that require advanced analytical support. AMS also administers several grant programs that collect substantial performance data, much of which is currently received in raw form. Enhanced analytical capacity will allow AMS to transform this information into actionable insights, tailor programs for greater effectiveness, and assess the outcomes of its investments. Additionally, AMS grades 100% of U.S. cotton, which also generates multiple data points. The ability to convert raw data points into meaningful, user-friendly visualizations is essential. Together, these needs substantiate the requirement for expanded data analytics staffing. AMS also identified the need for auditors and marketing specialists for the Federal Milk Marketing Order administration (MA Pay Plan). These positions are funded entirely by the dairy industry.

The **APHIS** mission is codified in 7 USC 116. APHIS expects to end FY 2026 with approximately 1,000 additional employees. This is due to five critical priorities: 1) Combating Highly Pathogenic Avian Influenza (HPAI); 2) Combating New World Screwworm; 3) Supporting airport safety; 4) Supporting agriculture quarantine inspections; and 5) Standing up the National Bio and Agro-Defense Facility (NBAF) in Manhattan, Kansas. The commissioning of NBAF is a high USDA priority as this state-of-the-art facility is a national asset that will help protect the nation's agriculture, farmers and citizens against the threat and potential impact of serious animal diseases. NBAF is the first facility in the United States with biosafety level (BSL)-4, or BSL-4, containment capable of housing large livestock. NBAF's BSL-4 containment laboratories require the highest level of safety protocols and equipment so scientists can safely study and diagnose a variety of high-consequence animal pathogens. ARS and APHIS will transfer their research and diagnostic missions from the Plum Island Animal Disease Center (PDAIC) to NBAF and will operate the facility jointly.

The comprehensive evaluation of skills and positions needed for the work in areas of emergency response to combat Highly Pathogenic Avian Influenza, New World Screwworm, and other plant and animal diseases is not easily quantifiable; however, given hours of historical workload and seasonal variations of work the numbers provided represent the agency's need in response to the public demand and statutory obligations for services, which has remained consistent or increased in specific response situations. In addition, APHIS is provided funding via cooperative service agreements and agricultural quarantine inspections which are demand-based services.

## Natural Resources and Environment (NRE) – Forest Service

The **Forest Service** expects to reduce the number of onboard employees by the end of FY 2026. Hiring will be focused on implementing the Executive Orders "Empowering Commonsense Wildfire Prevention and Response," "Immediate Measures to Increase American Mineral Production," and "Immediate Expansion of American Timber Production." To support implementation, Forest Service will hire approximately 2,000 seasonal temporary employees focused on non-fire Timber and Recreation requirements.

In addition, Forest Service to meet its public safety mission with ongoing hiring in Wildland Fire Fighting, Law Enforcement and Investigations, Avalanche Safety, Land Mobile Radio (Electronics Technician) and the associated support functions. Historically, the Forest Service requires approximately 11,300 primary Wildland Firefighters (WLFFs) each year to meet national readiness levels by June and July. This workforce is composed of both permanent and temporary employees at GS/GW grades 09 and below, and WG-10 and below. New accessions account for 4,500-5,000 positions annually depending on forecasted needs.

Forest Service staffing levels for areas identified to hire throughout FY 2026 are based on regular and recurring annual workload reports and reviews, and quarterly gap analysis that identify non-Fire Support positions required to support the Administration's

priorities. Hiring to fill identified gaps in Timber and Recreation were identified due to attrition over the past few years, impacting the need to provide presence within the forests for trail maintenance, education, research, timber sales, including sale preparation, surveying, and more. Once full year budgetary resources are known, the Forest Service may hire 1,000 temporary 0462, Forestry Technicians in Recreation during the 2nd quarter of FY 2026 to meet national demands; and another 1,000 temporary Timber positions in the 3rd or 4th quarter supporting emergency Timber production.

**Rural Development (RD)**

**RD**'s mission is foundational to the federal government's commitment to improving the economy and quality of life in rural America and directly aligns with the President's "America First" priorities. Through the delivery of essential programs spanning housing, community facilities, utilities, and business development, RD drives rural prosperity by investing in critical infrastructure, fostering economic growth, and promoting a high quality of life for the nearly one in five Americans who reside in rural areas. RD has wide-ranging statutory and delegated authorities required to carry out under the Consolidated Farm and Rural Development Act and the Department of Agriculture Reorganization Act of 1994, and support Executive Orders on Unleashing American Energy and Bringing Down Costs for Consumers. Services include loans, loan guarantees, and grants, administered largely by field staff working across the US. As part of the commitment to support the objective to "Leverage Technology to Deliver Faster, More Secure Services", RD is focused on finding the right balance of utilizing significant investments in technology services to consolidate and standardize systems while giving RD customers the service they deserve. RD anticipates a small increase to the overall workforce by the end of FY 2026 to address key Presidential priorities.

