# EXHIBIT 11

USDA

United States Department of Agriculture

Departmental Administration

Office of the Assistant Secretary for Administration

Office of Human Resources Management

1400 Independence Avenue, SW
Washington, DC
20250-9600

**DATE:** February 27, 2026

**TO:** Office of Personnel Management

**FROM:** Deedra Fogle
Acting Chief Human Capital Officer
Office of Human Resources Management

DEEDRA FOGLE

Digitally signed by DEEDRA FOGLE
Date: 2026.02.27 10:36:48 -05'00'

**SUBJECT:** Updated Staffing Plans for FY 2026

The purpose of this memorandum is to share updated information of the staffing plan of the United States Department of Agriculture (USDA) for Fiscal Year (FY) 2026, and to reflect our planned early career hires, appointment programs utilized, and recruitment events.

## Updated Strategic Hiring Committee

USDA has updated the Strategic Hiring Committee membership is included below which accounts for personnel changes since our original submission. USDA's Executive Review Board members also serve as the Strategic Hiring Committee which ensures a comprehensive approach to the direction of the mission and the hiring needed to support mission accomplishment.

| Name | Title | Political (Y/N) | Email |
|---|---|---|---|
| Stephen Vaden (Chair) | Deputy Secretary | Y | Stephen.Vaden@usda.gov |
| Tate Bennett | Chief of Staff | Y | Tate.Bennett@usda.gov |
| Jennifer Tiller | Chief of Staff to the Deputy Secretary | Y | Jennifer.Tiller@usda.gov |
| Brian Mizoguchi | Deputy General Counsel | Y | Brian.Mizoguchi@usda.gov |
| Devon Westhill | Assistant Secretary for Civil Rights | Y | Devon.Westhill@usda.gov |
| Scott Hutchins | Undersecretary, REE | Y | Scott.Hutchins@usda.gov |
| Mary Pletcher Rice | Acting Principal Deputy Assistant Secretary for Administration | N | Mary.PletcherRice@usda.gov |
| Courtney Stevens | Acting Deputy Under Secretary, NRE | Y | Courtney.Stevens@udsa.gov |
| Kelly Moore | Acting Administrator, APHIS | N | Kelly.Moore@usda.gov |
| Christopher Nelson | Acting Director, OBPA | N | Christopher.Nelson@usda.gov |
| Deedra Fogle | Acting CHCO (*Executive Secretariat*) | N | Deedra.Fogle@usda.gov |

AN EQUAL OPPORTUNITY EMPLOYER

**Forecasted Early Career Hires for FY 2026**

USDA projected a total of 1,669 positions representing 15,923 employees to be hired in FY 2026; USDA has made no changes to the originally approved hiring projections, at this time, but will provide updates with the quarterly hiring review deliverables. The hiring initiative is crucial to support our mission-critical functions, address emerging priorities, and comply with statutory requirements. There are approximately 2,873 hires in our total of 15,923 hires allocated as "to be determined" to ensure USDA has the flexibility to acquire the workforce needed as a major reorganization and relocation of employees to new duty location is executed in FY 2026. USDA expects that many of these positions will be filled through the various programs listed in the attached USDA Early Career Hiring Authority Chart, which includes Pathways programs, USDA Fellow Experience Programs, and other special programs and authorities. Of the total currently projected hires, 3,043 are allocated to be early career, representing 31% of the permanent hires after removing the temporary, seasonal, internal movement and reorganization related "to be determined" hires from the denominator. We will continue to identify other opportunities to support early career hiring goals throughout the year.

**Updated Hiring Summary**

| New Hire Type | Number of Positions | Number of New Hires |
|---|---|---|
| Permanent | 1,325 | 6,747 |
| Internal | 212 | 823 |
| Temporary | 9 | 197 |
| Seasonal (temporary/permanent) | 22 | 2,240 |
| Early Career | 99 | 3,043 |
| TBD Reorganization Hires | 2 | 2,873 |
| | | |
| **Total** | **1,669** | **15,923** |

**Programs and Hiring Authorities Early Career Hiring**

USDA will utilize the following programs to hire early career individuals:

- Pathways Program: Provides paid opportunities for students and recent graduates to work in federal agencies while completing their education. Includes Interns and Recent Graduates.
- USDA 1890 National Scholars Program: Targets students from 1890 land-grant universities, offering scholarships and work experience related to agriculture, food, and natural resource sciences.
- USDA Wallace-Carver Fellowship: Offers college and graduate students the opportunity to collaborate with USDA scientists and policymakers.
- Individuals with Disabilities Hiring Authorities: Includes Schedule A appointments and the Workforce Recruitment Program for students and recent graduates with disabilities.
- Veterans Hiring Authorities: Includes the 30 Percent or More Disabled Veteran Hiring Authority, the Hiring Authority for College Graduates, and the Post-Secondary Student Hiring Authority.

- Public Lands Corps and Resource Assistant hiring authorities specifically authorized or Forest Service use.
- Tech Force and Cyber Corps programs via OPM. USDA is currently evaluating skill sets and funding to gain insight of the positions and numbers needed.

**Recruitment Events and Timeframes**

USDA has developed a comprehensive recruitment roadmap for FY 2026, which includes participation in 61 planned recruitment and outreach events. These events will target various talent pools, including veterans, military spouses, early career talent, and students. Key events include:

- Outreach at Land Grant Universities
- Veteran and Military Spouse Recruitment Fairs
- Early Career Networking Events
- Industry-Specific Conferences and Expos

**Shared Certificates**

1. USDA's Shared Certificate point of contact is Barry Culbreath, Supervisory Human Resources Specialist, Barry.Culreath@usda.gov. The role of this position will require strategic leadership to lead the planning and execution of shared certificates across USDA.
2. USDA plans to participate in OPM's cross-government shared certificate programs for the following occupations and grade levels:
   - Early Career
     - Contract Specialist (1102-07, 09)
     - IT Specialist (2210-09, 11)
     - Financial Management Specialist (0501-09, 11)
   - U.S. Tech Force
   - Project Management (0343-13)
   - Data Scientist (1560-13, 14)
   - Contract Specialist (1102-13)
   - IT Project Manager (2210-13)

**Conclusion**

The USDA is committed to implementing strategic hiring practices that align with our mission-critical functions and Administration priorities. The outlined staffing plans for FY 2026, including the focus on early career hires and targeted recruitment events, will ensure that we build a robust and capable workforce to serve the American public.

**Attachments**

- USDA Staffing Plan 2025-12-21_Submission.docx
- USDA Early Career Hiring Authority Chart.docx
- Recruitment Roadmap.docx