# EXHIBIT 12

*Secretary Brooke L. Rollins*

**UNITED STATES DEPARTMENT OF AGRICULTURE**
**OFFICE OF THE SECRETARY**
**WASHINGTON, D.C. 20250**

**SECRETARY'S MEMORANDUM 1078-008**

**April 22, 2025**

# EXEMPTION OF NATIONAL SECURITY AND PUBLIC SAFETY POSITIONS FROM THE FEDERAL CIVILIAN HIRING FREEZE

1. PURPOSE

This Secretary Memorandum (Memo) establishes categorial exemptions from the Federal civilian hiring freeze for positions in job series related to national security and public safety to ensure sufficient personnel are available to carry out those functions that are critical to the safety and security of the American people, our National Forests, the inspection and safety of the Nation's agriculture, and food supply system. *Food Security is National Security.*

2. AUTHORITY

This Memo is issued under the authority of P.L.103-358 Title II (7 USC 6901); Executive Order 14210, *Implementing the President's "Department of Government Efficiency" Workforce Optimization Initiative* (February 11, 2025); Presidential Memoranda of April 17, 2025; and other relevant statues.

3. BACKGROUND

On January 20, 2025, President Trump ordered a freeze on Federal civilian hiring, while authorizing the Director of the Office of Personnel Management (OPM) to grant exemptions from this freeze where necessary. The Office of Management and Budget (OMB) and OPM subsequently issued guidance on January 20, 2025, that implemented the freeze and identified mandatory exemptions for positions related to national security and public safety. Such exemptions recognize these positions' vital importance to the safety and security of the American people and will critically assist the Department of Agriculture (Department) in fulfilling its national security and public safety responsibilities across the Nation.

These responsibilities are predominantly carried out by the Department's front-line workforce to include over 11,000 firefighters and incident support personnel. In addition, there are thousands of food and consumer safety inspectors, employees performing response operations to combat Highly Pathogenic Avian Influenza (HPAI), New World Screwworm, and other pest and disease research and eradication efforts that protect Americans and our food supply on a daily basis.

Wildland fire management represents one of the Department's most visible and resource-intensive public safety functions, with significant implications for communities nationwide. In 2024, the Department employed over 11,000 wildland fire personnel to protect communities, critical infrastructure, and local economies from wildfires that burned more than 8.9 million acres across the United States. The firefighting capabilities include professionals in aviation programs, which provides critical aircraft resources, pilot training, and technical expertise. These operations implement fuel treatments, respond to active fires, and rehabilitate damaged lands.

The Department's law enforcement officers, as well as the Department's homeland security, intelligence, and emergency management personnel, likewise help ensure operational readiness and rapid response capacity during incidents of national significance and coordinate response efforts with the Federal Interagency and the White House National Security Council.

4. EXEMPT NATIONAL SECURITY AND PUBLIC SAFETY POSITIONS

To ensure the Department has sufficient personnel in critical national security and public safety positions, the job series identified in the attachment to this Memo are hereby exempted from the hiring freeze, enabling the Department to fulfill its national security and public safety obligations without interruption. In addition, those positions funded by user fees or other than appropriated funding will be evaluated on a case-by-case basis.

5. IMPLEMENTATION

a. **Mission Area and Office of the Secretary (OSEC) Leadership**: Mission Area and OSEC leadership with responsibility for national security and public safety programs carried out by personnel in the exempt series are directed to immediately take all available steps to ensure the appropriate identification and prompt hiring of necessary personnel.

b. **Assistant Secretary for Administration (ASA):** The Office of the ASA is directed to take all necessary steps to support hiring actions for the relevant positions, coordinating as necessary with OPM and OMB.

6. EFFECT OF THE MEMORANDUM

This Memo is intended to improve the internal management of the Department. Additionally, this Memo and any resulting reports or recommendations are not intended to, and do not create any right or benefit, substantive or procedural, enforceable by law or equity by a party against the United States, its Departments, Agencies, Instrumentalities, or entities, its officers or employees, or any other person. To the extent there is any inconsistency between the provisions of this Secretarial Order and any Federal laws or regulations, the laws or regulations will supersede.

7. EXPIRATION DATE

This Memo is effective immediately and will remain in effect until it is amended, superseded, or revoked, whichever occurs first.

