# EXHIBIT 14

USDA Forest Service
U.S. DEPARTMENT OF AGRICULTURE



The Forest Service

# BREAKING POINT

# The Case for Investing in America's Forests

The U.S. Department of Agriculture, Forest Service—one of the Nation's most iconic institutions stewarding lands Americans love from coast to coast—today stands at a financial breaking point. Without predictable, sustained funding needed to meet our agency's mission, care for our workforce, and deliver on the many responsibilities with which we are charged, we risk losing the gains made from the last few years of congressional leadership and investment.

After decades of underinvestment and erosion of essential programmatic resources and staff from nonfire accounts to pay for the rising cost of fire, Congress took decisive action that made a difference through the 2018 fire funding fix, the 2021 Bipartisan Infrastructure Law (BIL), the Inflation Reduction Act (IRA), and other temporary funding. These empowered the Forest Service to temporarily halt midseason transfers of funds to pay for fire suppression. These funds also provided an essential down payment for fuels treatments and other investments to mitigate wildfire risk and enhance climate resilience and community well-being.

The Forest Service has demonstrated that, when given those funds, we can deliver a return on investment that matters to people, communities, and resources. We have been able to treat more acres; make communities safer; increase protection for key water supplies; steward carbon, habitat, and other natural resources; support State, Tribal, and private forest landowners and working lands; invest in rural and urban communities; and provide safe, inclusive recreation access for millions of Americans.

**Updated 2024 Forecast: Rolling 10-Year Average Versus Actual and Projected Costs**




In 2017, we projected that the 10-year average cost of fire suppression would reach $1.789 billion in 2026. In reality, we reached that level far earlier, in 2020. The actual costs of suppression have significantly outpaced the 10-year average. By 2028, we estimate that the actual median cost of fire suppression efforts would exceed $3.7 billion. By 2041, those costs would reach nearly $4.5 billion.

Yet, time is running out on this funding, and the Forest Service once again is approaching an existential cliff.

We must see sustained investment that is responsive to the magnitude of the challenges ahead or lose the hard-won gains of the last 5 years that benefit American lives, jobs, and property.

**Our risk factors include:**

• There is no permanent solution for wildland firefighter base pay. Supplemental pay increases were extended only through this fiscal year and will run out on September 30, 2024. Permanent pay for wildland firefighters will require upwards of $215 million annually.

• BIL and IRA funds provided an essential downpayment of $10.427 billion, Over half of these funds contribute to wildfire risk reduction investments, which is significant, but still far short of what is the total need. These funds are all already committed with significant work remaining for communities across the country under our Wildfire Crisis Strategy.

• Postfire recovery needs are also dramatically increasing, without adequate funding. Estimated annual needs for post-disaster funding exceed $200 million.

• Great American Outdoors Act (GAOA) funding will expire in fiscal year (FY) 2025, with an enormous amount of deferred maintenance needs unmet for both our recreation infrastructure and for facilities, including housing needed by our workforce. Total agency deferred maintenance needs across all asset types exceeds $8.7 billion.

• Unmet information technology (IT) costs totaling $250 million annually are preventing us from being able to support technology and innovation that would make us more effective.

• The effects of absorbing several annual cost of living adjustment increases totaling $350–400 million, while also navigating recent decreases in annual salary and expense budget line items, is threatening to undo the gains we made in starting to rebuild and stabilize our nonfire workforce.

• Most significantly, the temporary fire funding fix, which Congress passed in 2018 and which was first added to our budget in FY 2020, will only last through FY 2027. If not made permanent, the agency as we know it will cease to exist at that time.

As a result of these risk factors, we face two starkly different futures. In one future, we build on the investments made since FY 2022, get ahead of the wildfire crisis, protect and support communities, and deepen relationships to steward America's forests and grasslands for generations to come. In the alternative future, we will see our gains burn away, lose significant portions of our workforce, and become an agency primarily focused on fire response.

Yesterday, Today, and Tomorrow

## Wildland Fire Costs Consume Forest Service Budget




Appropriated Discretionary Funds – **Fire** and **Nonfire** Percentages. *FY 2028 – Assumes actual projected median cost (rather than rolling 10-year average) to more accurately reflect the ever-increasing cost of fire.



