# EXHIBIT 15

**From:** Rapp, John - OBPA, DC <john.rapp@usda.gov>
**Sent:** Monday, August 26, 2024 4:33 PM
**To:** Fischietto, Mary S. EOP/OMB <Mary_S_Fischietto@omb.eop.gov>; Lucas, Adrienne E. EOP/OMB <Adrienne_C._Erbach@omb.eop.gov>
**Cc:** Gillam, Laura H. EOP/OMB <Laura.H.Gillam@omb.eop.gov>; Babington, Sean - OSEC, DC <Sean.Babington@usda.gov>; Harrell, Meryl - OSEC, DC <Meryl.Harrell@usda.gov>; Scardina, Anthony - FS, DC <anthony.scardina@usda.gov>; Rivera, Jaelith - FS, DC <Jaelith.Hall-rivera@usda.gov>; Coard, Cedric - OBPA, DC <Cedric.Coard@usda.gov>; Delgado, Linda - OSEC, DC <Linda.Delgado@usda.gov>; Delgado, Linda - OSEC, DC <Linda.Delgado@usda.gov>; Lichtenstein, Mark - FS, DC <mark.lichtenstein@usda.gov>; Cress, Debbie - FS, DC <debbie.cress@usda.gov>
**Subject:** Too much forest or two little money? A case for Investing in the FS

Adrienne and Mary,

Over the summer, Secretary Vilsack and Director Young met and covered a myriad of topics; one of the topics discussed was the Forest Service's budget. Laura (cc'd) was present and may recall the Secretary saying, "we either have too much land or too little money" and Director Young quickly responded that it must be too little money since decreasing acreage is politically untenable. I recall there being a general statement/agreement that OMB and USDA would continue to explore the idea of too little funding or too many acres.

At the direction of the Secretary, the Forest Service created the attached document which articulates the case for investment in the Nation's forests and grasslands. We see this document as the foundation of a communications campaign that raises awareness about the agencies impact, the influence of an expiring fire funding fix, and the case for investing. We'd like to meet later this week, if possible, to discuss the document and what an awareness and education campaign might look like and when it would kick-off. OSEC and NRE policy staff are interested in opening the initial discussion to Policy Council staff (e.g., Melinda Cep), so please let us know your thoughts on that as well.

We're looking forward to discussing our path forward. All the best,

John

**John Rapp**

Director

Office of Budget & Program Analysis (OBPA)

United States Department of Agriculture (USDA)

202-720-3294 Office

202-642-0244 Mobile Voice & Text

John.Rapp@usda.gov