# EXHIBIT 16

# Request for Voluntary Early Retirement Authority (VERA)

**Agency:** USDA

**Covered Component(s):** FOREST SERVICE

1. State the reason(s) why the authority is needed. (Describe the situation that will result in an excess of personnel because of substantial delayering, reorganization, reduction in force, transfer of function, or other workforce restructuring or reshaping.) Briefly explain in 250 words or less.

The Forest Service (FS) is requesting approval to offer Voluntary Early Retirement Authority (VERA) to eligible permanent employees. This authority is desperately needed to incentivize employee's departure from positions as a result of a drastically reduced funding environment. Specifically, most non-fire Salary & Expense accounts for the Forest Service have remained level or decreased compared to the FY 2022 funding level; however, the workforce increased from 20,223 in June 2022 to 25,073 in November 2024, annual pay increases totaled more than 10 percent, and attrition rates were lower than historic averages. There was short-term funding provided to the Forest Service via the Inflation Reduction Act and the Infrastructure Investment and Jobs Act (IIJA) that the agency heavily relied on to address the salary need, but that funding is no longer viable. While Congress is generally aware of the current budget issue, it is risky to wait to see if Congress will provide several hundred million dollars in funding to address this critical need. Regardless of Congressional action, the Forest Service has a clear problem that must be swiftly addressed to minimize adverse impacts to the agency.

The FS must reduce the workforce by a total of 4,000 employees by the end of FY25. This reduction can only be achieved by accelerating the historical attrition rate of 8.4%. The FS has taken drastic efforts to reduce their budgetary deficit. Despite all efforts such as implementing a hiring freeze beginning in February of 2024 (with the exception of Health and Safety workers like Firefighters and Law Enforcement Officers), reducing funding available for travel and training, as well as eliminating approximately 3,000 non-fire seasonal employees, a deficit in FY25 of approximately $100 million remains as well as a $200-$300 million shortfall in FY26.

Based on data from the National Finance Center, the FS has approximately 2,900 employees eligible for VERA with another 4,000 eligible for voluntary retirement in FY25. FS is requesting authority to offer VERA to up to 3,000 employees in FY25. Without the use of this authority, the FS will be forced to run a reduction in force (RIF). While VERA authority may not solve all of FS' budgetary issues, the VERA authority will allow for and assist with minimizing the overall number of employees that would be adversely affected by a RIF.

2. Provide the anticipated effective date of the delayering, reorganization, reduction in force, transfer of function, or other workforce restructuring or reshaping described above in item #1…….. **01/16/2025**

3. Identify the time period during which the agency plans to offer VERA (end date)……………………. **09/30/2026**

***For the following items, if you are requesting VERA for only a part of your organization, provide the data for that portion of the organization only. Do not provide numbers for the entire organization.***

4. Provide the total number of permanent employees in the agency or covered component(s)………… **35,802**

5. Provide the total number of permanent employees in the agency or covered component(s) that are expected to be involuntarily separated, downgraded, transferred, or reassigned as a result of the situation described above in item #1……………………………………………………. **4,000**

6. Provide the total number of employees in the agency or covered component(s) who are eligible for voluntary early retirement. (*Do not include employees eligible for optional retirement.*)………….. **2,936**

7. Provide an estimate of the number of employees in the agency or covered component(s) who are expected to take voluntary early retirement……………………………….......................... **3,000**

8. Select the types of personnel actions that are anticipated to be necessary without VERA (based on the reason(s) described above in item #1.) (*Check all that apply*)

- ☐ Downgrades
- ☐ Transfers
- ☑ Reduction in Force
- ☐ Attrition to mitigate the need for involuntary actions
- ☐ Reassignment of staff to other organizations/functions
- ☐ Other

Agency: USDA

**Agency Contact Information & Signature of Requesting Official (Agency Head or Designee)**

Name: Deedra Fogle Email: deedra.fogle@usda.gov Phone: (202) 768-5519

Requesting Official's Name: Anita R. Adkins Requesting Official's Title: Chief Human Capital Officer

Requesting Official's Signature (or attach signed cover memo): ANITA ADKINS Digitally signed by ANITA ADKINS Date: 2025.01.15 19:17:03 -05'00' Date: 01/15/2025

---

**OPM Decision (OPM Use Only)**

☐ Approved ☐ Disapproved

VERA Authorization #: 2025-001 Approval Period: 01-21-2025 to 09-30-2026

Approving Official's Name: Latonia J. Page Approving Official's Title: Deputy Assoc Dir WPI-TACVP

Approving Official's Signature: Date:

LATONIA PAGE Digitally signed by LATONIA PAGE Date: 2025.01.17 19:50:24 -05'00'

**Please submit to:**

Mailing Address: Deputy Associate Director
Recruitment and Hiring
U.S. Office of Personnel Management
1900 E Street, NW
Room 6500
Washington, DC 20415

Email: employ@opm.gov

FAX: 202-606-4430

PRINT SAVE