# EXHIBIT 18


LOW PRESSURE STEAM
CHILLED WATER RETURN
Air Filtration


HOT WATER SUPPLY
HOT WATER SUPPLY
LOW PRESSURE STEAM












LOW PRESSURE STEAM
LOW PRESSURE STEAM




PLEASE MAKE SURE DOOR IS SECURE
DANGER
PELIGRO









