Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Corinne F. Johnson (SBN 287385)
Jessica M. Levy (SBN 368289)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel. (415) 421-7151
bchishom@altber.com
dleonard@altber.com
cjohnson@altber.com
jlevy@altber.com

*Attorneys for All Union and Non-Profit Plaintiffs*

[Additional Counsel not listed]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE; BROOKE ROLLINS, in her official capacity as Secretary of Agriculture,<br><br>Defendants. | Case No. 26-cv-9976<br><br>**FOURTH DECLARATION OF GENNY KOTYK** |

**FOURTH DECLARATION OF GENNY KOTYK**

I, Genny Kotyk, declare as follows:

1. I am over 18 years old and competent to give this declaration. This declaration is based on my personal knowledge, information, and belief.

2. This declaration supplements the declarations I previously submitted in *AFGE v. Trump*, No. 25-cv-03698-SI (N.D. Cal.) and this case.

3. I am employed by the U.S. Forest Service, which is a part of USDA, as a Forester at the George Washington and Jefferson National Forest in Virginia.

4. I also serve as the President of the Forest Service Council ("Council" or the "Union") of the National Federation of Federal Employees ("NFFE").

5. On March 31, 2026, USDA and the Forest Service announced that the Forest Service would be reorganized by:

- Moving the headquarters from Washington, D.C. to Salt Lake City, Utah;
- Closing all Regional Offices;
- Transitioning to a state-based model with 15 state offices;
- Consolidating its multiple research stations into a single national Research and Development organization, headquartered in Fort Collins, CO.

6. The Forest Service publicly announced on its website, including in the FAQs, and "Fact Sheet" available its website, that as part of this Reorganization, the agency would:

- Relocate about two-thirds of its D.C. area positions to Salt Lake City or various Operational Service Centers spread throughout the country;
- Transition many functions from regional offices to a national network of Operations Service Centers in Albuquerque, NM, Athens, GA, Fort Collins, CO, Madison, WI, Missoula, MT, and Placerville, CA;
- Evaluate Research and Development facilities for closure;
- Close and consolidate additional facilities over the next 2 years.

7. In town halls, the Forest Service communicated to employees that the new state offices will operate with small staffs of approximately six to eight people.

8. On March 31, 2026, the Forest Service sent letters of intent to Forest Service employees, including to employees in the Washington Office, all Regional Offices, and research facilities.

9. In these letters, the Forest Service explained, among other things, that it planned to retain approximately 135 employees in the D.C. area and "the remainder will be relocated to Salt Lake City, UT; Fort Collins, CO; Albuquerque, NM Boise, ID a new Operational Service Center, or a duty station located on a national forest." This equates to retaining approximately one third of the about 390 employees in the D.C. area, and relocating about 255 employees, approximately two-thirds.

10. The Forest Service sent letters of intent to approximately 2,300 Regional Office employees. Among other things, in the letters, the Forest Service told Regional Office employees in Portland (Region 6), Atlanta (Region 8), and Milwaukee (Region 9) that they "will be relocated," and "may be moved to national headquarters in Salt Lake City, UT; a new Operational Service Center in Albuquerque, NM, or Fort Collins, CO; or any national forest unit."

11. In the letters, the Forest Service also told employees in Lakewood, Colorado (Region 2) and Ogden, Utah (Region 4) that they would have to relocate and "should expect to transition to a consolidated facility over time." And the Forest Service told employees in Vallejo, California (Region 5) that the office will be converted into a National Training Center and did not specify what would happen to the regional office employees.

12. I am aware that after the filing of litigation challenging the Reorganization Plan, the Forest Service subsequently stated that employees at Regional Offices and research facilities that are being closed due to the Reorganization will instead only be relocated within the employees' "commuting area."

13. The Union is actively attempting to learn which employees will still be required to move outside their commuting area. The Forest Service has not provided that information in

response to the Union's repeated requests for information. The Forest Service website still says that the Reorganization is "building a network of Operations Service Centers." And the Forest Service continues to assert in this litigation that the Reorganization will change the agency from a regional office structure to state offices supported by Operational Service Centers. This appears contrary to the Forest Service's current claim that it has shifted positions and will not be relocating Regional Office employees to these Operational Service Centers, far out of their local commuting areas.

14. For example, for Region 9, the Forest Service has not yet identified any replacement offices, let alone replacement offices within commuting distance of the main Milwaukee office or other Region 9 office locations. The Union has no confirmation or assurances that the agency's new statements about retaining all regional office employees in their local commuting area are true.

15. The Union has likewise received no confirmation or assurances that employees in the Forest Service's other regional offices will not have to relocate as previously announced. The agency has identified no replacement office for Region 2 Office employees in Lakewood, Colorado who have been told they will need to relocate when the office's lease expires in 2027. The new state office in Fort Collins is at least 90 minutes to two hours away in normal traffic, and approximately 70 miles apart. Employees in the Vallejo, California Region 5 Office have been informed that their facility will be converted into a training center and that their functions will be moved to other locations, but the agency has provided no information about where they need to move or if they can remain at that location. The new state office and operations center in Placerville, California is at least 90 minutes to two hours away in normal traffic, and also outside of the local commuting area at about 100 miles away. San Dimas, California has also been identified as an alternative location to potentially relocate employees, and it is approximately 400 miles away.

16. Additionally, many employees are harmed by and/or will be unable to accept relocations within their purported "commuting area" because the Forest Service defines "commuting area" to be within 50 miles of an employees' current duty station.

17. For instance, in Region 6, the Forest Service has identified the Oregon Department of Forestry office in Salem, Oregon as an alternative office location within the "commuting area." The Salem location is 49 miles away from the Portland Regional Office and research offices that are being closed (more depending on the route taken). For many employees, the actual commuting distance from their residence will be much more than 49 miles. With normal traffic, it will take employees from the Portland area at least 60 to 90 minutes each way to commute to Salem during the work week. A two to three-hour round trip is not a reasonable commuting distance. Multiple employees have already told the agency that they will not be able to continue working at the Forest Service when their positions are reassigned to Salem. But the agency is moving forward with reassigning employees there anyway.

18. The Union is concerned that the Forest Service has chosen new office locations far outside a reasonable commuting distance with the knowledge and intent that this will force current Regional Office employees to quit.

19. The Forest Service has publicly announced that it will close 23 Research and Development facilities and require employees who report to these facilities to move to alternative locations. This will affect almost 100 research employees.

20. The Forest Service has not informed the impacted employees of where they will be relocated, nor has the Union received any information.

21. The Forest Service says it is still evaluating its facilities and may close other facilities as well.

22. Finally, I am aware that the declaration submitted by Mary Pletcher Rice in this litigation claims that the Forest Service has only issued one MDR letter for a reassignment outside of an employee's commuting area. This understates the relocation directives that the agency has already issued but were not formal MDRs.

23. Specifically, the Union is aware that GS-14 and GS-15 employees within the D.C. area who hold "Director" in their title received a notice ordering them to relocate to Salt Lake City. As described in one of my prior declarations, these notices were sent to a set of employees

that extends beyond the group that had been sent the letters in March informing them that they would have to relocate.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed September 23, 2026, in Lexington, Virginia.

Genny Kotyk