# EXHIBIT 4




# RBCS Reorganization FY24/25

## Rural Business-Cooperative Service

August 2024

USDA Rural Development
U.S. DEPARTMENT OF AGRICULTURE

# RBCS Organizational Chart

RBCS administers **26 programs and 3 initiatives** and supports rural communities with **loan and grant investments of ~$4 billion annually**. The current RBCS portfolio of investments exceeds ~$12 billion.

Updated 02/06/2024



# RBCS Organizational Chart – Proposed



# The Office of the Deputy Administrator & YOU



# Implementation Timeline

- **August 13, 2024** - Reorganization went to the Hill (30-Day Window Begins).
- **August 29 to September 30, 2024**
  - Follow-up Meeting(s) with impacted employees:
    - Program Processing Division – Underwriting
    - Program Operations Office
    - Biobased Markets Office
- **September 24, 2024** - End of 30-Day Window
  - NOTE: This is the point by which the Hill will/should have reached out to RBCS if they had any questions or concerns about the reorganization.
- **During 1st Quarter (FY25)** – SF-52s will be created and executed to align staff into the new organization.
- **During 1st Quarter (FY25)** – Management Directed Realignment Phase Begins