# EXHIBIT 5

USDA Rural Development
U.S. DEPARTMENT OF AGRICULTURE

**Current Organizational Chart**

