**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE; BROOKE ROLLINS, in her official capacity as Secretary of Agriculture,<br><br>Defendants. | Case 3:26-cv-09976-VC<br><br>**DECLARATION OF CHRISTOPHER NELSON IN SUPPORT OF SUPPLEMENTAL BRIEF** |

I, Christopher Nelson, declare as follows:

**Introduction**

1. I am the Director of the Office of Budget and Program Analysis ("OBPA") in the United States Department of Agriculture ("USDA" or "Department") and serve as the USDA Budget Officer. I have served in this position since June 14, 2026, and I have been employed at USDA since 2004. During my employment with the Department, I have served as OBPA's acting Director, Associate Director, Supervising Program Analyst, and Program Analyst.
2. In my role at USDA, I oversee all elements of the Department's enterprise budget functions, including budget execution, budget formulation, and engagement with the relevant Congressional Appropriations subcommittees with jurisdiction for the Department. I also oversee the Department's responsibilities pertaining to the Government Performance Results Act ("GPRA"), the GPRA Modernization Act of 2010 ("GPRAMA"), and the evidence-building and evaluation responsibilities from the Foundations for Evidence-based Policymaking Act of 2018 ("Evidence Act").
3. As part of my role, I also coordinate closely with Departmental leadership to identify and understand any budgetary issues that affect USDA's workforce and facilities. I meet regularly with Mission Areas and Staff Offices to provide guidance and support on budget-related matters associated with the workforce and facilities. I coordinate with other Departmental leaders to ensure appropriate Congressional notifications occur on reorganization, workforce, and facility matters.
4. One of my delegated responsibilities as Director of OBPA is representing the Department in contacts with the Congressional Committees on Appropriations. I possess an in-depth

understanding of the Department's approach, practices and history with respect to notifying Congress of planned organizational changes and funding adjustments, such as transfers and reprogramming of funds.

5. I was involved in the drafting and clearance of the Congressional notification letters related to the Department's announced reorganization activities and have received copies of the signed letters which were transmitted between March and June 2026.

**Congressional Notification Requirements**

6. Two provisions in the Department's annual appropriations acts require the Department to, in some circumstances, notify Congress of planned organizational changes.

7. The first provision is Section 716 of Public Law 119-37, the "Continuing Appropriations, Agriculture, Legislative Branch, Military Construction and Veterans Affairs, and Extensions Act, 2026." This section pertains to all agencies and offices of the Department except for the Forest Service, which is funded under a separate annual Appropriations bill.

8. The text of Section 716 states:

*(a) None of the funds provided by this Act, or provided by previous appropriations Acts to the agencies funded by this Act that remain available for obligation or expenditure in the current fiscal year, or provided from any accounts in the Treasury derived by the collection of fees available to the agencies funded by this Act, shall be available for obligation or expenditure through a reprogramming, transfer of funds, or reimbursements as authorized by the Economy Act, or in the case of the Department of Agriculture, through use of the authority provided by section 702(b) of the Department of Agriculture Organic Act of 1944 (7 U.S.C. 2257) or section 8 of Public Law 89–106 (7 U.S.C. 2263), that—*

*(1) creates new programs;*

*(2) eliminates a program, project, or activity;*

*(3) increases funds or personnel by any means for any project or activity for which funds have been denied or restricted;*

*(4) relocates an office or employees;*

*(5) reorganizes offices, programs, or activities; or*

*(6) contracts out or privatizes any functions or activities presently performed by Federal employees;*

*unless the Secretary of Agriculture or the Secretary of Health and Human Services (as the case may be) notifies in writing and receives approval from the Committees on Appropriations of both Houses of Congress at least 30 days in advance of the reprogramming of such funds or the use of such authority.*

*(b) None of the funds provided by this Act, or provided by previous Appropriations Acts to the agencies funded by this Act that remain available for obligation or expenditure in the current fiscal year, or provided from any accounts in the Treasury derived by the collection of fees available to the agencies funded by this Act, shall be available for obligation or expenditure for activities, programs, or projects through a reprogramming or use of the authorities referred to in subsection (a) involving funds in excess of $500,000 or 10 percent, whichever is less, that—*

*(1) augments existing programs, projects, or activities;*

*(2) reduces by 10 percent funding for any existing program, project, or activity, or numbers of personnel by 10 percent as approved by Congress; or*

*(3) results from any general savings from a reduction in personnel which would result in a change in existing programs, activities, or projects as approved by Congress;*

