BRETT A. SHUMATE
Assistant Attorney General
BRAD P. ROSENBERG
Chief Litigation Counsel
TAYLOR PITZ (CA Bar No. 332080)
Trial Attorney
Civil Division, Federal Programs Branch

1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-5200
Taylor.N.Pitz@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,

Defendants.

Case No. 3:26-cv-09976-VC

**NOTICE OF FILING OF PROPOSED ADMINISTRATIVE STAY**

Judge: Hon. Vince Chhabria
Place: San Francisco Courthouse
Courtroom 3, 17th Floor

**NOTICE OF FILING**

Defendants submit the attached proposed order pursuant to the Court's September 29, 2026 Order, ECF No. 91, extending the administrative stay and directing the parties to submit proposed amended language that avoids creating any unintended problems for USDA. Defendants maintain all of their arguments and maintain that Plaintiff's Motion for Preliminary Injunction should be denied. Defendants also maintain all of their arguments regarding the appropriate scope of relief on Plaintiffs' motion for a preliminary injunction if it were to be granted, and reserve their right to make arguments that the scope of the preliminary injunction should be narrower than the attached submission. Defendants also reiterate that even the attached proposed stay continues to create substantial operational difficulties for USDA. Still, given the relatively short duration of the stay and Defendants' interest in being able to provide the Court with further briefings, Defendants propose the language below.

Dated: October 1, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

BRAD P. ROSENBERG
Chief Litigation Counsel

<u>*/s/ Taylor Pitz*</u>
TAYLOR PITZ
CA Bar No. 332080
Trial Attorney
Civil Division
Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-5200
Taylor.N.Pitz@usdoj.gov

*Counsel for Defendants*

**[PROPOSED] ADMINISTRATIVE STAY ORDER**

For the reasons stated at the September 29, 2026 conference, the Court hereby issues the following administrative stay.

From the time of this order through October 13, 2026, the deadlines in all "management directed reassignment" ("MDR") letters, and any other notice or directive of reassignment or relocation pursuant to the challenged Reorganization Plan, issued to employees covered by the Collective Bargaining Agreements ("CBAs") in the U.S. Department of Agriculture ("USDA") components listed below, including any deadlines requiring employees to report to new locations or to accept or decline reassignments or relocations, are stayed. Defendants shall not take any action to implement, carry out, effectuate, or enforce those deadlines, including proceeding with any termination, separation, or other disciplinary proceeding against an employee, or placing an employee on Absent Without Leave status, based on the employee's decision to decline reassignment, not to respond to a notice of reassignment, or not to relocate.

This administrative stay applies only to the following USDA components: the Food and Nutrition Administration; Research, Education, and Economics mission area; Forest Service; Foreign Agricultural Service; Rural Development mission area; Farm Production and Conservation mission area; Office of the General Counsel; and Office of the Assistant Secretary for Civil Rights.

Notwithstanding the foregoing, this administrative stay does not apply to deadlines pertaining to the relocation or reassignment of USDA employees currently located within the National Capital Region[1] to other local offices or locations also located within the National Capital Region. It also shall not bar USDA from processing reassignments and associated relocations for employees who have been notified of this administrative stay and the status of this litigation, but voluntarily wish to proceed with those reassignments and relocations. It does not bar USDA from processing the relocation payments or incentives for employees who have already relocated or in the process of physically relocating. It does not bar USDA from closing physical office locations that

[1] *See* 40 U.S.C. §71(b).

were empty of staff as of the date of the congressional notification letter for the relevant USDA component or where the lease or agreement has expired. It also does not bar the reassignment of employees covered by CBAs who apply to job announcements, expressions of interest, or other agency position matching processes. It also does not bar the Agricultural Research Service (a sub-component Agency under the Research, Education, and Economics mission area) from taking the necessary actions to reassign the employees whose research projects were fully defunded or partially defunded by Congress in FY 2026 to funded research projects to include continued relocations of these employees. These budget impacted employees who declined the Management Directed Reassignments to funded projects may continue to be separated from the Agricultural Research Service.

**IT IS SO ORDERED.**

Dated: October__, 2026

________________________________
Hon. Vince Chhabria
United States District Court