# EXHIBIT A

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE; BROOKE ROLLINS, in her official capacity as Secretary of Agriculture,

Defendants.

Case No. 3:26-cv-09976-VC

**REDLINED [PROPOSED] ADMINISTRATIVE STAY ORDER**

**[PROPOSED] ADMINISTRATIVE STAY ORDER**

For the reasons stated at the September 29~~10~~, 2026 ~~conference~~hearing on Plaintiffs' pending motion for preliminary injunction, including to preserve the status quo, provide the Court time to address the merits of Plaintiffs' preliminary injunction motion, and accommodate Defendants' requested additional time for briefing, the Court hereby issues the following administrative stay.

From the time of this order through October 13~~2~~, 2026, the deadlines in all "management directed reassignment" ("MDR") letters, and any other notice or directive of reassignment or relocation pursuant to the challenged Reorganization Plan, issued to employees in the U.S. Department of Agriculture ("USDA") components listed below, including any deadlines requiring employees to report to new locations or to accept or decline reassignments or relocations, are stayed. Defendants shall not take any action to implement, carry out, effectuate, or enforce those deadlines, including proceeding with any termination, separation, or other disciplinary proceeding against an employee, or placing an employee on Absent Without Leave status, based on the employee's decision to decline reassignment, not to respond to a notice of reassignment, or not to relocate.

This administrative stay applies only to the following USDA components: the Food and Nutrition Administration; Research, Education, and Economics mission area; Forest Service; Foreign Agricultural Service; Rural Development mission area; Farm Production and Conservation mission area; Office of the General Counsel; and Office of the Assistant Secretary for Civil Rights.

Notwithstanding the foregoing, this administrative stay does not apply to deadlines pertaining to the relocation or reassignment of USDA employees currently located within the National Capital Region[1] to other local offices or locations also located within the National Capital Region. The stay does not bar USDA from processing the relocation payments for

---

[1] *See* 40 U.S.C. §71(b).

employees who have already relocated. The stay also does not bar USDA from closing physical office locations that were empty of staff as of the date of the congressional notification letter for the relevant USDA component. And the stay also does not bar USDA from using personnel action code NOAC 721 for actions not involving (1) any employee who has received any MDR letter or notice of potential reassignment or (2) the challenged Reorganization Plan.

**IT IS SO ORDERED.**

Dated: October _____, 2026

_________________________________
The Honorable Vince Chhabria
United States District Court Judge