UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE; BROOKE ROLLINS, in her official capacity as Secretary of Agriculture,<br><br>Defendants. | Case No. 3:26-cv-09976-VC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED PAGE LIMIT FOR SECOND SUPPLEMENTAL BRIEF IN SUPPPORT OF PRELIMINARY INJUNCTION** |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Administrative Relief to Exceed the Page Limit for Plaintiff's Second Supplemental Brief, and for good cause shown, IT IS HEREBY ORDERED that the motion is GRANTED.

**IT IS SO ORDERED.**

Dated: ______________________, 2026

_________________________________
The Honorable Vince Chhabria
United States District Court Judge