# APPENDIX A

**APPENDIX OF FY2026 APPROPRIATIONS STATUTE AND EXPLANATORY STATEMENT PROVISIONS**

The following chart compiles relevant language from the text and tables of the FY2026 appropriations act, Pub. L. No. 119-37, 139 Stat. 495 (2025), and the accompanying Explanatory Statement. Plaintiffs have included language for the appropriations accounts identified by Defendants in the chart on pages 19-20 of Defendants' Supplemental Brief (Dkt. 100). Plaintiffs have identified the relevant appropriations language in the FY 2026 Appropriation Act and Explanatory Statement by reference to the account titles provided in that chart. Although Defendants failed to include any account for the Foreign Agricultural Service or Office of Assistant Secretary for Civil Rights in that chart, Plaintiffs have included language pertaining to the FAS Salaries and Expenses and OASCR Executive Operations accounts. Plaintiffs have not included language pertaining to the Forest Service accounts, because they are not subject to Section 716.

| Account | FY26 Appropriation Act | Explanatory Statement |
|---|---|---|
| **FNA (Food and Nutrition Administration)** | | |
| Nutrition Programs Administration | For necessary administrative expenses of the Food and Nutrition Service for carrying out any domestic nutrition assistance program, $160,000,000: *Provided,* That of the funds provided herein, $2,000,000 shall be used for the purposes of section 4404 of Public Law 107–171, as amended by section 4401 of Public Law 110– 246.<br><br>FY2026 Appropriations Act, Pub. L. No. 119-37, 139 Stat. 495, 535 | The agreement provides $160,000,000 for Nutrition Programs Administration.<br><br>Joint Explanatory Statement, Pub. L. No. 119-37, Div. B, p. 25 |

<table>
<tr>
<td>Supplemental Nutrition Assistance Program</td>
<td>For necessary expenses to carry out the Food and Nutrition Act of 2008 (7 U.S.C. 2011 et seq.), $107,481,218,000, of which $3,000,000,000, to remain available through September 30, 2027, and $3,000,000,000, to remain available through September 30, 2028, shall be placed in reserve for use only in such amounts and at such times as may become necessary to carry out program operations: Provided, That funds provided herein shall be expended in accordance with section 16 of the Food and Nutrition Act of 2008: Provided further, That of the funds made available under this heading, $998,000 may be used to provide nutrition education services to State agencies and Federally Recognized Tribes participating in the Food Distribution Program on Indian Reservations: Provided further, That of the funds made available under this heading, $3,000,000, to remain available until September 30, 2027, shall be used to carry out section 4003(b) of Public Law 115–334 relating to demonstration projects for tribal organizations: Provided further, That of the funds made available under this heading, $4,000,000 shall be used to carry out section 4208 of Public Law 115–334: Provided further, That this appropriation shall be subject to any work registration or workfare requirements as may be required by law: Provided further, That funds made</td>
<td>The agreement provides $107,481,218,000 for the Supplemental Nutrition Assistance Program [SNAP]. The following table reflects the agreement:<br><br>
FOOD AND NUTRITION SERVICE—SUPPLEMENTAL NUTRITION ASSISTANCE PROGRAM<br>
[Dollars in thousands]
<table>
<tr><td>Benefits</td><td>$90,395,001</td></tr>
<tr><td>Contingency</td><td>6,000,000</td></tr>
<tr><td>Administrative Costs:</td><td></td></tr>
<tr><td>State administrative costs</td><td>6,252,522</td></tr>
<tr><td>Employment and Training</td><td>699,600</td></tr>
<tr><td>Mandatory other program costs</td><td>418,743</td></tr>
<tr><td>Discretionary other program costs:</td><td></td></tr>
<tr><td>Tribal Demonstration</td><td>3,000</td></tr>
<tr><td>Healthy Fluid Milk</td><td>4,000</td></tr>
<tr><td>Tribal Nutrition Education</td><td>998</td></tr>
<tr><td>Administrative Costs Subtotal</td><td>7,378,863</td></tr>
<tr><td>Nutrition Assistance for Puerto Rico (NAP)</td><td>2,978,891</td></tr>
<tr><td>American Samoa</td><td>11,963</td></tr>
<tr><td>Food Distribution Program on Indian Reservations</td><td>235,000</td></tr>
<tr><td>TEFAP commodities</td><td>471,500</td></tr>
<tr><td>Community Food Projects</td><td>5,000</td></tr>
<tr><td>Program access</td><td>5,000</td></tr>
<tr><td>Subtotal</td><td>3,707,354</td></tr>
<tr><td>Total</td><td>107,481,218</td></tr>
</table>
<br>Joint Explanatory Statement, Pub. L. No. 119-37, Div. B, p. 25</td>
</tr>
</table>

| | | |
|---|---|---|
| | available for Employment and Training under this heading shall remain available through September 30, 2027: *Provided further,* That funds made available under this heading for section 28(d)(1), section 4(b), and section 27(a) of the Food and Nutrition Act of 2008 shall remain available through September 30, 2027: *Provided further,* That none of the funds made available under this heading may be obligated or expended in contravention of section 213A of the Immigration and Nationality Act (8 U.S.C. 1183A): *Provided further,* That funds made available under this heading may be used to enter into contracts and employ staff to conduct studies, evaluations, or to conduct activities related to program integrity provided that such activities are authorized by the Food and Nutrition Act of 2008.<br><br>Pub. L. No. 119-37, 139 Stat. at 534-35 | |
| Commodity Assistance Program | For necessary expenses to carry out disaster and commodity assistance, $551,070,000, to remain available through September 30, 2027, of which $460,000,000 shall be for the Commodity Supplemental Food Program, as authorized by section 4(a) of the Agriculture and Consumer Protection Act of 1973 (7 U.S.C. 612c note), $80,000,000 shall be | The agreement recommends an appropriation of $551,070,000 for the Commodity Assistance Program.<br><br>Joint Explanatory Statement, Pub. L. No. 119-37, Div. B, p. 25 |

| | | |
|---|---|---|
| | for the Emergency Food Assistance Act of 1983, $1,070,000 shall be for assistance for the nuclear affected islands, as authorized by section 103(f)(2) of the Compact of Free Association Amendments Act of 2003 (Public Law 108–188), and $10,000,000 shall be for the Farmers' Market Nutrition Program, as authorized by section 17(m) of the Child Nutrition Act of 1966: *Provided,* That none of these funds shall be available to reimburse the Commodity Credit Corporation for commodities donated to the program: *Provided further,* That notwithstanding any other provision of law, effective with funds made available in fiscal year 2026 to support the Seniors Farmers' Market Nutrition Program, as authorized by section 4402 of the Farm Security and Rural Investment Act of 2002, such funds shall remain available through September 30, 2027: *Provided further,* That of the funds made available under section 27(a) of the Food and Nutrition Act of 2008 (7 U.S.C. 2036(a)), the Secretary may use up to 20 percent for costs associated with the distribution of commodities.<br><br>Pub. L. No. 119-37, 139 Stat. at 535 | |
| Special Supplemental | For necessary expenses to carry out the special supplemental nutrition program as | For the Special Supplemental Nutrition Program for Women, Infants, and Children, the agreement provides $8,200,000,000. |

