BRETT A. SHUMATE
Assistant Attorney General
BRAD P. ROSENBERG
Chief Litigation Counsel
TAYLOR PITZ (CA Bar No. 332080)
Trial Attorney
Civil Division, Federal Programs Branch

1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-5200
Taylor.N.Pitz@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,

Defendants.

Case No. 3:26-cv-09976-VC

**NOTICE OF FILING OF PROPOSED PRELIMINARY INJUNCTION**

Judge: Hon. Vince Chhabria
Place: San Francisco Courthouse
Courtroom 3, 17th Floor

**NOTICE OF FILING**

Pursuant to the Court's September 29, 2026 Order, ECF No. 91, Defendants submit the attached proposed language for a preliminary injunction. Defendants maintain all of their arguments and objections, and maintain that Plaintiffs' Motion for a Preliminary Injunction should be denied in full. Consistent with the Court's statements at oral argument, this proposal is drafted based on the assumption that, if this injunction were to issue, the Court has concluded that USDA has violated the terms of the applicable appropriations acts. The bracketed language included is intended to account for potential variations of the Court's ruling, including whether the injunction applies only to employees represented by the Plaintiff Unions.

Dated: October 7, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

BRAD P. ROSENBERG
Chief Litigation Counsel

*/s/ Taylor Pitz*
TAYLOR PITZ
CA Bar No. 332080
Trial Attorney
Civil Division
Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-5200
Taylor.N.Pitz@usdoj.gov

*Counsel for Defendants*

**[PROPOSED] ORDER**

The Court hereby issues the following preliminary injunction.

IT IS HEREBY ORDERED that:

1. Defendants USDA and Rollins and their officers, agents, servants, employees, and attorneys, and all persons acting by, through, under, or in concert with these Defendants, are enjoined and stayed from transferring, reprogramming, or reimbursing appropriated funds in a manner that implicates [Sections 716 [AND/OR] 771 of the Continuing Appropriations, Agriculture, Legislative Branch, Military Construction and Veterans Affairs, and Extensions Act, 2026, Pub. L. No. 119-37, 139 Stat. 495, 544, 555 (2025), [AND/OR] Section 421 of the Commerce, Justice, Science; Energy and Water Development; and Interior and Environment Appropriations Act, 2026, Pub. L. No. 119-74, 140 Stat. 5, 163 (2026)], to implement, carry out, or effectuate management directed reassignment ("MDR") letters pursuant to USDA's reorganization, or any deadlines in those letters, requiring USDA employees [who are covered by Collective Bargaining Agreements ("CBAs") as of the date of the filing of Plaintiffs' motion, September 8, 2026, and represented by the Union Plaintiffs] to relocate outside their current local commuting areas.
2. Local commuting area for purposes of this injunction order is the term as defined by the Office of Personnel Management -- "…[t]he geographic area that usually constitutes one area for employment purposes. It includes any population center (or two or more neighboring ones) and the surrounding localities in which people live and can reasonably be expected to travel back and forth daily to their usual employment.)." 5 CFR § 351.203; *see also* 5 CFR § 330.207. For purposes of this preliminary injunction order, relocation entitlements as it relates to changes in employees' duty stations are covered by current Federal Travel Regulations. Under 41 CFR § 302-2.1, relocation allowances are authorized when moves occur outside of the commuting area using the distance test. The regulation states, "The distance test is met when the new official station is at least 50 miles further from the employee's current residence than the old official station is from the same residence. The

distance between the official duty station and residence is the shortest of the commonly traveled routes between them."

3. This preliminary injunction order shall apply only to current USDA employees [who are covered by the Union Plaintiffs' CBAs] in the following USDA components: the Food and Nutrition Administration, Economic Research Service, National Institute of Food and Agriculture, Agricultural Research Service, Forest Service, Foreign Agricultural Service, the Farm Production and Conservation Business Center, Rural Development Mission Area, and Office of the Assistant Secretary for Civil Rights.

4. Notwithstanding the foregoing, this Order does not enjoin or stay relocating or reassigning, or steps necessary to relocate or reassign, USDA employees currently located within the National Capital Region[1] ("NCR") to other local offices or locations also located within the NCR, or closing offices, programs, or facilities in the NCR from which all employees have been relocated or reassigned to other local offices or locations within the NCR.

5. This Order does not enjoin:

    a. USDA from taking the actions necessary to ensure compliance with the provisions of the Utilizing Space Efficiently and Improving Technologies Act ("USE IT Act") facility utilization requirements, including corrective actions such as reducing, consolidating, or disposal of space that does not meet utilization requirements.

    b. Closure of USDA offices that are empty as of the date of this order.

    c. Closure of USDA offices with expired leases or leases expiring in the next 60 days in which USDA has already provided notice to the lessor or the General Services Administration and/or the lessor is unwilling to extend or renew the lease.

    d. The reassignment of a covered employee who applies or applied to a job announcement on USAJobs or other internal agency merit hiring application processes, is selected for the position, and has accepted the position.

[1] *See* 40 U.S.C. §71(b).

e. The Agricultural Research Service from taking the necessary actions to reassign the employees whose research projects were fully defunded or partially defunded by Congress in FY 2026 to funded research projects.

f. Any issuance of vacancy announcements or hiring at any USDA location.

g. Any promotions of employees to include relocations of those employees if the higher-graded positions are located in duty stations outside their local commuting area.

h. The relocation of employees who have accepted their MDR and wish to continue relocation and express that desire in writing.

6. This preliminary injunction order does not require USDA to return employees who have already relocated to their original duty station and does not enjoin USDA from issuing any associated relocation incentive or payment entitlements.

7. Within two (2) business days, Defendants shall provide notice of this preliminary injunction order to all covered USDA employees working at USDA components included in the above preliminary injunction, including by email notification that includes this Order, and by posting this Order on the USDA Reorganization website (https://www.usda.gov/about-usda/reorganization) and any website of any affected component agency dedicated to the USDA Reorganization Plan.

Dated: October __, 2026

____________________________
Hon. Vince Chhabria
United States District Court