BRETT A. SHUMATE
Assistant Attorney General
BRAD P. ROSENBERG
Chief Litigation Counsel
TAYLOR PITZ (CA Bar No. 332080)
Trial Attorney
Civil Division, Federal Programs Branch

1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-5200
Taylor.N.Pitz@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>Defendants. | Case No. 3:26-cv-09976-VC<br><br>**DEFENDANTS' FORM 6 REPRESENTATION STATEMENT** |

**FORM 6 REPRESENTATION STATEMENT**

Pursuant to Circuit Rule 3-2, Defendants provide the following representation statement.

**Appellant(s)**

United States Department of Agriculture

Secretary of Agriculture Brooke Rollins

**Counsel for Appellant(s)**

Steven A. Myers

Weili J. Shaw

**Address:**

950 Pennsylvania Ave. NW Washington, DC 20530

**Telephone Number(s):**

(202) 305-8648

(202) 514-1371

**Email(s):**

Steven.A.Myers@usdoj.gov

Weili.J.Shaw@usdoj.gov

**Appellees(s)**

To the best of Appellants' knowledge, the names of the Appellees, their counsel, and their contact information are reflected on the attached District Court docket sheet.

Dated: October 15, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

BRAD P. ROSENBERG
Chief Litigation Counsel

*/s/ Taylor Pitz*
TAYLOR PITZ
CA Bar No. 332080
Trial Attorney
Civil Division
Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-5200
Taylor.N.Pitz@usdoj.gov

*Counsel for Defendants*