Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

FILED

OCT 16 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

# PRELIMINARY INJUNCTION TIME SCHEDULE NOTICE

---

| | |
|---|---|
| Docket Number: | 26-6855 |
| Originating Case Number: | 3:26-cv-09976-VC |
| Short Title: | American Federation Of Government Employees, AFL-CIO, et al. v. United States Department of Agriculture, et al. |

---

Dear Appellant/Counsel

The United States Court of Appeals for the Ninth Circuit has received a copy of your notice of appeal and assigned the docket number above to your case.

Please include this docket number on every filing you submit and in any communication you have with the court about this case. If you are ordering any transcript from the lower court, please give the docket number to the court reporter right away.

Motions filed with the notice of appeal are not transferred to this court. You need to separately file on this court's docket any motion that seeks relief from this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case with an organizational victim; or (4) involves review of state court proceedings. *See* Ninth Circuit Rule 26-1.1.

**Failure to timely file the opening brief may also result in your case being dismissed.**

**Please read the enclosed materials carefully.**

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

## PRELIMINARY INJUNCTION TIME SCHEDULE NOTICE

| | |
|---|---|
| Docket Number: | 26-6855 |
| Originating Case Number: | 3:26-cv-09976-VC |
| Case Title: | American Federation Of Government Employees, AFL-CIO, et al. v. United States Department of Agriculture, et al. |

**10/30/2026**

| | |
|---|---|
| Western Watersheds Project | Corporate Disclosure Statement due |
| United States Department of Agriculture | Corporate Disclosure Statement due |
| Alliance of Crop, Soil, and Environmental Science Societies | Corporate Disclosure Statement due |
| National Federation of Federal Employees, IAM, AFL-CIO | Corporate Disclosure Statement due |
| Prince George's County | Corporate Disclosure Statement due |
| Coalition to Protect America's National Parks | Corporate Disclosure Statement due |
| American Federation of State, County and Municipal Employees, AFL–CIO | Corporate Disclosure Statement due |
| American Federation Of Government Employees, AFL-CIO | Corporate Disclosure Statement due |
| County of Santa Clara | Corporate Disclosure Statement due |
| American Geophysical Union | Corporate Disclosure Statement due |
| City of Baltimore | Corporate Disclosure Statement due |
| County of King | Corporate Disclosure Statement due |

| | |
|---|---|
| Brooke Rollins | Corporate Disclosure Statement due |
| Natural Resources Defense Council, Inc. | Corporate Disclosure Statement due |
| City and County of San Francisco | Corporate Disclosure Statement due |
| National Treasury Employees Union | Corporate Disclosure Statement due |

**11/13/2026**

| | |
|---|---|
| United States Department of Agriculture | Preliminary Injunction Opening Brief Due |
| Brooke Rollins | Preliminary Injunction Opening Brief Due |

**12/11/2026**

| | |
|---|---|
| Western Watersheds Project | Preliminary Injunction Answering Brief Due |
| National Treasury Employees Union | Preliminary Injunction Answering Brief Due |
| Alliance of Crop, Soil, and Environmental Science Societies | Preliminary Injunction Answering Brief Due |
| County of Santa Clara | Preliminary Injunction Answering Brief Due |
| County of King | Preliminary Injunction Answering Brief Due |
| Coalition to Protect America's National Parks | Preliminary Injunction Answering Brief Due |
| American Geophysical Union | Preliminary Injunction Answering Brief Due |
| American Federation Of Government Employees, AFL-CIO | Preliminary Injunction Answering Brief Due |
| City of Baltimore | Preliminary Injunction Answering Brief Due |
| American Federation of State, County and Municipal Employees, AFL–CIO | Preliminary Injunction Answering Brief Due |
| Natural Resources Defense Council, Inc. | Preliminary Injunction Answering Brief Due |
| Prince George's County | Preliminary Injunction Answering Brief Due |
| National Federation of Federal Employees, IAM, AFL-CIO | Preliminary Injunction Answering Brief Due |

| City and County of San Francisco | Preliminary Injunction Answering Brief Due |
|---|---|

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

Mediation Questionnaire is available here. More information about the Mediation Program is available here.

**If the opening brief is not filed by the deadline, the court may dismiss this case. *See* 9th Cir. R. 42-1.**