**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION**

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE; BROOKE ROLLINS, in her official capacity as Secretary of Agriculture,

Defendants.

Case 3:26-cv-09976-VC

**DECLARATION OF MARY PLETCHER RICE**

I, Mary Pletcher Rice, declare as follows:

1. I am the Acting Principal Deputy Assistant Secretary for Administration within the Departmental Administration at the United States Department of Agriculture ("USDA" or "Department"), headquartered in Washington, D.C. I have served in this position since January 31, 2025, and I have been employed at USDA since 2018.

2. In my role at the USDA, I oversee the Department's Office of Human Resources Management; Office of Homeland Security; Office of Leasing Operations, and Property Management; Office of Safety, Security and Protection; Office of Contracting and Procurement; and Office of Small and Disadvantaged Business Utilization. I have purview over USDA subagencies' Chief Operating Officers and Human Resources Offices. One of my responsibilities is providing leadership on the implementation of USDA's reorganization.

3. Pursuant to Paragraph 9 of this Court's October 13, 2026, Order Granting Motion for Stay Under 5 U.S.C. 705 (October Stay Order), this declaration provides verification that USDA has complied with this order and sets forth the steps it has taken to do so.

4. On October 14, 2026, USDA's Office of the Secretary issued an email message to all USDA employees notifying them of this Court's October Stay Order.

5. On October 14, 2026, the acting Deputy for the Employee Relations and Accountability Division emailed the designated Union president or other representative of the affected labor unions notification of this Court's October Stay Order.

6. On October 14, 2026, USDA's webpage dedicated to the USDA reorganization was updated to include a copy of this Court's October Stay Order.

7. By October 15, 2026, all affected USDA component Agencies that had websites dedicated to the USDA reorganization timely updated those sites to provide notice of the Court's October Stay Order.

8. During the pendency of the Court's October Stay Order:

   a. USDA will not close or consolidate the resources or locations of any ARS laboratory or facility including the Beltsville Agricultural Research Center;
   b. USDA will not relocate or reassign the employees or their positions or functions for any such ARS laboratory or facility to different and/or new locations outside the local commuting area, including by issuing or enforcing "management directed reassignment" (MDR) letters or any other notice or directive of reassignment or relocation in whole or in part, including any deadlines in those letters.
   c. USDA will not close or eliminate offices or relocate or reassign employees or their positions or functions to different and/or new locations outside the local commuting area, including by issuing or enforcing MDR letters or any other notice or directive of reassignment or relocation in whole or in part, including any deadlines in those letters at the Forest Service.
   d. USDA will not close or eliminate offices or relocate or reassign employees or their positions or functions to different and/or new locations outside of the local commuting area, including by issuing or enforcing MDR letters or any other directive of reassignment or relocation in whole or in part, including any deadlines in those letters at the: Food and Nutrition Administration, Research, Education, and Economics mission area, Foreign Agricultural Service, Rural Development mission area, Farm Production and Conservation mission area, Office of the General Counsel, and Office of Assistant Secretary for Civil Rights.

9. Following its review of all planned office closures, USDA identified four OGC offices scheduled for closure within the next two weeks that were occupied at the time of congressional notification. On October 21, 2026, with the approval of the General Services Administration (GSA), USDA extended the effective date of these closures to December 11, 2026.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 22, 2026

Mary Pletcher Rice

Digitally signed by Mary Pletcher Rice
Date: 2026.10.22 15:10:28 -04'00'

Mary Pletcher Rice