BRETT A. SHUMATE
Assistant Attorney General
BRAD P. ROSENBERG
Chief Litigation Counsel
TAYLOR PITZ (CA Bar No. 332080)
Trial Attorney
Civil Division, Federal Programs Branch

1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-5200
Taylor.N.Pitz@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,

Defendants.

Case No. 3:26-cv-09976-VC

**DEFENDANTS' MOTION FOR STAY PENDING APPEAL**

Date: December 10, 2026 (or as set by Court)
Judge: Hon. Vince Chhabria

## MOTION FOR STAY PENDING APPEAL

TO ALL PLAINTIFFS: PLEASE TAKE NOTICE that Defendants U.S. Department of Agriculture ("USDA") and Secretary of Agriculture Brooke Rollins move to stay the Court's Order Granting Motion for Stay Under 5 U.S.C. § 705, ECF No. 107 ("Stay Order"), pending appeal.

This motion is made on the following grounds:

(1) The Court's Stay Order irreparably injures Defendants and undermines the public interest. The Order significantly hinders USDA's operations across the board, and in particular, substantially compromises USDA's ability to manage wildland firefighting, avalanche, and research operations.

(2) Defendants have demonstrated a likelihood of success on Plaintiffs' claims.

(3) The issuance of a stay will not substantially injure Plaintiffs.

This motion is supported by the accompanying memorandum in support of Defendants' Motion for Stay Pending Appeal; the accompanying declarations; and the entire record in this case. Defendants have provided notice of this Motion as set forth in the Declaration of Taylor Pitz in support of Defendants' accompanying Motion to Shorten Time, and Plaintiffs oppose this Motion.

Dated: October 30, 2026

Respectfully submitted:

BRETT A. SHUMATE
Assistant Attorney General

BRAD P. ROSENBERG
Chief Litigation Counsel

*/s/ Taylor Pitz*
TAYLOR PITZ
CA Bar No. 332080
Trial Attorney
Civil Division
Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-5200
Taylor.N.Pitz@usdoj.gov

*Counsel for Defendants*