**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE; BROOKE ROLLINS, in her official capacity as Secretary of Agriculture,<br><br>Defendants. | Case 3:26-cv-09976-VC<br><br>**DECLARATION OF DR. SCOTT HUTCHINS IN SUPPORT OF DEFENDANTS' MOTION FOR STAY PENDING APPEAL** |

I, Dr. Scott Hutchins, declare as follows:

1. I serve as Under Secretary for the Research, Education, and Economics (REE) Mission Area of USDA. In addition, I am the Chief Scientist for USDA and serve on the USDA Leadership Cabinet.
2. The REE Mission Area includes several subcomponent agencies and a staff office -- the Agricultural Research Service (ARS), Economic Research Service (ERS), National Agricultural Statistics Service (NASS), the National Institute of Food and Agriculture (NIFA), and the Office of the Chief Scientist (OCS).
3. Prior to this appointment, I served as the Deputy Under Secretary (2019-2021) for REE and led the creation of the USDA Science Blueprint and the U.S. Ag Innovation Strategy. In addition, during this period we successfully relocated the primary offices for NIFA and ERS to Kansas City, MO from the National Capital Region.
4. The REE mission area has federal leadership responsibility for advancing scientific knowledge related to agriculture through research, extension, and education. The Agricultural Research Service (ARS) is the chief scientific in-house research agency of USDA. ARS has a workforce of around 5,000 employees, including over 1,400 scientists who represent a wide range of disciplines and who work at 92 geographic locations across the country. The ARS research agenda is broad, with about 600 research projects organized under 4 major National Research Offices: Plant Science Research, Animal Science Research, Land Utilization Research, and Post-Production Research.
5. The Economic Research Service (ERS) is responsible for anticipating trends and emerging issues in agriculture, food, the environment, and rural America and conducting high-quality, objective economic research to inform and enhance public and private decision making. ERS shapes its research program and products to serve those who routinely make or influence public policy and program decisions. Key clientele includes White House and USDA policy officials; the U.S. Congress; program administrators/managers; other Federal agencies; State and local government officials; and organizations, including farm and

industry groups. ERS research provides context for and informs the decisions that affect the agricultural sector, which in turn benefits everyone with efficient stewardship of our agricultural resources and the economic prosperity of the sector. ERS has approximately 190 employees with 73 of the employees in Missouri, 47 in the District of Columbia and 12 in Maryland. The other 58 employees are spread across 30 states and are scattered in locations across the country. Under its reorganization plan, ERS would operate in two locations – Washington, DC and Kansas City, Missouri.

6. The USDA's National Agricultural Statistics Service (NASS) conducts hundreds of surveys every year and prepares reports covering virtually every aspect of U.S. agriculture. Production and supplies of food and fiber, prices paid and received by farmers, farm labor and wages, farm finances, chemical use, and changes in the demographics of U.S. producers are only a few examples. NASS is committed to providing timely, accurate, and useful statistics in service to U.S. agriculture. NASS has approximately 476 employees. Based on its budget, NASS can sustainably fund 550 permanent employees.

7. Under the current reorganization, NASS would establish an eastern operational unit in Athens, Georgia co-located with the Agricultural Research Service. NASS already maintains a regional field office in Athens and staff will be realigned to the eastern operation unit. This will enhance geographic balance and maintain strong alignment with major agricultural sectors and stakeholder communities in the eastern United States.

8. Under the current reorganization, the National Operations Center in St. Louis, Missouri, would serve as the primary operational hub for the NASS workforce model. Co-location of staff will enable national workload distribution and more efficient coverage of vacancies and seasonal work demands. NASS would establish a western operational unit in Lakewood or Fort Collins, Colorado, providing operational support across western production regions and helping to ensure NASS maintains sufficient capability and responsiveness across the diversity of U.S. agriculture. NASS already maintains a regional field office in Lakewood, Colorado and staff will be realigned into the western operational unit. The intention for the NASS reorganization is to be implemented in phases to ensure continuity of operations.

