BRETT A. SHUMATE
Assistant Attorney General
BRAD P. ROSENBERG
Chief Litigation Counsel
TAYLOR PITZ (CA Bar No. 332080)
Trial Attorney
Civil Division, Federal Programs Branch

1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-5200
Taylor.N.Pitz@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,

Defendants.

Case No. 3:26-cv-09976-VC

**DEFENDANTS' ADMINISTRATIVE MOTION TO SHORTEN TIME TO DECIDE DEENDANTS' MOTION FOR STAY PENDING APPEAL**

Defendants respectfully request that the Court shorten the time for deciding Defendants' motion for a stay pending appeal of the Court's Order Granting Motion for Stay Under 5 U.S.C. § 705, ECF No. 107 ("Stay Order"). Good cause exists to grant this request because, for all the reasons raised in Defendants' Motion for Stay Pending Appeal, ECF No. 111 ("Stay Mot."), and accompanying declarations, Defendants' operations are being significantly impacted, and Defendants have a strong interest in expeditiously obtaining relief. Defendants thus respectfully request that the Court rule on Defendants' Stay Motion by Friday, November 6, 2026. Defendants propose that any response from Plaintiffs be filed by Thursday, November 5, 2026.

Defendants will be substantially prejudiced if their administrative motion to shorten time is not granted. As highlighted in Defendants' Stay Motion and accompanying declarations, Defendants' operations are being substantially hindered by the Court's Stay Order, and Defendants have a strong interest in seeking relief from that Order so that they can, among other things, appropriately manage USDA's fire, avalanche, and research functions.

Plaintiffs would not be unduly prejudiced by that shortened schedule. Defendants' Stay Motion addresses the Stay Order's impact on Defendants' operations as a factual matter. Plaintiffs have little basis to opine on these matters that are exclusively within Defendants' purview, and Plaintiffs have already provided the Court with an extensive record regarding their alleged harms. *See, e.g.*, ECF Nos. 5-3 – 5-60.

Defendants provided notice to Plaintiffs' counsel of this motion, and Plaintiffs stated that they "dispute the asserted need for expedited briefing," but Plaintiffs offered "to file [their] stay opposition early (on Thursday, November 5) so that the Court may rule early on the stay motion if it sees fit."

Dated: October 30, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

BRAD P. ROSENBERG
Chief Litigation Counsel

/s/ Taylor Pitz
TAYLOR PITZ
CA Bar No. 332080
Trial Attorney
Civil Division
Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-5200
Taylor.N.Pitz@usdoj.gov

*Counsel for Defendants*