BRETT A. SHUMATE
Assistant Attorney General
BRAD P. ROSENBERG
Chief Litigation Counsel
TAYLOR PITZ (CA Bar No. 332080)
Trial Attorney
Civil Division, Federal Programs Branch

1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-5200
Taylor.N.Pitz@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>Defendants. | Case No. 3:26-cv-09976-VC<br><br>**DECLARATION OF TAYLOR PITZ IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO SHORTEN TIME** |

**DECLARATION OF TAYLOR PITZ**

I, Taylor Pitz, declare as follows:

1. I am a member in good standing of the State Bar of California and am authorized to practice as a federal attorney in this Court. I represent all Defendants in this action. This declaration is based on my personal knowledge, information, and belief.
2. Counsel for Plaintiffs have appeared in this action, and the parties have previously communicated by email to address a number of issues. On the morning of October 30, 2026, I provided notice by email to Plaintiffs' counsel of Defendants' intent to file a motion for stay pending appeal and an administrative motion to shorten time to decide Defendants' motion for stay pending appeal.
3. Counsel responded that Plaintiffs "dispute the asserted need for expedited briefing," but Plaintiffs offered "to file [their] stay opposition early (on Thursday, November 5) so that the Court may rule early on the stay motion if it sees fit."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed October 30, 2026, in Missoula, Montana.

*/s/ Taylor Pitz*
Taylor Pitz