**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>Defendants. | Case No. 3:26-cv-09976-VC<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SHORTEN TIME** |

Good cause having been shown, the Court GRANTS Defendants' Administrative Motion to Shorten Time to Decide Defendants' Motion for Stay Pending Appeal. Plaintiffs' response shall be filed by November 5, 2026.

SO ORDERED.

Dated: _________, 2026

___________________________
Vince Chhabria
United States District Judge