# Exhibit 1

Outlook

## Updated information regarding Administrative Stay

**From** REE.Reorganization <REE.Reorganization@usda.gov>
**Date** Tue 9/15/2026 3:52 PM
**To** REE.Reorganization <REE.Reorganization@usda.gov>

Colleagues,

We want to make you aware of a recent development affecting the department's planned relocation actions. A federal judge in San Francisco issued an administrative stay on September 14, temporarily pausing all deadlines related to "management directed reassignment" letters. This stay is in effect until October 2, with the next court hearing scheduled for September 29.

**For employees who have already accepted an MDR and have approved relocation documentation:**

- If you have already arrived at your new duty station, you are not required to return to your original duty station.
- If you are in transit to your new duty station, you are not required to return to your original duty station.

- If you have approved relocation orders or financially binding arrangements (e.g., realtor contracts, signed purchase agreements, or leases, or already received your lump sum), you may proceed with your move if desired. Reporting to the new duty station is completely voluntary. Please email FMADRelosupport@usda.gov to confirm whether you will continue relocation or place your move on temporary hold.
- Those without approved relocation orders cannot relocate at this time.

**For all other employees who received an MDR letter:**

- Deadlines to report to new locations or to accept or decline reassignments or relocations are paused.
- Continue reporting to work at your current duty station.
- Offboarding and separation processing is on hold for all reorganization related separations between today and October 2, 2026.
- Employees that still wish to separate including leveraging VERA and VSIP must email REE.Reorganization@usda.gov.
- For employees that have already separated, leave payout processing and severance payment processing will continue.
- Pending Reasonable Accommodations (RA) associated with MDRs and relocation are on hold.

Employees that are moving facility locations within the National Capital Region are not impacted by this stay order.

For specific questions, please email REE.Reorganization@usda.gov.