Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Corinne F. Johnson (SBN 287385)
Jessica M. Levy (SBN 368289)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
bchisholm@altber.com
dleonard@altber.com
cjohnson@altber.com
jlevy@altber.com

*Attorneys for All Union and Non-Profit Plaintiffs*

[Additional counsel and affiliations listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE; BROOKE ROLLINS, in her official capacity as Secretary of Agriculture,<br><br>Defendants. | Case No. 3:26-cv-09976-VC<br><br>**DECLARATION OF CORINNE F. JOHNSON** |

**DECLARATION OF CORINNE F. JOHNSON**

I, Corinne F. Johnson, declare as follows:

1. I am a member in good standing of the State Bar of California and the bar of this Court. I represent all Union and Non-Profit Plaintiffs in this action. This declaration is based on my personal knowledge, information, and belief.

2. A true and correct copy of the article, *US farm secretary says USDA reorganization blocked by judge is 'full bore ahead,'* Reuters (Oct. 22, 2026) is attached hereto as **Exhibit 1**. That document was downloaded at my direction and is available at https://www.reuters.com/world/us/us-farm-secretary-says-usda-reorganization-blocked-by-judge-is-full-bore-ahead-2026-10-22/

3. A true and correct copy of the article, *USDA sends more relocation notices, seemingly in violation of court order*, Government Executive (Oct. 29, 2026) is attached hereto as **Exhibit 2**. That document was downloaded at my direction and is available at https://www.govexec.com/management/2026/10/usda-sends-more-relocation-notices-seemingly-violation-court-order/416900/

4. On October 29, 2026, Union Plaintiff National Federation of Federal Employees received information that the Natural Resources Conservation Service ("NRCS") had issued "Notices of Reassignment" to employees dated October 28, 2026, notifying them that "effective November 1, 2025, you are being permanently reassigned from your current position," and that the employees' new position includes a "geographic reassignment" to a different city outside the local commuting area. I emailed USDA's counsel regarding the letters and stated Plaintiffs' position that the letters should be rescinded. USDA's counsel confirmed that reassignment letters had been issued to two employees and responded that "NRCS issued these employees corrected notices today that supersede the letters at issue." USDA's counsel attached the corrected notices, with redactions. True and correct copies of the redacted "corrected notices" that USDA's counsel provided to me are attached hereto as **Exhibit 3.**

5. A true and correct copy of the article, *'Last chance to stay where you are,' USDA gives*

*some employees facing relocation a shot at unfilled local jobs*, Government Executive (Oct. 21, 2026) is attached hereto as **Exhibit 4**. That document was downloaded at my direction and is available at https://www.govexec.com/management/2026/10/last-chance-stay-where-you-are-usda-gives-some-employees-facing-relocation-shot-unfilled-local-jobs/416737/

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed November 4, 2026, in San Francisco, California.

*/s/ Corinne F. Johnson*
Corinne F. Johnson