# Exhibit 1

Learn more about LSEG



# US farm secretary says USDA reorganization blocked by judge is 'full bore ahead'

By **Leah Douglas**

October 22, 2026 12:08 PM PDT · Updated 3 hours ago

Aa



U.S. Agriculture Secretary Brooke Rollins speaks during an event held by U.S. President Donald Trump to sign executive orders related to beef, in the Oval Office of the White House, in... Purchase Licensing Rights **Read more**

WASHINGTON, Oct 22 (Reuters) - US Secretary of Agriculture Secretary Brooke Rollins said on Thursday that the Department of Agriculture is "full bore ahead" on an agency reorganization that was blocked by

a federal judge last week.

The USDA has planned to relocate thousands of employees outside of the Washington region and consolidate other regional offices as part of the President Donald Trump administration's overhaul of the federal branch.

The Misinformation Monitor newsletter rounds up international misinformation narratives, with a "Real or Fake?" quiz in every edition. Sign up here.

A federal judge October 13 blocked the effort at several USDA agencies, ruling that the agency was "reprogramming" congressional funds for the reorganization, or using money for a different purpose than it was intended.

"We are full bore ahead in the reorganization," Rollins said on a call with reporters. "We believe in it more today than we ever have."

The USDA did not immediately respond to a request for comment.

Reporting by Leah Douglas in Washington; Editing by Chris Reese

Our Standards: **The Thomson Reuters Trust Principles.**

Suggested Topics:

United States | Employee Benefits & Executive Compensation | Public Policy

Purchase Licensing Rights

Feedback

**Leah Douglas**
Thomson Reuters

Washington-based award-winning journalist covering agriculture and energy including competition, regulation, federal agencies, corporate consolidation, environment and climate, racial discrimination and labour, previously at the Food and Environment Reporting Network.

**Read Next**