# Exhibit 2

Notice at Collection | Your Privacy Choices | Exercise Your Privacy Rights

Government Executive

OPM is ending a promotion rule, but agencies still have work to do

[SPONSORED] Beyond GPUs: An AI factory approach to scaling from pilots to mission-critical capabilities




J. DAVID AKE/GETTY IMAGES

*Management*

# USDA sends more relocation notices, seemingly in violation of court order

A court-ordered stay prohibits USDA from issuing or enforcing "any other notice or directive of reassignment or relocation in whole or in part."

JORY HECKMAN | OCTOBER 29, 2026

GOVERNMENT REORGANIZATION

*Updated Oct. 29 at 1:57 p.m.*

The Agriculture Department is sending more relocation notices to employees as part of its sweeping reorganization plans, despite a court order putting those actions on hold.

In a management-directed reassignment (MDR) letter obtained by *Government Executive,* the Natural Resources Conservation Service, USDA's second-largest component, told employees they are being "permanently reassigned" from their current positions.

The NRCS letter from Acting Associate Chief Scott Edwards, dated Oct. 28, states employee relocations are effective Nov. 1, but due to a recent court order, "geographic reassignment will not be effective until the current court order injunction is lifted."

As part of USDA's broader reorganization plans, NRCS planned to relocate employees across the country to several "hub" locations.

"As NRCS works to implement efficiencies across the agency, there is a critical need for leadership and oversight of operational functions across the agency and reassigning you to this position will enable the agency to achieve this," Edwards wrote.

Despite this caveat, USDA sending these relocation notices appears to violate the terms of the court's order.

On Oct. 13, a federal judge in San Francisco granted a stay in a lawsuit challenging USDA's plans to relocate about 2,600 employees across the country. USDA sent about 725 MDR letters, as of late August.

The stay, signed by U.S. District Court Judge Vince Chhabria, states USDA is prohibited from "issuing or enforcing MDR letters or any other notice or directive of reassignment or relocation in whole or in part."

USDA appealed the ruling to the Ninth Circuit Court of Appeals, but the appeals court has kept the lower court's ruling in place for now. A USDA spokesperson said in a statement that the department "is complying with the court order," but did not elaborate, adding only that "USDA does not comment on specific personnel issues."

In a call with reporters last week, USDA Secretary Brooke Rollins said the department is "full-bore ahead in the reorganization," according to reporting from the *Associated Press*.

"We believe in it more today than we ever have — taking the USDA to our constituents, which is rural America, the Forest Service out West," Rollins said.

A USDA spokesperson last week declined to clarify what Rollins meant by her statement, and said "her comment speaks for itself."

"Any further responses will be filed with the court, not the press," the USDA spokesperson said.

USDA has been carrying out reorganization activities not explicitly barred by the judge's stay. NRCS recently launched a "critical vacancy" portal, giving employees the opportunity to apply for open positions in their local commuting area. NRCS employees have until Nov. 2 to apply for available positions at their current grade level or lower.

Screenshots shared with *Government Executive* show NRCS is listing positions at "hub office" locations in Fort Worth, Texas; Fort Collins, Colo.; and Raleigh, N.C., in its critical vacancy portal.

Prior to the court's stay, many NRCS employees received letters of intent, informing them that they may soon need to relocate to one of these hub locations in order to keep their jobs with the agency. Many employees say they're unable to relocate and expect they will have to quit their jobs if USDA is allowed to proceed with its plans.

USDA says its relocations will bring its employees closer to the farmers, ranchers and other customers it serves. But about 90% of USDA employees already live and work outside of the D.C. area.

*This story was updated to include a statement from a USDA spokesperson*

## Related articles

USDA, undeterred by judge's stay, moves 'full-bore ahead' with reorganization steps

'Last chance to stay where you are.' USDA gives some employees facing relocation a shot at unfilled local jobs

G

**If you have a tip that can contribute to our reporting, Jory Heckman can be securely contacted at jheckman.29 on Signal.**

**SHARE THIS:**

**NEXT STORY:**

Underused federal office data incomplete but improving

EXCLUSIVE




*ment*

**sends more relocation notices, seemingly in violation of court order**