# Exhibit 3

USDA Natural Resources Conservation Service
U.S. DEPARTMENT OF AGRICULTURE

**DATE:** October 29, 2026

**TO:** [redacted]

**FROM:** Scott Edwards, Acting Associate Chief

**SUBJECT:** Notice of Reassignment (Corrected)

This letter is a correction to the prior reassignment notice issued to you on October 28, 2026.

You are notified that effective November 1, 2026, you are being permanently reassigned from your current position to the position of [redacted]. Your supervisor will be [redacted]

As NRCS works to implement efficiencies across the agency, there is a critical need for leadership and oversight of operational functions across the agency and reassigning you to this position will enable the agency to achieve this.

Your duty station remains [redacted], [redacted]

If you have questions about the transition plan, please reach out to Hans Hunt, Assistant Chief.

SCOTT EDWARDS

Digitally signed by SCOTT EDWARDS
Date: 2026.10.29 13:34:42 -04'00'

Scott Edwards
Acting Associate Chief

cc: Hans Hunt, Assistant Chief
Emily Fife, Deputy Assistant Chief
[redacted]

USDA Natural Resources Conservation Service
U.S. DEPARTMENT OF AGRICULTURE

**DATE:** October 29, 2026

**TO:** [redacted]

**FROM:** Scott Edwards, Acting Associate Chief

**SUBJECT:** Notice of Reassignment (Corrected)

This letter is a correction to the prior reassignment notice issued to you on October 28, 2026.

You are notified that effective November 1, 2026, you are being permanently reassigned from your current position to the position of [redacted]. Your supervisor will be [redacted].

As NRCS works to implement efficiencies across the agency, there is a critical need for leadership and oversight of operational functions across the agency and reassigning you to this position will enable the agency to achieve this.

Your duty station remains [redacted], [redacted].

If you have questions about the transition plan, please reach out to Hans Hunt, Assistant Chief.

SCOTT EDWARDS Digitally signed by SCOTT EDWARDS Date: 2026.10.29 13:33:30 -04'00'
Scott Edwards
Acting Associate Chief

cc: Hans Hunt, Assistant Chief
Emily Fife, Deputy Assistant Chief
[redacted]