BRETT A. SHUMATE
Assistant Attorney General
BRAD P. ROSENBERG
Chief Litigation Counsel
TAYLOR PITZ (CA Bar No. 332080)
Trial Attorney
Civil Division, Federal Programs Branch

1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-5200
Taylor.N.Pitz@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,

Defendants.

Case No. 3:26-cv-09976-VC

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

Judge: Hon. Vince Chhabria
Place: San Francisco Courthouse
Courtroom 3, 17th Floor

Pursuant to Local Rule 6-1(a), the parties have conferred and stipulate to a 14-day extension of Defendants' time to respond to Plaintiffs' complaint. Defendants' current deadline is November 9, 2026, but pursuant to this stipulation, Defendants will file a response by November 23, 2026. The parties also agree that, if Defendants decide to file a motion to dismiss the complaint, Plaintiffs may have a 7-day extension of the 14-day default response time set by the Local Rules.

Dated: November 6, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

BRAD P. ROSENBERG
Chief Litigation Counsel

*/s/ Taylor Pitz*
TAYLOR PITZ
CA Bar No. 332080
Trial Attorney
Civil Division
Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-5200
Taylor.N.Pitz@usdoj.gov

*Counsel for Defendants*

Barbara J. Chisholm
Danielle E. Leonard
Corinne F. Johnson
Jessica M. Levy
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
bchisholm@altber.com
dleonard@altber.com
cjohnson@altber.com
jlevy@altber.com

By: */s/ Corinne F. Johnson*

*Attorneys for All Union and Non-Profit Plaintiffs*

**DECLARATION PURSUANT TO CIV. L.R. 5-1(i)(3)**

I, Taylor Pitz, declare that I have obtained the concurrences in the filing of this document from each of the Plaintiff signatories listed above

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on November 6, 2026, in Missoula, Montana.

*/s/ Taylor Pitz*
TAYLOR PITZ
CA Bar No. 332080
Trial Attorney
Civil Division
Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-5200
Taylor.N.Pitz@usdoj.gov

*Counsel for Defendants*