JONATHAN D. GUYNN
Acting Assistant Attorney General
Civil Division
BRAD P. ROSENBERG
Chief Litigation Counsel
TAYLOR PITZ (CA Bar No. 332080)
Trial Attorney
Civil Division, Federal Programs Branch

1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-5200
Taylor.N.Pitz@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,

Defendants.

Case No. 3:26-cv-09976-VC

**STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

Judge: Hon. Vince Chhabria
Place: San Francisco Courthouse
Courtroom 3, 17th Floor

Pursuant to Local Rule 6-1(a), the parties have conferred and stipulate to extend Defend-ants' time to respond to Plaintiffs' complaint by approximately three weeks to December 16, 2026.

Defendants' current deadline to respond to the complaint is November 23, 2026. The Court previously granted a stipulated two-week extension of Defendants' deadline. *See* ECF 118. Due to the forthcoming case management conference set for December 11, the parties are engaged in discussions concerning how to move forward in this case, including regarding a case schedule that could potentially avoid the need to litigate a motion to dismiss. The parties stipulate to extend Defendants' deadline to respond to the complaint in order to facilitate those discussions. Defendants agree that this stipulation by itself does not affect Defendants' deadline to file the administrative record under Local Rule 16-5, though Defendants note that they will likely need an extension of that deadline.

Dated: November 20, 2026

Respectfully submitted,

JONATHAN D. GUYNN
Acting Assistant Attorney General
Civil Division

BRAD P. ROSENBERG
Chief Litigation Counsel

*/s/ Taylor Pitz*
TAYLOR PITZ
CA Bar No. 332080
Trial Attorney
Civil Division
Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-5200
Taylor.N.Pitz@usdoj.gov

*Counsel for Defendants*

Barbara J. Chisholm
Danielle E. Leonard
Corinne F. Johnson
Jessica M. Levy
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151

bchisholm@altber.com
dleonard@altber.com
cjohnson@altber.com
jlevy@altber.com

By: */s/ Corinne F. Johnson*

*Attorneys for All Union and Non-Profit Plaintiffs*

**DECLARATION PURSUANT TO CIV. L.R. 5-1(i)(3)**

I, Taylor Pitz, declare that I have obtained the concurrences in the filing of this document from each of the Plaintiff signatories listed above

I declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on November 20, 2026, in Missoula, Montana.

*/s/ Taylor Pitz*
TAYLOR PITZ
CA Bar No. 332080
Trial Attorney
Civil Division
Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-5200
Taylor.N.Pitz@usdoj.gov

*Counsel for Defendants*

**~~[PROPOSED]~~ ORDER**

Pursuant to stipulation, it is hereby ordered that Defendants' deadline to respond to Plaintiffs' complaint is extended to December 16, 2026.

Dated: November 23, 2026

The Honorable Vince Chhabria
United States District Court Judge