JONATHAN D. GUYNN
Acting Assistant Attorney General
BRAD P. ROSENBERG
Chief Litigation Counsel
TAYLOR PITZ (CA Bar No. 332080)
Trial Attorney
Civil Division, Federal Programs Branch

1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-5200
Taylor.N.Pitz@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>Defendants. | Case No. 3:26-cv-09976-VC<br><br>**DEFENDANTS' MOTION FOR CLARIFICATION**<br><br>Date: January 7, 2027 (or as set by Court)<br>Judge: Hon. Vince Chhabria<br><br>**EXPEDITED DECISION REQUESTED** |

**MOTION FOR CLARIFICATION**

TO ALL PLAINTIFFS: PLEASE TAKE NOTICE that Defendants U.S. Department of Agriculture ("USDA") and Secretary of Agriculture Brooke Rollins move to clarify the Court's Order Granting Motion for Stay Under 5 U.S.C. § 705, ECF No. 107 ("Stay Order"). The Motion seeks clarification regarding paragraphs 4, 6, and 7 of the Court's Stay Order. This Motion is supported by the accompanying memorandum and the entire record in this case. Defendants have provided notice of this Motion as set forth in the Declaration of Taylor Pitz in support of Defendants' accompanying Motion to Shorten Time, and Plaintiffs oppose this Motion. For the reasons set forth in Defendants' Motion to Shorten Time, Defendants request a decision on this Motion for Clarification by Thursday, December 3, 2026.

Dated: November 24, 2026

Respectfully submitted:

JONATHAN D. GUYNN
Acting Assistant Attorney General

BRAD P. ROSENBERG
Chief Litigation Counsel

<u>*/s/ Taylor Pitz*</u>
TAYLOR PITZ
CA Bar No. 332080
Trial Attorney
Civil Division
Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-5200
Taylor.N.Pitz@usdoj.gov

*Counsel for Defendants*