**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>Defendants. | Case No. 3:26-cv-09976-VC<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR CLARIFICATION** |

Good cause having been shown, the Court GRANTS Defendants' Motion for Clarification of October 13, 2026 Stay Order. The text on pages 39-40 of the Court's Order Granting Motion for Stay Under § 705, ECF No. 107, is clarified as follows:

4. Notwithstanding the foregoing, this order does not enjoin the defendants from:

a. ***

b. reassigning or promoting a covered employee who applies or applied to a job announcement on USAJobs or other internal agency merit-hiring application processes, is selected for the position, and accepts the position;

c. reassigning a member of the Senior Executive Service; or

d. permitting the United States Forest Service and other USDA Mission Areas and Staff Offices to reassign and/or relocate employees needed to perform life and safety functions including, but not limited to, wildland firefighting, avalanche safety, and law enforcement.

6. For purposes of this order, 'offices' does not include physical locations that were empty of staff as of the date of the congressional notification for the relevant USDA component (which are either in April or June 2026) or have become empty of staff as of the date of the Court's clarification Order.

7. This order does not require the defendants to return employees who relocated pursuant to the reorganization activities stayed by paragraphs 1 through 3 and have begun or choose to begin work at their new duty station, or enjoin the defendants from issuing any associated relocation incentive or payment entitlements to those employees.

This language supersedes the language provided at paragraphs 4, 6, and 7 of the Court's Stay Order.

SO ORDERED

Dated: _______________, 2026

_____________________________
VINCE CHHABRIA
United States District Judge