JONATHAN D. GUYNN
Acting Assistant Attorney General
BRAD P. ROSENBERG
Chief Litigation Counsel
TAYLOR PITZ (CA Bar No. 332080)
Trial Attorney
Civil Division, Federal Programs Branch

1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-5200
Taylor.N.Pitz@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, *et al.*,<br><br>Defendants. | Case No. 3:26-cv-09976-VC<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO SHORTEN TIME TO DECIDE DEENDANTS' MOTION FOR CLARIFICATION**<br><br>Judge: Hon. Vince Chhabria<br>Place: San Francisco Courthouse<br>Courtroom 3, 17th Floor |

Defendants respectfully request that the Court shorten the time for deciding Defendants' Motion for Clarification of October 13, 2026 Stay Order ("Clarification Motion") and rule on that motion by Thursday, December 3, 2026. Good cause exists to grant this request. For all the reasons set forth in Defendants' prior briefing and declaration testimony, *see, e.g.*, ECF Nos. 71, 111, Defendants' operations are being significantly impacted, and they intend to seek a stay of the Court's Stay Order in the Ninth Circuit by December 4, 2026. But as the parties' prior briefing reveals, *compare* ECF No. 111-1 *with* ECF No. 114, uncertainties remain about how the Stay Order constrains USDA's operations. Defendants therefore seek clarification to ensure that they can accurately articulate USDA's harms to the Ninth Circuit.

Defendants will be substantially prejudiced if their administrative motion to shorten time is not granted, as Defendants have a strong interest in seeking relief from the Court's Stay Order so that they can, among other things, appropriately manage USDA's fire, avalanche, and research functions. And Plaintiffs would not be unduly prejudiced by a shortened schedule. Defendants' motion is less than five pages long and provides no legal argument to which Plaintiffs must respond. Defendants also agree to waive any reply.

Defendants provided notice to Plaintiffs' counsel of this motion, and Plaintiffs stated that they oppose this motion.

Dated: November 24, 2026

Respectfully submitted,

JONATHAN D. GUYNN
Acting Assistant Attorney General

BRAD P. ROSENBERG
Chief Litigation Counsel

/s/ Taylor Pitz
TAYLOR PITZ
CA Bar No. 332080
Trial Attorney
Civil Division
Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Telephone: (202) 305-5200
Taylor.N.Pitz@usdoj.gov

*Counsel for Defendants*