Barbara J. Chisholm (SBN 224656)
Danielle Leonard (SBN 218201)
Corinne F. Johnson (SBN 287385)
Jessica M. Levy (SBN 368289)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel.: (415) 421-7151
bchisholm@altber.com
dleonard@altber.com
cjohnson@altber.com
jlevy@altber.com

*Attorneys for All Union and Non-Profit Plaintiffs*

[Additional counsel and affiliations listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE; BROOKE ROLLINS, in her official capacity as Secretary of Agriculture,<br><br>Defendants. | Case No. 3:26-cv-09976-VC<br><br>**PLAINTIFFS' OPPOSITION TO DEFENDANTS' ADMINISTRATIVE MOTION TO SHORTEN TIME; REQUEST TO RECONSIDER DEADLINE FOR PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR CLARIFICATION** |

Defendants filed their Administrative Motion to Shorten Time (Dkt. 123) and Motion for Clarification of October 13, 2026 Stay Order (Dkt. 122) prematurely, prior to the completion of the parties' meet and confer discussions and on the eve of the Thanksgiving holiday. The premise of Defendants' motion to expedite briefing, which is that this Court must issue a decision by December 3, 2026, is based entirely on a deadline of Defendants' own making. Namely, Defendants assert that, despite more than six weeks having elapsed since the Court's Stay Order, they now intend to file a motion to stay the Court's Order pending appeal on December 4, 2026. *See* Dkt. 123-2 at 2. Despite the parties' ongoing meet and confer efforts, Defendants raised their intent to file a Ninth Circuit stay motion for the first time this afternoon, and have failed to offer Plaintiffs or this Court any reasonable or legitimate explanation of why that motion must be filed on December 4. The artificial urgency described is Defendants' invention and should not be a basis for requiring Plaintiffs' counsel, their clients, and potential declarants to work over the Thanksgiving holiday. Plaintiffs therefore respectfully request that the Court reconsider its scheduling order requiring Plaintiffs to respond by Tuesday, December 1, and instead permit Plaintiffs to keep their existing holiday plans and respond by Thursday, December 3.

Defendants filed their motion to expedite in the midst of ongoing meet and confer efforts regarding the issues in Defendants' motion for clarification, some of which Defendants admittedly raised with Plaintiffs' counsel only for the first time yesterday. *See* Dkt. 123-2 at 1, 3, 5, 8. At the parties' meet and confer session last Wednesday, Plaintiffs requested additional information so as to fully evaluate and respond to issues raised by Defendants, *id.* at 3; but despite initially agreeing to provide further information, Defendants delayed responding to Plaintiffs until yesterday, at which point they did not provide the requested information, but instead asserted new and revised requested clarifications and announced their intent to file an expedited motion to clarify the next day, *id.* at 1-2, 5. Plaintiffs have attempted to engage in good faith in the meet and confer process and to address Defendants' stated concerns. Plaintiffs should not be penalized for their efforts by being required to respond to an artificial deadline now set by Defendants.

Defendants' administrative motion is deficient because it identifies no basis at all that would warrant requiring Plaintiffs, on extremely short notice, to work through the holiday break. Defendants' significant delay in deciding to move for a stay in the Ninth Circuit confirms the lack of any emergency. Defendants' conclusory and unsupported assertion of purported impacts to fire, avalanche, and research functions, Dkt 123 at 1, was thoroughly debunked by Plaintiffs in the last round of expedited briefing. Defendants do not even attempt to improve their showing, and Plaintiffs should not be required to attempt to gather declarations over the Thanksgiving holiday to respond to similarly conclusory assertions.

Plaintiffs recognize that the Court ruled promptly on Defendants' administrative motion for an expedited schedule, before Plaintiffs had an opportunity to respond to that motion, and has set Plaintiffs' deadline for opposition the motion for clarification for Tuesday, December 1, at 5 p.m. Plaintiffs file this opposition brief and request for reconsideration in light of the foregoing and to request that the Court modify Plaintiffs' deadline for their opposition brief and instead permit Plaintiffs to file by Thursday, December 3, at 5 p.m. Plaintiffs' lead counsel all have plans to be out of town over the Thanksgiving holiday, and many of Plaintiffs' clients and potential declarants will also have limited availability over the holiday. The current deadline of December 1 therefore adversely impacts Plaintiffs' ability to fully address the issues presented by Defendants' motion for clarification.

DATED: November 24, 2026

Respectfully submitted,

Barbara J. Chisholm
Danielle E. Leonard
Corinne F. Johnson
Jessica M. Levy
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Tel: (415) 421-7151
bchisholm@altber.com
dleonard@altber.com
cjohnson@altber.com

jlevy@altber.com

By: */s/ Corinne F. Johnson*

*Attorneys for All Union and Non-Profit Plaintiffs*

Elena Goldstein (*pro hac vice*)
Tsuki Hoshijima (*pro hac vice*)
Andrea Matthews (*pro hac vice*)
Gregory M. Cumming (*pro hac vice*)
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043
(202) 448-9090
egoldstein@democracyforward.org
thoshijima@democracyforward.org
amatthews@democracyforward.org
gcumming@democracyforward.org

By: */s/ Tsuki Hoshijima*

*Attorneys for All Union Plaintiffs*

Rushab Sanghvi (SBN 302809)
AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL-CIO
80 F Street, NW
Washington, D.C. 20001
Tel: (202) 639-6426
Sanghr@afge.org

By: */s/ Rushab Sanghvi*

*Attorneys for Plaintiff American Federation of Government Employees, AFL-CIO (AFGE)*