**Research, Education and Economics (REE) – Agricultural Research Service (ARS), Economic Research Service (ERS), National Agricultural Statistics Service (NASS), and National Institutes of Food and Agriculture (NIFA)**

**ARS** must fill key operational staff, facilities staff, scientific staff, scientific technicians, and in some cases Veterinarians and animal caretaker positions. The number and combination of employees at these locations varies based on the size and type of research being conducted. ARS research is authorized by the Department of Agriculture Organic Act of 1862 (7 U.S.C. 2201 note); Act of June 29, 1935 (7 U.S.C. 427); Agricultural Marketing Act of 1946, as amended (7 U.S.C. 1621 note); Food and Agriculture Act of 1977 (P.L. 95-113), as amended (7 U.S.C. 1281 note); Food Security Act of 1985 (P.L. 99-198) (7 U.S.C. 1281 note); Food, Agriculture, Conservation, and Trade Act of 1990 (P.L. 101-624) (7 U.S.C. 1421 note); Federal Agriculture Improvement and Reform Act of 1996 (FAIR) (P.L. 104-127); and Agricultural Research, Extension, and Education Reform Act of 1998 (P.L. 105-185). ARS derived most of its objectives from statutory language, specifically the "Purposes of Agricultural Research, Extension, and Education" set forth in Section 801 of FAIR. To support that obligation, ARS manages 90+ research locations across the country which conduct mission critical research in areas such as biological threats to U.S. agriculture via animal and plant pests and disease, genetics and product optimization, and technological advancements.

| |
|---|
| A significant staffing increase is required to stand up NBAF. NBAF is key as a replacement facility for the work being done at the Plum Island Animal Disease Center (PIADC). ARS and APHIS will transfer their research and diagnostic missions from the PDAIC to NBAF and will operate the facility jointly.<br><br>ARS' research locations vary greatly in size, scope, and complexity. staffing needs are based on the programs they support, which define how the agency provides agricultural solutions to American farmers. Staffing needs were determined for the following program areas: 1) Nutrition, Food Safety/Quality: Human Nutrition, Food Safety (animal and plant products), Product Quality and New Uses; 2) Animal Production and Protection: Food Animal Production, Animal Health, Veterinary, Medical, and Urban Entomology, Aquaculture; 3) Crop Production and Protection: Plant Genetic, Plant Diseases, Crop Protection and Quarantine, and Crop Production; 4) Natural Resources and Sustainable Agricultural Systems: Water Availability and Watershed Management, Soil and Air, Gras, Forage, and Rangeland Agroecosystems, and Sustainable Agricultural Systems Research.<br><br>There is great variation in location staffing based on the type of work and nature of the facilities needed to support the research programs. Generally, a research Management Unit is comprised of a Supervisory Research Leader, one scientific support technician for each researcher, and 3 operational support staff that oversee budget, local purchase card purchasing, property, and extramural and interagency agreements. Locations that are comprised of a single, smaller research Management Unit may share research operations support staff and therefore have lower operational support staffing levels. As locations increase in size and complexity, they require additional operational support. This may include additional staff to support the functions. Locations in ARS-owned facilities require facilities management staff involved with maintaining and managing those facilities. This includes any plant or farm operations, and plant and animal care and management. The larger ARS centers are led by a Center Director who oversees four or more research Management Units. Many operational support functions are consolidated into the Center Director's office for the purpose of efficiency. The largest centers may also have dedicated facilities units and animal care units. Typical positions encompass occupations covering many specialties. |
| **ERS** expects nominal hiring. It operates in alignment with 7 CFR 3700.1 and was originally established in 1961 under the authority of the Agricultural Marketing Act of 1946 (7 U.S.C. 1621-1627), was reestablished as an agency of the U.S. Department of Agriculture of September 30, 1981 (46 FR 47747), in response to Secretary's Memorandum 1000-1 of June 17, 1981, entitled "Reorganization of Department." The mission of ERS is to provide economic and other social science information and analysis for public and private decisions on agriculture, food, natural resources, and rural America. Its primary customers are USDA policy officials and program administrators, the Office of the White House, Congress, and environmental, consumer, and rural public interest groups, including farm groups and industry. ERS Administrator is delegated authorities at 7 CFR § 2.67 pursuant to 7 CFR 2.21. |