/s/ Brooke L. Rollins
Secretary
U.S. Department of Agriculture



CONFIDENTIAL – ATTORNEY'S EYES ONLY USA-AFGE-Exp.-0428583

**ATTACHMENT: HIRING EXEMPTIONS**

| Sub-Category of Exemption | Job Series | Position Title |
|---|---|---|
| National Security/Law Enforcement/Investigation | 1801 | Inspection, Investigation, Enforcement and Compliance (All Titles) |
| National Security/Law Enforcement/Investigation | 1810 | Investigator/Inspector |
| National Security/Law Enforcement/Investigation | 1811 | Criminal Investigator, Supervisory Criminal Investigator |
| National Security/Law Enforcement/Investigation | 0089 | Emergency Management (All Titles) |
| National Security/Law Enforcement/Investigation | 0080 | Security Specialist |
| National Security/Law Enforcement/Investigation | 0132 | Intelligence Analyst |
| National Security/Law Enforcement/Investigation | 2210 | IT Specialist (Cybersecurity) |
| Public Safety and Inspection (Multiple Agencies) | 0018 | Safety and Occupational Health Specialist |
| Public Safety and Inspection (Multiple Agencies) | 0690 | Industrial Hygiene and Safety |
| Public Safety and Inspection (Multiple Agencies) | 0701 | Veterinarian (All Titles) |
| Public Safety and Inspection (Multiple Agencies) | 1102 | Contract Specialists (Food and Emergency Response) |
| Public Safety and Inspection (Multiple Agencies) | 1301 | Physical Scientist |
| Public Safety and Inspection (AMS) | 1147 | Agriculture Commodity Series |
| Public Safety and Inspection (AMS) | 1850 | Warehouse Examiners |
| Public Safety and Inspection (FSIS) | 1862 | Consumer Safety Inspector |
| Public Safety and Inspection (FSIS) | 1863 | Food Safety Inspector |

| | | |
|---|---|---|
| Public Safety and Inspection (APHIS) | 0028 | Environmental Protection Specialist |
| Public Safety and Inspection (APHIS) | 0150 | Geographic Information Specialist |
| Public Safety and Inspection (APHIS) | 0301 | Document/Permit Examiner, Import and Export |
| Public Safety and Inspection (APHIS) | 0401 | Natural Resources Mgmt & Biological Sciences (Public Safety/Inspection Function Positions Only) |
| Public Safety and Inspection (APHIS) | 0404 | Biological Science Technician (Public Safety/Inspection Positions Only) |
| Public Safety and Inspection (APHIS) | 0410 | Zoologist |
| Public Safety and Inspection (APHIS) | 0414 | Entomologist |
| Public Safety and Inspection (APHIS) | 0421 | Plant Protection & Health (All Titles) |
| Public Safety and Inspection (APHIS) | 0430 | Botanist |
| Public Safety and Inspection (APHIS) | 0434 | Plant Pathologist |
| Public Safety and Inspection (APHIS) | 0486 | Wildlife Biologist |
| Public Safety and Inspection (APHIS) | 0704 | Animal Health Technician (All Titles) |
| Public Safety and Inspection (APHIS) | 1712 | Training Specialist (Agriculture Inspections and Canine Trainers) |
| Public Safety and Inspection (APHIS) | 3511 | Laboratory Worker |
| Public Safety and Inspection (APHIS) | 5001 | Tree Climber |
| Public Safety and Inspection (APHIS) | 5031 | Insects Production Worker |
| Public Safety and Inspection (APHIS) | 5048 | Animal Caretaker |
| Aviation (Public Safety) | 1825 | Aviation Safety Inspector - Airworthiness and Avionics |
| Aviation (Public Safety) | 2101 | Aviation Officer (All Titles) |
| Aviation (Public Safety) | 2181 | Aircraft Operations (All Titles) |
| Aviation (Public Safety) | 8852 | Aircraft Mechanic |
| Aviation (Public Safety) | 1670 | Equipment Specialist, Aircraft and Fire |
| Wildland Fire | 0301 | Fire Chemicals Program Manager |
| Wildland Fire | 0301 | Fire Training Specialist |

| | | |
|---|---|---|
| Wildland Fire | 0301 | All Firefighter Retirement Covered Positions in this Series |
| Wildland Fire | 0401 | All Firefighter Retirement Covered Positions in this Series |
| Wildland Fire | 0456 | Wildland Firefighter |
| Wildland Fire | 0462 | Wildland Firefighter, Forestry Technician (All Firefighter Retirement Covered Positions) |
| Wildland Fire | 5716 | Fire Engineering Equipment Operator |
| Wildland Fire Critical Support Position | 0301 | Incident Business Management Specialist |
| Wildland Fire Critical Support Position | 0856 | Electronics Technicians |
| Wildland Fire Critical Support Position | 2151 | Dispatcher |
| Wildland Fire Critical Support Position | 5001 | Animal Packer |
| Wildland Fire Critical Support Position | 7002 | Packer |
| Fire Support, Emergencies and Animal Health | 3502 | Laborer |
| Fire Support, Emergencies and Animal Health | 2003 | Supply Management Specialist |