# The Forest Service BREAKING POINT

**How Chronic Underinvestment in the USDA Forest Service Could Mean Disaster for America**

## A PROVEN RETURN ON INVESTMENT

Drinking water for **60 million** people

**$15.2 billion** to the GDP from recreation

A record **4+ million acres** treated to reduce wildfires in 2023

**410,000 jobs** nationwide

**14 billion metric tons** carbon stored

Protection from wildfires for **$700 billion** worth of homes, powerlines, buildings, and other infrastructure across **24 million acres**

## EFFECTS OF UNDER-INVESTMENT

**70%** of dams and **85%** of watersheds need repair and maintenance to be in compliance

Insufficient resources and staff to support recreation

Need to treat **6.4 million acres** annually to address 460 million acres at risk of wildfires

Lose up to **50% of firefighters** due to low pay

**75%** of land management plans are out of compliance with National Forest Management Act

Almost **90,000** structures were destroyed by wildfire and hundreds of billions of dollars lost

**$44.3 B**
GDP

**410,000**
Jobs

**$8.2 B**
Worth of Drinking Water

**25%**
of America's Carbon forest storage

Habitat for
**80%**
of Iconic American Species (Elk, Bighorn Sheep, Birds)

*FY 2022 Snapshot

# WHY THE NATION SHOULD INVEST IN THE FOREST SERVICE AND ITS WORKFORCE

America's forests are vital to life on Earth. Recognizing this, President Theodore Roosevelt established the Forest Service more than a century ago to provide vision, leadership, and skillful management of the national forests and grasslands. Today, with stewardship of 193 million acres of National Forest System lands and support for the stewardship of more than 500 million acres, the agency plays an indispensable role in the lives and prosperity of millions of Americans in every State.

More than 60 million people nationwide depend on national forests and grasslands for their drinking water. The lands managed by the Forest Service store almost 14 billion metric tons of carbon, about a quarter of the U.S. carbon storage that is in forests. Forests help families and local economies thrive, contributing an estimated 410,000 jobs nationwide through recreation, livestock grazing, forest products, energy, minerals, payments to local governments, and other Forest Service work. Forest lands host and protect sites and landscapes of high cultural and spiritual importance, and in recent years, there has been appreciably more Tribal and stakeholder involvement in programs and services that the Forest Service provides. Forests serve as a refuge from urban heat impacts and also provide a source of material for innovative wood products.

**For all the value the country's forests and grasslands bring to American lives, these could be called the hardest working lands in the country.**



An analysis of trees in the Chicago region of Illinois reveals that this area has about 172,297,000 trees with tree and shrub canopy that covers 23 percent of the region. Trees in the Chicago region currently store about 16.9 million tons of carbon valued at $349 million. In addition, these trees remove about 677,000 tons of carbon per year and about 18,080 tons of air pollution per year. Chicago's regional forest is estimated to reduce annual residential energy costs by $44 million per year. USDA Forest Service photo by Preston Keres.

From 2005 to 2020

**89,000**



**Structures destroyed by wildfire**




# WHAT'S AT STAKE

## The Cost of Chronic Underinvestment

In the 21st century, wildfire, disasters, insects, and disease, exacerbated by climate change, have sparked a crisis across America's forests and grasslands. The six worst fire seasons on record have occurred in this century, leaving devastated communities in their wake. Today, 460 million acres—almost a quarter of the continental United States—are still at risk from wildfire, and climate change only makes matters worse.

At the same time, more public interest in forests has also created more pressure, with forests seeing more visitors every year. Insects, disease, and natural disasters exacerbate the crisis. Visits to national forests surged during the pandemic and continue to grow by 2–3 percent every year. In FY 2023, 160 million people came to national forests and grasslands for recreation to camp, ski, find a perfect Christmas tree, watch wildlife with their families, hunt and fish, or go for a restorative paddle or hike on their own.

Accordingly, public expectations for services like clean water and maintained facilities have swelled. The strain on infrastructure, information technology (IT), and administrative costs to meet this demand has long been mounting, while resources cannot keep up. Decades of wildfire diverted nearly 40 percent of nonfire personnel and program work, shifting funds toward wildland fire. Despite the benefits of the 2018 fire funding fix, a 2024 Government Accountability Office report (https://www.gao.gov/assets/d24107234.pdf) found that funding shortfalls from 2019 to 2022 had continued to drive a backlog for maintenance of Forest Service campgrounds, roads, and other infrastructure. This backlog in deferred maintenance now totals over $8.7 billion and is growing.