*unless the Secretary of Agriculture or the Secretary of Health and Human Services (as the case may be) notifies in writing and receives approval from the Committees on Appropriations of both Houses of Congress at least 30 days in advance of the reprogramming or transfer of such funds or the use of such authority.*

*(c) The Secretary of Agriculture or the Secretary of Health and Human Services shall notify in writing and receive approval from the Committees on Appropriations of both Houses of Congress before implementing any program or activity not carried out during the previous fiscal year unless the program or activity is funded by this Act or specifically funded by any other Act.*

*(d) None of the funds provided by this Act, or provided by previous Appropriations Acts to the agencies funded by this Act that remain available for obligation or expenditure in the current fiscal year, or provided from any accounts in the Treasury derived by the collection of fees available to the agencies funded by this Act, shall be available for—*

*(1) modifying major capital investments funding levels, including information technology systems, that involves increasing or decreasing funds in the current fiscal year for the individual investment in excess of $500,000 or 10 percent of the total cost, whichever is less;*

*(2) realigning or reorganizing new, current, or vacant positions or agency activities or functions to establish a center, office, branch, or similar entity with five or more personnel; or*

*(3) carrying out activities or functions that were not described in the budget request; unless the agencies funded by this Act notify, in writing, the Committees on Appropriations of both Houses of Congress at least 30 days in advance of using the funds for these purposes.*

*(e) As described in this section, no funds may be used for any activities unless the Secretary of Agriculture or the Secretary of Health and Human Services receives from the Committee on Appropriations of both Houses of Congress written or electronic mail confirmation of receipt of the notification as required in this section.*

9. Section 716 thus provides for notification to Congress regarding funding-related activities, such as reprogramming actions, or the transfer of funds under certain statutory

authorities. To date, the Department has not reprogrammed any funding or otherwise invoked those specific transfer authorities in a manner that triggers the Congressional notice obligations. The Department does not anticipate taking any other funding-related action that would trigger the obligations in Section 716(a) & (b) at least through the duration of the Continuing Resolution that will commence on October 1, 2026.

10. Subsection (c) of section 716 requires notification if actions are taken to start programs or activities not carried out in the prior fiscal year. The Department has not started any programs or activities and is not planning to start any programs or activities as a result of the announced organizational changes at least through the duration of the Continuing Resolution that will commence on October 1, 2026.

11. The second notification requirement is found in section 421 of the "Commerce, Justice, Science; Energy and Water Development; and Interior and Environment Appropriations Act, 2026" which affects the Forest Service.

12. Section 421 states:

*None of the funds made available in this Act, in this and prior fiscal years, may be reprogrammed without the advance notification and approval of the House and Senate Committees on Appropriations in accordance with the reprogramming procedures contained in the explanatory statement described in section 4 (in the matter preceding division A of this consolidated Act).*

13. The reprogramming procedures included in the explanatory statement as referenced under section 421 includes further guidance, including, *"A reprogramming shall also consist of any significant departure from the program described in the agency's budget justifications. This includes all proposed reorganizations or other workforce actions detailed below which affect a total of 10 staff members or 10 percent of the staffing of an*

*affected program or office, whichever is less, even without a change in funding. Any change to the organization table presented in the budget justification shall also be subject to this requirement.*

*Agencies are reminded that this agreement continues longstanding General Guidelines for Reprogramming that require agencies funded by this Act to submit reorganization proposals for the Committees' review prior to their implementation. It is noted that such reprogramming guidelines apply to proposed reorganizations, workforce restructure, reshaping, transfer of functions, or bureau-wide downsizing and include closures, consolidations, and relocations of offices, facilities, and laboratories. In addition, no agency shall implement any part of a reorganization that modifies regional or State boundaries for agencies or bureaus that were in effect as of the date of enactment of this Act unless approved consistent with the General Guidelines for Reprogramming procedures specified herein. Any such reprogramming request submitted to the Committees on Appropriations shall include a description of anticipated benefit, including anticipated efficiencies and cost-savings, as well as a description of anticipated personnel impacts and funding changes anticipated to implement the proposal."*

14. The section 421 reprogramming procedures go on to provide further direction on the *General Guidelines for Reprogramming; Criteria and Exceptions; Assessments; Quarterly Reports; Land Acquisitions, Easements, and Forest Legacy; Land Exchanges; and Budget Structure.*

**Historical USDA Notification Practices**

15. The Department's approach to Congressional notifications resulting from the Section 716 requirements typically consists of the drafting, clearance, and transmission of a letter that includes summary information on the proposed organizational change and corresponding funding and staffing impacts. These letters are addressed to the Chairperson and Ranking Members of the Appropriations Subcommittee for Agriculture, Rural Development, Food and Drug Administration, and Related Agencies in the House of Representatives and the

Senate and are signed by the Secretary or Deputy Secretary of Agriculture. The letters are transmitted electronically via e-mail either by the USDA Office of Congressional Relations or by OBPA to staff of the corresponding Appropriations subcommittees.