| | | |
|---|---|---|
| Nutrition Program for Women, Infants, and Children (WIC) | authorized by section 17 of the Child Nutrition Act of 1966 (42 U.S.C. 1786), $8,200,000,000, to remain available through September 30, 2027, of which $150,000,000 shall be placed in reserve, to remain available until expended, to be allocated as the Secretary deemed necessary, notwithstanding section 17(i) of such Act, to support participation should cost or participation exceed budget estimates: *Provided,* That notwithstanding section 17(h)(10) of the Child Nutrition Act of 1966 (42 U.S.C. 1786(h)(10)), not less than $90,000,000 shall be used for breastfeeding peer counselors and other related activities, and $14,000,000 shall be used for infrastructure, including investments to develop strategies to improve timely program data collection and reporting: *Provided further,* That the Secretary shall use funds made available under this heading to maintain the amount for the cash-value voucher for women and children participants at an amount recommended by the National Academies of Science, Engineering and Medicine and adjusted for inflation: *Provided further,* That none of the funds provided in this account shall be available for the purchase of infant formula except in accordance with the cost containment and competitive bidding requirements specified in section 17 of such Act: *Provided further,* That | The agreement requests a report within 90 days of enactment of this act to better understand the changes to infant formula rebates in the WIC program since fiscal year 2022, including recommendations from both the USDA and state WIC officials so that infant formula rebates continue to meet the needs of the WIC program. The agreement directs the Secretary to issue guidance to state agencies to allow more fresh, frozen, canned, and dried fruit and vegetable options for Food Packages III, IV, V, VI, and VII for WIC in accordance with ‘‘Special Supplemental Nutrition Program for Women, Infants, and Children (WIC): Revisions in the WIC Food Packages’’ (FNS–2022–0007).<br><br>Joint Explanatory Statement, Pub. L. No. 119-37, Div. B, pp. 24-25 |

| | | |
|---|---|---|
| | none of the funds provided shall be available for activities that are not fully reimbursed by other Federal Government departments or agencies unless authorized by section 17 of such Act: *Provided further,* That upon termination of a federally mandated vendor moratorium and subject to terms and conditions established by the Secretary, the Secretary may waive the requirement at 7 CFR 246.12(g)(6) at the request of a State agency.<br><br>Pub. L. No. 119-37, 139 Stat. at 534 | |
| Child Nutrition Programs | For necessary expenses to carry out the Richard B. Russell National School Lunch Act (42 U.S.C. 1751 et seq.), except section 21, and the Child Nutrition Act of 1966 (42 U.S.C. 1771 et seq.), except sections 17 and 21; $37,841,674,000 to remain available through September 30, 2027, of which such sums as are made available under section 14222(b)(1) of the Food, Conservation, and Energy Act of 2008 (Public Law 110–246), as amended by this Act, shall be merged with and available for the same time period and purposes as provided herein: *Provided,* That of the total amount available, $18,691,638 shall be available to carry out section 19 of the Child Nutrition Act of | The agreement provides $37,841,674,000 for Child Nutrition Programs. The following table reflects the agreement: |

1966 (42 U.S.C. 1771 et seq.): *Provided further,* That of the total amount available, $21,918,000 shall be available to carry out studies and evaluations and shall remain available until expended: *Provided further,* That of the total amount available, $5,000,000 shall remain available until expended to carry out section 18(g) of the Richard B. Russell National School Lunch Act (42 U.S.C. 1769(g)): *Provided further,* That notwithstanding section 18(g)(3)(C) of the Richard B. Russell National School Lunch Act (42 U.S.C. 1769(g)(3)(c)), the total grant amount provided to a farm to school grant recipient in fiscal year 2026 shall not exceed $500,000: *Provided further,* That of the total amount available, $10,000,000 shall be available to provide competitive grants to State agencies for subgrants to local educational agencies and schools to purchase the equipment, with a value of greater than $1,000, needed to serve healthier meals, improve food safety, and to help support the establishment, maintenance, or expansion of the school breakfast program: *Provided further,* That of the total amount available, $4,378,000 shall be available for food safety education including activities that support sections 17 and 21 of the Child Nutrition Act of 1966 (42 U.S.C. 1786, 1790) and to support the safe distribution of USDA Foods, as defined in 7 CFR 250.2:

FOOD AND NUTRITION SERVICE—CHILD NUTRITION PROGRAMS

[Dollars in thousands]

| | |
|---|---|
| School lunch program | $18,691,638 |
| School breakfast program | 6,589,688 |
| Child and adult care food program | 4,520,684 |
| Summer food service program | 904,805 |
| Summer EBT Benefits | 4,015,641 |
| Summer EBT Admin | 341,329 |
| Special milk program | 4,566 |
| State administrative expenses | 509,927 |
| Commodity procurement | 2,081,798 |
| Team Nutrition | 18,004 |
| Food safety education | 4,378 |
| Coordinated review | 10,000 |
| Computer support and processing | 35,204 |
| CACFP training and technical assistance | 53,212 |
| CNP studies and evaluation | 21,918 |
| Child Nutrition payment accuracy | 16,189 |
| Farm to school tactical team | 6,693 |
| School Meals Equipment Grants | 10,000 |
| Child Nutrition Training | 1,000 |
| Farm to School grants | 5,000 |
| Total | 37,841,674 |

Joint Explanatory Statement, Pub. L. No. 119-37, Div. B, p. 24

| | | |
|---|---|---|
| | *Provided further,* That of the total amount available, $1,000,000 shall remain available until expended to carry out activities authorized under subsections (a)(2) and (e)(2) of section 21 of the Richard B. Russell National School Lunch Act (42 U.S.C. 1769b–1(a)(2) and (e)(2)) [… amendments to extend other Acts omitted].<br><br>Pub. L. No. 119-37, 139 Stat. at 533-34 | |
| **REE (Research, Education, and Economics Mission Area, including ARS, ERS, NASS, and NIFA)** | | |
| ARS Salaries and Expenses | For necessary expenses of the Agricultural Research Service and for acquisition of lands by donation, exchange, or purchase at a nominal cost not to exceed $100,000 and with prior notification and approval of the Committees on Appropriations of both Houses of Congress, and for land exchanges where the lands exchanged shall be of equal value or shall be equalized by a payment of money to the grantor which shall not exceed 25 percent of the total value of the land or interests transferred out of Federal ownership, $1,793,063,000, which shall be for the purposes, and in the amounts, specified in the table titled "Agricultural Research Service Salaries and Expenses" in the | The agreement provides $1,793,063,000 for the Agricultural Research Service [ARS], Salaries and Expenses. **The agreement rejects research terminations and laboratory closures proposed in the President's budget request and expects extra mural and intramural research to be funded at no less than the fiscal year 2024 levels.** The briefing required in S.Rpt. 119–37 regarding the transition of programs to NBAF shall include the plan to transition the Foreign Animal Diagnostic Disease Laboratory from Plum Island to NBAF by the end of fiscal year 2026. The following table reflects the agreement: |

explanatory statement described in section 4 (in the matter preceding division A of this consolidated Act): *Provided,* That appropriations hereunder shall be available for the operation and maintenance of aircraft and the purchase of not to exceed one for replacement only: *Provided further,* That appropriations hereunder shall be available pursuant to 7 U.S.C. 2250 for the construction, alteration, and repair of cost of constructing any one building shall not exceed $500,000, except for headhouses or greenhouses which shall each be limited to $1,800,000, except for 10 buildings to be constructed or improved at a cost not to exceed $1,100,000 each, and except for four buildings to be constructed at a cost not to exceed $5,000,000 each, and the cost of altering any one building during the fiscal year shall not exceed 10 percent of the current replacement value of the building or $500,000, whichever is greater: *Provided further,* That appropriations hereunder shall be available for entering into lease agreements at any Agricultural Research Service location for the construction of a research facility by a non-Federal entity for use by the Agricultural Research Service and a condition of the lease shall be that any facility shall be owned, operated, and maintained by the non-Federal entity and shall be removed upon