9. The National Institute of Food and Agriculture (NIFA) invests in research, education and Extension and outreach that keeps American agriculture productive, profitable, and at the forefront of innovation. Through partnerships with the Land-grant University Systems a network of more than 100 colleges and universities in every State and territory, NIFA leverages more than 10,000 scientists, educators, and Extension professionals to turn discovery into real-world solutions for farmers, ranchers, families, and communities.

10. NIFA funds more than 80 programs spanning the full breadth of agricultural sciences from crop and livestock production to food, safety, nutrition, natural resources, and rural economic prosperity, and it supports work at every stage from foundational research to the classroom and the farm gate.

11. NIFA has 281 employees. Based on NIFA’s FY 2027 budget estimates, it does not anticipate increasing its workforce, but will fill funded vacancies associated with attrition. Grants Management Services positions currently within NIFA are moving to the centralized REE Business Services Office in ARS. The Business Services Office will support grants management at the Mission level and will have a separate team primarily focused on executing NIFA grants. 45 employees will be realigned to ARS and remain in their current duty location.

12. REE has been implementing its reorganization since April 2026. REE has issued MDR letters to 609 of its 5,748 employees. 135 ARS employees, 59 ERS employees, 84 NASS employees, and 114 NIFA employees have accepted. The report date for non-bargaining unit employees was intended to be September 21, 2026, and the report date for bargaining unit employees was intended to be October 5, 2026. These report dates have been suspended due to the administrative stay.

13. In FY 2026, Congress defunded 9 research projects at the Beltsville Agricultural Research Center (“BARC”) in Maryland and partially de-funded 8 ARS research projects. These project eliminations not only affect research, but also further reduce BARC’s facility and infrastructure funding, as 17 percent of research project funding was used to cover facility costs.

14. Research positions partially or fully defunded by Congress are in the process of being reassigned to vacant positions at other research projects across ARS. The reassignments consider the researchers' skills and expertise. Completion of the reassignments is on hold due to the administrative stay. REE has been making every effort to retain these individuals and reassign them to locations where they can continue to contribute to the Department's research priorities, but without congressional funding for their project and with the court's prohibition on relocation, the option for retention has become limited and will soon expire.
15. Sustaining BARC as a viable research site is untenable. Congress, both through its action of eliminating BARC projects and through its inaction in not providing capital improvement funding over decades has severely strained our ability to conduct research, not just at BARC, but at all other sites in need of rehabilitation and modernization. If ARS cannot move forward with the reorganization's proposed movement of research from BARC to other sustainable research locations, then research will unequivocally suffer because ARS will be required to prioritize unsalvageable facilities in lieu of advancing new discoveries for U.S. Agriculture. Every day that REE must continue to expend funds to sustain a baseline level of functionality at BARC works against REE's mission to advance agricultural science and research and puts U.S. Agriculture at risk. To reiterate a key point – we are not planning to stop or discontinue research that is funded by Congress: the plan is simply to relocate it to ARS facilities that are more modern, more appropriate, and less costly. We also are not eliminating positions for those projects that are being relocated. While we recognize that, for personal reasons, not all incumbent researchers will elect to move, we have every expectation that we will find strong candidates for positions in the new project locations. Our experience with relocating NIFA and ERS several years ago demonstrated clearly that successful recruitment of talent in REE is possible, especially for college recruits outside the National Capital Region. In any circumstance, we will not be hiring at BARC for any new or vacated ARS positions, so research will continue to deteriorate.