Teague Paterson (SBN 226659)
Matthew Blumin (*pro hac vice*)
AMERICAN FEDERATION OF STATE, COUNTY, AND MUNICIPAL EMPLOYEES, AFL-CIO
1625 L Street, N.W.
Washington, D.C. 20036
Tel: (202) 775-5900
TPaterson@afscme.org
MBlumin@afscme.org

By: */s/ Teague Paterson*

*Attorneys for Plaintiff American Federation of State*

*County and Municipal Employees, AFL-CIO (AFSCME)*

Yvette M. Piacsek (*pro hac vice*)
General Counsel
National Federation of Federal Employees, IAM, AFL-CIO
1225 New York Ave. N.W., Suite 450
Washington, D.C. 20005
202-216-4428
ypiacsek@nffe.org

By: */s/ Yvette M. Piacsek*

*Attorneys for National Federation of Federal Employees, IAM, AFL-CIO (NFFE)*

PARAS N. SHAH (*pro hac vice*)
General Counsel
KATHRYN W. BAILEY (*pro hac vice*)
Assistant Counsel
NATIONAL TREASURY EMPLOYEES UNION
800 K Street, NW
Suite 1000
Washington, DC 20001
(202) 572-5500
paras.shah@nteu.org
kathryn.bailey@nteu.org

By: */s/ Paras N. Shah*
*Attorneys for National Treasury Employees Union (NTEU)*

David Chiu (SBN 189542)
City Attorney
Yvonne R. Meré (SBN 175394)
Chief Deputy City Attorney
Mollie M. Lee (SBN 251404)
Chief of Strategic Advocacy
Sara J. Eisenberg (SBN 269303)
Chief of Complex and Affirmative Litigation
Molly J. Alarcon (SBN 315244)
Alexander J. Holtzman (SBN 311813)
Deputy City Attorneys
OFFICE OF THE CITY ATTORNEY FOR THE CITY AND COUNTY OF SAN FRANCISCO
1390 Market Street, 7th Floor
San Francisco, CA 94102
molly.alarcon@sfcityatty.org

alexander.holtzman@sfcityatty.org

By: /s/ Alexander J. Holtzman

*Attorneys for Plaintiff City and County of San Francisco*

Tony LoPresti (SBN 289269)
COUNTY COUNSEL
Kavita Narayan (SBN 264191)
Meredith A. Johnson (SBN 291018)
Raphael N. Rajendra (SBN 255096)
Hannah M. Godbey (SBN 334475)
OFFICE OF THE COUNTY COUNSEL
COUNTY OF SANTA CLARA
70 West Hedding Street, East Wing, 9th Floor
San José, CA 95110
Tel: (408) 299-5900
Kavita.Narayan@cco.sccgov.org
Meredith.Johnson@cco.sccgov.org
Raphael.Rajendra@cco.sccgov.org
Hannah.Godbey@cco.sccgov.org

By: /s/ Tony LoPresti

*Attorneys for Plaintiff County of Santa Clara, Calif.*

Sharanya Mohan (SBN 350675)
Kayla Svihovec (*pro hac vice*)
Toby Merrill (*pro hac vice*)
PUBLIC RIGHTS PROJECT
490 43rd Street, Unit #115
Oakland, CA 94609
Tel: (510) 738-6788
sai@publicrightsproject.org
kayla.svihovec@publicrightsproject.org
toby@publicrightsproject.org

By: /s/ Kayla Svihovec

*Attorneys for Plaintiffs Baltimore, MD, Chicago, IL, Martin Luther King, Jr. County, WA, Prince George's County, MD*

Christopher Sanders (WA SBN: 47518 (*pro hac vice*))
General Counsel & Chief Legal Advisor to King County Executive Girmay Zahilay
Mika Rothman (WA SBN: 55870 (*pro hac vice*))
Deputy General Counsel to King County Executive Girmay Zahilay
Erin King-Clancy (CA SBN: 249197, WA SBN:

57259)
Senior Deputy Prosecuting Attorney
Office of King County Prosecuting Attorney Leesa Manion
401 5th Avenue, Ste. 800
Seattle, WA 98104
(206) 477-9483
ChrSanders@kingcounty.gov
mrothman@kingcounty.gov
EClancy@kingcounty.gov

By: <u>*/s/ Erin King-Clancy*</u>

*Attorneys for King County*

Ebony M. Thompson (*pro hac vice app. forthcoming*)
Baltimore City Solicitor
Christopher Sousa (SBN 264874)
Baltimore City Department of Law
100 N. Holliday Street
Baltimore, Maryland 21202
Tel: (443) 610-8859
christopher.sousa@baltimorecity.gov

By: <u>*/s/ Christopher Sousa*</u>

*Attorneys for Plaintiff City of Baltimore*

Anthony D. Jones (*pro hac vice app. forthcoming*)
Prince George's County Attorney
Prince George's County Office of Law
1301 McCormick Drive, Suite 4100
Largo, Maryland 20774
Tel: (301) 925-5225
adjones@princegeorgescountymd.gov

By: <u>*/s/ Anthony D. Jones*</u>

*Attorney for Plaintiff Prince George's County*

Gavin G. McCabe (SBN 130864)
Simi Bhat (SBN 289143)
NATURAL RESOURCES DEFENSE COUNCIL
111 Sutter St Fl 21,
San Francisco, CA 94104
Tel: (415) 875-6100
gmccabe@nrdc.org
sbhat@nrdc.org

By: /s/ *Gavin G. McCabe*

*Attorneys for Plaintiff Natural Resources Defense Council*