| |
|---|
| **NASS** hires are essential to maintain baseline operational capacity and ensure continued delivery of high-quality agricultural statistics in support of U.S. agriculture and federal policy priorities in public safety, economic resilience, and environmental monitoring. NASS fulfills statutory obligations under the Agricultural Marketing Act of 1946 and the Census of Agriculture Act of 1997, which mandate the collection and dissemination of agricultural data to inform public and private decision-making. NASS supports a mission-critical function of the U.S. Department of Agriculture: to provide timely, accurate, and useful statistics in service to U.S. agriculture. Identified hiring is focused on strengthening NASS's data products, including over 450 annual statistical releases covering more than 120 crops, 45 livestock items, and 12 major economic and environmental categories. These are foundational to national food security, economic planning, and environmental stewardship. These outputs also include the Census of Agriculture and numerous reimbursable surveys that support other federal and state agencies.<br><br>NASS staffing needs were determined by conducting a workload-based analysis aligned with the guidance in Executive Order 14356. This analysis considered: the volume and complexity of data products produced annually (over 450 statistical releases and the Census of Agriculture); the number of surveys conducted (over 400 annually); the time and expertise required for data collection, analysis, and publication; and the need to maintain data quality, timeliness, and coverage across all agricultural sectors. The result of this analysis showed that, current staffing is insufficient to sustain the existing data production schedule. The projected hires are essential to restore baseline operational capacity and ensure continued delivery of high-quality agricultural statistics in support of U.S. agriculture and federal policy priorities. |
| **NIFA** anticipates nominal hiring. NIFA is codified in section 7511(f)(2) of the Food, Conservation, and Energy Act of 2008 (FCEA) amended the Department of Agriculture Reorganization Act of 1994 (7 U.S.C. 6971) by establishing the National Institute of Food and Agriculture (NIFA). In compliance with the act, on October 1, 2009, all authorities administered by the Administrator of the Cooperative State Research, Education, and Extension Service were transferred to the NIFA Director. The Act specifies Capacity and infrastructure programs, certain Competitive programs, and other programs related to scientific research that NIFA must administer. Through three main federal-funding mechanisms, NIFA supports programs that address key national challenges. NIFA has a statutory obligation to invest in and advance agricultural research, education, and extension to solve agricultural challenges. |
| **Trade and Foreign Agricultural Affairs (TFAA) – Foreign Agricultural Service (FAS)** |
| **FAS** hiring is aligned with the USDA Secretary's five-point trade plan and three-point plan to support American agricultural producers and exporters. Focus areas of the five-point trade plan include: 1) expanding market access; 2) supporting American farmers; 3) promoting international trade; 4) restoring rural prosperity; and 5) providing financial relief. Initiatives included in the three-point plan to support American producers and exporters include: 1) launching the America First Trade Promotion Program; 2) deploying Trade Reciprocity for US Manufacturers and Producers (T.R.U.M.P); and 3) revitalizing export finance opportunities. |

DRAFT

USDA anticipates net neutral hiring within FAS in FY 2026, with intention to grow by 50% in several job series (e.g., International Trade Specialist) into FY 2027 associated with mission transfer originally aligned with USAID.

DRAFT

## SECTION 4: WORKFORCE OPTIMIZATION PLANS

### REORGANIZATION, EFFICIENCY AND MODERNIZATION

USDA conducted a thorough review of programs, contracts and agreements to modify or eliminate those not aligned with statutory mandates and Presidential priorities. The review was guided by issued Executive Orders as well as FY 2026 and FY 2027 budget priorities and forecasts, and informed decisions about organizational restructuring, resource allocation, and staffing prioritization. Between January and November 2025, USDA reduced its workforce by 17% through regular attrition and major workforce shaping initiatives, such as DRP. The strategic reduction of the workforce and contracts aligns with USDA's larger goals to streamline operations, capitalize on efficiencies and ensure existing staff are realigned to support the most critical mission priorities and Presidential goals. The attached Secretary Memorandum 1078-015, titled, "Department of Agriculture Reorganization Plan" (Attachment 2), was signed by Secretary Brooke Rollins on July 24, 2025, and provides the overarching intentions of USDA to effect workforce optimization goals through reorganization. The reorganization plan is founded on the following four principles: 1) Ensure the Size of USDA's Workforce Aligns with Financial Resources and Priorities; 2) Bring USDA Closer to Its Customers by Relocating Resources Outside of the National Capital Region; 3) Eliminating Management Layers and Bureaucracy; and 4) Consolidate Support Functions.