The Forest Service has continually worked to do more with less, seeking to provide for the forests' multiple uses with fewer resources and staff. At the same time, the agency has worked to appropriately allocate firefighting resources and improve risk management to use those resources safely and efficiently. **Yet despite these efforts, chronic underinvestment affects all Americans by shortchanging them on the value-added programs they have come to expect on public lands.**



Gifford Pinchot National Forest Supervisory Forestry Technician (fire) Ben McLane sits at a lookout as his team works fires on the Mt. Hood National Forest in Oregon, July 22, 2023. USDA Forest Service photo by Preston Keres.

**Infrastructure:** Many rural communities depend on the National Forest System for roads and other infrastructure, employment, goods, and services. For example, the 369,683 miles of roads on National Forest System lands provide the public with access and transit, yet a recent agency study estimated deferred maintenance for roads and bridges to be $6.1 billion dollars. Of the 9,600 miles of paved roads on National Forest System lands, only 8 percent are in good condition, 63 percent are in fair condition, and 29 percent are in poor condition. The deferred maintenance for Forest Service-owned dams is estimated at $136 million. Only 30 percent of dam regulatory compliance was achieved for 170 high and significant hazard dams, leaving 70 percent of high and significant hazard dams in need of mandatory compliance work.

**Housing:** Forest Service employees suffer the same housing shortages as millions of other Americans, facing steep housing costs that are often beyond their reach. Ideally, the agency would be able to ensure employees have appropriate shelter, yet approximately 30 percent of the agency's housing inventory needs full replacement, and another 40 percent needs serious external or interior repairs. Most of the agency's housing was built between 60 and 70 years ago. In FY 2024, the nationwide deferred maintenance backlog for Forest Service-owned housing was estimated at about $443 million. This is on top of the needed maintenance and operating costs of about $55 million a year. The resulting poor living conditions can also further stress housing availability. Off of National Forest System lands, both the Government Accountability Office (GAO-06-570) and USDA's Office of Inspector General (OIG-08601-44-SF) have raised concerns that the Federal Government is bearing a disproportionate burden of the ever-increasing costs of housing and other infrastructure located on non-Federal private property, especially in view of the explosive growth in recent years of the wildland-urban interface and wildfires that cross boundaries.

**Recreation:** Recreation is an economic powerhouse. In 2022, the outdoor recreation economy in the United States added $564 billion to the country's gross domestic product (GDP), representing 2.2 percent of GDP and generating $1.1 trillion in economic output, according to the Bureau of Economic Analysis (https://www.bea.gov/data/special-topics/outdoor-recreation). In nearly every State, the Forest Service is a big contributor to the recreation economy. An estimated 160 million people visited national forests and grasslands last year. Of the estimated 410,000 jobs supported by Forest Service lands in 2022, recreation's portion was an estimated 177,800 jobs and recreation contributed $15.2 billion to the U.S. GDP. Yet Forest Service funding for recreation is anemic. Even with a boost from the Great American Outdoors Act (GAOA) in recent years, the agency has a $960 million backlog for developed recreation sites and amenities such as campgrounds, toilets, and trailheads, which is 11 percent of the agency's estimated $8.7 billion backlog. Roughly 75 percent of Forest Service wilderness areas and 65 percent of Forest Service wild and scenic rivers are not managed to standard. On average, with the help of partners and volunteers, the agency maintains only approximately 30,000 of the 163,000 miles of managed trails. Funding shortfalls also meant that we have to reject roughly 80 percent of applications for the Recreation Economy for Rural Communities partnership program, which helps communities grow their outdoor recreation economies and revitalize their main streets.

**Water:** The country's forests purify the water in our rivers and streams, filtering out harmful substances. Forests occupy about a third of U.S. land area and supply more than half of its surface runoff. More than 60 million people in 3,400 communities across 36 States source at least part of their water from national forests and grasslands. An estimated 22.6 million people in the continental United States—about 7 percent of the population—rely on national forests for at least half their water. Yet scientists predict that half of the U.S. freshwater basins will not be able to meet monthly demand by 2071 due to demographic shifts and a changing climate. Forests across the Nation, including more than 145 million acres of forest across the National Forest System, will become more important than ever in delivering water to the American people. Despite this importance, agency resources in FY 2023 were insufficient to address about 85 percent of the work needed to meet minimum service requirements for maintaining the Watershed Condition Class in 604 watersheds per year. The agency relies mainly on supplemental disaster recovery funds to address longer term watershed protection to recover and create more resilient lands and communities for future events, such as droughts and flooding.