16. The Department's notification process is the same for each of the five subsections of Section 716. These notifications typically include the letter, which provides an overview of the planned organizational change, reprogramming, or other relevant action.

17. In the case of actions that will have a funding impact, the Department typically includes an enclosure with the letter that shows the projected changes in funding – whether between budget line items or across organizational structures – depending upon the specific notification.

18. In addition, if there are anticipated impacts to staffing levels or alignment of employee positions, those impacts are also included as an enclosure to the notification letter. These enclosures have become common practice although such details are not specifically referenced in the Section 716 requirements.

19. Following the transmission of the notification letters, staff from the respective Appropriations subcommittee(s) may reach out with questions or requests for additional information pertaining to the proposed organizational change.

20. The Department waits at least 30 days following the transmission of the letter to implement the changes consistent with the timeline provided under Section 716.

21. The approach to Section 421 notifications varies from Section 716 notifications primarily because the Forest Service handles section 421 notifications directly without considerable intervention or engagement by the Department. As a result, the Chief or the Associate Chief of the Forest Service is typically the official responsible for communicating with the members of the Interior, Environment and Related Agencies of the House and Senate.

22. Historically, the Section 421 notifications have occurred either through a formal notification letter signed by the Chief of the Forest Service or through oral briefings on the relevant subject given by Forest Service leadership. On March 31, 2026, Forest Service leadership notified the House and Senate Committees on Appropriations –

Interior, Environment, and Related Agencies, House Committee on Natural Resources, and the Senate Committee on Energy and Natural Resources of plans to reorganize offices and functions affecting the Natural Resources and Environment Mission Area.

**Prior Notifications**

23. Attached to this declaration are five (5) representative letters that USDA sent to Congress regarding prior reorganizational activities of the Department. The relevant USDA Appropriations Acts contained Congressional approval provisions implicated by the reorganization plans outlined in each letter, but consistent with Executive Branch practice, USDA appropriately provided Congress with notice of these plans and then moved forward without waiting for Congressional approval. The attached exhibit contains the following letters:

A. A letter dated June 16, 2016, from former Secretary of Agriculture Thomas Vilsack to the Chairmen and Ranking Members of the Subcommittee on Agriculture, Rural Development, Food and Drug Administration and Related Agencies notifying the Committee of the intent to realign and consolidate organizational units to create the Office of Hearings and Appeals;

B. A letter dated June 6, 2018, from former Deputy Secretary of Agriculture Stephen Censky to the Chairmen and Ranking Members of the Subcommittee on Agriculture, Rural Development, Food and Drug Administration and Related Agencies notifying the Committee of the intent to realign activities and functions within the Office of the Chief Economist;

C. A letter dated August 9, 2018, from former Secretary of Agriculture Sonny Perdue to the Chairman of the House Subcommittee on Agriculture, Rural Development, Food and Drug Administration and Related Agencies notifying the Committee of the intent to pursue organizational changes for the National Institute of Food and Agriculture and the Economic Research Service;

D. A letter dated August 28, 2018, from former Secretary of Agriculture Sonny Perdue to the Chairmen and Ranking Members of the Subcommittee on Agriculture, Rural Development, Food and Drug Administration and Related Agencies notifying the

Committee of the intent to merge administrative functions within the Farm Production and Conservation Mission Area; and

E. A letter dated November 30, 2018, from former Secretary of Agriculture Sonny Perdue to the Chairmen and Ranking Members of the Subcommittee on Agriculture, Rural Development, Food and Drug Administration and Related Agencies notifying the Committee of the intent to realign organizational units and activities in the Rural Development Mission Area

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 28, 2026

CHRISTOPHER NELSON Digitally signed by CHRISTOPHER NELSON Date: 2026.09.28 22:42:07 -04'00'

Christopher Nelson