AGRICULTURAL RESEARCH SERVICE—SALARIES AND EXPENSES

[Dollars in thousands]

| | |
|---|---|
| 6PPD | $250 |
| Aflatoxin | 250 |
| Agricultural Law Information Partnership | 500 |
| Agrivoltaics | 500 |
| AgTech Cooperative Agreements | 3,000 |
| Barley Pest Initiative | 250 |
| Bee Genomic Sequencing | 250 |
| Binational Agricultural Research and Development Program | 500 |
| Bovine Genetics | 400 |
| Carrot Research Initiative | 750 |
| Catfish Aquaculture | 250 |
| Child Nutrition Research | 250 |
| Cover Crops Research and Outreach | 500 |
| Daily High-Resolution Imaging | 250 |
| Dam Repair Research | 1,000 |
| Genetic Oat Research | 500 |
| Grape Genetics | 500 |
| Hemp Fiber Research | 500 |
| Herbicide Resistance | 250 |
| Innovative Water Systems | 1,725 |
| Mississippi River Invasive Species Consortium | 1,000 |
| Mitigation of Salmonella in Beef | 250 |
| Mycotoxins | 250 |
| National Bio- and Agro-Defense Facility (NBAF) | 6,000 |
| National Drought Mitigation Center | 1,275 |
| National Turfgrass Evaluation Program | 250 |
| New England Protected Agricultural Systems | 2,000 |
| Peanut Nutrition | 1,000 |
| Pecan Genetics | 500 |
| Pecan Processing | 500 |
| PFAS | 2,000 |
| Potato Bioinformatician | 1,175 |
| Poultry Research | 2,000 |
| Precision Management of Live Broiler Production | 250 |
| Resilient Barley Initiative | 1,000 |
| Shellfish Breeding | 500 |
| Smoke Exposure | 250 |
| Specialty Crop Mechanization | 250 |
| Sustainable Seaweed Aquaculture | 1,000 |
| Technology to Improve Poultry Health | 500 |
| U.S. Sheep Experiment Station | 500 |
| U.S. Wheat and Barley Scab | 500 |
| Vidalia Onion Breeding | 500 |
| Vomitoxin | 250 |
| Wheat Resilience Initiative | 1,000 |

the expiration or termination of the lease agreement: *Provided further,* That the limitations on alterations contained in this Act shall not apply to modernization or replacement of existing facilities at Beltsville, Maryland: *Provided further,* That appropriations hereunder shall be available for granting easements at the Beltsville Agricultural Research Center: *Provided further,* That the foregoing limitations shall not apply to replacement of buildings needed to carry out the Act of April 24, 1948 (21 U.S.C. 113a): *Provided further,* That appropriations hereunder shall be available for granting easements at any Agricultural Research Service location for the construction of a research facility by a non-Federal entity for use by, and accept able to, the Agricultural Research Service and a condition of the easements shall be that upon completion the facility shall be accepted by the Secretary, subject to the availability of funds herein, if the Secretary finds that acceptance of the facility is in the interest of the United States: *Provided further,* That funds may be received from any State, other political subdivision, organization, or individual for the purpose of establishing or operating any research facility or research project of the Agricultural Research Service, as authorized by law: *Provided further,* That no later than 60 days from the date of

AGRICULTURAL RESEARCH SERVICE—SALARIES AND EXPENSES—Continued

[Dollars in thousands]

| | |
|---|---|
| Reductions | −32,075 |
| Other activities funded at no less than FY24 levels | 1,723,913 |
| Total, ARS Salaries & Expenses | 1,793,063 |

Notwithstanding the increases specified in the table titled "Agricultural Research Service Salaries and Expenses", the agreement includes the following reductions:

[Dollars in thousands]

| | |
|---|---|
| New Product Quality/Value Added | −371 |
| Livestock Production | −6,271 |
| Crop Production | −3,369 |
| Food Safety | −2,278 |
| Livestock Protection | −6,327 |
| Crop Protection | −3,324 |
| Human Nutrition | −371 |
| Environmental Stewardship | −9,764 |

Joint Explanatory Statement, Pub. L. No. 119-37, Div. B, pp. 5-6 (emphasis added)

| | | |
|---|---|---|
| | enactment of this Act, the Secretary shall provide a report to the Committees on Appropriations of both House of Congress that outlines the current funding levels, staffing levels, and hiring plans in fiscal year 2026 for each research unit: *Provided further,* That the Secretary shall include in the department's fiscal year 2027 budget request estimates for funding levels, staffing levels, and hiring plans for each research unit: *Provided further,* That appropriations hereunder shall be available for the Experienced Services Program at the Agricultural Research Service (16 U.S.C. 3851).<br><br>Pub. L. No. 119-37, 139 Stat. at 511-12 | |
| ARS Buildings and Facilities | For the acquisition of land, construction, repair, improvement, extension, alteration, and purchase of fixed equipment or facilities as necessary to carry out the agricultural research programs of the Department of Agriculture, where not otherwise provided, $60,650,000, to remain available until expended, of which $57,650,000 shall be for the purposes, and in the amounts, specified for this account in the table titled "Community Project Funding/ Congressionally Directed Spending" in the explanatory statement described in section 4 (in the matter | The agreement provides $60,650,000 for ARS Buildings and Facilities. **The agreement supports the continued operation of the Beltsville Agricultural Research Center.**<br><br>Joint Explanatory Statement, Pub. L. No. 119-37, Div. B, p. 6 (emphasis added)<br><br>*See also* Table of Community Project Funding/Congressionally Directed Spending, Joint Explanatory Statement, Pub. L. No. 119-37, Div. B, p. 35-36 (listing congressionally directed funding for specific projects, including the Beltsville |

| | | |
|---|---|---|
| | preceding division A of this consolidated Act), and of which, in addition to amounts otherwise available, $3,000,000 shall be for construction and facilities improvements at the Beltsville Agricultural Research Center.<br><br>Pub. L. No. 119-37, 139 Stat. at 512-13 | Agricultural Research Center, within the ARS Buildings and Facilities Account).[1] |
| Economic Research Service | For necessary expenses of the Economic Research Service, $90,612,000.<br><br>Pub. L. No. 119-37, 139 Stat. at 511 | The agreement provides $90,612,000 for the Economic Research Service.<br><br>Joint Explanatory Statement, Pub. L. No. 119-37, Div. B, p. 4 |
| National Agricultural Statistics Service | For necessary expenses of the National Agricultural Statistics Service, $185,000,000, of which up to $46,000,000 shall be available until expended for the Census of Agriculture: *Provided,* That amounts made available for the Census of Agriculture may be used to conduct Current Industrial Report surveys subject to 7 U.S.C. 2204g(d) and (f): *Provided further,* That the Secretary shall notify the Committees on Appropriations of both Houses of Congress in writing at least 30 | The agreement provides $185,000,000 for the National Agricultural Statistics Service [NASS], of which $46,000,000 is for the Census of Agriculture. The agreement directs NASS to continue all activities and reports at the frequency levels assumed in fiscal year 2023, including the July Cattle report; the Cotton Objective Yield Survey; all Coun ty Estimates for Crops and Livestock; barley acreage and production estimates; the Bee and Honey Program; the Chemical Use Data Series; the Floriculture Crops Report; Fruit and Vegetable Reports, including in-season forecasts for non-citrus fruit and tree nut crops such as pecans; the Organic Data Initiative; the TOTAL Survey; and the 5–Year Vineyard and Orchard Acreage Study. No other directives on report frequency shall apply. The agreement further directs NASS to provide a report within 90 |

[1] The size and orientation of this table made it infeasible to include in this chart.