16. The Order Granting Motion for Stay Under 5 U.S.C. §705 entered October 13, 2026, in *American Federation of Government Employees, et al. v. United States Department of Agriculture, et al.*, Case No. 26-cv-09976, enjoins ARS (one of the subcomponent agencies in REE) from closing or consolidating the resources or locations of any ARS laboratory or facility, including BARC. ARS is further enjoined from relocating or reassigning the employees or their positions or functions for any such ARS laboratory or facility to different and/or new locations outside the local commuting area, including by issuing or enforcing "management directed reassignment" (MDR) letters or any other notice or directive of reassignment or relocation in whole or in part, including any deadlines in those letters.
17. The provision in the injunction that precludes "reassigning employees or their positions or functions to different or new locations outside the local commuting area—including through the issuance or enforcement of MDR letters or any other notice or directive of reassignment or relocation, in whole or in part," prevents ARS from conducting normal personnel actions and has a critical adverse impact on long-term sustainability of research projects located at BARC. This language prohibits the relocation of ARS employees "to different and/or new locations outside the local commuting area" and means that research projects remaining at BARC will not be able to fully realize the potential of the funding that has been allocated for the research due to the cost of supporting the significant infrastructure investment required to support the BARC campus. Research project funding supports the operation and maintenance of facilities at each project's location. If these projects are required to remain at BARC, more than one-third of their funding will be diverted to campus operations and maintenance. This is higher than it was in the past because there are a reduced number of research projects at BARC and is a substantially greater share than would be required if the projects were relocated to another ARS facility. This diversion will leave fewer resources for scientific work and impede the projects' ability to meet their goals and objectives.
18. Facilities and infrastructure operations and upkeep at BARC is primarily funded via research project funding. Current annual funding needs, independent of modernization

investments are approximately $38.9 million. This represents approximately 37 percent of all funds available for research projects after the congressional budget reductions.

19. REE has numerous instances where the stay order is having a significant negative impact on employees. REE has approximately 43 employees who are in the middle of moving their families and had not reported to their new duty station as of September 14th. These families are under significant stress because they sold their home or broke their lease and have purchased a new home or rented a new home and under paragraphs 3 and 7 of the Court's stay order, may need to return to a location where they no longer have a place to live. There are individuals who have moved all their belongings into storage and are staying in temporary housing while they look for a new home and will soon need temporary housing extensions which the Agency is not permitted to issue under the current stay order. In addition, there are many staff who have moved and are likely now potentially subject to state tax liability in two jurisdictions and are not able to adjust their health insurance policies because the Agency is not able to change their duty station.

**BARC**

20. Situated on more than 6,400 acres, the BARC campus contains roughly 400 buildings—247 of which are inactive or not habitable, with the majority of the remaining in need of repair and not modernized. The BARC campus includes two wastewater treatment plants, a water treatment facility, water and sewage distribution networks, electrical grids, 35 miles of public roads, and numerous essential systems necessary for building occupancy. Nearly half of all structures are in advanced states of disrepair and are already slated for demolition, including facilities damaged by flooding, long-abandoned research buildings, and structures overtaken by vegetation.

21. The conditions of BARC have already been the subject of an Office of Special Counsel investigation, which found pervasive safety deficiencies in many of the facilities and structures including a general lack of housekeeping; excessive dirt and grime; flaking and peeling paint; damaged flooring; active and past flooding and other water intrusions; mold;

and a lack of potable water. Modernized buildings on the campus share the same underlying supporting infrastructure and do not have stand-alone capabilities.

22. In FY 2026, Congress deliberately fully defunded 9 BARC research projects and partially de-funded an additional 8 ARS research projects. These project eliminations not only affect research, but also further exacerbate BARC's facility crisis, since a portion of each research project's funding is used to cover facility costs. Positions that are funded by research projects that were partially or fully defunded by Congress have been reassigned to vacant positions at other research projects across ARS as noted below. Reassigned employees that have not relocated by the Court's September 14th timeframe set out in paragraph 7 of the Court's stay order are unable to work in their new positions outside the NCR on projects that are fully funded and have existing vacancies that match their skillset. Approximately 30 employees are at risk of discontinued employment as a result. In ARS, positions are funded by research projects and due to the nature of the work, the people must move with the projects and be able to support on site research activities.

a. At the Animal Biosciences & Biotechnology Laboratory, the Nutritional Strategies to Improve Production Efficiencies in Broiler Chickens project ($2,805,944) was eliminated by Congress resulting in the reassignment of four employees to Athens, GA.

b. At the Animal Parasitic Diseases Laboratory, the Developing Improved Control Strategies for Avian Coccidiosis project ($1,040,499) was eliminated by Congress resulting in the reassignment of two employees to Mississippi State University and Athens, Georgia.