USDA's extensive contracting review highlighted a surprising degree of reliance on non-Federal employees to get work done. Following the contract reviews, many contracts for "services" were cancelled, ensuring those that remain fulfill a critical need for USDA. For example, some work is better performed by a contractor where the work is seasonal and consists of high-volume, repetitive activities; a determination was made a contract is more cost-effective than hiring to the level needed to support the seasonal work. USDA continues to look for opportunities to reduce our reliance on an extensive contracting workforce and increase the capability and productivity of employees through other mechanisms.

USDA also identified substantial potential to continue work to identify opportunities and capitalize on modern technology to improve employee effectiveness and efficiency and reduce the overall resource needs required of USDA to deliver on expectations across a highly diverse and complex mission. Key focus areas are improving integration for currently disparate systems, migrating to cloud-based infrastructure, deploying collaboration tools, leveraging data analytics, and streamlining IT service management—all to provide opportunity to reduce the burden on the workforce for more effective distribution of resources and improve service delivery to the American public. The Office of the Chief Information Officer is charged with developing a strategic vision and leading implementation for IT modernization across USDA.



DRAFT

## PERFORMANCE MANAGEMENT

USDA currently operates on a two-level performance management system for its General Schedule and Wage Grade employees (non-executive employees). USDA was previously under a five-level system. The decision to move to a two-level system was made during President Trump's first term and was in direct response to inflated performance ratings. As a result, USDA employees already have adjusted to a "fully successful" as an acceptable rating. USDA employees do not receive performance awards and any awards are tied to individual achievements.

USDA is currently developing a plan to move to a three-level performance management system and will implement the system concurrently with USDA's implementation of USAPerformance. USDA is already engaged with OPM on its implementation plan. The three-level performance management system will be in effect for FY 2027. In alignment with Executive Order 14284 on transforming federal performance management and accountability, USDA is implementing a structured, multi-faceted strategy to improve the management of low-performing employees. This approach emphasizes accountability, fairness, and support, and includes the following key components:

- Agencies are enhancing supervisor authority and providing targeted training on disciplinary and adverse actions.
- Supervisors will receive annual refreshers and new training modules, including OPM's "Performance Management for Supervisors," to help them identify issues early, deliver feedback, and take timely action.
- Agencies have transitioned to utilizing the 30-day demonstration opportunities to assess improvement, with removal or demotion as a consequence if performance does not improve.

## SECTION 5: HIRING AND RECRUITMENT PLANNING

| EARLY CAREER HIRING |
|---|
| USDA is committed to leveraging early-career programs to build a robust and capable workforce across its various agencies. Below are key highlights of these efforts:<br>• Set goals to meet early career hires and utilization of available programs<br>• The Malak Scholars program targets veterinarian students before graduation, ensuring a commitment to serve FSIS post-graduation |

- Development of a recruitment "toolbox" to assist hiring managers.
- Use of Pathways programs, 1890 Scholars, and university partnerships to recruit early-career hires. Leverage of various internships and recent graduate programs to attract candidates with STEM skills. These positions would include County Executive Directors in Training (CEDT) and Farm Loan Officer Trainees (FLOTS), commodity graders, agricultural statisticians and mathematical statisticians,
- Partner with Land Grant Universities, associations, and tribal communities with the goal of expanding talent in agriculture. Our student programs will focus on STEM roles, such as Veterinarians, Scientists, and Engineers, with plans to introduce high school and higher education students to USDA careers
- Limited Forest Service funding in FY 2026 may decrease, if not halt, the use of Pathways and other Intern hiring avenues; however, Forest Service will fill temporary technician roles in timber, recreation, wildland fire, and related program areas, at the GS-03, 04, and 05 grades. Technicians come with a variety of education, training, and experiences, but practical forest level experience and ongoing evaluation are critical.