**Grazing:** Approximately 19.2 million acres of the 96 million acres of National Forest System rangelands are estimated to be in a degraded state. Well-managed grazing allotments preserve a rural heritage and way of life, maintaining open space for future generations. These lands also provide wildlife habitats, critical migration corridors for big game herds, hunting, fishing, and wildlife watching. In 2021, rangelands on the national forests and grasslands provided grazing for about 1,188,573 cattle, horses, burros, and bison and about 716,456 sheep and goats. Yet because of resource constraints, the agency issued only three National Environmental Policy Act (NEPA) decisions for grazing allotments in fiscal year (FY) 2023, inspected less than 1 percent of rangeland improvements for their infrastructure condition, and reported monitoring on less than 8 percent of pastures.

**Vegetation Management:** Successful vegetation management ensures that national forests are conserved, restored, and made more resilient to climate change while enhancing water resources. This includes maintaining our ability to sell timber, which can be a critical component to sustaining local rural economies. We need to mechanically treat more than 12 million acres over the next 10 years to meet agency restoration goals. Yet, at the current pace, we will not meet that goal until 2046 and our timber volume sold has fallen short of planned volume by 1.4 billion board feet. In addition, we have accomplished only 5 percent of the 3.6 million acres of reforestation and 3 million acres of stand improvement needed.

**Wildfire Risk Reduction:** As wildfires grow bigger, hotter, and more unpredictable, our answer has to match the scale of the threat. Historic BIL and IRA investments of $2.4 billion provided a good start, enabling us to reduce catastrophic wildland fire risk across States, strengthen preparedness, and invest in the wildland firefighter workforce. 2023 was a banner year for 21 landscapes identified in the agency's Wildfire Crisis Strategy, with wildfire risk reduced across some 550 communities, 2,500 miles of power lines, and 1,800 watersheds that supply drinking water to millions of Americans. There is still much to be done and we cannot do this without sustained investment. $X billion is needed each year to meet the needs of year-round wildfire activity; work with partners, communities, and Tribes; keep up the

**Even with assistance from partners, meeting legislative requirements and administration priorities has become impossible. The Forest Service is at a breaking point.**

pace of hazardous fuels reduction; develop our wildland firefighting workforce; and maintain agency systems and infrastructure needed to support operations.

**Tribal Co-Stewardship:** Co-stewardship is essential to protect forest and watershed health, restore fire-adapted ecosystems, integrate traditional knowledge into land management decision making, and protect cultural resources, treaty rights, wildlife habitat, food sovereignty, and ceremonial and traditional activities. Significant progress has been made in engaging and supporting Tribes with the availability of Bipartisan Infrastructure Law (BIL) and Inflation Reduction Act (IRA) funds. There is no regular appropriation for co-stewardship and other agreements, and existing Tribal authorities are unfunded. Since 2000, total funds obligated to Tribes were $200 million, or 0.35 percent of Forest Service regular appropriations for the past 10 years. Without supplemental funds, the agency will struggle to maintain critical momentum.

**Wildlife:** The national forests and grasslands contain the largest remaining areas of old growth forest in the Nation, together with all the plants and animals that depend on them. National forests and grasslands furnish about 80 percent of remaining habitat for elk, mountain goat, and bighorn sheep, along with critical habitat for about 250 species of neotropical migratory birds. In 2012, more than 400 of the country's listed threatened and endangered species—almost a third of the total—either used national forests or were affected by Forest Service management activities. Yet the agency stands at only 5 percent of surveys done for Endangered Species Act compliance. Burned Area Recovery funds in FY 2023 were responsible for around 250 miles of rangeland fence repair, 5,000 acres of invasive species treatments, and 12 miles of aquatic restoration—work that would not have happened without BIL funding that will no longer be available after 2026.

**Research:** The Research and Development arm of the Forest Service directly informs management actions of the Forest Service, States, Tribes, and other land managers to sustain the health, diversity, and productivity of the Nation's forests and grasslands. The Forest Inventory and Analysis Program within Research and Development is the backbone of the agency's forest inventory, but resources do not allow the agency to meet its goal of having publicly available nationwide forest inventory data that are 2 years old or less. Resource shortages also leave the agency unable to produce the legislatively required Resources Planning Act Assessment on time to provide status, trends, and projections of supply and demand for renewable resources from public and private forests and rangelands. The last report was 3 years late.

**Planning:** Stewarding land requires investing in behind-the-scenes work like planning, evaluation, and related expenses such as technology. For example, the Forest Service is required to assess the environmental effects of proposed major Federal actions prior to making land management decisions to comply with NEPA and other applicable laws. Most management actions are site specific and guided by a land management plan that directs the uses within each national forest, prairie, and grassland. With current baseline resources, 75 percent of our land management plans remain out of compliance with the National Forest Management Act, with 96 out of 128 plans being 15 years or older.