<table>
<tr>
<td></td>
<td>days prior to discontinuing data collection programs and reports.<br><br>Pub. L. No. 119-37, 139 Stat. at 511</td>
<td>days of enactment of this act detailing all planned surveys and reports for fiscal year 2026 and the associated costs of each. NASS shall include, as part of its budget submission for 2027 and each fiscal year thereafter, a detailed breakdown of all planned surveys and reports with their associated costs.<br><br>Joint Explanatory Statement, Pub. L. No. 119-37, Div. B, p. 4</td>
</tr>
<tr>
<td>NIFA Research and Education Activities</td>
<td>For payments to agricultural experiment stations, for cooperative forestry and other research, for facilities, and for other expenses, $1,075,810,000, which shall be for the purposes, in the amounts, and for the periods of availability specified in the table titled “National Institute of Food and Agriculture, Research and Education Activities” in the explanatory statement described in section 4 (in the matter preceding division A of this consolidated Act), of which $551,060,000 shall remain available until expended and of which $7,000,000 shall remain available until September 30, 2027: Provided, That of the amounts provided under this heading, $13,560,000 shall be for the purposes, and in the amounts, specified for this account in the table titled “Community Project Funding/Congressionally Directed Spending” in the explanatory statement described in section 4 (in the matter preceding division A of this consolidated Act), to remain available until expended,</td>
<td>The agreement provides $1,075,810,000 for the National Institute of Food and Agriculture [NIFA], Research and Education Activities. The agreement encourages NIFA to give strong consideration to the National Organic Standards Board organic research priorities when crafting the fiscal year 2026 Request for Applications for the Specialty Crop Research Initiative. The following table reflects the agreement:<br><br>NATIONAL INSTITUTE OF FOOD AND AGRICULTURE—RESEARCH AND EDUCATION ACTIVITIES<br>[Dollars in thousands]
<table>
<tr><th>Program</th><th>Authorization</th><th>Amount Provided</th><th>Period of Availibilty</th></tr>
<tr><td>Hatch Act</td><td>7 U.S.C. 361a–i</td><td>$265,000</td><td>12–1500/26</td></tr>
<tr><td>McIntire-Stennis Cooperative Forestry Act</td><td>16 U.S.C. 582a through a–7</td><td>38,000</td><td>12–1500/26</td></tr>
<tr><td>Research at 1890 Institutions (Evans-Allen Program).</td><td>7 U.S.C. 3222</td><td>89,000</td><td>12–1500/26</td></tr>
<tr><td>Payments to the 1994 Institutions</td><td>7 U.S.C. 301 note</td><td>8,000</td><td>12–1500/X</td></tr>
<tr><td>Education Grants for 1890 Institutions</td><td>7 U.S.C. 3152(b)</td><td>30,000</td><td>12–1500/X</td></tr>
<tr><td>Scholarships at 1890 Institutions</td><td>7 U.S.C. 3222a</td><td>10,000</td><td>12–1500/X</td></tr>
<tr><td>Centers of Excellence at 1890 Institutions</td><td>7 U.S.C. 5926(d)</td><td>10,000</td><td>12–1500/26</td></tr>
<tr><td>Education Grants for Hispanic-Serving Institutions.</td><td>7 U.S.C. 3241</td><td>16,000</td><td>12–1500/X</td></tr>
<tr><td>Education Grants for Alaska Native and Native Hawaiian-Serving Institutions.</td><td>7 U.S.C. 3156</td><td>5,000</td><td>12–1500/26/27</td></tr>
<tr><td>Research Grants for 1994 Institutions</td><td>7 U.S.C. 301 note</td><td>5,500</td><td>12–1500/X</td></tr>
<tr><td>New Beginning for Tribal Students</td><td>7 U.S.C. 3222e</td><td>5,000</td><td>12–1500/26</td></tr>
<tr><td>Capacity Building for Non-Land-Grant Colleges of Agriculture.</td><td>7 U.S.C. 3319i</td><td>6,000</td><td>12–1500/X</td></tr>
<tr><td>Grants for Insular Areas</td><td>7 U.S.C. 3362, 3363, and 3222b–2</td><td>2,000</td><td>12–1500/26/27</td></tr>
</table>
</td>
</tr>
</table>

<table>
<tr>
<td></td>
<td>which shall not be subject to section 6(c) and section 6(d) of the Research Facilities Act (7 U.S.C. 390d): Provided further, That each institution eligible to receive funds under the Evans-Allen program receives no less than $1,000,000: Provided further, That funds for education grants for Alaska Native and Native Hawaiian-serving institutions be made available to individual eligible institutions or consortia of eligible institutions with funds awarded equally to each of the States of Alaska and Hawaii: Provided further, That funds for education grants for 1890 institutions shall be made available to institutions eligible to receive funds under 7 U.S.C. 3221 and 3222: Provided further, That not more than 5 percent of the amounts made available by this or any other Act to carry out the Agriculture and Food Research Initiative under 7 U.S.C. 3157 may be retained by the Secretary of Agriculture to pay administrative costs incurred by the Secretary in carrying out that authority.<br><br>Pub. L. No. 119-37, 139 Stat. at 513</td>
<td>
<table>
<tr><td>Agriculture and Food Research Initiative</td><td>7 U.S.C. 3157(b)</td><td>435,000</td><td>12–1500/X</td></tr>
<tr><td>Veterinary Medicine Loan Repayment</td><td>7 U.S.C. 3151a</td><td>10,000</td><td>12–1500/X</td></tr>
<tr><td>Veterinary Services Grant Program</td><td>7 U.S.C. 3151b</td><td>4,000</td><td>12–1500/26</td></tr>
<tr><td>Continuing Animal Health and Disease Research Program.</td><td>7 U.S.C. 3151a</td><td>3,000</td><td>12–1500/26</td></tr>
<tr><td>Supplemental and Alternative Crops</td><td>7 U.S.C. 3319d</td><td>2,000</td><td>12–1500/26</td></tr>
<tr><td>Multicultural Scholars, Graduate Fellowship and Institution Challenge Grants.</td><td>7 U.S.C. 3152(b)</td><td>10,000</td><td>12–1500/X</td></tr>
<tr><td>Secondary and 2-year Post-Secondary Education</td><td>7 U.S.C. 3152(j)</td><td>750</td><td>12–1500/26</td></tr>
<tr><td>Aquaculture Centers</td><td>7 U.S.C. 332(d)</td><td>5,000</td><td>12–1500/26</td></tr>
<tr><td>Sustainable Agriculture Research and Education</td><td>7 U.S.C. 5811, 5812, 5831, and 5832.</td><td>48,000</td><td>12–1500/26</td></tr>
<tr><td>Farm Business Management</td><td>7 U.S.C. 5925f</td><td>2,000</td><td>12–1500/26</td></tr>
<tr><td>Sun Grant Program</td><td>7 U.S.C. 8114</td><td>3,000</td><td>12–1500/26</td></tr>
<tr><td>Research Equipment Grants</td><td>7 U.S.C. 3310a</td><td>3,000</td><td>12–1500/26</td></tr>
<tr><td>Minor Crop Pest Management (IR–4)</td><td>7 U.S.C. 3157(e)</td><td>15,000</td><td>12–1500/26</td></tr>
<tr><td>Alfalfa Seed and Alfalfa Forage Systems Research Program.</td><td>7 U.S.C. 5925</td><td>4,000</td><td>12–1500/26</td></tr>
<tr><td>Agricultural Genome to Phenome Initiative</td><td>7 U.S.C. 5924</td><td>2,000</td><td>12–1500/26</td></tr>
<tr><td>Laying Hen and Turkey Research Program</td><td>7 U.S.C. 5925</td><td>500</td><td>12–1500/26</td></tr>
<tr><td>Open Data Standards for Neutral Data Repositories.</td><td>Sec. 757 of Division A of Public Law 117–103.</td><td>1,000</td><td>12–1500/26</td></tr>
<tr><td>Community Project Funding/Congressionally Directed Spending.</td><td></td><td>13,560</td><td>12–1500/X</td></tr>
<tr><td>Special Research Grants:</td><td>7 U.S.C. 3157(c)</td><td></td><td></td></tr>
<tr><td>Global Change/UV Monitoring</td><td></td><td>1,000</td><td>12–1500/26</td></tr>
<tr><td>Potato Research</td><td></td><td>4,000</td><td>12–1500/26</td></tr>
<tr><td>Aquaculture Research</td><td></td><td>2,000</td><td>12–1500/26</td></tr>
<tr><td>Total, Special Research Grants</td><td></td><td>7,000</td><td></td></tr>
<tr><td>Necessary Expenses of Research and Education Activities:</td><td></td><td></td><td></td></tr>
<tr><td>Grants Management System</td><td></td><td>7,000</td><td>12–1500/X</td></tr>
<tr><td>Federal Administration—Other Necessary Expenses for Research and Education Activities.</td><td></td><td>10,500</td><td>12–1500/26</td></tr>
<tr><td>Total, Necessary Expenses</td><td></td><td>18,000</td><td></td></tr>
<tr><td>Total, Research and Education Activities</td><td></td><td>1,075,810</td><td></td></tr>
</table>
<br>Joint Explanatory Statement, Pub. L. No. 119-37, Div. B, pp. 6-7</td>
</tr>
<tr>
<td>NIFA Integrated Activities</td>
<td>For the integrated research, education, and extension grants programs, including necessary administrative expenses, $40,100,000, which shall be for the</td>
<td>The agreement provides $40,100,000 for NIFA, Integrated Activities. The following table reflects the agreement:</td>
</tr>
</table>