c. At the Animal Parasitic Diseases Laboratory, the Immune and Genomic Determinants of Host Responses Associated with Porcine Reproductive and Respiratory Syndrome Virus Infections project ($900,857) was eliminated by Congress resulting in the reassignment of one employee to El Reno, Oklahoma.

d. At the Adaptive Cropping Systems Laboratory, the Developing Practices for Nutrient and Byproducts Improve Nutrient Utilization and Reduce Effects on

Environment project ($2,304,705) was eliminated by Congress resulting in the reassignment of three employees to Pulman, Washington and Lincoln, Nebraska.

e. At the Molecular Plant Pathology Laboratory, the Emerging Stress Challenges and Composition of Alfalfa Pathobiome project ($446,861), was eliminated by Congress resulting in the reassignment of one employee to Saint Paul, Minnesota.

f. At the Animal Parasitic Diseases Laboratory, the Foodborne Parasites and Their Impact on Food Safety project ($1,908,599) was eliminated resulting in six employees being reassigned to Albany, California; Wyndmoor, Pennsylvania; and, Washington, District of Columbia.

g. At the Molecular Plant Pathology Laboratory, the Development of Novel Disease Control Strategies Based on Virus and Viroid Biology project ($817,134) was eliminated by Congress resulting in the reassignment of two employees to Salinas, California and Aberdeen, Idaho.

h. At the National Germplasm Resources Laboratory, the Characterization and Detection of Viruses That Impact the Exchange and Curation of Plant Germplasm project ($1,586,999) was eliminated by Congress resulting in three employees being reassigned to Peoria, Illinois and Fort Collins, Colorado.

i. At the Soybean Genomics & Improvement Laboratory, the Host Resistance for Managing Pathogens of Common Bean Disease project ($474,408) was eliminated, and one employee was reassigned to Davis, California.

j. At the Animal Biosciences & Biotechnology Laboratory, the Development of New Technologies and Methods to Enhance the Fertility, Utilization, and Long-Term Storage of Poultry and Swine Germplasm project ($655,788) was partially reduced by Congress resulting in the reassignment of three employees to Athens, Georgia and Fort Collins, Colorado.

k. At the Animal Biosciences & Biotechnology Laboratory, the Alternatives to Antibiotics: Developing Novel Strategies to Improve Production Efficiency in

Swine project ($2,438,129) was partially reduced by Congress resulting in no impact to employees.

l. At the Animal Biosciences & Biotechnology Laboratory, the Alternatives to Antibiotics Strategies to Control Enteric Diseases of Poultry project ($859,242) was partially reduced by Congress resulting in no impact to employees.

m. At the Animal Parasitic Diseases Laboratory, the Molecular, Immune and Microbiome Approaches for Mitigating Gi Nematode Infections of Livestock project ($3,155,688) was partially reduced by Congress resulting in two employees being reassigned to Pulman, Washington and Leetown, West Virginia.

n. At the Molecular Plant Pathology Laboratory, the Omics-Based Approach to Detection, Identification, and Systematics of Plant Pathogenic Phytoplasmas and Spiroplasmas project ($548,646) was partially reduced by Congress resulting in no impact to employees.

o. At the National Germplasm Resources Laboratory, the Genetic Resources Acquisition, Conservation, International Exchange, and Taxonomic Expertise in Support of The U.S. National Plant Germplasm System project ($345,692) was partially reduced resulting in no impact to employees.

p. At the Soybean Genomics & Improvement Laboratory, the Characterization and Utilization of Genetic Diversity in Soybean and Common Bean and Management and Utilization of The National Rhizobium Genetic Resource Collection project ($663,700) was partially reduced resulting in the reassignment of four employees to Raleigh, North Carolina; Frederick, Maryland; and, Fargo, North Dakota.

q. At the Soybean Genomics & Improvement Laboratory, the Proteomic and Metabolomic Characterization of Quality Traits in Soybeans, Beans, and Agricultural Products project ($655,154) was partially reduced resulting in no impact to employees.