## HIRING ASSESSMENTS

USDA is implementing a comprehensive assessment strategy to ensure merit-based hiring for new employees at the GS-5 level and above. This strategy emphasizes the use of technical and alternative assessments to improve hiring quality, speed, and alignment with mission-critical competencies.

**Enterprise-Wide Use of USA Hire**

- USDA acquired USA Hire at the enterprise level to deploy standardized technical assessments across mission areas
- USA Hire will be used for high-volume positions, with plans to expand its use where appropriate and available for other positions

**Technical and Behavioral Assessments**

- FSIS utilizes OPM occupational assessments and the Federal Supervisory Assessment (FSA) for leadership roles. It also developed a Consumer Safety Inspector behavioral assessment tailored to the demands of inspection work.
- ARS employs a multi-stage assessment process including structured resume reviews, HR and technical interviews, and behavioral panels to evaluate job-specific skills and mission alignment.
- MRP is establishing a technical SME assessment process (structured interviews, resume reviews, accomplishment validations) to fill gaps in mid-level and supervisory hiring.

**Specialized and Custom Assessments**

- NIFA has developed Competency Models for all occupational series and grade levels, aligned with OPM's MOSAIC competencies. These models are particularly effective for early-career hires, guiding onboarding and career development.

- Statistical positions (e.g., agricultural and mathematical statisticians) require specific educational qualifications and are assessed on technical competencies such as statistics, survey methodology, and internal controls.

**Planned Enhancements and Resource Needs**

- Exploring easily accessible assessment tools for use during recruitment and hiring events, especially in hard-to-fill geographic areas near USDA labs and inspection sites.
- Exploring opportunities to secure resources and identify experienced staff to develop new assessments, given the large volume and diversity of job series.
- Conduct a Qualtrics survey to analyze hiring trends by occupational series and better understand leadership needs for entry-level assessment tools.

**Oversight and Continuous Improvement**

- USDA is implementing reporting and internal audit procedures to ensure assessments are used consistently and appropriately.
- Training for HR specialists and hiring managers is being developed to support assessment design and execution.
- USDA will continue to evaluate positions with low applicant volume and may exempt them from assessments when justified, in accordance with departmental policy.

## SKILLS GAPS

USDA identified significant skill gaps across its mission areas, particularly in technical, scientific, leadership, and administrative domains. These gaps are driven by evolving mission needs, workforce attrition, and increased operational demands. The agency is implementing a comprehensive strategy to close these gaps through targeted hiring, training, mentoring, developmental assignments, organizational restructuring, and innovative career pathways, with most efforts expected to show measurable progress by FY 2027.

**Key Skill Gaps**

- Information Technology: Machine learning, AI, cloud-native development, data engineering, systems analysis, application software, web apps, and IT project management
- Financial and Administrative Functions: SAP/Oracle development, grants policy, financial management, payroll operations, debt management, claims processing, and supervisory roles
- Legal and Contracting: Attorneys, leasing and contract management
- Scientific and Technical Fields:
  - Inspection and laboratory methods
  - Forestry, engineering, rangeland management, minerals examination, land mobile radio
  - STEM disciplines including engineering, soil conservation, biology, economics, and archaeology

- Plant pathologists, mycologists, entomologists, and veterinary medical officers (APHIS).
- Agricultural and mathematical statisticians
- Publishing, modeling, demography, and cross-commodity expertise

**Strategies to Close Skill Gaps (Examples of Current Strategies)**

- Targeted Hiring and Talent Realignment:
  - Immediate reassignment of internal talent, acting appointments, and temporary promotions
  - Recruitment from private industry and academia for specialized roles
  - Onboarding of 50+ new statisticians to address critical vacancies
  - Use of HR flexibilities and authorities to attract talent in STEM and mission-critical roles
- Training, Upskilling, and Mentorship:
  - Cross-training, mentoring, and knowledge transfer programs
  - Structured onboarding, technical training, and mentorship for new hires
  - Leadership development programs such as AMS's LEAD (GS-11–13) and LEAP (GS-7–9) to build strategic and interpersonal competencies
  - Rotational assignments and tailored upskilling for early-career employees and current staff
- Developmental Assignments and Career Pathways:
  - Developmental assignments to provide hands-on experience and broaden strategic perspectives
  - Upward mobility programs to help long-tenured technicians transition into professional series through structured internal training and educational support
  - DOL apprenticeship programs for technician roles with emphasis on mentorship and career projection for early-career professionals
- Organizational Restructuring and Process Improvements:
  - Consolidation of sections and supervisory roles to maximize expertise
  - Automation to reduce manual workload and redirect staff to higher-value tasks
- Contract Support:
  - Use contractors for specialized IT and processing tasks where internal capacity is limited

**Timeframe for Closing Skill Gaps**

Some skills gaps will be closed over the next few years through training available either in-house or through external sources. However, skills requiring long-term development through experience and mentorship will take years of intentional progression.