A bridge washed downstream on the Angeles National Forest. After each major storm, the agency must conduct a long process of assessing damage on the forest and begin repairs if needed.USDA Forest Service photo by Andrew Avitt

## More acres treated for hazardous fuels than any time in history

**FY 2023**

4,353,863 acres treated

**FY 2020**

2,600,000 acres treated



An area of reservation where forest thinning was done as part of a Joint Chief's effort to battle against wildfire and to improve water quality downstream. Here, if fuels management isn't done, there is a high possibility that a fire could destroy this community. USDA Forest Service photo by Preston Keres.

# THE FOREST SERVICE: A PROVEN RETURN ON INVESTMENT

When leaders do invest in the Forest Service, they realize substantial return on investment. Recognizing the urgency and enormity of the wildfire threat, Congress took decisive action, investing in the fire funding fix in 2018 which created a Suppression Operations Reserve Fund to cover firefighting costs once annual suppression appropriations were depleted. This temporary fix halted the practice of midseason "fire transfer" of funds from other Forest Service programs to cover suppression costs, stabilizing the agency budget and allowing the continuation of critical nonfire work that is essential to forest health improvements that reduce the risk of catastrophic wildfire. In addition, it meant that from FY 2020 to FY 2027, the agency no longer has to budget for the 10-year rolling average of suppression costs upfront in every year's budget—a practice that was siphoning millions of dollars every year from core programs and shifting them to the fire suppression budget.

The establishment of the fire funding fix from FY 2020 to FY 2027, and later, the BIL and IRA in 2022, were key legislative actions that propelled the agency's risk reduction and response efforts. Congress' leadership made a difference. By enabling the Forest Service to take strategic, tangible actions in high-risk areas near vulnerable communities, Congress and the administrations made a substantial down payment toward curbing the U.S. wildfire crisis. Investing regular appropriations, BIL, IRA, and other funding, the agency made gains in several ways:

- **Reduced wildfire risk to an estimated $700 billion worth of homes, powerlines, buildings, and other infrastructure safeguarded** across 24 million acres of National Forest System lands.

- **Treated a record-breaking 4.3 million acres for hazardous fuels** on National Forest System lands and other lands through the State Fire Capacity/Assistance Program and Community Wildfire Defense Grants in FY 2023.

- **Treated the highest ever acreage with prescribed fire**—1.89 million acres in a single year.

- **Provided economic relief and pay equity to Federal wildland firefighters** through $381 million in supplemental payments in 2022 to benefit more than 14,000 Forest Service wildland firefighters and 5,000 U.S. Department of the Interior wildland firefighters.

- **Closed a historic gap for some of the areas at highest risk**—those nearest to homes, communities, and infrastructure, where fuel treatments are more expensive and may cost up to $28,000 per acre. Funding from BIL and IRA allowed the agency to treat critical areas in the wildland-urban interface at a pace and scale that will make a difference and be more impactful for people and communities.

- **Restored lands and facilities damaged by wildfires through the Burned Area Recovery program**, achieving 250 miles of rangeland fence repair, 5,000 acres of invasive species treatments, 16,000 acres of seeding and reforestation, 200 miles of road repair, 360 miles of trail repair, repair of 21 facilities and 15 bridges, 12 miles of aquatic restoration, and replacement of close to 1,000 signs.

- **Funded 21 projects and more than 180 co-stewardship agreements** involving 56 Tribal Nations with $12 million from BIL. Projects include activities such as managing vegetation, reducing fire risk, and conducting surveys of cultural and plant resources. The Forest Service allocated $33.4 million to work with States and Tribes on Wildfire Crisis Strategy landscapes in need of urgent attention to prevent or mitigate wildfires.

- **Provided a historic $1.5 billion in IRA funding to support the Urban and Community Forestry program** in every State for tree planting, urban forest planning and management, and related activities, particularly in disadvantaged communities. One hundred percent of the benefits will flow to disadvantaged communities nationwide through community-based organizations, local and State governments, Tribes and Tribal organizations, and other entities.