<table>
<tr>
<td></td>
<td>purposes, in the amounts, and for the periods of availability specified in the table titled "National Institute of Food and Agriculture, Integrated Activities" in the explanatory statement described in section 4 (in the matter pre ceding division A of this consolidated Act), of which $8,000,000 shall remain available until September 30, 2027: Provided, That notwithstanding any other provision of law, indirect costs shall not be charged against any Extension Implementation Program Area grant awarded under the Crop Protection/Pest Management Program (7 U.S.C. 7626).<br><br>Pub. L. No. 119-37, 139 Stat. at 514</td>
<td>NATIONAL INSTITUTE OF FOOD AND AGRICULTURE—INTEGRATED ACTIVITIES<br>[Dollars in thousands]
<table>
<tr><th>Program</th><th>Authorization</th><th>Amount Provided</th><th>Period of Availibilty</th></tr>
<tr><td>Methyl Bromide Transition Program</td><td>7 U.S.C. 7626</td><td>$1,000</td><td>12–1502/26</td></tr>
<tr><td>Organic Transition Program</td><td>7 U.S.C. 7626</td><td>7,500</td><td>12–1502/26</td></tr>
<tr><td>Regional Rural Development Centers</td><td>7 U.S.C. 3157(c)</td><td>2,600</td><td>12–1502/26</td></tr>
<tr><td>Food and Agriculture Defense Initiative</td><td>7 U.S.C. 3351</td><td>8,000</td><td>12–1502/26/27</td></tr>
<tr><td>Crop Protection/Pest Management Program</td><td>7 U.S.C. 7626</td><td>21,000</td><td>12–1502/26</td></tr>
<tr><td>Total, Integrated Activities</td><td></td><td>40,100</td><td></td></tr>
</table>
<br>Joint Explanatory Statement, Pub. L. No. 119-37, Div. B, p. 8</td>
</tr>
<tr>
<td>NIFA Extension Activities</td>
<td>For payments to States, the District of Columbia, Puerto Rico, Guam, the Virgin Islands, Micronesia, the Northern Marianas, and American Samoa, $561,100,000 which shall be for the purposes, in the amounts, and for the periods of availability specified in the table titled "National Institute of Food and Agriculture, Extension Activities" in the explanatory statement described in section 4 (in the matter preceding division A of this consolidated Act), of which $33,500,000 shall remain available until expended: Provided, That institutions</td>
<td>The agreement provides $561,100,000 for NIFA, Extension Activities. The following table reflects the agreement:</td>
</tr>
</table>

eligible to receive funds under 7 U.S.C. 3221 for cooperative extension receive no less than $1,000,000: *Provided further,* That funds for cooperative extension under sections 3(b) and (c) of the Smith-Lever Act (7 U.S.C. 343(b) and (c)) and section 208(c) of Public Law 93–471 shall be available for retirement and employees' compensation costs for extension agents.

Pub. L. No. 119-37 (2025), 139 Stat. at 513-14

NATIONAL INSTITUTE OF FOOD AND AGRICULTURE—EXTENSION ACTIVITIES

[Dollars in thousands]

| Program | Authorization | Amount Provided | Period of Availibilty |
|---|---|---|---|
| Smith-Lever, Section 3(b) and (c) programs and Cooperative Extension. | 7 U.S.C. 343(b) and (c) and 208(c) of Public Law 93–471. | $325,000 | 12–0502/26 |
| Extension Services at 1890 Institutions | 7 U.S.C. 3221 | 72,000 | 12–0502/26 |
| Extension Services at 1994 Institutions | 7 U.S.C. 343(b)(3) | 12,000 | 12–0502/X |
| Facility Improvements at 1890 Institutions | 7 U.S.C. 3222b | 21,500 | 12–0502/X |
| Renewable Resources Extension Act | 16 U.S.C. 1671 et seq. | 4,000 | 12–0502/26 |
| Rural Health and Safety Education Programs | 7 U.S.C. 2662(i) | 3,000 | 12–0502/26 |
| Food Animal Residue Avoidance Database Program. | 7 U.S.C. 7642 | 2,000 | 12–0502/26 |
| Women and Minorities in STEM Fields | 7 U.S.C. 5925 | 2,000 | 12–0502/26 |
| Food Safety Outreach Program | 7 U.S.C. 7625 | 10,000 | 12–0502/26 |
| Food & Ag Service Learning | 7 U.S.C. 7633 | 1,000 | 12–0502/26 |
| Farmer Stress Assistance Network | 7 U.S.C. 5936 | 10,000 | 12–0502/26 |
| Enhancing Ag Opportunities for Veterans (AgVets) | | 3,000 | 12–0502/26 |
| Smith-Lever, Section 3(d): | 7 U.S.C. 343(d) | | |
| Food and Nutrition Education | | 70,000 | 12–0502/26 |
| Farm Safety and Youth Farm Safety Education Programs. | | 5,000 | 12–0502/26 |
| New Technologies for Agricultural Extension | | 1,600 | 12–0502/26 |
| Children, Youth, and Families at Risk | | 8,000 | 12–0502/26 |
| Federally Recognized Tribes Extension Program. | | 4,000 | 12–0502/26 |
| Total, Section 3(d) | | 88,600 | |
| Necessary Expenses of Extension Activities: | | | |
| Agriculture in the K–12 Classroom | 7 U.S.C. 3152(j) | 500 | 12–0502/26 |
| Federal Administration—Other Necessary Expenses for Extension Activities. | | 6,500 | 12–0502/26 |
| Total, Necessary Expenses | | 7,000 | |
| Total, Extension Activities | | 561,100 | |