23. The total amount of funding associated with ARS Budget impacted projects was $21.6 million; this funding supported 33 employees and research scientists who were reassigned to similar work and projects at other research locations where funding for positions is available. The stay has impacted on the Agencies' ability to complete the move of these employees to their new locations and provide them with meaningful work. ARS had 33 budget impacted employees, 6 reported to their duty station before the 14th and 2 reported after the 14th. In addition, 9 employees accepted the reassignment but have not moved; 7 opted to retire, 5 of these are still pending and onboard, 2 were separated prior to the 14th, 6 employees declined reassignment and at this time all but 1 remain onboard because we are not able to process their separation; 2 individuals had not made a decision on September 14th and 1 employee is pending a local reassignment.

24. ARS has been funding the salaries of these researchers through agency-level resources for the current fiscal year and had sufficient funding to do so through September 30, 2026. Any pause or delay in ARS's ability to reassign these researchers will render the Agency unable to continue supporting these resources as long as they are at BARC, leading to likely discontinued employment.

25. ARS considered many sites to determine the best locations to assume BARC research projects, selecting sites based on access to enhanced research infrastructure and alignment with complementary research projects. The following locations were selected to ensure strong alignment in research focus and capability:

   a. Arkansas: Characterization, Prevention, and Mitigation of Histomoniasis in Turkey ($904,703)

   b. California: Improving Pre-harvest Produce Safety through Reduction of Pathogen Levels in Agricultural Environments and Development and Validation of Farm-Scale Microbial Quality Model for Irrigation Water Sources ($4,040,735)

   c. California: System Approaches Using Genomics and Biology to Manage Postharvest Fruit Decay, Antimicrobial Resistance, and Mycotoxins to Reduce Food Loss and Waste ($737,189)

d. Colorado: Operate and Improve the GRIN-Global Information Management System and Other GRIN Websites to Support USDA/ARS Genetic Resource Collections ($1,466,428)

e. Florida: Developing and Optimizing Pre- and Post- Harvest Technologies to Enhance the Quality of Fruits and Vegetables ($916,850)

f. Florida: Genotypic Characterization of Genetic Resources for Cacao, Coffee, and Other Tropical Perennial Crops Economically Important to the United States ($2,278,774)

g. Georgia: Alternatives to Antibiotics Strategies to Control Enteric Diseases of Poultry ($773,319)

h. Georgia: Plant-associated Nematode Management and Systematics and USDA Nematode Collection Curation ($2,480,109)

i. Idaho: Solanaceous Crop Improvement and Disease Management ($2,951,146)

j. Indiana: Developing, Evaluating, and Optimizing Agricultural Systems ($2,700,673)

k. Iowa: Sustainable and Resilient Crop Production Systems Based on the Quantification and Modeling of Genetic, Environment, and Management Factors ($3,349,596)

l. Iowa: Alternatives to Antibiotics: Developing Novel Strategies to Improve Production Efficiency in Swine ($1,462,877)

m. Maryland: Discovery, Characterization, and Diagnostics of Endemic and Exotic Citrus Pathogens Using High Throughput Sequencing (HTS) ($685,796)

n. Maryland: Fungal Systematics and Diagnostic Resource Development for Safeguarding Plant Health ($1,770,084)

o. Maryland: Expansion and Improvement of Plant-Associated Fungal Resources and Associated Descriptive Data in the U.S. National Fungus Collections and Databases ($548,959)

p. Maryland: Genetic Resources Acquisition, Conservation, International Exchange, and Taxonomic Expertise in Support of the U.S. National Plant Germplasm System ($653,357)

q. Maryland: Detection, Biology, and Genomics of New and Emerging Viral and Bacterial Diseases of Ornamental Plants ($1,761,228)

r. Minnesota: From Field to Watershed: Enhancing Water Quality and Management in Agroecosystems through Remote Sensing, Ground Measurements, and Integrative Modeling ($3,247,707)

s. Mississippi: Development of New Technologies and Methods to Enhance the Fertility, Utilization, and Long-Term Storage of Poultry and Swine Germplasm ($590,209)