DRAFT

USDA is committed to providing the resources needed to our entry-level employees to grow a highly capable workforce needed for long-term mission delivery.

## HR AND RECRUITMENT CONTRACTS

**Staffing Contracts:** USDA cancelled most staffing contracts in FY 2025; however, USDA does maintain access to contracts to ensure efficacy across the Department to address mass hiring and onboarding employees. A staffing contract remains for the Forest Service to assist with specific high-volume portions of the hiring process associated with mass seasonal hiring volumes where applicant counts and hiring volumes are high (firefighter and temporary seasonal hiring). Staffing contracts provide the ability to meet surge resources demands and achieve specific required onboarding dates associated with ensuring wildland fire incident response readiness and the ability to achieve mission goals on the forest and grasslands that are entirely seasonally dependent bodies of work. Absent contractor availability, meeting the seasonal deadlines would be impossible without temporarily standing down other HR work to reallocate personnel to do the staffing work. The annual spend for the contractor work is estimated to be $6.5M- 6.8M; however, as USDA works throughout FY 2026 to realign and retrain existing workforce members and identify increased mechanisms to capitalize on automation, we anticipate future spending will be reduced.

**Recruitment Contracts:** USDA cancelled all recruitment contracts to include LinkedIn and Handshake in FY 2025.

**I/O Psychologist Contracts:** USDA does not currently have contracts with an industrial/organizational (I/O) psychology firm, nor does it employ an I/O psychologist dedicated to developing assessments.

## POSITION DESCRIPTIONS

Currently USDA has over 11,000 active Position Descriptions associated with over 68,000 position titles. We estimate approximately 5,000 position descriptions require recertification, updates or reclassification, particularly in light of plans for consolidation in some program areas. USDA is currently completing an inventory of all position descriptions and titles across the Department. After completion, a review will address duplication, expired and unused position descriptions and titles for deactivation.

DRAFT

## SECTION 6: KEY PERSONNEL METRICS (KPI)

**Table F: Personnel KPIs**

| Metric | Sep-25 | Sep-26 Forecast | Details, including when and how we will implement |
|---|---|---|---|
| **Merit Hiring** | | | |
| % of new hires using skills-based assessments | <10% (estimated 100k positions/FSIS 8k =8%) | >80% | Not currently used for DHA, seasonal, temporary and below GS-5. USDA acquired USAHIRE and is developing an assessment toolbox for USDA subagencies with training for HR and hiring managers. USDA employs many seasonal workers for fire and commodity grading through direct hire authorities. For some of these positions it is not required or beneficial to utilize assessments. |
| % of new hiring actions using shared certificates | Less than 1% | >35% | USDA will concentrate on utilizing shared certificates for business services and student positions and developing hiring panels to assist in streamlining absent an automated system. |
| % of FTE who qualify as "Early Career" (less than 5 years' experience, Pathways, interns, students, or trainees) | 11% | 11% | |
| Time to hire (average days between hiring needing validation and offer made) | 48 days | 48 days | USDA expects to maintain current T2H days due to the new assessment requirement and the need to train. USAHIRE has been acquired and an assessment team formed. The team has analyzed current assessments, prioritized developing specific occupation assessments, and currently developing communication and training for all involved in the hiring process. |
| Time to onboard (average days between offer made and employee onboarded) | 23 days | 23 days | USDA expects to have significant changes to the T2H in FY27. The improvement of automation and more visualization of the process will allow more analysis to find efficacy |
| % of GS-5 or above job postings that include the optional four questions | 80% | 100% | Guidelines have been shared across USDA requiring that the 4 questions be on all advertised positions to include Merit and Competitive hiring. |
| **Ratings & Awards** | | | |
| % of SES employees with each rating level (i.e., % rated level 1, % level 2, etc.) | *Level 5 – 72%<br>Level 4 – 25%<br>Level 3 – 2%<br>Level 2 – 1%<br>Level 1 - 0% | 5=10%<br>4=20%<br>3=65%<br>2=4%<br>1=1% | *FY24 data; FY25 will be available in early CY26 |