- **Expanded the number and diversity of Forest Service partnerships by almost 23 percent**, growing from 4,944 agreements in 2021 before supplemental funding to 6,061 agreements in 2023. Supplemental funding allowed the agency to diversify partnerships in unprecedented ways, too. New and expanded partners in 2023 and 2024, such as the African American Mayors Association, the Center for Native Health, the Superior Alliance for Independent Living, Intertribal Timber Council, Hispanic Access Foundation, and the Next 100 Coalition, are expanding access and opportunity for a greater diversity of American people than ever in the agency's history.

**In recent years, Congress has provided new authorities that did not come with additional appropriated resources to cover the costs.**

**A partial list includes:**

- 2022 enacted amendments to the Healthy Forests Restoration Act
- 2018 Farm Bill Section 8401 Promoting Cross Boundary Wildfire Mitigation
- 2018 Farm Bill Section 8404 Water Source Protection Program
- 2018 Farm Bill Section 8630 Utility Infrastructure Rights-of-Way Vegetation Management Pilot Program

Investing in the Forest Service is an investment in the country's future. The dollars invested into the agency produce larger dividends, creating a triple win for the environment, the economy, and the American people who deserve nothing less than to see the value of their money at work for their benefit.

**After BIL, IRA, and other supplemental funding, why does the Forest Service need more funding? And why is the need so urgent?**

While funding in BIL, IRA, GAOA, and other supplemental funding is robust, it is temporary, one-time funding. As temporary funds dwindle, the reality is that U.S. forests could backslide into the same wildfire risks they faced before 2018, with nonfire programs unable to meet even minimum program requirements.

Even with additional funds, there is still a shortfall in resources needed to fulfill wildfire risk reduction treatments on an annual 2.1 million acres at high or very high risk. Given the significant increases in general operating costs including higher costs of employee salaries, leases, and technology, as well as overall inflationary pressures, the agency will return to operating at a degraded level. Essential partnerships could falter, and the backlogs will continue to grow. Protecting the gains of the last few years requires maintenance, just like changing the oil in the car. As mundane as maintenance may seem, especially amid other crises, putting it off only exposes the agency to future damages that are hazardous to safety and the bottom line.

The depletion of nonfire programs to pay for the ever-increasing costs of fire has real implications, not only for the Forest Service's restoration work that would help prevent catastrophic fires. This lack of funding also impacts the protection of watersheds and cultural resources; upkeep of programs and infrastructure that support thousands of recreation jobs and billions of dollars of economic growth in rural communities; support for the range of multiple uses, benefits, and ecosystem services from forests; and research, technical assistance, and other programs that deliver value to the American public.

This shortfall cripples efforts to combat increasingly severe wildfires and threats from invasive species, imperiling crops, native species, and communities alike. It has been estimated in the past that invasive species cost the American public more than $140 billion per year in damage, loss, and control costs. Outdated facilities fail, resources are stretched thin, and meeting legislative mandates becomes improbable. The strain on infrastructure, IT, and administrative costs further undermines operational effectiveness. Backlogs persist, especially in infrastructure maintenance. The consequences of underinvestment reverberate through every aspect of forest management, endangering public safety and compromising the very services Americans expect from their national forests.

Annual needs for the wildland fire response system in the Forest Service are estimated to be at least $1.7 billion per year above the $1.3 billion the agency receives annually (not including the Suppression Reserve Account). Reauthorizing the fire funding fix is essential.

Reauthorizing the fire funding fix is essential. In addition to the recurring annual appropriations, the Fire Operations




While the challenges the Forest Service faces have grown exponentially and costs continue to rise, our regular appropriations have stayed relatively flat. The effects of absorbing several annual cost of living adjustment increases totaling $350–400 million, while also navigating recent decreases in annual salary and expense budget line items, is threatening to undo the gains we made in starting to rebuild and stabilize our nonfire workforce. As examples, the salary for a GS-12, step 1 employee was $69,497 in FY 2014; that same employee's salary rose to $86,962 in FY 2024. Meanwhile, many leases have doubled or tripled over the last two decades. A lease for the administrative office of the Fremont-Winema national forest in Oregon that cost $479,789 annually at its inception now costs $972,428. While discretionary appropriations have been fairly level over time, the effective buying power has dramatically decreased in the same period of time. As a result, we have not been able to keep pace with the growing demands to keep our forests and grasslands healthy and productive and meet the needs of the American public.

Reserve authority (2 U.S.C. § 901) that established the current discretionary spending limits is set to expire at the end of FY 2027. Not reauthorizing the Fire Operations Reserve would cripple the ability of both the U.S. Department of the Interior and the Forest Service to provide national wildland fire response capability, resulting in catastrophic wildfire outcomes across the country. In addition, BIL supplemental funds that provided 100 percent of the essential resources for many programs, in addition to investments like Burned Area Recovery, are at risk to no longer being available after 2026.