Joint Explanatory Statement, Pub. L. No. 119-37, Div. B, pp. 7-8

| **FAS (Foreign Agricultural Service)**[2] | | |
|---|---|---|
| Salaries and Expenses | For necessary expenses of the Foreign Agricultural Service, including not to exceed $250,000 for representation allowances and for expenses pursuant to section 8 of the Act approved August 3, 1956 (7 U.S.C. 1766), $222,000,000, of which no more than 6 percent shall remain available until September 30, 2027, for overseas operations to include the payment of locally employed staff: *Provided,* That the Service may utilize advances of funds, or reimburse this appropriation for expenditures made on behalf of Federal agencies, public and private organizations and institutions under agreements executed pursuant to the agricultural food production assistance programs (7 U.S.C. 1737) and the foreign assistance programs of the United States Agency for International Development: *Provided further,* That of the funds made available under this heading, $5,000,000, to remain available until expended, shall be for the Cochran Fellowship Program, as authorized by 7 U.S.C. 3293, $4,000,000, to remain available until expended, shall be for the Borlaug International Agricultural Science and Technology | The agreement provides $222,000,000 for Foreign Agricultural Service [FAS], Salaries & Expenses and a transfer of $6,063,000. The agreement provides $1,000,000 for FAS and USDA to work with the Department of State to conduct an interagency review and provide a report to Congress that outlines the process and needs within USDA to operate the Food for Peace program should Congress direct such transfer. The agreement directs the report to include information outlined in the S.Rpt. 119–37.<br><br>Joint Explanatory Statement, Pub. L. No. 119-37, Div. B, p. 26 |

[2] Defendants did not identify any accounts for FAS (Dkt. 100 at 19-20)

| | | |
|---|---|---|
| | Fellowship program, as authorized by 7 U.S.C. 3319j, and up to $2,000,000, to remain available until expended, shall be for the purpose of offsetting fluctuations in international currency exchange rates, subject to documentation by the Foreign Agricultural Service: *Provided further,* That of the amount made available under this heading, $1,000,000, shall be for the Secretary of Agriculture, in consultation with the Secretary of State and heads of other relevant Federal departments and agencies as applicable, to conduct an interagency review and, within 60 days of enactment of this Act, provide a detailed report outlining the process and agency needs to support a transfer of the Food for Peace program from the U.S. Agency for International Development to the Foreign Agricultural Service within the Department of Agriculture: *Provided further,* That such report shall include the requirements outlined in the section entitled "Food for Peace Interagency Review and Report" under the heading "Food for Peace Title II Grants" in Senate Report 119–37 and shall also address any other needs that the Department of Agriculture believes will be required to support successful implementation of such program transfer.<br><br>Pub. L. No. 119-37, 139 Stat. at 536-37 | |

| **FPAC (Farm Production and Conservation Mission Area, including FPAC Business Center, FSA, NRCS and RMA)** | | |
|---|---|---|
| FPAC Business Center | For necessary expenses of the Farm Production and Conservation Business Center, $167,633,000, of which $1,000,000 shall be for the implementation of section 773 of Public Law 117–328: *Provided,* That $70,740,000 of amounts appropriated for the current fiscal year pursuant to section 1241(a) of the Farm Security and Rural Investment Act of 1985 (16 U.S.C. 3841(a)) shall be transferred to and merged with this account.<br><br>Pub. L. No. 119-37, 139 Stat. at 517 | The agreement provides $167,633,000 for the Farm Production and Conservation Business Center.<br><br>Joint Explanatory Statement, Pub. L. No. 119-37, Div. B, p. 14 |
| FSA Salaries and Expenses | For necessary expenses of the Farm Service Agency, $1,125,000,000, of which not less than $15,000,000 shall be for the hiring of new employees to fill vacancies and anticipated vacancies at Farm Service Agency county offices and farm loan officers Reports. Assessment. Payments. Notification. Advance approval. and shall be available until September 30, 2027: *Provided,* That the agency shall submit a report by the end of the fourth quarter of fiscal year 2026 to the Committees on Appropriations of both Houses of Congress that identifies for each | The agreement provides $1,125,000,000 for Farm Service Agency [FSA], Salaries and Expenses. The agreement remains concerned about the loss of agricultural production and farms, particularly in New England. Within 180 days of enactment of this act, FSA is directed to provide a report to the Committees on what factors are leading to agricultural pro duction and farm loss in New England, to include historical and projected data on acreage and crop types. The agreement directs FSA, starting in the 2026/2027 crop year, to revise the formula it uses to calculate rice loan rate factors by averaging only 1 year of price data to better align the published loan rate factors with the current market conditions. The following table reflects the agreement: |

project/investment that is operational (a) current performance against key indicators of customer satisfaction, (b) current performance of service level agreements or other technical metrics, (c) current performance against a pre-established cost baseline, (d) a detailed breakdown of current and planned spending on operational enhancements or upgrades, and (e) an assessment of whether the investment continues to meet business needs as intended as well as alternatives to the investment: *Provided further,* That the Secretary is authorized to use the services, facilities, and authorities (but not the funds) of the Commodity Credit Corporation to make program payments for all programs administered by the Agency: *Provided further,* That other funds made available to the Agency for authorized activities may be advanced to and merged with this account: *Provided further,* That of the amount appropriated under this heading, $696,594,000 shall be made available to county offices, to remain available until expended: *Provided further,* That, notwithstanding the preceding proviso, any funds made available to county offices in the current fiscal year that the Administrator of the Farm Service Agency deems to exceed or not meet the amount needed for the county offices may be transferred to or from the Farm Service

FARM SERVICE AGENCY—SALARIES AND EXPENSES

[Dollars in thousands]

| | |
|---|---|
| Salaries and expenses | $1,125,000 |
| Transfer from ACIF | 305,803 |
| Total, FSA Salaries and expenses | 1,430,803 |

Joint Explanatory Statement, Pub. L. No. 119-37, Div. B, p. 15

| | | |
|---|---|---|
| | Agency for necessary expenses: *Provided further,* That none of the funds available for any department or agency in this or any other appropriations Acts, including prior year Acts, shall be used to close Farm Service Agency county offices: *Provided further,* That none of the funds available in this or any other Act, including prior year Acts, shall be used to permanently relocate county based employees that would result in an office with two or fewer employees without prior notification and approval of the Committees on Appropriations of both Houses of Congress.<br><br>Pub. L. No. 119-37, 139 Stat. at 518 | |
| NRCS Conservation Operations | For necessary expenses for carrying out the provisions of the Act of April 27, 1935 (16 U.S.C. 590a–f), including preparation of conservation plans and establishment of measures to conserve soil and water (including farm irrigation and land drainage and such special measures for soil and water management as may be necessary to prevent floods and the siltation of reservoirs and to control agricultural related pollutants); operation of conservation plant materials centers; classification and mapping of soil; dissemination of information; acquisition of lands, water, and interests therein for | The agreement provides $850,000,000 for Natural Resources Conservation Service [NRCS], Conservation Operations. The agreement provides $1,000,000 for phragmite control and $8,000,000 for the Grazing Lands Conservation Initiative, of which $1,000,000 shall be for a cooperative agreement as outlined in S.Rpt. 119–37. The agreement also provides an increase of $2,000,000 for NRCS' Snow Telemetry Network for the purpose stated in S.Rpt. 119–37. The agreement directs NRCS to provide a briefing to the Committees within 30 days of enactment of this act on how producers can utilize NRCS programs to exclude wildlife from farmland. The following table reflects the agreement: |