t. Missouri: Characterization and Utilization of Genetic Diversity in Soybean and Common Bean and Management and Utilization of the National Rhizobium Genetic Resource Collection ($597,330)

u. Missouri: Proteomic and Metabolomic Characterization of Quality Traits in Soybeans, Beans, and Agricultural Products ($1,179,279)

v. Nebraska: Development of New Technologies and Methods to Enhance the Fertility, Utilization, and Long-Term Storage of Poultry and Swine Germplasm ($590,208)

w. Nebraska: Accelerating Genetic Improvement of Ruminants Through Enhanced Genome Assembly, Annotation, and Selection ($2,630,841)

x. New Jersey: Accelerating Blueberry and Cranberry Improvement by Exploiting Germplasm Resources and Multi-omics Technologies ($2,656,714)

y. North Carolina: Precise and Sustainable Integrated Weed Management ($809,112)

z. North Dakota: Impact of Genetics, Growing Condition or Processing on Bioactive Components in Coffee and Microgreens: Influences on Health ($1,500,219)

aa. North Dakota: Mitigating Disease and Stress in Honey Bee Colonies ($3,321,008)

bb. North Dakota: Food Characteristics that Affect Ingestive Behavior and Risk of Diet-Related Chronic Diseases in Humans ($2,218,578)

cc. North Dakota: Predicting Individual Response to Dietary Intake ($2,053,681)

dd. North Dakota: FoodData Central ($4,669,663)

ee. North Dakota: Improved National Dietary Assessment and the Relationship of Dietary Intake to the Environmental Impact of Foods and Beverages ($6,856,105)

ff. North Dakota: Foodomics: New Tools for Food Composition ($3,082,865)

gg. North Dakota: Farm to Table Factors: Impact of Production, Processing, and Preparation on Food Composition ($1,552,657)

hh. North Dakota: Developing Biotechnologies to Improve Pest and Pathogen Resistance, Yield, and Quality In Sugarbeet ($500,632)

ii. North Dakota: Defining the Impact of Different Foods or Their Components, in the Context of A Western-Style Diet, on Gut Health ($2,767,767)

jj. Pennsylvania: Evaluation of Genetic and Management Factors to Reduce Foodborne Pathogens and Antimicrobial Resistance in Dairy Cattle ($2,482,797)

kk. Pennsylvania: Intervention Strategies to Mitigate the Food Safety Risks Associated with the Fresh Produce Supply Chain ($2,305,045)

ll. Pennsylvania: Advancement of Sensing Technologies for Food Safety and Security Applications ($4,363,637)

mm. Pennsylvania: Soil, Crop, and Manure Biochemistry and Molecular Ecology: Bridging Knowledge Gaps in Microbiome Response to Management ($1,666,082)

nn. South Carolina: Omics-Based Approach to Detection, Identification, and Systematics of Plant Pathogenic Phytoplasmas and Spiroplasmas ($1,481,344)

oo. Texas: Managing Human-biting Ticks for One-Health ($1,615,237)

pp. Utah: Molecular, Immune and Microbiome Approaches for Mitigating GI Nematode Infections of Livestock ($1,893,412)

qq. West Virginia: Strawberry Crop Improvement through Breeding, Genetics, Genomics, and Molecular Biology ($1,310,686)

rr. West Virginia: Bio-based Solutions for Sustainable Insect Pest Management in Urban Agriculture and Landscapes ($5,319,983)

ss. Washington: Reducing Postharvest Loss and Improving Fresh Produce Marketability and Nutritive Values through Technological Innovations and Process Optimization ($2,078,387)

tt. Wisconsin: Increasing Accuracy of Genomic Prediction, Developing Algorithms, Selecting Markers, and Evaluating New Traits to Improve Dairy Cattle ($2,825,431)

uu. Wisconsin: Improving Dairy Cow Feed Efficiency and Environmental Sustainability Using Genomics and Novel Technologies to Identify Physiological Contributions and Adaptations ($2,599,918)