DRAFT

| Metric | Sep-25 | Sep-26 Forecast | Details, including when and how we will implement |
|---|---|---|---|
| % of non-SES employees with each performance rating in prior year. Show each rating scale (5 point, 4, 3, pass/fail). | ***Pass/Fail:**<br>Pass – 99%<br>Fail – 1% | **Pass/Fail:**<br>Pass - 95%<br>Fail – 5% | *FY24; FY25 will be available in early CY26. Nearly all USDA employees are on a two-level performance system. There is one small subunit within USDA that is not on a two-level performance system as well as the Office of Inspector General. USDA will be moving to three-level performance system for FY 27 concurrent with implementation of USAPerformance. |
| Average SES performance award as % of base salary. | *12% (FY24 data) | TBD | |
| Average non-SES performance award as % of base salary. Show each rating scale (5 point, 4, 3, pass/fail). | *N/A | *N/A | In the pass/fail performance system, performance awards are not authorized. |
| Distribution of SES awards – what % of award pool goes to each rating? i.e., what % of the award pool for SES on a 5-rating scale went to 5's, 4's, 3's, 2's, and 1's? | *Level 5 – 81.5%<br>Level 4 – 18.5%<br>Level 3 – 0%<br>Level 2 – 0%<br>Level 1 – 0% | TBD | *FY24; FY25 will be available in early CY26. |
| Distribution of non-SES awards – what % of award pool goes to each rating? Show each rating scale (5 point, 4, 3, pass/fail) i.e., what % of the award pool for non-SES on a 5-rating scale went to 5, 4, 3, 2, and 1? | *N/A | *N/A | Pass/fail performance system; performance awards are not authorized. USDA does not use an enterprise awards pool. |
| **Performance Management** | | | |
| % of Probationary employees up for certification who were certified | 91% | 85% | |
| % of all probationary employees terminated (not just those up for certification) | 9% | 15% | |
| % involuntary turnover due to performance management or misconduct (e.g., Chapter 43 terminations, Chapter 75, mini-DRP). Show as % of beginning FTE. *Note that this is a metric for the full fiscal year.* | 0.4% | 0.5% | 102,025 employees starting FY25 |
| Average PIP length (days) | 41.75 days | 30 days | USDA issued advisory guidance on 2/27/25 to Agency CHCOs on EO 14171's revocation of EO 14003's recission of 3 previous EOs from the first Trump Administration. This charged agencies to initiate necessary |

DRAFT

DRAFT

| Metric | Sep-25 | Sep-26 Forecast | Details, including when and how we will implement |
|---|---|---|---|
| | | | steps to comply/reverse policies on Discipline and Unacceptable Performance, including PIP lengths not to exceed 30 days. |
| % of employees on PIP who were terminated | 21% | 30% | Anticipating increased performance accountability resulting from new supervisory performance standards and mandatory training in FY26 in accord with OPM policy. |
| % of low performers receiving adverse action during the fiscal year (e.g., removal, suspension, reduction in grade, reduction in pay, etc.). *Low performers defined as receiving lowest rating on performance scale. Note that this is a metric for the full fiscal year.* | 28% | 40% | Anticipating increased performance accountability resulting from new supervisory performance standards and mandatory training in FY26 in accord with OPM policy. |
| % of top performers receiving promotion. *Top performers are defined as highest two ratings on 4 or 5 point scale and highest rating on 3 point scale. Note that this is a metric for the full fiscal year.* | *15.6% | 16% | *FY 24 Pass/Fail performance |
| % of top performers that departed agency for reasons other than retirement. Note that this is a metric for the full fiscal year. | *14.2% | 10% | *FY24 Pass/Fail performance |
| **Return to Office** | | | |
| FTEs classified as fully in office as % of employees who are expected to be in office | 85% | 95% | Note: All USDA positions classified as fully in office are expected to be in the office. |
| % of FTEs with RTO exemptions (excluding DRP) | 15% | 5% | |
| How is RTO tracked? Badge data, network login location, self-reporting, etc. | Badge swipe, self/supervisor reporting | No change | USDA is exploring other opportunities to enhance RTO reporting through use of time and attendance and network log-ins |
| **DEIA** | | | |
| DEIA employees on admin leave with unknown termination date | 35 | 0 | Final determinations will be made on the status of the remaining DEIA employees on Admin leave. |