The 2018 fire funding fix, which expires at the end of FY 2027, was never meant as a panacea to solve all the agency's budgetary challenges, nor was one-time supplemental funding such as BIL, IRA, and disaster funds. These were a good first step in addressing the need, but building on the gains we have made with these funds will require sustained, consistent, predictable funding.

**Current capacity to deliver fully on mission requirements**




**Without the fire funding fix, the Forest Service would face dramatic shortfalls for wildfire response that would force a level of fire borrowing that would cripple other functions.**

# THE OPPORTUNITY

## Renewed Leadership for America's Forests and Grasslands

America's leaders in Congress, the private sector, philanthropy, and elsewhere have an outstanding opportunity now to blaze a trail and protect the future of the Nation's forests and grasslands. In urban and community forests, historic investments in recent years enabled the Forest Service to put $1.5 billion into more than 400 communities across all States, yet this was just a fraction of the $6 billion in requests. We made measurable progress on infrastructure, but we do not have the resources to maintain all the dams on Forest Service lands. **Only with sustained, sufficient resources can we successfully manage 193 million acres; support stewardship of 500 million acres of State, private, Tribal, and urban forests; support research and innovation; and overcome the backlog of infrastructure maintenance needs.** With these resources and visionary leadership, the following are examples of what we could achieve.

### Fortifying Disaster Response and Wildfire Management

Investing sufficiently in the agency's wildland firefighting workforce is literally a matter of national security. To strengthen the response to and meet the demands of year-round wildfire activity, the Forest Service would boost core firefighting capacity with new firefighters, including hotshots, logistics experts, and equipment operators. We would also modernize tools with cutting-edge technology like satellite detection systems and unmanned aerial vehicles to enhance the ability to predict and combat wildfires and maximize response effectiveness. Investments in critical infrastructure such as facilities, housing, and aviation resources are among the agency's top priorities. Establishing a predictable funding source will ensure swift and effective responses to future emergencies without relying on temporary funding. These investments would enable us to make good on many of the 148 recommendations of the Wildland Fire Mitigation and Management Commission in September 2023.

### Providing Equitable Access to Critical Resources

Investing in national forests and grasslands provides a safe and accessible outdoor experience for millions of Americans. The Forest Service is committed to maintaining national monuments, historic sites, and recreational areas, ensuring they meet today's standards and future needs. By 2034, the Forest Service expects the number of visitors to increase from 160 million to more than 200 million visitors per year. To meet the needs of this visitation, we aim to upgrade 163,000 miles of trails, along with campgrounds, roads, and other facilities. Currently, only half of recreation buildings are accessible. This effort supports national priorities and enhances the agency's ability to respond to all types of emergencies. The plan also includes increasing law enforcement officers by 50 percent to protect natural resources and visitors and ensure 100-percent compliance with grazing laws.

The Forest Service will continue to support food security while preserving the cultural heritage and way of life that is associated with grazing and ranching. Forty percent of National Forest System lands—74 million out of 193 million acres—host grazing permits. This provides 4 percent of all livestock forage (valued at $110 million) that supports 1.2 million cattle and 770,000 sheep, which in turn provide food and clothing.

The Forest Service will continue working with Tribes to give them more control over their lands and resources, as authorized by the 2018 Farm Bill, the Indian Self-Determination and Education Assistance Act (P.L. 93–638), and the Tribal Forest Protection Act (P.L. 108–278). These laws allow Tribes to enter into self-governance

agreements with the Forest Service and to propose and implement projects to protect and restore Tribal Nation forests and grasslands

### Sustaining Forest Health and Fueling Innovation with Science-Based Stewardship

Investing in the right treatment in the right places not only reduces wildfire risk but can help sustain local businesses in communities by providing wood products for construction, pulp and paper, and energy. National forest products supported 47,200 jobs and contributed $5.2 billion to the U.S. GDP. A smaller but no less critical connection between people and their national forests is the wood they use to heat their homes. In FY 2022, the Forest Service issued about 152,000 fuelwood permits that provided approximately 865,000 cords of fuelwood. That's enough to heat 173,000 homes for one year, saving money and providing the security of a warm place to live.