use in the plant materials program by donation, exchange, or purchase at a nominal cost not to exceed $100 pursuant to the Act of August 3, 1956 (7 U.S.C. 2268a); purchase and erection or alteration or improvement of permanent and temporary buildings; and operation and maintenance of aircraft, $850,000,000, which shall be for the purposes and in the amounts specified in the table titled "Natural Resources Conservation Service, Conservation Operations" in the explanatory statement described in section 4 (in the matter preceding division A of this consolidated Act), to remain available until September 30, 2027, of which $34,625,000 shall for be for the purposes, and in the amounts specified for this account in the table titled "Community Project Funding/ Congressionally Directed Spending" in the explanatory statement described in section 4 (in the matter preceding division A of this consolidated Act): *Provided,* That appropriations hereunder shall be available pursuant to 7 U.S.C. 2250 for construction and improvement of buildings and public improvements at plant materials centers, except that the cost of alterations and improvements to other buildings and other public improvements shall not exceed $250,000: *Provided further,* That when buildings or other structures are erected on

NATURAL RESOURCES CONSERVATION SERVICE—CONSERVATION OPERATIONS
[Dollars in thousands]

| | |
|---|---|
| Conservation Technical Assistance | $697,624 |
| Snow Survey and Water Forecasting | 16,751 |
| Plant Materials Centers | 10,000 |
| Soil Surveys Program | 86,000 |
| Urban Agriculture Office | 5,000 |
| Community Project Funding/Congressionally Directed Spending | 34,625 |
| Total, Conservation Operations | 850,000 |

Joint Explanatory Statement, Pub. L. No. 119-37, Div. B, pp. 16-17

*See also* Table of Community Project Funding/Congressionally Directed Spending, Joint Explanatory Statement, Pub. L. No. 119-37, Div. B, pp. 38-40 (listing congressionally directed funding for specific projects within the NRCS Conservation Operations account).

| | | |
|---|---|---|
| | non-Federal land, that the right to use such land is obtained as provided in 7 U.S.C. 2250a.<br><br>Pub. L. No. 119-37, 139 Stat. at 520 | |
| RMA Salaries and Expenses | For necessary expenses of the Risk Management Agency, $60,000,000: *Provided,* That $1,000,000 of the amount appropriated under this heading in this Act shall be available for compliance and integrity activities required under section 516(b)(2)(C) of the Federal Crop Insurance Act of 1938 (7 U.S.C. 1516(b)(2)(C)), and shall be in addition to amounts otherwise provided for such purpose: *Provided further,* That not to exceed $1,000 shall be available for official reception and representation expenses, as authorized by 7 U.S.C. 1506(i).<br><br>Pub. L. No. 119-37, 139 Stat. at 520 | The agreement provides $60,000,000 for Risk Management Agency, Salaries and Expenses.<br><br>Joint Explanatory Statement, Pub. L. No. 119-37, Div. B, p. 16 |

| **RD (Rural Development Mission Area)**[3] | | |
|---|---|---|
| Rural Development Salaries and Expenses | For necessary expenses for carrying out the administration and implementation of Rural Development programs, including activities with institutions concerning the development and operation of agricultural cooperatives; and for cooperative agreements; $312,000,000: *Provided,* That of the amount made available under this heading, no less than $75,000,000, to remain available until expended, shall be used for information technology expenses: *Provided further,* That notwithstanding any other provision of law, funds appropriated under this heading may be used for advertising and promotional activities that support Rural Development programs: *Provided further,* That in addition to any other funds appropriated for purposes authorized by section 502(i) of the Housing Act of 1949 (42 U.S.C. 1472(i)), | The agreement provides $761,992,000 for Rural Development [RD], Salaries and Expenses, including a direct appropriation of $312,000,000. The agreement reminds the Department to complete a field office analysis, as referenced in S.Rpt. 119–37, and brief the Committees within 60 days of enactment of this act.<br><br>Joint Explanatory Statement, Pub. L. No. 119-37, Div. B, p. 18 |

[3] Defendants' chart refers to an "RD Salaries and Expenses" account for each of the Rural Development subcomponents: Rural Business Cooperative Service (RBCS), the Rural Housing Service (RHS), and the Rural Utilities Service (RUS). Dkt. 100 at 19-20. However, for those subcomponents, the FY26 Appropriations Act does not directly appropriate any funds directly to a "RD Salaries and Expenses" account. Rather, the Act funds certain other accounts—specifically, RBCS's Intermediary Relending Program Fund Account, RHS's Rural Housing Insurance Fund Program Account, and RUS's Rural Electrification and Telecommunications Loans Program Account—and directs a transfer of funds from these accounts to the appropriation for Rural Development Salaries and Expenses. The rows in Plaintiffs' chart therefore reflect those RBCS, RHS, and RUS accounts and include the relevant language directing the transfers.

<table>
<tr>
<td></td>
<td>any amounts collected under such section, as amended by this Act, will immediately be credited to this account and will remain available until expended for such purposes: Provided further, That of the amount made available under this heading, $2,000,000, to remain available until expended, shall be for the Secretary of Agriculture to carry out a pilot program that assists rural hospitals to improve long-term operations and financial health, including strategies to expand and sustain access to maternal health care services, by providing technical assistance through analysis of current hospital management practices.<br><br>Pub. L. No. 119-37, 139 Stat. at 522-23</td>
<td></td>
</tr>
<tr>
<td>RBCS, Intermediary Relending Program Fund Account</td>
<td>For the principal amount of direct loans, as authorized by the Intermediary Relending Program Fund Account (7 U.S.C. 1936b), $9,000,000. For the cost of direct loans, $2,495,000 as authorized by the Intermediary Relending Program Fund Account (7 U.S.C. 1936b), of which $250,000 shall be available through June 30, 2026, for Federally Recognized Native American Tribes; and of which $499,000 shall be available through June 30, 2026, for Mississippi Delta Region counties (as determined in accordance with Public Law</td>
<td>The agreement provides $6,963,000 for the Intermediary Relending Program Fund Account. The following table reflects the agreement:<br><br>RURAL DEVELOPMENT—RURAL BUSINESS COOPERATIVE SERVICE<br>INTERMEDIARY RELENDING PROGRAM FUND<br>[Dollars in thousands]
<table>
<tr><td>Loan level:</td><td></td></tr>
<tr><td>Estimated loan level</td><td>$9,000</td></tr>
<tr><td>Subsidies and administrative expenses:</td><td></td></tr>
<tr><td>Direct loan subsidy level</td><td>2,495</td></tr>
<tr><td>Administrative Expenses</td><td>4,468</td></tr>
<tr><td>Subtotal, subsidies and administrative expenses</td><td>6,963</td></tr>
</table>
</td>
</tr>
</table>

| | | |
|---|---|---|
| | 100–460): *Provided,* That such costs, including the cost of modifying such loans, shall be as defined in section 502 of the Congressional Budget Act of 1974. In addition, for administrative expenses to carry out the direct loan programs, $4,468,000 shall be paid to the appropriation for "Rural Development, Salaries and Expenses"<br><br>Pub. L. No. 119-37, 139 Stat. at 528 | Joint Explanatory Statement, Pub. L. No. 119-37, Div. B, p. 21 |
| RHS, Rural Housing Insurance Fund Program Account | For gross obligations for the principal amount of direct and guaranteed loans as authorized by title V of the Housing Act of 1949, to be available from funds in the rural housing insurance fund, as follows: [listing amounts available for dozens of different loan types…] In addition, for administrative expenses necessary to carry out the direct and guaranteed loan programs, $412,254,000 shall be paid to the appropriation for "Rural Development, Salaries and Expenses".<br><br>Pub. L. No. 119-37, 139 Stat. at 523-24 | The agreement provides a total budget authority of $606,362,000 for activities under the Rural Housing Insurance Fund Program Account. The agreement provides $32,650,000 of Section 502 Direct Loan funds to be available for two fiscal years to ensure that the program can continue to offer mortgages at the end of the fiscal year and through the start of the next fiscal year. The agreement notes that the intent behind this extended period of availability is to allow borrowers to take on mortgages over the course of the entire year. The following table reflects the agreement: |