26. To continue operations, ARS would need Congress to provide BARC a one-time investment of at least $661.5 million for sustained renovations to safeguard employee well-being, ensure animal welfare, and support fulfillment of its research mission. This includes $287.8 million for deferred maintenance and $373.7 million for base-line renovations for these facilities. The $373.7 million includes $128.5 million to fully fund phases one, two and three of the master plans, and $225.2 million for infrastructure. Infrastructure estimates include $23.9 million for the water treatment plant; $28.7 million for two wastewater treatment plants; $108.8 million for two electrical substations, and hundreds of power poles; $10 million for public roads; and $53.8 million for underground wastewater and water pipes; and $20 million in infrastructure demolition. Without this critically needed funding ARS cannot sustain BARC and critical research projects need to be allowed to move to other more modern ARS facilities.

27. Current annual funding needs, independent of the investments needed above, are approximately $38.9 million. Facilities and infrastructure operations and upkeep at BARC are primarily funded via research project funding, of which a percentage is used for overhead. Now that Congress has defunded numerous projects, BARC must now absorb the $38.9 million obligation from the remaining $105 million—approximately 37 percent of all funds available for research projects after the congressional budget reductions. Redirecting more than one-third of BARC's remaining research dollars to basic facility operations will severely erode ARS's capacity to conduct critical research and deliver results. Research and scientists move with projects. When researchers cannot relocate with a project, we must hire scientists where the work is being conducted to carry out the related research.

28. For example, reductions to budget for the Environmental Microbial and Food Safety Laboratory to support BARC infrastructure and extensive facilities maintenance would delay the development and validation of advanced imaging systems that detect contamination on fresh produce, as well as customized sensing technologies used for food inspection and sanitation assessment in processing facilities. These delays weaken efforts to identify hazards sooner, prevent contaminated food from reaching consumers, and strengthen confidence in the U.S. food supply. The public-health stakes are substantial: CDC estimates that foodborne illness sickens 48 million Americans, causes 128,000 hospitalizations, and results in 3,000 deaths each year. Sustained investment in this research is therefore essential to protecting consumers and reducing the human and economic costs of foodborne disease.

29. Additionally, the Beltsville Human Nutrition Research Center studies how diet, genetics, food components, and gut microbiota influence gastrointestinal health, inflammation, eating behavior, and chronic disease. Its work supports nutrition-based solutions, precision dietary recommendations, healthier consumer choices, and reduced healthcare costs. Losing approximately one-third of the resources available to support BARC infrastructure and facilities maintenance would reduce the Center's capacity to conduct studies, maintain specialized expertise, analyze complex biological responses, and validate findings across

diverse populations. These constraints would delay scientific discoveries and weaken the development of evidence-based nutrition guidance needed to prevent disease and improve public health.

30. Another situation involves the Genetic Improvement for Fruits & Vegetables Laboratory-Strawberry Crop Improvement through Breeding, Genetics, Genomics, and Molecular Biology lab which is highly dependent on greenhouse environments. The greenhouses at Beltsville need extensive repairs and many are not safe to enter, hindering the advance of this strawberry improvement project. The fresh strawberry market accounts for a $3.3 billion industry in the US, and this research program is focused on developing varieties of strawberries that will be grown nation-wide with improved yield, fruit quality and disease resistance. Reducing the funding available to this research will impact not only the above but also research on the genetic control of and improvements in plant shape and ease of harvest, flower, and fruit development.

31. The closure of BARC is the only viable path for ARS to ensure that the many research and innovation projects they lead at this site will continue. The motivation is to expand research, both in infrastructure and talent, and solve the many issues that U.S. agriculture faces. The fastest, safest, and most productive path to accomplish the nation's agricultural research objectives is to relocate the above projects to new, more modern locations and expand the work with a cost structure that is sustainable. The alternative would be to see agricultural research in the U.S. unequivocally suffer as a result of ARS prioritizing unsalvageable facilities in lieu of advancing new discoveries to support the nation's farmers, ranchers, and consumers.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 30, 2026

SCOTT HUTCHINS
Digitally signed by SCOTT HUTCHINS
Date: 2026.10.30 11:07:45 -04'00'

Dr. Scott Hutchins