The Forest Service's approach to managing national forests involves treating 6.4 million acres annually to reduce wildfire risks. Adequate resources would allow the Forest Service to update all 128 land management plans every 15 years to ensure they meet modern environmental standards. Achieving full compliance with environmental policies is a priority, as is ensuring equal access for Tribal communities to Forest Service programs and funding. Appropriate resourcing would also support investments in research to develop innovative uses for wood waste and advance sustainable housing solutions.

### Sustaining Cornerstone Infrastructure

Investing in the country's infrastructure supports public safety and essential services. The Forest Service administers over 4,000 communications use authorizations that support more than 10,000 wireless communications uses and over 8,000 miles of fiber optic cable. Thirteen million people who live in rural communities, and millions more who visit, receive cellular and internet services from communications infrastructure located on National Forest System lands. Utility permittees on national forest lands generate and transmit more than 70,000 megawatts of electricity across the Nation to millions of homes, hospitals, and businesses, connecting rural communities to the electric grid. As part of the agency's diversified contributions to providing energy to the Nation, more than 3,000 miles of pipeline infrastructure across the National Forest System transport oil and natural gas throughout the Nation.

Upgrading agency facilities and sites that support these services and improving dam compliance are critical efforts to ensuring public safety and operational efficiency. The agency is addressing a significant backlog in facility maintenance and improving wastewater systems. Enhancing physical security measures at administrative facilities and rehabilitating our transportation infrastructure—including 9,600 miles of roads—is essential for maintaining the ability to serve the public effectively.

These investment centers are vital for protecting natural resources, enhancing public access, and ensuring the long-term sustainability of America's forests and grasslands.

## A NEW VISION

### Investing in the Future Through the Nation's Forests

The Forest Service plays a pivotal role in safeguarding the Nation's natural and cultural heritage while addressing the most urgent wildfire and other natural disasters experienced in a generation.

The challenges facing national forests and grasslands, from wildfires exacerbated by climate change to the maintenance of critical infrastructure, are immense. A broader investment in the Forest Service is not just necessary; it is essential. This means



A bridge on the Hiawatha trail. The trail runs through parts of Idaho and Montana. USDA photo by Gina Davis

committing to robust substantial and sustained funding that allows the agency to deliver on its multiuse mandate while offering the services and resources communities across America depend on.

The agency's work is centered on conserving the land and serving the public. From protecting communities against wildfires to maintaining recreational areas and ensuring clean drinking water, the Forest Service provides vital support that touches the lives of millions of people every day. Investing in the Forest Service is not about the agency—it is about fulfilling a national duty to the public to ensure their safety, health, and economic prosperity.

Recent funding like that from the BIL, IRA, and GAOA offered a substantial new beginning. To make a tangible difference, the Forest Service needs ongoing, predictable, and sustained investments that allow the agency to show measurable progress across landscapes, benefiting both current and future generations. A different future would look like this:

- We have a permanent investment in emergency fire funding, expanded to include more fire costs as part of reauthorizing the fire funding fix.
- Firefighter pay is permanently increased.
- Combined funding from BIL/IRA/GAOA (plus current appropriation) serves as a new baseline.
- GAOA is made permanent.
- We have dedicated, off budget funding (similar to fire funding fix) for post-disaster response.

If these changes were made, the Forest Service would have a predictable baseline of funding of about $12 billion, along with an ability to address increasing needs around fire response and post-disaster work off budget. That level of baseline funding would be about the equivalent of current baseline appropriations combined with today's supplemental funding. To secure a sustainable future for forests and grasslands, action is needed now. By investing in the Forest Service, leaders will protect the Nation's natural resources today while boosting communities' resilience to the environmental challenges and economic uncertainties of the future. This is an investment in America's future—ensuring thriving ecosystems, sustainable economic prosperity, and resilient communities.

Supporting the Forest Service is not just about funding one of the Nation's most iconic and far-reaching institutions; it's about putting tax dollars to work right in the heart of America's environmental and economic center, ensuring the country's well-being for the next generation in every State. The multiple use mandate of the Forest Service allows us to serve communities in the ways they most want to be served, letting local needs determine priorities. By providing the necessary resources, the Forest Service can uphold its commitment to public service, mitigate the effects of climate change, and conserve forests for the future. Let's make a lasting impact together.

**The Forest Service now confronts a harsh reality. Once this funding is depleted and the agency reverts to base appropriations in the upcoming fiscal year, its ability to fulfill even a fraction of its mission will be severely compromised.**

Destruction caused by the Carr Fire in Redding, CA. USDA Forest Service photo by Cecilio Ricardo.