<table>
<tr>
<td></td>
<td></td>
<td>
RURAL DEVELOPMENT—RURAL HOUSING SERVICE<br>
RURAL HOUSING INSURANCE FUND<br>
[Dollars in thousands]
<table>
<tr><td>Loan authorizations:</td><td></td></tr>
<tr><td>Single family housing (sec. 502):</td><td></td></tr>
<tr><td>Direct</td><td>$1,000,000</td></tr>
<tr><td>Single Family Relending Demonstration</td><td>5,000</td></tr>
<tr><td>Unsubsidized guaranteed</td><td>25,000,000</td></tr>
<tr><td>Housing repair (sec. 504)</td><td>25,000</td></tr>
<tr><td>Rental housing (sec. 515)</td><td>50,000</td></tr>
<tr><td>Multi-family guaranteed (sec. 538)</td><td>400,000</td></tr>
<tr><td>Site development loans (sec. 524)</td><td>5,000</td></tr>
<tr><td>Credit sales of acquired property</td><td>10,000</td></tr>
<tr><td>Self-help housing land development (sec. 523)</td><td>5,000</td></tr>
<tr><td>Farm labor housing</td><td>15,000</td></tr>
<tr><td>Total, Loan authorizations</td><td>26,515,000</td></tr>
</table>
<table>
<tr><td>Loan subsidies, grants & administrative expenses:</td><td></td></tr>
<tr><td>Single family housing (sec. 502):</td><td></td></tr>
<tr><td>Direct</td><td>130,600</td></tr>
<tr><td>Single Family Relending Demonstration</td><td>2,125</td></tr>
<tr><td>Housing repair (sec. 504)</td><td>4,333</td></tr>
<tr><td>Rental housing (sec. 515)</td><td>15,130</td></tr>
<tr><td>Multifamily Housing Revitalization</td><td>30,000</td></tr>
<tr><td>Farm labor housing (sec. 514)</td><td>4,761</td></tr>
<tr><td>Site development loans (sec. 524)</td><td>502</td></tr>
<tr><td>Self-help land development (sec. 523)</td><td>657</td></tr>
<tr><td>Total, loan subsidies</td><td>188,108</td></tr>
<tr><td>Farm labor housing grants</td><td>6,000</td></tr>
<tr><td>Total, loan subsidies and grants</td><td>194,108</td></tr>
<tr><td>Administrative expenses (transfer to RD)</td><td>412,254</td></tr>
<tr><td>Total, Loan subsidies, grants, and administrative expenses</td><td>606,362</td></tr>
</table>
Joint Explanatory Statement, Pub. L. No. 119-37, Div. B, pp. 18-19
</td>
</tr>
<tr>
<td>RUS, Rural Electrification and Telecommunications Loans Program Account</td>
<td>The principal amount of loans and loan guarantees as authorized by sections 4, 305, 306, 313A, and 317 of the Rural Electrification Act of 1936 (7 U.S.C. 904, 935, 936, 940c–1, and 940g) shall be made as follows: [listing amounts available for</td>
<td>The agreement provides $41,040,000 for activities under the Rural Electrification and Telecommunications Loans Program Account. The following table reflects the agreement:</td>
</tr>
</table>

<table>
<tr>
<td></td>
<td>different types …] In addition, for administrative expenses necessary to carry out the direct and guaranteed loan programs, $33,270,000, which shall be paid to the appropriation for “Rural Development, Salaries and Expenses”.<br><br>Pub. L. No. 119-37, 139 Stat. at 531</td>
<td>RURAL DEVELOPMENT—RURAL UTILITIES SERVICE<br>RURAL ELECTRIFICATION AND TELECOMMUNICATIONS LOANS PROGRAM<br>[Dollars in thousands]
<table>
<tr><td>Loan authorizations:</td><td></td></tr>
<tr><td>Electric:</td><td></td></tr>
<tr><td>Direct, FFB</td><td>$2,667,000</td></tr>
<tr><td>Direct, Treasury</td><td>4,333,000</td></tr>
<tr><td>Guaranteed underwriting</td><td>910,000</td></tr>
<tr><td>Rural Energy Savings Program</td><td>25,000</td></tr>
<tr><td>Subtotal, electric</td><td>7,935,000</td></tr>
<tr><td>Telecommunications:</td><td></td></tr>
<tr><td>Direct, treasury rate</td><td>350,000</td></tr>
<tr><td>Direct, FFB</td><td>200,000</td></tr>
<tr><td>Loan subsidy:</td><td></td></tr>
<tr><td>Direct, treasury rate</td><td>3,570</td></tr>
<tr><td>Rural Energy Savings Program</td><td>4,200</td></tr>
<tr><td>Administrative expenses</td><td>33,270</td></tr>
<tr><td>Total, budget authority</td><td>41,040</td></tr>
</table>
Joint Explanatory Statement, Pub. L. No. 119-37, Div. B, pp. 22-23</td>
</tr>
<tr>
<td colspan="3">OGC (Office of General Counsel)</td>
</tr>
<tr>
<td>Executive Operations</td>
<td>For necessary expenses of the Office of the General Counsel, $60,537,000.<br><br>Pub. L. No. 119-37, 139 Stat. at 511</td>
<td>The agreement provides $60,537,000 for the Office of the General Counsel.<br><br>Joint Explanatory Statement, Pub. L. No. 119-37, Div. B, p. 4</td>
</tr>
</table>

| **OASCR (Office of the Assistant Secretary for Civil Rights)**[4] | | |
|---|---|---|
| OASCR, Executive Operations | For necessary expenses of the Office of the Assistant Secretary for Civil Rights, $1,466,000: *Provided,* That funds made available by this Act to an agency in the Civil Rights mission area for salaries and expenses are available to fund up to one administrative support staff for the Office.<br><br>Pub. L. No. 119-37, 139 Stat. at 509 | The agreement provides $1,466,000 for the Office of the Assistant Secretary for Civil Rights.<br><br>Joint Explanatory Statement, Pub. L. No. 119-37, Div. B, p. 3 |
| OCR, Executive Operations | For necessary expenses of the Office of Civil Rights, $30,000,000.<br><br>Pub. L. No. 119-37, 139 Stat. at 510 | The agreement provides $30,000,000 for the Office of Civil Rights.<br><br>Joint Explanatory Statement, Pub. L. No. 119-37, Div. B, p. 3 |

[4] Defendants did not identify any accounts for the Office of the Assistant Secretary for Civil Rights ("OASCR"), which is the component at issue in Plaintiffs' motion. Defendants instead identified an account for the distinct Office of Civil Rights ("OCR"). *See* Dkt. 100 at 19. Plaintiffs have included both accounts here.